BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, pro hac vice application forthcoming)
J. RAE LOVKO
(California Bar No. 208855, pro hac vice application forthcoming)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, acting Nevada State Director of the Bureau of Land Management,<br><br>Defendants. | CASE NO. 3:26-cv-00423-MMD-CSD<br><br>**DECLARATION OF JENNIFER RAE LOVKO ISO PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

1

I, Jennifer Rae Lovko, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1.      I am an attorney with Greenfire Law PC, counsel for Plaintiffs in the above-titled action. I reside in California, with my place of work located in Berkeley, California.

2.      Attached hereto as **Exhibit A** is a true and correct copy of BLM's FY2026 Tentative Wild Horse and Burro Gather and Fertility Control Schedule.

3.      Attached hereto as **Exhibit B** is a true and correct copy of BLM's Decision Record for the Callaghan Complex HMAP / Gather Plan, dated February 13, 2026.

4.      Attached hereto as **Exhibit C** is a true and correct copy of BLM's FONSI for the Callaghan Complex HMAP / Gather Plan, dated February 13, 2026.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Final Environmental Assessment for the Callaghan Complex HMAP / Gather Plan, dated February 13, 2026.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the Preliminary Environmental Assessment for the Callaghan Complex HMAP / Gather Plan, dated August 2025.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the 1986 Record of Decision for the South Shoshone – Eureka Resource Area Resource Management Plan.

8.      Attached hereto as **Exhibit G** is a true and correct copy of e-mails between myself and counsel for BLM. In addition to these e-mails, I met and conferred with Defendants' counsel by telephone on June 1, 2026. During our telephone conversation, Defendants' counsel confirmed that BLM would not stipulate that the scheduled gather operations would remove horses from more than one HMA in the Callaghan Complex.

9.      Attached hereto as **Exhibit H** is a true and correct copy of BLM's website as regards the South Shoshone HMA.

10.      Attached hereto as **Exhibit I** is a true and correct copy of the National Research Council of the National Academies' report, Using Science to Improve the BLM Wild Horse and Burro Program: A Way Forward.

11.     Attached hereto as **Exhibit J** is a true and correct copy of BLM's Report to Congress: An Analysis of Achieving a Sustainable Wild Horse and Burro Program.

12.     Attached hereto as **Exhibit K** is a true and correct copy of BLM's Wild Horses and Burros Management Handbook, H-4700-1.

13.     Attached hereto as **Exhibit L** is a true and correct copy of BLM's Decision to adopt amendments to the Cortez Mine plan of operation.

14.     Attached hereto as **Exhibit M** is a true and correct copy of BLM's Management Evaluation Report for the Callaghan Complex HMAP.

15.     Attached hereto as **Exhibit N** is a true and correct copy of BLM's website as regards adoption of amendments to the Cortez Mine plan of operations.

16.     Attached hereto as **Exhibit O** is a true and correct copy of Effective Long-Term Options Needed to Manage Unadoptable Wild Horses, dated October 2008.

17.     Counsel for Defendants informed me on June 8, 2026, that wild horses removed from the Callaghan Complex in July and August will be taken to the Palomino Valley Wild Horse and Burro Center and Indian Lakes Off-Range Corral.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   June 10, 2026,                              */s/ Jennifer Rae Lovko*
                                                     Jennifer Rae Lovko

3