# Exhibit A

Case 3:26-cv-00423-MMD-CSD    Document 24-1    Filed 06/10/26    Page 1 of 3

**FY2026 Tentative Wild Horse and Burro Gather and Fertility Control Shedule**
As of May 15, 2026

| State | Herd Management Area (HMA) or Herd Area (HA) | Start Date | End Date | Animals Planned to be Gathered | Animals Planned to be Removed | Animals Planned to be Treated with Fertility Control | Animals Planned to be Returned to Range | Gather Method | Species | Fertility Control | Gather Type | Purpose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Darting Operations** | | | | | | |
| CO | Spring Creek Basin HMA | | | 0 | 0 | 18 | 0 | | Horse | PZP | Darting | |
| MT | Pryor Mountain HMA | | | 0 | 0 | 80 | 0 | | Horse | PZP | Darting | |
| WY | Stewart Creek HMA | | | 0 | 0 | 50 | 0 | | Horse | PZP | Darting | |
| WY | McCullough Peaks HMA | | | 0 | 0 | 45 | 0 | | Horse | PZP | Darting | |
| ID | Challis HMA | | | 0 | 0 | 15 | 0 | | Horse | PZP | Darting | |
| OR | Hog Creek HMA | | | 0 | 0 | 15 | 0 | | Horse | GonaCon | Darting | |
| OR | Cold Springs HMA | | | 0 | 0 | 30 | 0 | | Horse | GonaCon | Darting | |
| OR | Sand Springs HMA | | | 0 | 0 | 60 | 0 | | Horse | GonaCon | Darting | |
| OR | Coyote Lake/Alvord-Tule Springs HMA | | | 0 | 0 | 60 | 0 | | Horse | GonaCon | Darting | |
| CO | Sand Wash Basin HMA | | | 0 | 0 | 150 | 0 | | Horse | PZP | Darting | |
| CO | Piceance-East Douglas HMA | | | 0 | 0 | 100 | 0 | | Horse | GonaCon | Darting | |
| CO | Little Book Cliffs HMA | | | 0 | 0 | 20 | 0 | | Horse | PZP & GonaCon | Darting | |
| NV | Pine Nut Mountains HMA | | | 0 | 0 | 50 | 0 | | Horse | PZP | Darting | |
| UT | Onaqui Mountain HMA | | | 0 | 0 | 70 | 0 | | Horse | PZP & GonaCon | Darting | |
| UT | Cedar Mountain HMA | | | 0 | 0 | 50 | 0 | | Horse | PZP | Darting | |
| UT | Range Creek HMA | | | 0 | 0 | 15 | 0 | | Horse | GonaCon | Darting | |
| | **Darting Operations Total** | | | **0** | **0** | **828** | **0** | | | | | |
| | | | | | | **Emergency/Nuisance Gathers (1,500)** | | | | | | |
| | Un-Assigned | | | 372 | 372 | 0 | 0 | | | | | |
| NV | Bullfrog HMA | 10/6/2025 | 10/15/2025 | 250 | 250 | 0 | 0 | Bait Trap | Burro | | Emegency | Public Safety |
| OR | Pokegama | 10/2/2025 | 9/20/2026 | 30 | 30 | 0 | 0 | In-House Bait Trap | Horse | | Emergency | Public Safety |
| CA | Chemehuevi | 10/22/2025 | 6/30/2026 | 150 | 150 | 0 | 0 | In-House Bait Trap | Burro | | Emergency | Public Safety |
| AZ | Black Mountain HMA | 11/18/2025 | 4/30/2025 | 150 | 150 | 0 | 0 | In-House Bait Trap | Burro | | Nuisance | |
| NV | Little Humboldt and Snowstorm Mountain HMAs (Jakes Fire ESR) | 1/30/2026 | 2/6/2026 | 182 | 182 | 0 | 0 | Drive Trap | Horse | | Emergency | ESR |
