# Exhibit C

## UNITED STATES DEPARTMENT OF THE INTERIOR

**Bureau of Land Management**
Mount Lewis Field Office
50 Bastian Rd
Battle Mountain, NV 89820

**FINDING OF NO SIGNIFICANT IMPACT**
**Callaghan Complex Herd Management Area Plan / Gather Plan**
Environmental Assessment
DOI-BLM-NV-B010-2025-0006-EA
February 13th, 2026

### INTRODUTION:

The Callaghan Complex Herd Management Area Plan / Gather Plan Environmental Assessment (EA) DOI-BLM-NV-B010-2025-0006-EA analyzes an initial gather event with follow-up gathers to achieve and maintain Appropriate Management Levels (AMLs) and continue fertility control management, and presents a Herd Management Area Plan (HMAP) for this complex of herd management areas. Under the Proposed action, the BLM would gather and remove excess wild horses down to the low AML, adjust sex ratios, and implement population control measures. This action is necessary because an overpopulation of wild horses is causing overuse of upland and riparian vegetation which is degrading wild horse and wildlife habitat.

The purpose of the Proposed Action is to gather and remove excess wild horses from the Callaghan Complex and to reduce the wild horse population growth rates to achieve and maintain established AML ranges. The proposed action is consistent with the Herd Management Area Plan for the Callaghan Complex that is described in Appendix XIII.

The need for the action is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses, and to restore a thriving natural ecological balance and multiple-use relationship on public lands, consistent with the provisions of Section 1333(b) of the 1971 Wild Free Roaming Horses and Burros Act (WFRHBA).

Several Alternatives, including the Proposed Action and No Action alternative, were analyzed in the Final Callaghan Complex EA. The EA was prepared with input from the interested parties. The Proposed Action has been selected for implementation by the Authorized Officer and documented in the Callaghan Complex Decision document dated February 13th, 2026. Refer to the Final Callaghan Complex Wild Horse Gather Environmental Assessment (EA) for additional details.

### FINDING OF NO SIGNCANT IMPACT:

I have determined that the impacts associated with implementation of the Herd Management Area Plan and any of the Action Alternatives analyzed within the Callaghan Complex Herd Management Area Plan and Gather Plan Final EA **DOI-BLM-NV-B010-2025-0006-EA** (Callaghan Complex Gather EA) will not significantly affect the quality of the human environment. This determination is based on the interdisciplinary analysis conducted within the Callaghan Complex Gather EA, dated February 13th, 2026,

1

FONSI
DOI-BLM-NV-B010-2025-0006-EA

CAL_09196

and my consideration of the Council on Environmental Quality's criteria for Significance (40 CFR 1508.27), both with regard to the context and the intensity. Therefore, preparation of an Environmental Impact Statement (EIS) is not required as per Section 102 (2),(C) of the National Environmental Policy Act (NEPA).

**Potentially Affected Environment:**

The Callaghan Complex lies entirely within Lander County, Nevada, and expands from approximately 7 miles south of Battle Mountain to approximately 6 miles north Austin. The Complex encompasses approximately 1,145,515 acres and consists of the Callaghan, South Shoshone, Bald Mountain and Hickison (north of US Route 50) Herd Management Areas (HMAs). The gather area includes areas that expand beyond HMA boundaries where wild horses reside. A more detailed description of The Complex is located within the Final Callaghan Complex Gather EA and the accompanying Appendices.

**Degree of Effects:**

The following have been considered in my evaluation of the selected alternative:

i.        **Short and Long-term effects of the HMAP and selected alterative**

Although the gather and removal of excess wild horses could have some short-term effects on individual animals, over the long-term, it is expected to benefit wild horse health and the health of rangeland resources such as vegetative communities, riparian resources, and wildlife habitat which are being adversely impacted by the significant overpopulation of wild horses.

ii.       **Beneficial and adverse effects**

The Proposed Action (Alternative A) is consistent with the wild horse management objectives identified in the in the Shoshone-Eureka Resource Area (SERA) Resource Management Plan (RMP) Objectives (Shoshone-Eureka RMP Record of Decision dated 1986 and Shoshone-Eureka RMP Amendment, Record of Decision dated 1987). The Alternatives are also consistent with the standards for rangeland health and would maintain a thriving natural ecological balance and multiple use relationship consistent with other resource needs as required under the Wild Free- Roaming Horse and Burros Act of 1971 (WFRHBA).

None of the environmental impacts, both beneficial and adverse, would have significant impact on the human environment.

iii.      **Effects on public health and safety**

The Proposed Action (Alternative A) would have minimal effects on public health and safety. The Standard Gather Operating Procedures (EA, Appendix III, IV, and V) would be used to conduct gathers and are designed to protect human health and safety, as well as the health and safety of wild horses.

iv.       **Economic Effects**

The Proposed Action (Alternative A) will have little to no change on economic activity. It is not possible to quantify the revenue or losses attributable to the Callaghan Complex wild horses.

v.        **Effects on the quality of life of the American people**

2

FONSI
DOI-BLM-NV-B010-2025-0006-EA

CAL_09197

The Proposed Action (Alternative A) will have little to no change on economic activity. It is not possible to quantify the revenue or losses attributable to the Callaghan Complex wild horses. At this time there are no registered guided tours or known sales of commercial pictures being sold to increase the value to the communities from the wild horses that reside within or outside the Complex. It is recognized that for local industries excess wild horses cause a negative impact to resources and to many businesses that rely on healthy range conditions, and healthy wildlife in the area. Wild horses will still exist within the Complex at the appropriate management level, so effects are not expected to be significant.

_____          February 13, 2026
Samuel D. Ault                                      Date
Acting Field Manager
Mount Lewis Field Office

3

FONSI
DOI-BLM-NV-B010-2025-0006-EA

CAL_09198