| MT | Pryor Mountain Wild Horse Range | 12/9/2025 | 12/9/2025 | 3 | 3 | | | In-House Bait Trap | Horse | | Nusiance | Public Safety |
| CA | Clark | 11/20/2025 | 6/30/2026 | 50 | 50 | 0 | 0 | In-House Bait Trap | Burro | | Emergency | Public Safety |
| NV | Outside Antelope HMA and Moriah HA | 2/22/2026 | 2/28/2026 | 300 | 300 | | | Drive Trap | Horses | | Emergency | Drought |
| CA | Centennial HA | 3/9/2026 | 6/30/2026 | 12 | 12 | | | In-House Bait Trap | Burro | | Nuisance | Public Safety |
| MT | Pryor Mountain Wild Horse Range | 4/11/2026 | 4/11/2026 | 1 | 1 | | | In-House Bait Trap | Horse | | Nuisance | Public Safety |
| OR | Warm Springs HMA PVT Land | 5/14/2026 | 6/15/2026 | 50 | 50 | | | In-House Bait Trap | Burros | | Nuisance | Private Land |
| | **Emergency/Nuisance Gather Totals** | | | **1,178** | **1,178** | **0** | **0** | | | | | |
| | | | | | | **Proposed Gathers FY26 October 1, 2025 - February 28, 2026** | | | | | | |
| CA | Centennial | 10/4/2025 | 10/13/2025 | 270 | 270 | | | Drive Trap | Horse/Burro | | AML | |
| | **Planned Gathers Totals** | | | **270** | **270** | **0** | **0** | | | | | |
| | | | | | | **Proposed Gathers  FY26 March 1, 2026 - June 30, 2026** | | | | | | |
| NV | Spring Mountain Complex (Johnnie, Red Rock, Wheeler Pass, Spring Mountains WHT) | 3/15/2026 | 6/23/2026 | 425 | 425 | | | Bait Trap | Burros | | AML | Progress Toward AML |
| NV | Spring Mountain Complex (Johnnie, Red Rock, Wheeler Pass, Spring Mountains WHT) | 3/15/2026 | 6/23/2026 | 425 | 425 | | | Bait Trap | Horses | | AML | Progress Toward AML |
| NV | Triple B Complex (Maverick-Medicine and Triple B) | 3/15/2026 | 6/30/2026 | 300 | 300 | | | Bait Trap | Horses | | AML | Progress Toward AML |
| NV | Pancake Complex (Pancake HMA, Sandsprings West HMA, and Jakes Wash HA) | 3/15/2026 | 4/13/2026 | 300 | 300 | 0 | 0 | Bait Trap | Horses | 0 | AML | Progress Toward AML |
| NV | Antelope Complex (Antlope, Antelope Valley, Goshute, Spruce-Pequop) | 3/15/2026 | 6/30/2026 | 600 | 600 | | | Bait Trap | Horses | | AML | Progress Toward AML |
| NV | Caliente Complex (Miller Flat HA, Little Mountain HA, Delamar Mountains HA, Clover Creek HA, Clover Mountain HA, Blue Nose HA, Meadow Valley HA, Applewhite HA) | 3/15/2026 | 6/1/2026 | 350 | 350 | | | Bait Trap | Horses | | AML | Progress Toward AML |
| AZ | Black Mountain HMA | 4/1/2026 | 7/15/2026 | 500 | 500 | | | Bait Trap | Burros | | AML | Progress Toward AML |
| AZ | Lake Pleasant HMA | 4/1/2026 | 7/30/2026 | 1,500 | 1,500 | | | Bait Trap | Burros | | AML | Progress Toward AML |
| NV | Bullfrog HMA | 4/1/2026 | 4/13/2026 | 500 | 500 | 0 | 0 | Bait Trap | Burros | 0 | AML | Progress Toward AML |
| NM | Bordo Atravesado HMA | 5/1/2026 | 8/31/2026 | 26 | 26 | | | In-House Bait Trap | Horses | | AML | Achieve AML |
| UT | Canyonlands HMA | 5/15/2026 | 9/30/2026 | 60 | 60 | | | In-House Bait Trap | Burros | | AML | Achieve AML |
| | **Planned Gathers Totals** | | | **4,986** | **4,986** | **0** | **0** | | | | | |
| | | | | | | **Proposed Gathers  FY26 July 1, 2026 - September 30, 2026** | | | | | | |
| NV | Callaghan Complex (North Shoshone HA South Shoshone HMA, Bald Mountain, Callaghan HMA) | 7/10/2026 | 8/31/2026 | 2,000 | 2,000 | | | Drive Trap | Horse | | AML | Progress Toward AML |
| NV | Lake Lahaton HMA | 7/20/2026 | 7/30/2026 | 700 | 700 | | | Drive Trap | Horse | | AML | Progress Toward AML |
| ID | Saylor Creek HMA | 7/10/2026 | 7/17/2026 | 150 | 105 | 22 | | Drive Trap | Horse | | AML | Achieve AML |
| NV | Moriah HA | 7/27/2026 | 8/13/2026 | 500 | 500 | | | Drive Trap | Horse | | AML | Progress Toward AML |
| CO | Piceance-East Douglas HMA, North Piceance HA | 8/1/2026 | 8/31/2026 | 925 | 911 | 10 | 14 | Drive Trap | Horse | | AML | Achieve AML |
| CO | West Douglas HA | 8/1/2026 | 8/31/2026 | 100 | 100 | | | Drive Trap | Horse | | AML | Achieve AML |
| UT | Bible Springs Complex (Bible Spring HMA, Four Mile HMA, Tilly Creek HMAs and Blawn Wash HA) | 8/1/2026 | 8/22/2026 | 800 | 800 | | | Drive Trap | Horse | | AML | Progress Toward AML |
| UT | Confusion HMA | 8/23/2026 | 8/31/2026 | 360 | 360 | | | Drive Trap | Horse | | AML | Progress Toward AML |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | Carter Reservoir HMA | 9/1/2026 | 9/30/2026 | 470 | 455 | 15 | | Drive Trap | Horse | TBD | AML | Achieve AML |
| CA | Buckhorn HMA | 9/1/2026 | 9/30/2026 | 273 | 214 | 59 | | Drive Trap | Horse | TBD | AML | Achieve AML |
| CA | Coppersmith Mountains HMA | 9/1/2026 | 9/30/2026 | 113 | 63 | 50 | | Drive Trap | Horse | TBD | AML | Achieve AML |
| CA | Nut Mountain HMA | 9/1/2026 | 9/30/2026 | 78 | 48 | 30 | | Drive Trap | Horse | TBD | AML | Achieve AML |
| CA | Bitner HMA | 9/1/2026 | 9/30/2026 | 86 | 71 | 15 | | Drive Trap | Horse | TBD | AML | Achieve AML |
| CA | Massacre Lakes HMA | 9/1/2026 | 9/30/2026 | 57 | 32 | | | Drive Trap | Horse | | AML | Achieve AML |
| ID | Challis HMA | 9/10/2026 | 9/17/2026 | 285 | 172 | 45 | | Drive Trap | Horse | | AML | Achieve AML |
| CO | Sand Wash Basin HMA | 9/10/2026 | 9/30/2026 | 300 | 245 | 20 | 55 | Drive Trap | Horses | | AML | Progress Toward AML |
| WY | Fifteenmile HMA | 9/15/2026 | 9/30/2026 | 386 | 286 | | 100 | Drive Trap | Horse | | AML | Achieve AML |
| NV | Jackson Mountains HMA | 9/20/2026 | 9/30/2026 | 500 | 500 | | | Drive Trap | Horse | | AML | Progress Toward AML |
| | **Planned Gathers Totals** | | | **8,083** | **7,562** | **266** | **169** | | | | | |
| | **Total Including All Operations** | | | **14,517** | **13,996** | **1,094** | **169** | | | | | |