# Exhibit E



**U.S. Department of the Interior
Bureau of Land Management**

# Mount Lewis Field Office

**Environmental Assessment**

**Callaghan Complex
Herd Management Area Plan/Gather Plan
Environmental Assessment
DOI-BLM-NV-B010-2025-0006-EA**



August 2025

PREPARING OFFICE
U.S. Department of the Interior
Bureau of Land Management
Battle Mountain District
Mount Lewis Field Office
50 Bastian Rd.
Battle Mountain, Nevada 89820
(775) 635-4000

# Table of Contents

Chapter 1: Introduction-------------------------------------------------------------------------------- 1
*1.1 Background----------------------------------------------------------------------------------------- 1*
*1.2 Purpose and Need -------------------------------------------------------------------------------- 4*
*1.3 Land Use Plan Conformance and Consistency with Other Authorities --------------------- 4*
*1.4 Relationship to Statutes, Regulations, or Other Plans------------------------------------- 5*
*1.5 Decision to be Made ---------------------------------------------------------------------------- 7*

Chapter 2: Proposed Action and Alternatives --------------------------------------------------- 7
*2.1 Description of Alternatives in Detail--------------------------------------------------------- 8*
  2.1.1 Management Actions in Common with Alternatives A – C----------------------------- 8
*2.2 Herd Management Area Plan-----------------------------------------------------------------14*
*2.3 Alternative A: The proposed Action --------------------------------------------------------16*
*2.4 Alternative B -----------------------------------------------------------------------------------18*
*2.5 Alternative C -----------------------------------------------------------------------------------18*
*2.6 Alternatives Considered but Eliminated from Detailed Analysis----------------------------18*

Chapter 3: Affected Environment and Environmental Effects -----------------------------------23
*3.1 General Setting ---------------------------------------------------------------------------------23*
*3.2 Description of Affected Resources/Issues ---------------------------------------------------23*
  3.2.1 Wild Horses ------------------------------------------------------------------------------26
  3.2.2 Native American Religious Concerns ------------------------------------------------47
  3.2.3 Noxious Weed and Invasive Nonnative Species -------------------------------------48
  3.2.4 Rangeland Heath Standards and Guidelines and Livestock Grazing -----------------49
  3.2.5 Recreation --------------------------------------------------------------------------------51
  3.2.6 Socioeconomics -------------------------------------------------------------------------52
  3.2.7 Soils ---------------------------------------------------------------------------------------52
  3.2.8 Special Status Species ------------------------------------------------------------------53
  3.2.9 Vegetation -------------------------------------------------------------------------------54
  3.2.10 Water Quality, Surface, and Ground.---------------------------------------------------56
  3.2.11 Wetlands and Riparian Zones ---------------------------------------------------------56
  3.2.12 Wildfire and Fuels ---------------------------------------------------------------------57
  3.2.13 Wilderness ------------------------------------------------------------------------------59
  3.2.14 Wildlife, Including Migratory Birds--------------------------------------------------61

Chapter 4: Cumulative Impacts --------------------------------------------------------------------61
*4.1 Past and Present Actions ----------------------------------------------------------------------62*
*4.2 Reasonably Foreseeable Future Actions -----------------------------------------------------63*

Chapter 5: Monitoring and Mitigation Measures --------------------------------------------------66

Chapter 6: Consultation and Coordination----------------------------------------------------------67

Chapter 7: List of Preparers -----------------------------------------------------------------------67

Chapter 8: Acronyms and References --------------------------------------------------------------68
*8.1 Acronyms --------------------------------------------------------------------------------------68*
*8.2 Literature Cited--------------------------------------------------------------------------------69*

## List of Tables

Table 1: Estimated Population and Removal Numbers to Achieve Low AML .............................. 3
Table 3: Callaghan Complex Herd Management Area Plan Matrix .............................................. 15
Table 4: Supplemental Authorities (Critical Elements of Human Environment) ......................... 24
Table 5: Permitted Grazing within Bald Mountain HMA ........................................................... 49
Table 6: Permitted Grazing within Callaghan HMA .................................................................. 49
Table 7: Permitted Grazing within Hickison HMA, north of Highway 50 .................................. 49
Table 8: Permitted Grazing within North Shoshone HA ............................................................. 50
Table 9: Permitted Grazing within South Shoshone HMA .......................................................... 50
Table 10: Permitted Grazing in Gather Area and Outside of HMAs/HAs ................................... 50
Table 11: Previously Captured and Released Wild Horses from the Callaghan Complex. .......... 62
Table 12: Wild Horse Populations with No Wild Horse Removal and/or Fertility Control ......... 65
Table 13: List of Preparers ........................................................................................................ 67

## Appendices

Appendix I        Project Area Maps
Appendix II       Greater- Sage Grouse Required Design Features
Appendix III      Comprehensive Animal Welfare Program and Euthanasian Policy
Appendix IV       Standard Gather Operating Procedures, Public Observation, and Risk
                  Assessment
Appendix V        Standard Operating Procedures for Mare Fertility Control and Gelding, and
                  Scientific Literature Reviews
Appendix VI       Henneke Body Condition Scoring Chart
Appendix VII      Population Modeling
Appendix VIII     Monitoring Data and Reports
Appendix IX       Noxious Weeds
Appendix X        Rangeland Health Standards and SSDs
Appendix XI       Sensitive Species, Special Status Species, Threatened and Endangered
                  Species
Appendix XII      Herd Management Area Plan

# Chapter 1: Introduction

This Environmental Assessment (EA) has been prepared to analyze the Bureau of Land Management (BLM) Battle Mountain District (BMD) Mount Lewis Field Office's (MLFO) proposal to establish a Callaghan Complex Herd Management Area Plan (HMAP) and to gather and remove excess wild horses and burros from within and outside the South Shoshone, Bald Mountain, Callaghan, and Hickison (north) Herd Management Areas (HMAs), and the North Shoshone Herd Area (HA). These HMAs and HA are referred to as the Callaghan Complex.

The Callaghan Complex HMAP would establish short- and long-term management and monitoring objectives for wild horses and burros and their habitat. These objectives would guide management for the wild horses or burros residing within the Complex. The primary purpose of the plan is to outline and implement management actions necessary to achieve and maintain a thriving natural ecological balance and multiple-use relationships. These actions will include: conducting gathers, removal of excess wild horses and burros, implementation of population growth suppression measures, outline short and long term habitat management objectives. This EA will assist the BLM MLFO in project planning and ensuring compliance with the National Environmental Policy Act of 1969 (NEPA), and in making a determination as to whether any significant effects could result from the analyzed actions.

Following the requirements of the NEPA (42 United States Code (U.S.C.) §§ 4321 et seq), this EA describes the potential impacts of a No Action Alternative and the Proposed Action for the Callaghan Complex. If the BLM determines that the Proposed Action for the Callaghan Complex is not expected to have significant impacts a Finding of No Significant Impact (FONSI) would be issued and a Decision Record would be prepared. If significant effects are anticipated, the BLM would prepare an Environmental Impact Statement (EIS).

This document is tiered to and conforms to the Shoshone-Eureka Resource Area (SERA) Management Plan (RMP) Objectives (Shoshone-Eureka RMP Record of Decision dated 1986 and Shoshone-Eureka RMP Amendment, Record of Decision dated 1987); and the Nevada and Northeastern California Greater Sage-Grouse Approved Resource Management Plan Amendment, (GRSG Plan Amendment) September 2015.

## 1.1 Background

The Callaghan Complex consists of the Callaghan, South Shoshone, Bald Mountain, Hickison (north of Nevada State Highway 50) HMAs, and North Shoshone HA. The Complex lies entirely within Lander County. The Complex expands from approximately 7 miles south of Battle Mountain to approximately 6 miles north of Austin. The gather area encompasses approximately 1,145,515 acres (See Appendix I, Map 1).

Within the Complex, management status differs by designation. Herd Management Areas (HMAs) are designated for long-term wild horse management to maintain healthy herds within established Appropriate Management Levels (AMLs). Through the 1986 SERARMP, the North Shoshone Herd Area (HA) was not designated for wild horse management and has an AML of zero. Similarly, areas between HMAs were not designated for wild horse management under the WFRHBA. This gather encompasses the entire Complex to support effective management of wild horse populations within their designated HMAs, where they can thrive in balance with

DOI-BLM-NV-B010-2025-0006-EA                1

other natural resources and multiple uses.

The Appropriate Management Level (AML) is defined as the number of wild horses that can be sustained within a designated HMA which achieves and maintains a thriving natural ecological balance in keeping with the multiple-use management concept for the area. The Callaghan Complex has a cumulative AML range of 323-552 wild horses which has been established through land use plans, and Final Multiple Use Decisions. This population range was established at a level that would maintain healthy wild horses and rangelands over the long-term based on monitoring data collected over time as well as an in-depth analysis of habitat suitability. AMLs for the Complex were established through prior decision-making processes and will not be revaluated in this EA. The AML for lands outside of designated HMAs remains zero.

The Callaghan Complex AMLs were established through the Shoshone-Eureka Resource Area (SERA) Management Plan (RMP) Objectives (Shoshone-Eureka RMP Record of Decision dated 1986 and Shoshone-Eureka RMP Amendment, Record of Decision dated 1987). The AMLs for both South Shoshone and Bald Mountain HMAs were re-affirmed through the Final Multiple Use Decision for the Carico Lake Allotment (Carico Lake FMUD) issued by the MLFO on September 30, 2005, following completion of the Carico Lake Allotment Evaluation and Rangeland Health Assessment and EA #NV062-EA05-61. The AML for the Austin Allotment portion of the South Shoshone HMA was established at zero wild horses in the January 13th, 1995 "Full Force and Effect" Final Multiple Use Decision for the Austin Allotment (Austin FMUD).  The Hickison HMA AML was established on September 30, 2005, by the Kingston and Simpson Park Allotment FMUD and states no wild horses or burro should reside north on US Highway 50. The 1986 SERARMP established that zero wild horses would reside in the North Shoshone HA.

Since the passage of the Wild Free-Roaming Horses and Burros Act of 1971, management knowledge regarding wild horse population levels has increased. For example, it has been determined that wild horses are capable of increasing their numbers by 15% to 25% annually, resulting in the doubling of wild horse populations about every 4 years (NRC 2013). This has resulted in the BLM shifting program emphasis beyond just establishing AML and conducting wild horse gathers to include a variety of management actions that further facilitate the achievement and maintenance of stable wild horse populations and a "thriving natural ecological balance". Management actions resulting from shifting program emphasis include increasing fertility control, adjusting sex ratio and collecting genetic baseline data to support genetic health assessments.

Table 1: Estimated Population and Removal Numbers to Achieve Low AML

| HMA/HA | Acres | AML | Estimated Adult Population | Estimated Population, Late 2025 | Estimated Excess, Late 2025 |
|---|---|---|---|---|---|
| Bald Mountain HMA | 139,875 | 129-215 | 246 | 282 | 153 |
| Callaghan HMA | 133,093 | 134-237 | 2,207 | 2,538 | 2,404 |
| Hickison HMA (North Portion Only) | 17,485 | 0 | 12 Horses | 12 | 12 |
| North Shoshone HA | 175,131 | 0 | 0 [1] | 0 | 0 [1] |
| South Shoshone HMA | 156,156 [2] | 60-100 | 2,025 | 2,328 | 2,268 |
| Total | | 323-552 | 4,489 | 5,160 | 4,837 |

[*] The estimated adult population sizes are based on statistical analysis of aerial survey data from February 2025. The estimated number of excess animals is the number above low AML that would need to be removed reflect expected herd size by late 2025; this is based on the February 2025 adults, plus an expected 15% annual growth rate which is a conservative annual rate to assume.

[1] Population included with South Shoshone HMA. All horses in the North Shoshone HA will be removed.

[2] 151,513 acres of the North Shoshone HA are within the Callaghan Complex boundary. 71,170 (41%) of those acres are privately owned.

The Callaghan Complex was most recently surveyed in February 2025, at which time approximately 4,489 adult wild horses were estimated to be residing within the Complex (see **Error! Reference source not found.**). The inventory was conducted using the Simultaneous Double Observer Method, in which observers in an aircraft independently detect groups of wild horses (Griffin et al. 2020). These methods were developed by scientists with expertise in wildlife survey and analysis, as recommended by the NAS (2013). Sighting rates are estimated by comparing sighting records of the observers. Sighting probabilities for the observers are then computed from the information collected, and the overall population size is estimated. Flight inventories traditionally take place every 2 to 3 years. See Appendix VIII for population estimates since 2009.

Wild horses would be gathered from within and outside the boundaries of HMAs, as displayed in Appendix I, Map 1. Due to the overpopulation and lack of forage and water resources within the Callaghan Complex wild horses have moved outside of HMA boundaries in search of critical habitat resources such as forage, water, and space. All wild burros within the gather area will be removed.

BLM's management of wild horses and burros must also be consistent with Standards and Guidelines for Rangeland Health and for Healthy Wild Horse Populations developed by the Sierra Front-Northwest Great Basin Resource Advisory Council (RAC) and the BLM's Comprehensive Animal Welfare Program (CAWP) (BLM 2021).

Rangeland resources and wild horse health within the Callaghan Complex have been and are currently being affected by an overpopulated wild horse herd. There has been little to no livestock grazing in some of these areas due to the over utilization of key species, attributed to the overpopulation of wild horses, within the use area.

Wild horse herd health is currently being impacted due to excess wild horses on the rangeland. The BLM has documented wild horses with body condition scores of 4 to 5 (moderate) with some observations of horses of with body condition scores of 2 (thin). Due to the severe and heavy use documented throughout the Callaghan Complex, wild horses must travel further away

from water sources for forage. Large groups of wild horses also permanently reside outside of HMA boundaries in search of forage and water. Some wild horse groups also reside around and on private property. Increased movement of wild horses has also resulted in public safety issues as the number of wild horses on Nevada State Highway 305 has increased. Since October of 2022, MLFO staff removed more than 20 wild horses from the highway west of the South Shoshone HMA.

Based on all information available at this time, the BLM has determined that all wild horses in excess of low AML need to be removed in order to achieve a thriving natural ecological balance (TNEB) and the wild horse population would be maintained within the AML range to provide sufficient opportunity for the rangeland resources to recover. By late 2025, approximately 4,837 excess wild horses would need to be removed from the Callaghan Complex, in order to achieve the low end of the established AML for each HMA, restore TNEB and prevent further degradation of rangeland resources resulting from the current overpopulation of wild horses.

## 1.2 Purpose and Need
The purpose of the BLM's action is to reduce the current wild horse population and growth rates, and to achieve and maintain wild horse population sizes within established AML ranges. The purpose is also to remove wild horses or and burros outside established HMAs within the identified gather area.  This action will also develop a HMAP for the Callaghan Complex.

The need for the action is to prevent undue or unnecessary degradation of the public lands associated with excess wild horses, and to restore a TNEB and multiple-use relationship on the public lands, consistent with the provisions of Section 1333 (b) of the Wild Free-Roaming Horses and Burros Act of 1971 (Public Law 92-195, as amended) the Code of Federal Regulations (CFR) at 43 CFR §4700, and policies (WFRHBA).

## 1.3 Land Use Plan Conformance and Consistency with Other Authorities
The alternatives described are in conformance:
- Shoshone-Eureka Resource Area (SERA) Management Plan (RMP) Objectives (Shoshone-Eureka RMP Record of Decision dated 1986 and Shoshone-Eureka RMP Amendment, Record of Decision dated 1987).
- The Nevada and Northeastern California Greater Sage-Grouse Approved Resource Management Plan Amendment, (GRSG Plan Amendment) September 2015.

## GRSG Approved Resource Management Plan (2015):
*Management Decisions (MD) WHB 1:* For WHB management activities (e.g., gathers), review Objective SSS 4 and apply MDs SSS 1 through SSS 4 when reviewing and analyzing projects and activities proposed in GRSG habitat.

*MD WHB 2:* Manage HMAs in GRSG habitat within established AML ranges to achieve and maintain GRSG habitat objectives.

*MD WHB 3:* Complete rangeland health assessments for HMAs containing GRSG habitat using an interdisciplinary team of specialists (e.g., range, wildlife, and riparian). The priorities for conducting assessments are:
    1. HMAs containing SFA;

DOI-BLM-NV-B010-2025-0006-EA          4

2. HMAs containing PHMAs, which include riparian areas;
3. HMAs containing only GHMAs;
4. HMAs containing sagebrush habitat outside of PHMAs and GHMAs mapped habitat;
5. HMAs without GRSG habitat.

*MD WHB 4:* Prioritize gathers and population growth suppression techniques in HMAs in GRSG habitat, unless removals are necessary in other areas to address higher priority environmental issues, including herd health impacts. Place higher priority on herd areas not allocated as HMAs and occupied by wild horses and burros in PHMAs.

*MD WHB 5:* In SFA and PHMAs outside SFA, assess and adjust AMLs through the NEPA process within HMAs when wild horses or burros are identified as a significant causal factor in not meeting rangeland health standards, even if current AML is not being exceeded.

*MD WHB 6:* In SFA and PHMAs outside of SFA, monitor the effects of WHB use in relation to GRSG habitat objectives (Table 2-2) on an annual basis to help determine future management actions.

*MD WHB 7:* Develop or amend herd management area plans (HMAPs) to incorporate GRSG habitat objectives (Table 2-2) and management considerations for all HMAs within GRSG habitat, with emphasis placed on SFA and PHMAs outside of SFA.

*MD WHB 8*: Consider removals or exclusion of WHB during or immediately following emergency situations (such as fire, floods, and drought) to facilitate meeting GRSG habitat objectives (Table 2-2) where HMAs overlap with GRSG habitat.

*MD WHB 9:* When conducting NEPA analysis for wild horse/burro management activities, water developments, or other rangeland improvements for wild horses, address the direct and indirect effects to GRSG populations and habitat. Implement any water developments or rangeland improvements using the criteria identified for domestic livestock.

*MD WHB 10:* Coordinate with professionals from other federal and state agencies, researchers at universities, and others to utilize and evaluate new management tools (e.g., population growth suppression, inventory techniques, and telemetry) for implementing the WH&B program.

## 1.4 Relationship to Statutes, Regulations, or Other Plans

The Proposed Action is consistent with the following Federal laws and regulations, as well as with applicable State, and local plans, and guidelines to the maximum extent possible.

- United States Department of the Interior Greater Sage-Grouse Approved Resource Management Plan Amendment (2015).
- Sierra Front/Northwest Great Basin Resource Advisory Council (RAC) Standards and Guidelines (February 12, 1997)
- Wild Free-roaming Horses and Burros Act of 1971 (as amended)
- Endangered Species Act (ESA) – 1973
- National Environmental Policy Act of 1969 (as amended)
- Migratory Bird Treaty Act (1918 as amended) and Executive Order 13186 (1/11/01)

- Taylor Grazing Act (TGA) of 1934
- Federal Land Policy and Management Act (FLPMA) of 1976 (43 U.S.C. 1701 et seq.)
- Public Rangelands Improvement Act (PRIA) of 1978
- United States Department of the Interior Manual (910 DM 1.3).
- Fundamentals of Rangeland Health (43 CFR 4180)
- Title 43 CFR 4100 Grazing Administration-Exclusive of Alaska
- Section 106 of the National Historic Preservation Act of 1966 (as amended).
- American Indian Religious Freedom Act of 1979
- Archaeological Resource Protection Act of 1979
- National Historic Preservation Act of 1966, as amended
- United States Department of the Interior Manual (910 DM 1.3).

The Proposed Action is also consistent with all applicable regulations at Title 43 Code of Federal Regulations (43 CFR) 4700 and policies. The Proposed Action is also consistent with the *WFRHBA*, which mandates the Bureau to *"prevent the range from deterioration associated with overpopulation"*, and *"remove excess horses in order to preserve and maintain a thriving natural ecological balance and multiple use relationships in that area"*. Also the WFRHBA of 1971 sec 3 (b)(1): *"The purpose of such inventory exists and whether action should be taken to remove excess animals; determine appropriate management levels or wild free-roaming horses and burros on these areas of public land; and determine whether appropriate managements should be achieved by the removal or destruction of excess animals, or other options (such as sterilization, or natural control on population levels)."* Additionally, federal regulations at 43 CFR 4700.0-6
(a) state *"Wild horses shall be managed as self-sustaining populations of healthy animals in balance with other uses and the productive capacity of their habitat."*

4710.4 Management of wild horses and burros shall be undertaken with the objective of limiting the animals' distribution to herd areas.

According to 43 CFR 4720.2, upon written request from a private landowner, the authorized officer shall remove stray wild horses and burros from private lands as soon as practicable.

The Interior Board of Land Appeals (IBLA) in Animal Protection Institute, et al., (118 IBLA 63, 75 (1991)) found that under the Wild Free-Roaming Horses and Burros Act of 1971 (Public Law 92-195) BLM is not required to wait until the range has sustained resource damage to reduce the size of the herd, instead proper range management dictates removal of "excess animals" before range conditions deteriorate in order to preserve and maintain a thriving natural ecological balance and multiple-use relationship in that area.

There are currently no Herd Management Area Plans (HMAP) in place for the Callaghan Complex, however, this EA will develop one. The Interior Board of Land Appeals has held that an HMAP is not a prerequisite to BLM conducting a gather operation (*Animal Protection Institute of America*, 109 IBLA 112, 127 (1989)), so long as the record otherwise substantiates compliance with the WFRHBA. Based on all available information, BLM has determined under the WFRHBA that excess wild horses are present and that a gather for removal of excess animals and application of population control measures is necessary to achieve a thriving natural

ecological balance. While BLM has not prepared formal HMAP document, the major components of an HMAP have nonetheless been addressed by BLM, including the establishment of the HMAs, AMLs and objectives for managing the complex (through the SERARMP, FUMDs, and other decision documents), monitoring and evaluating whether management objectives are being met (as summarized in this NEPA document), and establishing a management plan (through the Proposed Action and Alternatives being analyzed).

**1.5 Decision to be Made**

The Authorized Officer would determine whether to implement all, part, or none of the Proposed Action or Alternatives as described in Section 2.1 to manage wild horses within the Callaghan Complex. The Authorized Officer's decision may select among gather methods, number of horses gathered, and population growth suppression technique depending on the alternative or parts of any alternative chosen. The Authorized Officer would not set or adjust the AML range since this was set through previous decisions and the available monitoring data does not support adjustment of the AML at this time.

## Chapter 2: Proposed Action and Alternatives

This section of the EA describes the Proposed Action and Alternatives, including any that were considered but eliminated from detailed analysis. A summary description of the alternatives analyzed in detail is as follows:

*Alternative A: Proposed Action* – Gather and Remove Excess wild horses and burros that reside within the Callaghan Complex to low AML; implement population growth methods, including use of fertility control vaccines, use of intra-uterine devices (IUDs) in mares, and managing for a small non-reproducing population of sterilized mares (not exceeding approximately ¼ of the overall number of mares); and adjust sex ratios so that males make up approximately 60% of the herd; conduct follow up gathers as needed to maintain population at AML following the initial gather operation.

*Alternative B  Action* – Gather and Remove Excess wild horses that reside within the Callaghan Complex to low AML; implement population growth methods, including use of fertility control vaccines and managing for a small non-reproducing population of geldings (castrated stallions) (not exceeding approximately ¼ of the overall herd size); and adjusting sex ratios so that males make up approximately 60% of the herd; conduct follow up gathers as needed to maintain population at AML following the initial gather operation.

*Alternative C Action* – Gather and Remove Excess wild horses that reside within the Callaghan Complex to low AML; do not use any population growth suppression measures; conduct follow up gathers as needed to maintain population at AML following the initial gather operation.

*Alternative D  No Action* – Defer gather and removal of excess wild horses that reside within the Callaghan Complex.

Alternatives A-C were developed to respond to the identified resource issues and the Purpose and Need, to differing degrees and by differing means. Alternatives A-C would be implemented within the Callaghan Complex until low AML is achieved. Global Positioning Systems (GPS)

DOI-BLM-NV-B010-2025-0006-EA          7

radio collars and / or GPS tail tag transmitters may be used as part of monitoring efforts for Alternatives A-C. Radio collars would not be used on stallions (Schoenecker et al. 2020). Such collars and tags have been used to monitor wild horse movements in the states of Nevada, Utah, and Wyoming and are analyzed in chapter 3 of this EA.

Alternative D, No Action, would not achieve the identified Purpose and Need. However, it is analyzed in this EA to provide a basis for comparison with other action alternatives, and to assess the effects of not conducting a gather. The No Action Alternative is inconsistent with the WFRHBA and the Shoshone-Eureka Resource Area (SERA) Management Plan (RMP) which requires the BLM to manage the population within AML and to remove excess animals when necessary to achieve a thriving natural ecological balance.

## 2.1 Description of Alternatives in Detail

### 2.1.1 Management Actions in Common with Alternatives A – C

- The timing of the initial gather is subject to BLM Headquarters Office approval. Several factors such as animal condition, herd health, weather conditions, logistics, or other considerations could result in adjustments in the schedule. Multiple gathers may occur after the initial gather in order to achieve low AML and if necessary, maintain wild horse populations within AML.
- Gather operations involve areas both within HMA boundaries as well as outside HMA boundaries where excess wild horses are located.
- Gather operations would be conducted in accordance with the Comprehensive Animal Welfare Plan (CAWP; BLM 2021) Appendix III.
- All management activities would be humane, in accordance with the Wild Free-Roaming Horses and Burros Act.
- A combination of gather methods (which are described in further detail below) may be used to achieve objectives and will depend on site specific conditions.
- This EA and decision would address management needs regarding public safety, emergency situations and private land issues.
- Trap sites and temporary holding facilities would be located in previously used sites or other disturbed areas whenever possible. Undisturbed areas identified as potential trap sites or holding facilities would be inventoried for cultural resources, and sensitive species prior to use. If cultural resources or sensitive species are encountered, these locations would not be used unless they could be modified to avoid impacts.
- Decisions to humanely euthanize animals in field situations would be made in conformance with BLM policy, Permanent Instruction Memorandum 2021-007.
- Data including sex and age distribution, condition class information (using the Henneke body condition score (BCS)), color, size and other information may also be recorded, along with the disposition of the animal (removed or released).
- Hair follicle samples may be collected from animals across the Complex to assess the current genetic diversity in the herd, and their relatedness to other, previously sampled herds. Samples would also be collected during future gathers as needed to determine whether BLM's management is maintaining acceptable genetic diversity (i.e., avoiding high risk of inbreeding depression).

DOI-BLM-NV-B010-2025-0006-EA                8

- In the event that genetic monitoring indicates relatively low levels of observed heterozygosity (a measure of genetic diversity), additional wild horses could be introduced into the Callaghan Complex to augment genetic diversity in the herd.
- A veterinarian would be on call or on site as the helicopter gather is started and then as needed for the duration of the gather to examine animals and make recommendations to the BLM for the care and treatment of wild horses and ensure humane treatment. Additionally, all animals transported to BLM wild horse facilities will be inspected by facility staff and the veterinarian, to observe health and ensure the animals have been cared for humanely.
- GPS radio collars may be attached to wild horse mares, and / or GPS tail tags may be attached to wild horses of either sex, for the purposes of monitoring movements and foaling status.
- Noxious weed monitoring at gather sites and temporary holding corrals would be conducted following the gather by BLM.
- Monitoring of rangeland forage condition and utilization, water availability, aerial population surveys and animal health would continue.
- Stream crossings would be avoided and/or the number of times wild horses cross a stream would be limited to minimize stream bank disturbance. In the event wild horses are herded across streams, wild horses would be herded across streams in multiple locations rather than in one concentrated area to minimize stream bank disturbance. In the event stream banks are trampled during the gather(s), stream bank areas would be restored to natural ground and replanted with native vegetation as soon as possible after the gather(s).
- Proposed gather activities within PHMAs, GHMAs, and Other Habitat Management Areas (OHMAs) would have the following Required Design Features:
  - RDF 7 - Require dust abatement practices when authorizing use on roads.
  - RDF 13 - Implement project site-cleaning practices to preclude the accumulation of debris, solid waste, putrescible wastes, and other potential anthropogenic subsidies for predators of GRSG.
  - RDF 19 - Instruct all construction employees to avoid harassment and disturbance of wildlife, especially during the GRSG breeding (e.g., courtship and nesting) season. In addition, pets shall not be permitted on site during construction (BLM 2005b).
  - RDF 21 – Outfit all reservoirs, pits, tanks, troughs or similar features with appropriate type and number of wildlife escape ramps (BLM 1990; Taylor and Tuttle 2007).
  - RDF 22 - Load and unload all equipment on existing roads to minimize disturbance to vegetation and soil.

**BLM's Use of Contraception in Wild Horse Management (Alternatives A&B Only)**
Expanding the use of population growth suppression (PGS) to slow population growth rates and reducing the number of animals removed from the range and sent to off-range corral (ORCs) and off-range pastures (ORPs) is a BLM priority (BLM 2020). The WFRHBA specifically provides for sterilization (section 3.b.1). No finding of excess determination is required for BLM to pursue contraception in wild horses. Contraception has been shown to be a cost-effective and humane treatment to slow increases in wild horse populations or, when used with other

techniques, to reduce horse population size (Bartholow 2004, de Seve and Boyles-Griffin 2013, Fonner and Bohara 2017).

Alternatives A and B would include fertility control vaccines PZP vaccine (ZonaStat-H, PZP-22), GonaCon-Equine vaccine, or the most current formulation to prevent pregnancy in the following years. BLM would return to the complex for additional gathers, as needed, to re-apply and or initiate new treatments in order to maintain contraceptive effectiveness in controlling population growth rates. Booster dose effects may lead to increased effectiveness of contraception, which is generally the intent.

In cases where a booster vaccine dose is required, mares could be held for approximately 30 days and given a booster injection prior to release. Treated mare would be freeze marked and microchipped for future identification during gathers and on the range. Field darting could also be utilized to treat identifiable mares with vaccine primers and boosters where and if feasible.

Once the herd size in the project area is at AML and population growth seems to be stabilized, BLM would make a determination as to the required frequency of new mare treatments and mare re-treatments with fertility control vaccines to maintain the number of horses within AML.

**Helicopter Drive Trapping**
If the local conditions require a helicopter drive-trap operation, the BLM will use a contractor or in-house gather team to perform the gather activities in cooperation with BLM and other appropriate personnel. The contractor would be required to conduct all helicopter operations in a safe manner and in compliance with Federal Aviation Administration (FAA) regulations 14 CFR§ 91.119, BLM IM No. 2010-164.

Helicopter drive trapping involves use of a helicopter to herd wild horses into a temporary trap. The CAWP (BLM 2021, PIM 2021-002) or most current policy guidelines would be implemented to ensure that the gather is conducted in a safe and humane manner, and to minimize potential impacts or injury to the wild horses. Traps would be set in an area with high probability of access by horses using the topography, if possible, to assist with capturing excess wild horses residing within the area. Traps consist of a large catch pen with several connected holding corrals, jute-covered wings, and a loading chute. The jute-covered wings are made of burlap like material, not wire, to avoid injury to the horses. The wings form an alley way used to guide the horses into the trap. Trap locations are changed during the gather to reduce the distance that the animals must travel. A helicopter is used to locate and herd wild horses to the trap location. The pilot uses a pressure and release system while guiding them to the trap site, allowing them to travel at their own pace. As the herd approaches the trap the pilot applies pressure and a 'prada' horse is released guiding the wild horses into the trap. Once horses are gathered they are removed from the trap and transported to a temporary holding facility where they are sorted.

If helicopter drive-trapping operations are needed to capture the targeted animals, BLM would assure a veterinarian is on-site and/ or on-call during the gather to examine animals and make recommendations to BLM for care and treatment of wild horses. BLM staff would be present on

DOI-BLM-NV-B010-2025-0006-EA          10

the gather at all times to observe animal condition, ensure humane treatment of wild horses, and ensure contract requirements are met.

**Bait/Water Trapping**

Bait and/or water trapping may be used if circumstances require it or best fits the management action to be taken. Bait and/or water trapping generally require a longer window of time for success than helicopter drive trapping. Although the trap would be set in a high probability area for capturing excess wild horses residing within the area, and at the most effective time periods, time is required for the horses to acclimate to the trap and/or decide to access the water/bait.

Trapping involves setting up portable panels around an existing water source or in an active wild horse area, or around a pre-set water or bait source. The portable panels would be set up to allow wild horses to go freely in and out of the corral until they have adjusted to it. When the wild horses fully adapt to the corral, it is fitted with a gate system. The acclimation of the horses creates a low stress trapping method. During this acclimation period the horses would experience some stress due to the panels being setup and perceived access restriction to the water/bait source.

When actively trapping wild horses, the trap would be staffed or checked on a daily basis by either BLM personnel or authorized contractor staff. Horses would be either removed immediately or fed and watered for up to several days prior to transport to a holding facility. Existing roads would be used to access the trap sites.

Gathering excess horses using bait/water trapping could occur at any time of the year and traps would remain in place until the target number of animals are removed. Generally, bait/water trapping is most effective when a specific resource is limited, such as water during the summer months. For example, in some areas, a group of wild horses may congregate at a given watering site during the summer because few perennial water resources are available nearby. Under those circumstances, water trapping could be a useful means of reducing the number of horses at a given location, which can also relieve the resource pressure caused by too many horses. As the proposed bait and/or water trapping in this area is a low stress approach to gathering wild horses, such trapping can continue into the foaling season without undue harm to mares or foals.

**Gather Related Temporary Holding Facilities (Corrals)**

Wild horses that are gathered would be transported from the gather sites to a temporary holding facility in goose-neck trailers. At the temporary holding facility, wild horses would be sorted into different pens based on sex. The horses would be aged and provided good quality hay and water. Mares and their un-weaned foals would be kept in pens together. At the temporary holding facility, a veterinarian, when present, would provide recommendations to the BLM regarding care and treatment of the recently captured wild horses. Any animals affected by a chronic or incurable disease, injury, lameness or serious physical defect (such as severe tooth loss or wear, club foot, and other severe congenital abnormalities) would be humanely euthanized using methods acceptable to the American Veterinary Medical Association (AVMA), consistent with BLM IM 2021-007 or updated policy.

**Transport, Off-range Corrals, and Adoption Preparation**

All gathered wild horses would be removed and transported to BLM off-range corrals where they would be inspected by facility staff and, if needed, a contract veterinarian to observe health and ensure the animals are being humanely cared for.

Those wild horses that are removed from the range and are identified to not return to the range would be transported to the receiving off-range corrals (ORC, formerly short-term holding facility) in a goose-neck stock trailer or straight-deck semi-tractor trailers. Trucks and trailers used to haul the wild horses would be inspected prior to use to ensure wild horses can be safely transported. Wild horses would be segregated by age and sex when possible and loaded into separate compartments. Mares and their un-weaned foals may be shipped together. Transportation of recently captured wild horses is limited to a maximum of 10 hours.

Upon arrival at the ORC, recently captured wild horses are off-loaded by compartment and placed in holding pens where they are provided good quality hay and water. Most wild horses begin to eat and drink immediately and adjust rapidly to their new situation. At the off-range corral, a contract veterinarian provides recommendations to the BLM regarding care, treatment, and if necessary, euthanasia of the recently captured wild horses. Wild horses in very thin condition or animals with injuries are sorted and placed in hospital pens, fed separately and/or treated for their injuries.

After recently captured wild horses have transitioned to their new environment, they are prepared for adoption, sale, or transport to Off-Range Pastures. Preparation involves freeze-marking the animals with a unique identification number, vaccination against common diseases, castration, microchipping, and de-worming. At ORC facilities, a minimum of 700 square feet of space is provided per animal.

**Adoption**
Adoption applicants are required to have at least a 400 square foot corral with panels that are at least six feet tall. Applicants are required to provide adequate shelter, feed, and water. The BLM retains title to the horse for one year and inspects the horse and facilities during this period. After one year, the applicant may take title to the horse, at which point the horse becomes the property of the applicant. Adoptions are conducted in accordance with 43 CFR Subpart 4750.

**Sale with Limitations**
Buyers must fill out an application and be pre-approved before they may buy a wild horse. A sale-eligible wild horse is any animal that is more than 10 years old or has been offered unsuccessfully for adoption at least three times. The application also specifies that buyers cannot sell the horse to slaughter buyers or anyone who would sell the animals to a commercial processing plant. Sales of wild horses are conducted in accordance with the WFRHBA and congressional limitations.

**Off-Range Pastures**
In Off-Range Pastures (ORP), mares and sterilized stallions (geldings) are segregated into separate pastures. Although the animals are placed in ORP, they remain available for adoption or sale to qualified individuals; and foals born to pregnant mares in ORP are gathered and weaned when they reach about 8-12 months of age and are also made available for adoption. The ORP contracts specify the care that wild horses must receive to ensure they remain healthy and well-cared for. Handling by humans is minimized to the extent possible although regular on-the-

ground observation by the ORP contractor and periodic counts of the wild horses to ascertain their well-being and safety are conducted by BLM personnel and/or veterinarians.

**Shipping**
When shipping wild horses for adoption, sale, or ORP the animals may be transported for up to a maximum of 24 hours. Immediately prior to transportation, and after every 24 hours of transportation, animals are offloaded and provided a minimum of 8 hours on-the-ground rest. During the rest period, each animal is provided access to unlimited amounts of clean water and two pounds of good quality hay per 100 pounds of body weight with adequate space to allow all animals to eat at one time.

**Euthanasia or Sale without Limitations**
Under the WFRHBA, healthy excess wild horses can be euthanized or sold without limitation if there is no adoption demand for the animals. However, while euthanasia of healthy WHB and sale without limitation are allowed under the statute, these activities have not been permitted under current Congressional appropriations for over a decade and are consequently inconsistent with BLM policy. If Congress were to lift the current appropriations restrictions, then it is possible that excess horses removed from the Callaghan Complex could potentially be euthanized or sold without limitation consistent with the provisions of the WFRHBA.

Any old, sick or lame horses unable to maintain an acceptable body condition (greater than or equal to a Henneke BCS of 3) or with serious physical defects would be humanely euthanized either before gather activities begin or during the gather operations. Decisions to humanely euthanize animals in field situations would be made in conformance with BLM policy (Permanent Instruction Memorandum (PIM) 2021-007 or the most current edition).

**Public Viewing Opportunities**
Opportunities for public observation of the gather activities on public lands would be provided, when and where feasible, and would be consistent with WO IM No. 2013-058 and the Visitation Protocol and Ground Rules for Helicopter WH&B Gathers. This protocol is intended to establish observation locations that reduce safety risks to the public during helicopter gathers (see Appendix IV). Due to the nature of bait and water trapping operations, public viewing opportunities may only be provided at holding corrals.

**2.2 Herd Management Area Plan**
The Herd Management Area Plan (HMAP) is a plan for the management of wild horses within the Callaghan Complex. The HMAP is described in more detail in Appendix XII, including management, monitoring, and implementation objectives. Potential future actions listed in the objectives of the HMAP would be reviewed prior to implementation to determine if additional NEPA documentation is required.

Table 2: Callaghan Complex Herd Management Area Plan Matrix

| Item | Alternatives A-C | No Action |
|---|---|---|
| **Population Management** | Manage wild horse population within the established AML range of 323-552 wild horses to protect the range from deterioration associated with overpopulation. Excess wild horses would be removed to the low range of AML upon determination that excess animals are present. Once high-end of AML has been surpassed, follow up gathers would occur to remove excess wild horses back to low AML. | The Callaghan Complex would be managed under existing management. |
| **Adjust to AML** | AML would be evaluated, as needed, following an in-depth analysis of resource conditions including but not limited to actual use, utilization, available forage and water, range conditions, trend, and precipitation. | |
| **Population Control Method** | <u>Alternatives A & B:</u> Gathers to remove excess wild horses. Additional population growth suppression methods would be utilized by implementing fertility control methods once low AML is achieved.<br><br><u>Alternative C:</u> Gathers to remove excess wild horses. Do not implement fertility control methods. | Continue existing management, a gather to remove excess wild horses would not occur. There would be no active management to control population growth rates, the size of the wild horse population or to bring the wild horse population to AML. |
| **Sex Ratio** | Approximately 60% studs/40% mares | No sex ratio adjustment would occur. |
| **Total Animals Remaining Following Gathers** | Low range of AML across the Complex:<br>Bald Mountain HMA: 129 wild horses<br>Callaghan HMA: 134 wild horses<br>South Shoshone HMA: 60 wild horses<br>Complex Total: 323 | **N/A** |
| **Selective Removal Criteria** | Selective Removals would only be implemented once the Complex is within Appropriate Management Levels. Selection would be focused on returning animals with good conformation or size, etc.. | No Selective Removal would occur. |
| **Genetic Diversity** | Collect hair samples every other gather to detect any changes in observed heterozygosity. | No correction for potential future genetic loss would be implemented under this alternative. |
| **Rangeland Health** | Utilization by all herbivores is limited to 40% of current year's production for key grasses, key shrubs, and forbs. | |

DOI-BLM-NV-B010-2025-0006-EA          15

| Item | Alternatives A-C | No Action |
|---|---|---|
| **Riparian Health** | Existing water developments would be periodically maintained, and new water developments could be constructed as needed. | Maintain existing water developments until they outlive their useful life then remove them and readjust AML based on available water. |
| **Wild Burros** | The Callaghan Complex is not designated for wild burro management. All wild burros present within the Complex are determined to be excess and would be removed to the extent practicable. | No removal of wild burros. |

## 2.3 Alternative A: The proposed Action

Alternative A: Gather and Remove Excess wild horses to low AML, implementation of population growth suppression utilizing vaccines for horses, IUDs for horses, sex ratio adjustments for horses and managing no more than approximately ¼ of the mares at low AML as a permanently non-reproducing portion of the population, including mares that are sterilized with a minimally invasive procedure.

This action would gather and remove excess animals to achieve low AML, administer population control measures to a subset of gathered horses that are to be returned to the range, and after low AML has been achieved, would allow, if needed, for the gather and removal of excess wild horses to maintain the population within AML so as to ensure a sufficient recovery period for degraded range resources. After the initial gather, the target removal number would be adjusted accordingly based off contemporary population inventories for the Callaghan Complex and the resulting projection of excess animals. The principal management goal for the Complex would be to maintain the population at low AML, across all HMAs to allow range resources to recover. The majority of mares returned to HMAs would be treated with a population growth suppression vaccine (i.e., Porcine Zona Pellucida (PZP) ZonaStat, PZP vaccine pellets (PZP-22), GonaCon-Equine, or most current formulation; see Appendix V) or an IUD. Only mares that are not pregnant would be considered for treatment with an IUD. No mare would be administered an IUD and a vaccine at the same point in time. The remainder of mares returned to the HMA would be treated with a humane, minimally-invasive sterilization procedure (defined and addressed in Appendix V). Up to approximately ¼ of the population of mares at low AML would be managed as a non-reproducing component, comprised of sterilized mares. The sex ratio adjustments for horses would temporarily lead to males being up to 60% of the herd. The procedures to be followed for minimally invasive mare sterilization are described in Appendix V.

If gather efficiencies during the initial gather do not allow enough horses to be captured to reach low AML and treat the intended number of animals with vaccines, IUDs, minimally invasive sterilization, BLM would subsequently return to the HMA to remove excess wild horses above low AML. BLM would also conduct follow-up gathers, as needed, to gather a sufficient number of wild horses to implement the fertility control components of this action alternative, and to

DOI-BLM-NV-B010-2025-0006-EA            16

remove excess animals as necessary to achieve and maintain the wild horse population within AML.

If gather efficiencies of the initial gather exceed the target removal number of horses necessary to bring the population to low AML, this would allow the BLM to begin implementing the population control components (fertility control vaccines for horses; IUDs, mare sterilization, and sex ratio adjustment) of this alternative with the initial gather. In this scenario, mares treated with fertility control measures would be released back into the Callaghan Complex (to their respective HMAs), as would the appropriate number of stallions necessary to achieve the 60:40 goal for the male to female sex ratio.

Population inventories and routine resource/habitat monitoring would be completed between gather cycles to document current population levels, growth rates, and areas for any follow-up gathers. Subsequent gather activities would be conducted in a manner consistent with those described for the initial gather. Catch, treat and release actions would be targeted to be conducted from November through February which is identified as the period of maximum effectiveness for fertility control vaccine application. Funding limitations and competing priorities might impact the timing of subsequent gather and population control components of this action.

The Procedures to be followed for implementing fertility control vaccines and IUDs are detailed in Appendix V. Any animals that receive fertility control treatments would be freeze marked and receive a uniquely numbered RFID chip for the purpose of identifying the treated animals and tracking their treatment history. At the AML level established for the HMA and based on known seasonal movements of the horses (BLM), sufficient genetic exchange should occur to maintain the genetic health of the population, even if some of the horse herd is temporarily non-reproductive as a result of vaccines or IUDs, and if 1/4 of the mares at low AML are permanently non-reproductive. All horses identified to remain in the HMA would be selected to maintain a diverse age structure, herd characteristics, and body type (conformation). Please refer to Appendix V for further information on BLM's use of population growth suppression in wild horse management, and analyses of anticipated effects.

Under Alternative A, no gathered mare younger than the age of 5 would be returned to the Callaghan Complex, and one or more of the minimally invasive sterilization procedures discussed in detail in Appendix V would be conducted on a selection of mares to be returned to the Complex. All mares considered for sterilization would be 5 years old or older and would, therefore have already had some opportunity to reproduce. Any mares receiving an IUD or a minimally invasive sterilization procedure would be required to be not pregnant at the time, and at a minimum body condition score of 3 (See Appendix VI, Body Condition Score Chart); however, BLM MLFO will prioritize treatment to horses with body scores of 4 or better to increase the likelihood of a faster recovery from any potential disturbance (which is expected to be minimal). Only a veterinarian experienced in the use of ultrasonography to determine pregnancy status would conduct pregnancy screenings. Only a veterinarian would place any IUD. At no time would more than ¼ of the existing mare population on the range be sterile after the total population is within AML.

For any minimally invasive sterilization procedure in which animal handling will be required, a veterinarian will conduct the procedure and ensure use of appropriate sedation, anesthesia, analgesics and antibiotics. The procedures may take place at a private veterinarian's facility or at a contract facility approved by BLM thus giving the horses the best possible care and post operation welfare observation and recovery. Treated mares will remain at the facility for welfare monitoring and until the veterinarian is confident they are healing enough to be released. For observation opportunities please reference Appendix IV.

Even when the population size of the horse herd is at the low end of AML, three-quarters or more of the mares in the herd would still be potentially of reproducing. Hair samples would be collected for genetic monitoring during the initial gather, and then subsequently every 5-10 years; with even higher frequency if the initial results indicate that is warranted. If genetic monitoring results show a need to increase observed heterozygosity levels then BLM would augment the genetic diversity in the herd by introducing fertile adults from other HMAs.

### 2.4 Alternative B
Alternative B is similar to Alternative A, except that released mares would not receive Intra-Uterine Devices (IUDs) or any minimally invasive sterilization procedures. The permanently non- reproducing portion of the horse population in the Callaghan Complex would be no more than one-quarter of the total herd at low AML but those would be limited to geldings. This alternative is not expected to reduce annual wild horse herd growth rates as much as Alternative A, but because the geldings would be a part of the total number of animals at AML and because a 60:40 sex ratio would be the target for management, it is expected that the need for follow up gathers over time would be less frequent than under Alternatives C or D.

### 2.5 Alternative C
Alternative C is similar to Alternative A, except that gathers would be the only method of population management in the Callaghan Complex. The BLM would gather and remove excess wild horses from within and outside the three HMAs to achieve low AML. Follow up gathers would be conducted as needed to maintain the population within AML. Population suppression measures would not be applied and no changes to the herd's sex ratios would be made. Under this alternative, follow up gathers will be conducted until low AML is achieved.

### 2.6 Alternatives Considered but Eliminated from Detailed Analysis
*Use of Bait and/or Water Trapping Only*
An alternative considered but eliminated from detailed analysis was use of bait and/or water trapping as the sole gathering method. The use of bait and water trapping, though effective in specific areas and circumstances, would not be timely, cost-effective or practical as the sole gather method for the Callaghan Complex. However, water or bait trapping may be used as a supplementary approach to achieve the desired goals of Alternatives A-C, such as if gather efficiencies are too low using a helicopter, if a helicopter gather cannot be timely scheduled, excess animals are congregated in an area suitable for water or bait trapping, or for follow up gathers involving removal of a small number of animals. This alternative was dismissed from detailed study as a primary or sole gather method for the following reasons:

1. The project area is too large to effectively use this gather method as the primary or sole method;

DOI-BLM-NV-B010-2025-0006-EA          18

2. Road access for vehicles to potential trapping locations necessary to get equipment in/out as well as safely transport gathered wild horses is limited.
3. The large numbers of horses proposed to be gathered would make water or bait trapping as a sole capture method impossible within a reasonable time frame, due to terrain, management status of land (ie. Wilderness), etc.

*Field Darting PZP Treatment as Exclusive Method of Population Control*
Under this scenario, BLM would administer PZP in the one-year liquid dose inoculations by field darting the mares as the sole method of population management. This method is currently approved for use and is being utilized by BLM in a small number of other HMAs. This alternative was dismissed from detailed study for the following reasons:

1. The size of the area at 1,145,515 acres is too large to use this method.
2. The presence of water sources on both private and public lands inside and outside the complex would make it almost impossible to restrict wild horse access to be able to dart horses consistently.
3. Horse behavior limits their approachability/ accessibility, so that the number of mares expected to be treatable via darting would be insufficient to control growth.
4. BLM would have difficulties keeping records of unmarked animals that have been treated due to common and similar colors and patterns in this herd. For these reasons, this alternative was determined to not be an effective or feasible method for managing wild horses from the Callaghan Complex.

*Gathering the Callaghan Complex only to upper-level AML*
Gathering wild horses to achieve a post-gather population size at the upper level of the AML range would result in AML being exceeded with the next foaling season.

The upper levels of the AML range established for the Complex represents the maximum population for which a thriving natural ecological balance can be maintained. The lower range represents the number of animals that should remain in the Complex following a wild horse gather in order to allow for a periodic gather cycle of approximately every four years and to prevent the population from exceeding the established AML between gathers. The need to gather below the upper range of AML has been recognized by the IBLA, which has held that:

*". . . the term AML within the context of the statute to mean[s] that "optimum number" of wild horses which results in a thriving natural eco- logical balance and avoids a deterioration of the range." (Animal Protection Institute of America, 109 IBLA 112, 119 (1989))*

Proper range management dictates removal of horses before the herd size causes damage to the range land. Thus, the optimum number of horses is fewer than the number that would cause damage. Removal of horses before range conditions deteriorate ensures that horses enjoy adequate forage and an ecological balance is maintained (*Animal Protection Institute of America*, 118 IBLA 63 (1991)).

Additionally, gathering to the upper level of AML would result in the need to follow up with another gather within one year, and could result in over utilization of vegetation resources,

DOI-BLM-NV-B010-2025-0006-EA           19

damage to the rangeland, and increased stress to wild horses. For these reasons, this alternative did not receive further consideration in this document.

*Control of Wild Horse Populations by Natural Means*
This alternative would use natural means, such as natural predation and weather, to control the wild horse population. This alternative was eliminated from further consideration because it would be contrary to the WFRHBA, which requires the BLM to protect the range from deterioration associated with an overpopulation of wild horses and burros. The alternative of using natural controls to achieve a desirable AML has not been shown to be feasible (NAS 2013). Wild horse population in the Callaghan Complex is not substantially regulated by predators, as evidenced by the 15-20% annual increase in the wild horse populations. In addition, wild horses are a long-lived species with documented foal survival rates that may exceed 95% (Ransom et al. 2016) and are not a 'self-regulating' species. This alternative would allow for a steady increase in the wild horse populations which would continue to exceed the carrying capacity of the range and would cause increasing damage to the rangelands until severe range degradation or natural conditions that occur periodically – such as blizzards or extreme drought – cause a catastrophic mortality of wild horses in the Complex.

Many horse herds grow at sustained high rates of 15-25% per year and are not a self-regulating species (NRC 2013). The NAS report (NRC 2013) concluded that the primary way that equid populations self-limit is through increased competition for forage at higher densities, which results in smaller quantities of forage available per animal, poorer body condition, and decreased natality and survival. It also concluded that the effect of this would be impacts to resource and herd health that are contrary to BLM management objectives and statutory and regulatory mandates. This alternative would result in a steady increase in the wild horse populations which would continue to exceed the carrying capacity of the range resulting in a catastrophic mortality of wild horses in the HMA, and irreparable damage to rangeland resources.

*Raising the Appropriate Management Levels for Wild Horses*
This alternative was not brought forward for detailed analysis because it would be outside of the scope of the analysis, and would be inconsistent with the WFRHBA which directs the Secretary to immediately remove excess wild horses and to manage for a thriving natural ecological balance and for multiple uses. AML within the Complex was last reevaluated in the SERARMP (1986), Austin FMUD (1995), Carico Lake FMUD (2002), and the Kingston Simpson Park FMUD (2005) and there is no basis for modifying the AML at this time. Available data shows that excess wild horses are present on the range, that these excess horses need to be removed, and that there is insufficient water and forage within the complex to support an increase in the wild horse AML. Given the resource degradation occurring with the current overpopulation of wild horses, it is necessary to bring the population back to low AML first, and to provide the range sufficient opportunity to recover, so the agency can collect data that would help inform whether the range could support additional horses above currently defined AML levels, while still ensuring a thriving natural ecological balance. Given the absence of data that would support a modification to the AML, and that such modification could require an RMP amendment, this gather decision is not an appropriate mechanism for adjusting AML.

DOI-BLM-NV-B010-2025-0006-EA          20

*Remove or Reduce Livestock within the Callaghan Complex*

This alternative would involve no removal of wild horses and would instead address the range deterioration caused by excess wild horse numbers through the removal of livestock or reductions in livestock grazing allocations within the Complex. This alternative was not brought forward for analysis because it would be inconsistent with the current land use plans and with the WFRHBA which mandates management of wild horses in balance with other multiple uses.

The proposal to reduce livestock would not meet the purpose and need for action. Monitoring indicates that the wild horses are causing resource degradation, even in areas with no livestock grazing, and that there is insufficient water and forage for the number of horses present, resulting in their movement outside of HMA boundaries to public and private lands that are not managed for wild horses.

This alternative would also be inconsistent with the WFRHBA, which directs the Secretary to immediately remove excess wild horses. Livestock grazing can only be reduced or eliminated if BLM follows regulations at 43 CFR § 4100 and must be consistent with multiple use allocations set forth in the land-use plan. Such changes to livestock grazing cannot be made through a wild horse gather decision and are only possible if BLM first revises the land-use plans to re-allocate livestock forage to wild horses and to eliminate or reduce livestock grazing.
Furthermore, re-allocation of livestock AUMs to increase the wild horse AMLs would not achieve a thriving natural ecological balance due to differences in how wild horses and livestock graze. Unlike livestock which can be confined to specific pastures, limited periods of use, and specific seasons-of-use to minimize impacts to vegetation during the critical growing season or to riparian zones during the summer months, wild horses are present year-round and their impacts to rangeland resources cannot be controlled through establishment of a grazing system, such as for livestock. Thus, impacts from wild horses can only be addressed by limiting their numbers to a level that does not adversely impact rangeland resources and other multiple uses.

While the BLM is authorized to remove livestock from HMAs "if necessary to provide habitat for wild horses or burros, to implement herd management actions, or to protect wild horses or burros from disease, harassment or injury" (43 CFR § 4710.5), this authority is usually applied in cases of emergency and not for general management of wild horses since it cannot be applied in a manner that would be inconsistent with the existing land-use plans. (43 CFR § 4710.1)
For the reasons stated above, this alternative was not carried through for detailed analysis. For modifications in long-term multiple use management, changes in forage allocations between livestock and wild horses would have to be re-evaluated and implemented through the appropriate public decision-making processes to determine whether a thriving natural ecological balance can be achieved at a higher AML and in order to modify the current multiple use relationship established in the land-use plans.

*Control of Wild Horse Populations by Fertility Control Treatment Only (No Gathers)*

This alternative would require repeated gathers of a significant portion of the existing population (95%) to implement fertility control treatments only, without removal of excess horses and was modeled using a three-year gather/treatment interval over a 10-year period (See Appendix VII). Based on preliminary modeling, this alternative would not result in attainment of the AML range

DOI-BLM-NV-B010-2025-0006-EA          21

for the Callaghan Complex. Wild horse population would continue to increase the current wild horse overpopulation, albeit at a slower rate of growth.

*Use of GonaCon Only:*
Over the next 10 years, on average 16,254 horses would need to be gathered. Of the horses gathered an average of 9,563 horses would have to be treated. After 10 years the final average population would be 6,511 (approximately 12 times over high AML) wild horses throughout the Complex.

*Use of PZP-22 Only:*
Over the next 10 years, on average 21,393 horses would need to be gathered. Of the horses gathered an average of 7,708 horses would have to be treated. After 10 years final average population would be 11,423 (approximately 20 times over high AML) wild horses throughout the Complex.

This alternative would not bring the horse population to AML and would allow wild horse population to continue to grow even further in excess of AML. Resource degradation would escalate, and implementation of this alternative would result in significantly increased gather and fertility control costs without achieving a thriving natural ecological balance. Existing studies also indicate that management plans that rely exclusively on fertility control methods will not lead to AML being achieved in the near future (i.e., Fonner and Bohara 2017). This alternative would not meet the purpose of and need of the proposed action therefore was eliminated from further consideration.

<u>Use of Alternative Capture Techniques Instead of Helicopter Capture</u>
The BLM identified chemical immobilization, net gunning, and wrangler/horseback drive trapping as potential alternative methods for gathering wild horses. Net gunning techniques normally used to capture big game animals also rely on helicopters, and may be associated with high injury rates. Chemical immobilization is a very specialized technique and strictly regulated. Currently the BLM does not have sufficient expertise to implement either of these methods and it would be impractical to use given the size of the project area, access limitations, and difficulties in approachability of the wild horses.

Use of wrangler on horseback drive-trapping to remove excess wild horses can be fairly effective on a small scale. However, given the number of excess wild horses to be removed, the large geographic size of the gather area, access limitations, and difficulties in approaching the wild horses this technique would be ineffective and impractical. Horseback drive-trapping is also very labor intensive and can be very dangerous to the domestic horses and the wranglers used to herd the wild horses. Domestic horses can easily be injured while covering rough terrain and the wrangler could be injured if he/she falls off. For these reasons, this alternative was eliminated from further consideration.

<u>Designation of the Complex to be Managed Principally for Wild Horses</u>
This action under 43 CFR 4710.3-2 would require amendment of the SERARMP, which is outside the scope of this EA. The Callaghan Complex is not currently designated as a wild horse 'range.' Only the BLM Director or Assistant Director (as per BLM Manual 1203: Delegation of

Authority), may establish a Wild Horse and Burro Range after a full assessment of the impact on other resources through the land-use planning process.  Wild Horse and Burro Range is also not an "exclusive" designation. Designation would not necessarily exclude livestock use; therefore levels of permitted livestock grazing could remain the same.

# Chapter 3: Affected Environment and Environmental Effects

### 3.1 General Setting

The Callaghan Complex consists of the Callaghan, South Shoshone, Bald Mountain, Hickison (north of Nevada State Highway 50) HMAs, and North Shoshone HA. The Complex lies entirely within Lander County, Nevada. The northern end of the Complex is approximately 7 miles south of Battle Mountain, NV and the southern end of the complex is approximately 6 miles north Austin, NV. The gather area encompasses approximately 1,145,515 acres. The Complex also includes the area spanning in between HMA boundaries where wild horses and burros currently reside. Terrain varies from level valleys to steep, rugged mountains, with elevations ranging from 4,800 feet at the valley floor to 8,500 feet on mountain peaks. The highest point in the Complex is Mount Callaghan at 10,200 feet. Climate within the complex is characterized by warm dry days, cool nights and low yearly precipitation that ranges from 5 inches at lower elevations to approximately 16 inches at higher elevations. Temperatures in the Complex can range from excess of 100 degrees in the summer and negative 20 in the winter.

Vegetation types are distributed according to topography, elevation and associated precipitation. Within the highest elevations, and subsequently the greatest precipitation, the vegetation consists primarily of pinyon-pine and juniper trees, mountain-mahogany, and low sagebrush. The lower and drier elevations consist of saltbush, greasewood, sagebrush, and a variety of annual and perennial grasses and wildflowers.

In the Great Basin high desert of Nevada, the average annual precipitation is often less than 11 inches (which defines the term desert).  Drought conditions may occur as frequently as 6 out of every 10 years.  Drought is defined by the Society for Range Management as "…prolonged chronic shortage of water" (SRM 1998).

### 3.2 Description of Affected Resources/Issues

To comply with the National Environmental Policy Act, the following elements of the human environment are subject to requirements specified in statute, regulation or executive order and must be considered.

Table 3: Supplemental Authorities (Critical Elements of Human Environment)

| Resources | Present | Affected | Rational for Dismissal from Detailed Analysis |
|---|---|---|---|
| Wild Horse and Burro | Yes | Yes | Effects to resource are analyzed in this EA |
| Air Quality | Yes | May be affected | The proposed gather area is not within an area of non-attainment or areas where total suspended particulates exceed Nevada air quality standards. Areas of disturbance would be small and temporary. Detailed analysis not required. |
| Areas of Critical Environmental Concern (ACEC's) | No | No | Resource not present within Complex boundaries. |
| Cultural Resources | Yes | No | In accordance with the SOPs for Gather and Handling Activities in Appendix IV (BLM/SHPO Protocol), gather facilities would be placed in previously disturbed areas. Should new, previously undisturbed gather sites or holding facility locations be required, appropriate Class III cultural resource inventories would be conducted to avoid placing gather facilities in areas with cultural resources and to ensure that measures are taken to avoid any cultural resource impacts. |
| Environmental Justice and Socioeconomics | Yes | No | The Proposed Action would not have disproportionately high or adverse effects on low income or minority populations. Health and environmental statues would not be compromised. The Proposed Action would not disproportionately impact social or economic values. |
| Forest Health | Yes | No | Project has a negligible impact directly, indirectly and cumulatively to forest health. Detailed analysis not required. |
| Migratory Birds | Yes | May be affected | Effects to resource are analyzed in this EA. |
| Mineral Resources | Yes | No | There would be no modifications to mineral resources through the Proposed Action. |
| Native American Religious Concerns | Yes | May be affected | Effects to resource are analyzed in this EA. |
| Noxious Weeds and Invasive Nonnative Species | Yes | May be affected | Any noxious weeds or non-native invasive weeds would be avoided when establishing trap and/or holding facilities, would not be driven through. Noxious weed monitoring at trap/holding sites would be conducted and applicable treatment of weeds would occur per Noxious Weed Control EA#NV-020-02- 19 as needed. Effects to resource are analyzed in this EA. |
| Paleontology | No | No | All known Paleontology would be avoided. |
| Prime or Unique Farmlands | No | No | Resource not present. |
| Public Health & Safety | Yes | Yes | Risks have been assessed to mitigate any safety hazards in the form of safety plans and risk management worksheets. See Appendix IV. |
| Rangeland Standard and Guidelines and Livestock Grazing | Yes | Yes | Effects to resource are analyzed in this EA |
| Recreation | Yes | Yes | Effects to resource are analyzed in this EA |

| Resources | Present | Affected | Rational for Dismissal from Detailed Analysis |
|---|---|---|---|
| Soils | Yes | Yes | Effects to resource are analyzed in this EA |
| Special Status Species | Yes | Yes | Effects to resource are analyzed in this EA |
| Threatened & Endangered Species | No | No | The Monarch Butterfly (Danaus plexippus) is a candidate species and has the potential to occur with no known critical habitats within the gather area. Detailed analysis not required. |
| Vegetation | Yes | Yes | Effects to resource are analyzed in this EA |
| Wastes, Hazardous or Solid | No | No | Resource not present. |
| Water Quality (Surface/Ground) | Yes | May be affected | Surface water disturbance would be minimal and temporary. Ground water would not be affected. |
| Wetlands and Riparian Zones | Yes | Yes | Effects to resource are analyzed in this EA |
| Wild and Scenic Rivers | No | No | Resource not present. |
| Wildfire and Fuels | Yes | Yes | Effects to resource are analyzed in this EA |
| Wildlife | Yes | Yes | Effects to resource are analyzed in this EA. |
| Wilderness/WSA | Yes | No | Effects to resource are analyzed in this EA. |

**3.2.1 Wild Horses**
Wild horses are the descendants of domesticated horses that were introduced to North America. Wild horse populations may grow at 15-20 percent per year (NAS 2013, Ransom et al. 2016), and predation does not typically prevent populations from growing. Maintaining a herd within AML requires removing animals in roundups, also known as gathers, and may require management actions that limit population growth rates (NAS 2013). Wild horse herds compete with native wildlife for forage and water resources (reviewed in Crist et al. 2019).  Since 2008, population inventory flights have been conducted every two to three years.  These population inventory flights have provided information about population numbers, apparent growth rates, spatial distribution, and herd health.  A population inventory was conducted in February 2025 using the simultaneous double-observer method (Crabb, 2025). Based on analysis of data from that survey the current estimated wild horse population throughout the Complex was 4,489 adult wild horses, that time. Conservatively assuming a 15% growth rate, the population size by late 2025 is expected to reach 5,160 (Table 1). That greatly exceeds the AML for this Complex, which is 323-552.

Monitoring data shows that wild horses are having negative impacts on rangeland health conditions. The results of key species utilization monitoring reveal slight to moderate use throughout the Callaghan Complex including in areas where there has been no cattle grazing. Utilization data was collected within the project area in 2023 and 2024. Utilization was unable to be conducted at approximately 25% of sites monitored in 2023 and 33% of sites monitored in 2024 due to a lack of available key forage species. Wild horses have been a contributing factor to riparian areas not meeting PFC standards and observed areas are at risk with a downward trend. See Appendix VIII for monitoring data summaries.

Diet/dietary Overlap with Other Species
Numerous studies identify dietary overlap of preferred forage species and habitat preference between horses, cattle, and wildlife species in the Great Basin ecosystems for all seasons (Ganskopp 1983; Ganskopp et al. 1986, 1987; McInnis 1984; McInnis 1987; Smith et al 1982; Vavra and Sneva 1987). A strong potential exists for exploitative competition between horses and cattle under conditions of limited forage (water and space) availability (McInnis et al. 1987). Although horses and cattle are often compared as grazers, horses can be more destructive to the range than cattle due to their differing digestive systems and grazing habits. The dietary overlap between wild horses and cattle is much higher than with wildlife, and averages between 60 and 80% (Hubbard and Hansen 1976, Hansen et al. 1977, Hanley 1982, Krysl et al. 1984, McInnis and Vavra 1987). Horses are cecal digesters while most other ungulates including cattle, pronghorn, and others are ruminants (Hanley and Hanley 1982, Beever 2003). Cecal digesters do not ruminate or have to regurgitate and repeat the cycle of chewing until edible particles of plant fiber are small enough for their digestive system. Ruminants, especially cattle, must graze selectively, searching out digestible tissue (Olsen and Hansen 1977). Horses, however, are one of the least selective grazers in the West because they can consume high fiber foods and digest larger food fragments (Hanley and Hanley 1982, Beever 2003).

Wild horses can exploit the high cellulose of graminoids, or grasses, which have been observed to make up over 88% of their diet (McInnis and Vavra 1987, Hanley 1982) but shrubs – including sagebrush – can represent a large part of a horse's diet, at least in summer in the Great

Basin (Nordquist 2011). However, this lower quality diet requires that horses consume 20-65% more forage than a cow of equal body mass (Hanley 1982, Menard et al. 2002). With more flexible lips and upper front incisors, both features that cattle do not have, wild horses trim vegetation more closely to the ground (Symanski 1994, Menard et al. 2002, Beever 2003). As a result, areas grazed by horses may retain fewer plant species and may be subject to higher utilization levels than areas grazed by cattle or other ungulates.

Wild horses cannot be managed like livestock by restricting their grazing to certain pastures or seasons of use. As a result of the potential for wild horse populations to grow rapidly, impacts from wild horses on water, soil, vegetation, and native wildlife resources (Davies and Boyd 2019) can increase exponentially unless there is active management to limit their population sizes through removal of excess animals or action to control their rate of population growth. Horses can compete with managed livestock in forage selected (Scasta et al. 2016). For the majority of wild horse herds, there is little overall evidence that population growth is significantly affected by predation (NAS 2013), although wild horse herd growth rates may be somewhat reduced by predation in some localized areas, particularly where individual cougars specialize on horse predation (Turner and Morrison 2001, Roelle et al. 2010). Andreasen et al. (2021) recently found that some mountain lions (*Puma concolor*) prey on young horses, particularly where horses are at very high densities and native ungulates are at very low densities. The greatest rate of predation on horses was in the Virginia Range, where the state of Nevada manages a herd of feral horses that is not federally protected. Where lion predation on horses was common, Andreasen et al. (2021) found that female lions preyed on horses year-round, but 13% or fewer of horses killed by lions were adults. BLM does not have the legal authority to regulate or manage mountain lion populations, and it is not clear whether there are any mountain lions in the Callaghan Complex that specialize on horse predation. Andreasen et al. (2021) concluded that "At landscape scales, cougar predation is unlikely to limit the growth of feral horse populations." Given the recent history of consistent growth in the Callaghan Complex, as documented by repeated aerial survey, the inference that predation does not limit local wild horse herd growth rates apparently applies.

The USFWS (2008), Beever and Aldridge (2011), Chambers et al (2017) and Crist et al. (2019) summarize much of the literature that quantifies direct ecosystem effects of wild horse presence. Beever and Aldridge (2011) present a conceptual model that illustrates the effects of wild horses on sagebrush ecosystems. In the Great Basin, areas without wild horses had greater shrub cover, plant cover, species richness, native plant cover, and overall plant biomass, and less cover percentage of grazing-tolerant, unpalatable, and invasive plant species, including cheatgrass, compared to areas with horses. Grazing by wild horses can have severe impacts on water source quality, aquatic ecosystems and riparian communities as well (Beever and Brussard 2000; Barnett 2002; Nordquist 2011; USFWS 2008; Earnst et al. 2012; USFWS 2012, Kaweck et al. 2018), sometimes excluding native ungulates from water sources (Ostermann-Kelm et al. 2008; USFWS 2008; Perry et al. 2015; Hall et al. 2016; Gooch et al. 2017; Hall et al. 2018). Impacts to riparian vegetation per individual wild horse can exceed impacts per individual domestic cow (Kaweck et al. 2018). A potential benefit of a horse's digestive system may come from seeds passing through system without being digested but the benefit is likely minimal. Wild horses can spread nonnative plant species, including cheatgrass (King et al. 2019), and may limit the

effectiveness of habitat restoration projects. Horses require access to large amounts of water; an individual can drink an average of 7.4 gallons of water per day (Groenendyk et al. 1988). Despite a general preference for habitats near water (e.g., Crane et al. 1997), wild horses will routinely commute long distances (e.g., 10+ miles per day) between water sources and palatable vegetation (Hampson et al. 2010). During periods of increased temperature and decreased precipitation, horses monopolized access to water sources, leaving limited time for other species; this raises concerns about resource availability for native wildlife in water-limited environments (Hall et al. 2016)

Wild horses and burros may have ecologically beneficial effects, especially when herd sizes are low relative to available natural resources, but those ecological benefits do not typically outweigh damage caused when herd sizes are high, relative to available natural resources. Under some conditions, there may not be observable competition with other ungulate species for water (e.g., Meeker 1979), but recent studies that used remote cameras have found wild horses excluding native wildlife from water sources under conditions of relative water scarcity (Perry et al. 2015, Hall et al. 2016, Hall et al. 2018). Wild burros (and, less frequently, wild horses) have been observed digging 'wells;' such digging may improve habitat conditions for some vertebrate species and, in one site, may improve tree seedling survival (Lundgren et al. 2021). This behavior has been observed in intermittent stream beds where subsurface water is within 2 meters of the surface (Lundgren et al. 2021). The BLM is not aware of published studies that document wild horses or burros in the western United States causing similar or widespread habitat amelioration on drier upland habitats such as sagebrush, grasslands, or pinyon-juniper woodlands. Lundgren et al. (2021) suggested that, due to well-digging in ephemeral streambeds, wild burros (and horses) could be considered 'ecosystem engineers;' a term for species that modify resource availability for other species (Jones et al. 1994). Bleich et al. (2021) responded by pointing out that ecological benefits from wild horse and burro presence must be weighed against ecological damage they can cause, especially at high densities. In HMAs where wild horse and burro biomass is very large relative to the biomass of native ungulates (Boyce and McLoughlin 2021), they should probably also be considered 'dominant species' (Power and Mills 1995) whose ecological influences result from their prevalence on the landscape. Wild horse densities could be maintained at high levels in part because artificial selection for early or extended reproduction may mean that wild horse population dynamics are not constrained in the same way as large herbivores that were never domesticated (Boyce and McLoughlin 2021).

Another potentially positive ecological effect of wild horses and burros is that they, like all large herbivores, redistribute organic matter and nutrients in dung piles (i.e., King and Gurnell 2007), which could disperse and improve germination of undigested seeds. This could be beneficial if the animals spread viable native plant seeds, but could have negative consequences if the animals spread viable seeds of invasive plants such as cheatgrass (i.e., Loydi and Zalba 2009, King et al. 2019). Increased wild horse and burro density would be expected to increase the spatial extent and frequency of seed dispersal, whether the seeds distributed are desirable or undesirable. As is true of herbivory by any grazing animals, light grazing can increase rates of nutrient cycling (Manley et al. 1995) and foster compensatory growth in grazed plants which may stimulate root growth (Osterheld and McNaughton 1991, Schuman et al. 1999) and, potentially, an increase in carbon sequestration in the soil (i.e., Derner and Schuman 2007, He et al. 2011). However, when grazer density is high relative to available forage resources, overgrazing by any species can lead

DOI-BLM-NV-B010-2025-0006-EA          28

to long-term reductions in plant productivity, including decreased root biomass (Herbel 1982, Williams et al. 1968) and potential reduction of stored carbon in soil horizons. Recognizing the potential beneficial effects of low-density wild horse and burro herds, but also recognizing the totality of available published studies documenting ecological effects of wild horse and burro herds, especially when above AML (as noted elsewhere), it is prudent to conclude that horse and burro herd sizes above AML may cause levels of disturbance that reduce landscapes' capacity for resilience in the face of further disturbance, such as is posed by extreme weather events and other consequences of climate change. Further review on the ecological interactions between wild horses and their environments is included in Appendix V.

Population modeling was completed for the Callaghan Complex using Version 1.0.2 of *PopEquus*: A Predictive Modeling Tool to Support Management Decisions for Free-roaming Horse Populations (Folt et. all 2023) to analyze how the alternatives would affect the wild horse population. This modeling analyzed removal of excess wild horses with no fertility control, as compared to removal of excess wild horses with fertility control for released horses. The no action alternative was also modeled. One objective of the modeling was to identify whether any of the alternatives "crash" the population or cause extremely low population numbers or growth rates. Minimum population levels and growth rates were found to be within acceptable ranges, and above levels that would be grounds for concern; adverse impacts to the population that might cause the herd to no longer be self-sustaining are not likely under any of Alternatives A-D. Graphic and tabular results are also displayed in detail in Appendix VII.

Alternatives A-C
Helicopter/Bait and water trap impacts to wild horse
Impacts can occur to horses after the initial stress event (capture) and include increased social displacement or increased conflict between studs. These impacts are known to occur intermittently during wild horse gather operations. Traumatic injuries could occur and typically involve biting and /or kicking bruises. Horses may potentially strike or kick gates, panels, or the working chute while in corrals or trap which may cause injuries. Lowered competition for forage and water resources would reduce stress and fighting for limited resources (water and forage) and promote healthier animals. Indirect individual impacts are those impacts which occur to individual wild horses after the initial stress event and may include spontaneous abortions in mares. These impacts, like direct individual impacts, are known to occur intermittently during wild horse gather operations. An example of an indirect individual impact would be the brief skirmish which occurs among studs following sorting and release into the stud pen, which lasts less than a few minutes and ends when one stud retreats. Traumatic injuries usually do not result from these conflicts. These injuries typically involve a bite and/or kicking with bruises which don't break the skin. Like direct individual impacts, the frequency of occurrence of these impacts among a population varies with the individual animal.

Spontaneous abortion events among pregnant mares following capture are rare, though poor body condition at time of gather can increase the incidence of spontaneous abortions. Given the two different capture methods proposed, spontaneous abortion is not considered to be an issue for either of the two proposed capture methods, since helicopter/drive trap method would not be utilized during peak foaling season (March 1 thru June 30), unless an emergency exists, and the water/bait trapping method is anticipated to be low stress.

Foals are often gathered that were orphaned on the range (prior to the gather) because the mother rejected it or died. These foals are usually in poor, unthrifty condition. Orphans encountered during gathers are cared for promptly and rarely die or have to be euthanized. It is unlikely that orphan foals would be encountered since majority of the foals would be old enough to travel with the group of wild horses. Also, depending on the time of year, the age of any foals at the time would be six to nine months of age and may have already been weaned by their mothers.

Gathering wild horses during the summer months can potentially cause heat stress. Gathering wild horses during the fall/winter months reduces risk of heat stress, although this can occur during any gather, especially in older or weaker animals. Adherence to standard operating produces (SOPs) and techniques used by the gather contractor or BLM staff would help minimize the risks of heat stress. Heat stress does not occur often, but if it does, death can result. Most temperature related issues during a gather can be mitigated by adjusting daily gather times to avoid the extreme hot or cold periods of the day. The BLM and the contractor would be pro-active in controlling dust in and around the holding facility and the gather corrals to limit the horses' exposure to dust.

The BLM has been gathering excess wild horses from public lands since 1975 and has been using helicopters for such gathers since the late 1970's. Refer to Appendix IV for information on the methods that are utilized to reduce injury or stress to wild horses during gathers.

Since 2006, BLM Nevada has gathered over 40,000 excess animals. Of these, gather related mortality has averaged only 0.5%, which is very low when handling wild animals (GAO 2008, Scasta 2019). Another 0.6% of the animals captured were humanely euthanized due to pre-existing conditions and in accordance with BLM policy. This data affirms that the use of helicopters and motorized vehicles are a safe, humane, effective, and practical means for gathering and removing excess wild horses and burros from the range. For animals left on the range after gather activities, transient changes in social relations may result from gathers, but these do not fundamentally change the social structure of wild horses, which tend to live in bands of several mares and their offspring with one or more mature stallions. Hansen and Mosley (2000) concluded that gather activities had no effect on observed wild horse foraging or social behaviors, in terms of time spent resting, feeding, vigilant, traveling, or engaged in agonistic encounters. BLM policy prohibits gathering wild horses with a helicopter (unless under emergency conditions) during the period of March 1 to June 30 which includes and covers the six weeks that precede and follow the peak of foaling period (mid-April to mid-May).

Through the capture and sorting process, wild horses are examined for health, injury and other defects. Decisions to humanely euthanize animals in field situations would be made in conformance with BLM policy. BLM Euthanasia Policy PIM 2021-007 is used as a guide to determine if animals meet the criteria and should be euthanized. Animals that are euthanized for non-gather related reasons include those with old injuries (broken hip, leg) that have caused the animal to suffer from pain or which prevent them from being able to travel or maintain body condition: old animals that have lived a successful life on the range, but now have few teeth remaining, are in poor body condition, or are weak from old age; and wild horses that have congenital (genetic) or serious physical defects such as club foot, blindness, or sway back and

should not be returned to the range. Further review on potential effects of wild horse gathers is included in Appendix V.

Temporary Holding Facilities During Gathers
Wild horses gathered would be transported from the trap sites to a temporary holding corral within the gather area in goose-neck trailers or straight-deck semi-tractor trailers. At the temporary holding corral, the wild horses would be aged and sorted into different pens based on sex. The horses would be provided ample supply of good quality hay and water. Mares and their un-weaned foals would be kept in pens together. All horses identified for retention in the complex would be penned separately from those animals identified for removal as excess. All mares identified for release would be treated with fertility control vaccine in accordance with the SOPs for Fertility Control Implementation in Appendix V.

At the temporary holding facility, a veterinarian, would provide recommendations to the BLM regarding care, treatment, and if necessary, euthanasia of the recently captured wild horses. Any animals affected by a chronic or incurable disease, injury, lameness, or serious physical defect (such as severe tooth loss or wear, club foot, and other severe congenital abnormalities) would be humanely euthanized consistent with BLM PIM 2021-007, using methods acceptable to the American Veterinary Medical Association (AVMA).

Transport, Off Range Corrals, and Adoption Preparation
Wild horses removed from the range as excess would be transported to the receiving short-term holding facility in a goose-neck stock or straight-deck semi-tractor trailers. Trucks and trailers used to haul the wild horses would be inspected prior to use to ensure wild horses can be safely transported and that the interior of the vehicle is in a sanitary condition. Wild horses would be segregated by age and sex when possible and loaded into separate compartments.

Mares and their un-weaned foals may be shipped together. Transportation of recently captured wild horses is limited to a maximum of 10 hours. During transport, potential impacts to individual horses can include stress, as well as slipping, falling, kicking, biting, or being stepped on by another animal. Unless wild horses are in extremely poor condition, it is rare for an animal to die during transport.

Upon arrival, recently captured wild horses are off-loaded by compartment and placed in holding pens where they are fed good quality hay and water. Most wild horses begin to eat and drink immediately and adjust rapidly to their new situation. At the short-term holding facility, a veterinarian provides recommendations to the BLM regarding care, treatment, and if necessary, euthanasia of the recently captured wild horses. Any animals affected by a chronic or incurable disease, injury, lameness or serious physical defect (such as severe tooth loss or wear, club foot, and other severe congenital abnormalities) that was not diagnosed previously at the temporary holding corrals at the gather site would be humanely euthanized using methods acceptable to the AVMA. Wild horses in very thin condition or animals with injuries are sorted and placed in hospital pens, fed separately and/or treated for their injuries. Recently captured wild horses, generally mares, in very thin condition may have difficulty transitioning to feed. A small percentage of animals can die during this transition; however, some of these animals are in such poor condition that it is unlikely they would have survived if left on the range.

After recently captured wild horses have transitioned to their new environment, they are prepared for adoption or sale. Preparation involves freeze-marking the animals with a unique identification number, microchipping, vaccination against common diseases, castration, and de-worming. During the preparation process, potential impacts to wild horses are similar to those that can occur during transport. Injury or mortality during the preparation process is low but can occur.

Mortality at off range corral (ORC) facilities averages approximately 5% (GAO 2008), and includes animals euthanized due to a pre-existing condition, animals in extremely poor condition, animals that are injured and would not recover, animals which are unable to transition to feed; and animals which die accidentally during sorting, handling, or preparation.

Adoption
Adoption applicants are required to have at least a 400 square foot corral with panels that are at least six feet tall. Applicants are required to provide adequate shelter, feed, and water. The BLM retains title to the horse for one year and the horse and facilities are inspected. After one year, the applicant may take title to the horse at which point the horse become the property of the applicant. Adoptions are conducted in accordance with 43 CFR Subpart 4750.

Sale with Limitation
Buyers must fill out an application and be pre-approved before they may buy a wild horse. A sale-eligible wild horse is any animal that is more than 10 years old; or has been offered unsuccessfully for adoption at least 3 times. The application also specifies that all buyers are not to sell to slaughter buyers or anyone who would sell the animals to a commercial processing plant. Sale of wild horses are conducted in accordance with the WFRHBA and congressional limitations that are presently in place.

Off-range Pastures
Most animals not immediately adopted or sold have been transported to off range pastures (ORP) in the Midwest given current Congressional prohibitions on selling excess animals without limitations, or on euthanizing healthy animals for which no adoption or sale demand exists as required by the WFRHBA.

Potential impacts to wild horses from transport to adoption, sale or ORP are similar to those previously described. One difference is that when shipping wild horses for adoption, sale or ORP, animals may be transported for a maximum of 24 hours. Immediately prior to transportation, and after every 24 hours of transportation, animals are offloaded and provided a minimum of 8 hours on-the-ground rest. During the rest period, each animal is provided access to unlimited amounts of clean water and 2 pounds of good quality hay per 100 pounds of body weight with adequate bunk space to allow all animals to eat at one time. The rest period may be waived in situations where the anticipated travel time exceeds the 24-hour limit, but the stress of offloading and reloading is likely to be greater to the animals than the stress involved in the additional period of uninterrupted travel.

Off-range pastures are designed to provide excess wild horses with humane, and in some cases life-long care in a natural setting off the public rangelands. There wild horses are maintained in grassland pastures large enough to allow free-roaming behavior (i.e., the horses are not kept in corrals) and with the forage, water, and shelter necessary to sustain them in good condition. Approximately 38,000 wild horses that are in excess of the current adoption or sale demand (because of age or other factors such as economic recession), are currently located on private land pastures in Oklahoma, Kansas, South Dakota, Iowa, Missouri, Wyoming, Montana, Nebraska, Washington, and Utah. Establishment of an ORP is subject to a separate NEPA and decision-making process. Located primarily in mid or tall grass prairie regions of the United States, these ORPs are highly productive grasslands compared to the more arid western rangelands. These pastures comprise about 400,000 acres (an average of about 10-11 acres per animal). Of the animals currently located in ORP, less than one percent is age 0-4 years, 49 percent are age 5-10 years, and about 51 percent are age 11+ years.

Mares and sterilized stallions (geldings) are segregated into separate pastures. Although the animals are placed in ORP, they remain available for adoption or sale to qualified individuals; and foals born to pregnant mares in ORP are gathered and weaned when they reach about 8-12 months of age and are also made available for adoption. The ORP contracts specify the care that wild horses must receive to ensure they remain healthy and well-cared for. Handling by humans is minimized to the extent possible, although regular on-the-ground observation by the ORP contractor and periodic counts of the wild horses to ascertain their well-being and safety are conducted by BLM personnel and/or veterinarians. A very small percentage of the animals may be humanely euthanized if they are in very poor condition due to age or other factors. Natural mortality of wild horses in ORP averages approximately 8% per year but can be higher or lower depending on the average age of the horses pastured there (GAO-09-77, Page 52). Wild horses residing on ORP facilities live longer on the average, than wild horses residing on public rangelands.

Euthanasia and Sale Without Limitation
Under the WFRHBA, healthy excess wild horses can be euthanized or sold without limitation if there is no adoption demand for the animals. However, while euthanasia and sale without limitation are allowed under the statute, these activities have not been permitted under current Congressional appropriations for over a decade and are consequently inconsistent with BLM policy. If Congress should remove this prohibition, then excess horses removed from the HMA could potentially be sold without limitations or humanely euthanized, as required by statute, if no adoption or sale demand exists for some of the removed excess horses.

Wild Horses Remaining or Released into the HMA following Gather
Under the proposed action, the post-gather population of wild horses would be about 60 wild horses in the South Shoshone HMA, 129 in the Bald Mountain HMA, and 134 in the Callaghan HMA which is the low end of AML. Reducing population size would also ensure that the remaining wild horses are healthy and vigorous, are not at risk of death or suffering from starvation due to insufficient habitat coupled with the effects of frequent drought (lack of forage and water), and that the population does not exceed AML between gathers.

The wild horses that are not captured may be temporarily disturbed and move into another area

during the gather operations. With the exception of changes to herd demographics, direct population wide impacts have proven, over the last 20 years, to be temporary in nature with most if not all impacts disappearing within hours to several days of when wild horses are released back into their respective HMAs. No observable effects associated with these impacts would be expected within one month of release, except for a heightened awareness of human presence.

As a result of lower density of wild horses across the Callaghan Complex following the removal of excess horses, competition for resources would be reduced, allowing wild horses to utilize preferred, quality habitat. Confrontations between stallions would also become less frequent, as would fighting among wild horse bands at water sources. Achieving the low AML and improving the overall health and fitness of wild horses could also increase foaling rates and foaling survival rates over the current conditions.

The primary effects to the wild horse population that would be directly related to this proposed gather would be to herd population dynamics, age structure or sex ratio, and subsequently to the growth rates and population size over time.

The remaining wild horses would contribute to the resulting social structure and herd demographics (including age and sex ratios, and survival and fertility rates). No observable effects to the remaining population associated with the gather impacts would be expected except a heightened shyness toward human contact.

Impacts to the rangeland as a result of the current overpopulation of wild horses would be reduced under the action alternatives. Fighting among stud horses would be expected to decrease since they would protect their position at water sources less frequently; injuries and death to all age classes of animals would also be expected to be reduced as competition for limited forage and water resources is decreased.

Individual impacts are those impacts which occur to individual wild horses after the initial stress event, and may include spontaneous abortions in mares, and increased social displacement and conflict in studs. These impacts, like direct individual impacts, are known to occur intermittently during wild horse gather operations. An example of an indirect individual impact would be the brief skirmish which occurs among older studs following sorting and release into the stud pen, which lasts less than two minutes and ends when one stud retreats. Traumatic injuries usually do not result from these conflicts. These injuries typically involve a bite and/or kicking with bruises which don't break the skin. Like direct individual impacts, the frequency of occurrence of these impacts among a population varies with the individual animal.

Spontaneous abortion events among pregnant mares following capture are rare, though poor body condition can increase the incidence of such spontaneous abortions. Given the timing of this gather, spontaneous abortion is not considered to be an issue for the proposed gather.

Oftentimes, foals are gathered that were already orphans on the range (prior to the gather) because the mother rejected it or died. These foals are usually in poor, unthrifty condition. Orphans encountered during gathers are cared for promptly and rarely die or have to be euthanized. Most foals that would be gathered would be over four months of age and some would

be ready for weaning from their mothers. In private industry, domestic horses are normally weaned between four and six months of age.

Gathering the wild horses during the fall reduces risk of heat stress, although this can occur during any gather, regardless of season, especially in older or weaker animals. Adherence to the SOPs as well and techniques used by the gather contractor help minimize the risks of heat stress. Heat stress does not occur often, but if it does, death can result.

During summer gathers, roads and corrals may become dusty, depending upon the soils and specific conditions at the gather area. The BLM ensures that contractors mitigate any potential impacts from dust by slowing speeds on dusty roads and watering down corrals and alleyways. Despite precautions, it is possible for some animals to develop complications from dust inhalation and contract dust pneumonia. This is rare and usually affects animals that are already weak or otherwise debilitated due to older age or poor body condition. Summer gathers pose increased risk of heat stress, so contractors use techniques that minimize heat stress, such as conducting gather activities in the early morning, when temperatures are coolest, and stopping well before the hottest period of the day. The helicopter pilot also brings in the horses at an easy pace. If there are extreme heat conditions, gather activities are suspended during that time. Water consumption is monitored, and wild horses or burros are often lightly sprayed with water as the corrals are being sprayed to reduce dust. The wild horses and burros appear to enjoy the cool spray during summer gathers. Individual animals are also monitored, and veterinary or supportive care administered as needed. Electrolytes can be administered to the drinking water during gathers that involve animals in weakened conditions or during summer gathers. Additionally, BLM Wild Horse and Burro staff maintains supplies of electrolyte paste if needed to directly administer to an affected animal. As a result of adherence to SOPs and care taken during summer gathers, potential risks to wild horses associated with summer gathers can be minimized or eliminated.

During winter gathers, wild horses and burros are often located in lower elevations, in less steep terrain due to snow cover in the higher elevations. Subsequently, the animals are closer to the potential gather corrals and need to maneuver less difficult terrain in many cases. However, snow cover can increase fatigue and stress during winter gathers, therefore the helicopter pilot allows horses to travel slowly at their own pace. The contractor may plow trails in the snow leading to the gather corrals to make it easier for animals to travel to the gather site and to ensure the wild horses can be safely gathered.

Through the capture and sorting process, wild horses are examined for health, injury and other defects. Decisions to humanely euthanize animals in field situations would be made in conformance with BLM policy. BLM Euthanasia Policy PIM- 2021-007 is used as a guide to determine if animals meet the criteria and should be euthanized (refer to SOPs Appendix III). Animals that are euthanized for non-gather related reasons include those with old injuries (broken hip, leg) that have caused the animal to suffer from pain or which prevent them from being able to travel or maintain body condition; old animals that have lived a successful life on the range, but now have few teeth remaining, are in poor body condition, or are weak from old age; and wild horses that have congenital (genetic) or serious physical defects such as club foot, or sway back and should not be returned to the range.

DOI-BLM-NV-B010-2025-0006-EA          35

GPS Radio Collars and Tail Tags

To facilitate the BLM's monitoring of released wild horses, United States Geological Survey (USGS) staff or other qualified personal designated by the BLM may affix small, lightweight GPS radio transmitters (GPS tail tags) into the tails of wild horses of either sex, and / or fit GPS radio collars to wild mares, before such animals are released back to their respective HMA. This would be a part of BLM's wild horse monitoring. Telemetry- based monitoring (Schoenecker et al. 2020, 2024) has been used in other HMAs to allow the BLM to more easily observe the outcome of fertility control treatments, and to learn more about wild horse movement patterns specific conditions at the gather area.

Using telemetry for wild horse monitoring does not constitute a research project but does allow for improved accuracy of monitoring to document the outcomes of BLM management actions. The primary motivations to conduct this non-destructive data collection activity would be, first, to monitor the outcome of fertility control treatments and, second, to learn more about wild horse movements in the area. Having tail tags or radio collars on mares will allow the BLM, or the USGS as a cooperating agency, to periodically locate the animals with telemetry and check whether they have a foal. The kind of detailed information about wild horse movements within HMAs that GPS telemetry can provide is not currently available from opportunistic visual observations. The location data from the telemetry devices is expected to inform the BLM about locations and natural resources that the wild horses use throughout the year.

Qualified personal would affix tags or collars on fewer than 100 horses, with no more than 50 attached at a time. The tail-mounted GPS units (< 50 g) or GPS radio collars (< 1 kg) would be programmed to collect multiple locations per day. Both the collars and the tail- braid attachments are designed to prevent negative impacts to horse welfare and are expected to detach from the horse within 3 years. The collars have a longer expected duration of use and would be more informative for fertility control monitoring. The tail tags have a more limited duration of use but will increase the number of animals providing monitoring results for seasonal movements. Both collars and tail tags are solid-battery powered and will include a very- high frequency (VHF) transmitter to facilitate unit location and recovery. See Appendix V for further details on GPS collar and tag application, and periodic monitoring to ensure ongoing animal safety.

Genetic Diversity

Approximately 3,000 excess wild horses have been removed from the Callaghan Complex since 1987. All current information shows that the populations are thriving and have not been negatively impacted by gather operations. The limiting factors that impact animal health are water and forage resources in light of overpopulation and further exacerbated by drought conditions.

The age selection criteria requiring the release of older horses has influenced the age structure through the years, resulting in a higher proportion of horses older than 15, an increased proportion of the population between 0-5 years of age, and a decreased proportion of 10 –14-year-old horses than a typical population would exhibit. However, the deviations have been minimal and have not been extreme departures from natural age structures. Since it has been over

ten years since the last gather event, it is expected that the age structure will reflect only natural birth and death processes for all animals born since that gather.

Fertility control was implemented with Callaghan and Bald Mountain HMAs between 2009 and 2011, approximately 200 animals were treated. No further fertility control has been implemented since. The South Shoshone HMA has received no fertility control measures in the past.

The past gathers do not appear to have impaired genetic diversity of the population. DNA samples taken from the complex have been found to be highly diverse with no concerns raised for the current time or near future. In 2002, 52 blood samples, were taken from horses within the Callaghan HMA (Cothran 2003a, 2003b). Those blood samples were analyzed with respect to a number of allozyme markers, and observed heterozygosity for horses sampled in the Grass Valley allotment was equal to the mean for feral horses; observed heterozygosity was above the mean for feral horses sampled in the Austin Allotment. Callaghan HMA was sampled again in 2009 with 80 hair follicle samples which were analyzed with respect to a number of microsatellite genetic loci (Cothran 2010a, 2010b). Hair follicle samples from 52 horses were collected in 2008 for the South Shoshone HMA (Cothran 2010c). In Bald Mountain, 97 hair follicle samples were collected in 2009 (Cothran 2010d).

In the more recent samples analyzed with DNA genotyping (Cothran 2010a, 2010b, 2010c, 2010d), observed heterozygosity was above the mean for feral horses in all four sampled sets of wild horses (Callaghan west, Callaghan East, South Shoshone, and Bald Mountain). Those results did not indicate cause for concern about genetic diversity at the time, and the reports indicated that a high degree of population interchange could contribute to maintenance of genetic diversity in the area. Under all the action alternatives, hair samples would be collected during gathers, from at least 25 animals, to assess the contemporary levels of genetic diversity in the HMA. Analysis would determine whether management is maintaining acceptable genetic diversity (and avoiding excessive risk of inbreeding depression). Under all action alternatives, wild horse introductions from other HMAs could be used if needed, to augment observed heterozygosity, which is a measure of genetic diversity, the result of which would be to reduce the risk of inbreeding-related health effects. If at some point in the future genetic monitoring indicates an unacceptably low level of observed heterozygosity in the Callaghan Complex, then fertile animals from other HMAs could be introduced from other similar herds, in keeping with guidelines from the BLM WHB herd management handbook 4700 (BLM 2010).

It is not expected that observed heterozygosity would be greatly reduced by the Action Alternatives, and genetic monitoring would be used to identify any need for animal introductions that would increase genetic diversity in the HMA. Even if the potentially breeding population includes 60% male and 40% female at low AML, along with a small number of, the AML range of 323-552 wild horses in the Callaghan Complex should provide for a relatively high genetic effective population size and correspondingly low rate of loss of observed heterozygosity that would be well below 1% per generation (after Frankham et al. 2010), which is a suggested level in the BLM WHB herd management handbook (2010). For most treated mares, currently available fertility control vaccines and flexible intrauterine devices (IUDs) are expected to be temporary contraceptives, relative to the long lifespan of a wild horse mare. Many mares would

DOI-BLM-NV-B010-2025-0006-EA          37

likely have had one or more foals before treatment with fertility control, and many would likely regain fertility and subsequently have one or more foals.

Because of history, context, and periodic introductions, wild horses that live in the Callaghan Complex should not be considered as truly isolated populations (NAS 2013). Rather, managed herds of wild horses should be considered as components of interacting metapopulations, connected by interchange of individuals and genes due to both natural and human-facilitated movements. These animals are likely to be part of part of a larger metapopulation (NAS 2013) that has demographic and genetic connections with other BLM managed herds in Nevada, California, Oregon, Utah, and beyond. Geography suggests that wild horses could move in and out of the Callaghan Complex, fostering genetic exchange with other wild horse herds. Wild horse herds in the larger metapopulation have a background of diverse domestic breed heritage, probably caused by natural and intentional movements of animals between herds.

Available evidence supports a strong inference that wild horses in the Callaghan Complex are highly related to a number of other BLM-managed herds across the west, and that they are not genetically unusual, with respect to other wild horse herds. Cothran (20003a, 2003b, 2010a, 2010b, 2010c, 2010d) reported no unique alleles present in the sampled horses from the Complex. In a meta-analysis of wild horse population genetics, the samples from the Callaghan Complex are not unusual with respect to other wild horse herds across the west, considering that patterns of allelic diversity in those samples placed them within a large cloud of relatively closely-related sampled populations (Figure 5 in Cothran et al. 2024). Also, the 2013 NAS report includes a table showing the estimated 'fixation index' (Fst) values between 183 pairs of samples from wild horse herds. Fst is a measure of genetic differentiation. Low values of Fst indicate that a given pair of sampled herds has a shared genetic background. The lower the Fst value, the more genetically similar are the two sampled herds. Values of Fst under approximately 0.05 indicate virtually no differentiation. Values of 0.10 indicate very little differentiation. Only if values are above about 0.15 are any two sampled subpopulations considered to have evidence of elevated differentiation (Frankham et al 2010). Fst values were presented in that 2013 NAS report for the sample sets from Bald Mountain, Callaghan Austin allotment, Callaghan east, and South Shoshone. All four of those sample sets had pairwise Fst values that were less than 0.05 with 128 or more other sample sets. These results suggest that wild horses from the Callaghan Complex are genetically extremely similar to nearly three quarters of other BLM-managed herds.

In the future, the BLM would manage wild horses within the Callaghan Complex that have suitable habitat for an AML range that maintains genetic diversity, age structure, and targeted sex ratios. Current policy is to express all future wild horse AMLs as a range, to allow for regular population growth, as well as better management of populations rather than individual HMAs. Wild horses would continue to be a component of the public lands, managed within a multiple use concept.

Fertility Control
BLM has identified fertility control as a method that could be used to protect rangeland ecosystem health and to reduce the frequency of wild horse gathers and removals. Expanding the use of population growth suppression to slow population growth rates and reduce the number of animals removed from the range and sent to ORP is a BLM priority. The WFRHBA specifically

provides for contraception (section 3.b.1). No finding of excess animals is required for BLM to pursue contraception in wild horses. Please refer to Appendix V for further detailed analysis on fertility control in wild horse management, and the effects of various methods.

*Environmental Effects*
Alternative A (Proposed Action)
The Proposed Action would remove excess wild horses within the Callaghan Complex. Under this alternative, excess wild horses would be removed to the low range of the AML. All wild horses residing outside of an HMA boundary would be removed. Fertility control vaccines and / or flexible IUDs would be applied to all breeding age mares that are captured and released only after low AML is achieved, except that up to approximately ¼ of the population of mares on the range at low AML for horses may be sterilized through a minimally invasive procedure. Only non-pregnant mares would be considered for application of IUDs or minimally invasive sterilization. Sex ratio manipulation would be used with wild horses so that, by returning more males than females to the complex, the overall horse sex ratio would be no more than 60% male.

Successful implementation of this alternative requires a 90-95% gather efficiency in order to have enough animals in the initial gather available for release post-gather. Historically, gather efficiencies have averaged approximately 75-80% in this complex; at this level of efficiency, all the wild horses gathered would need to be removed during the initial gather in order to restore population size to within the established AML. If gather efficiencies do not allow for the attainment of the chosen action, the BLM would return in two to three years from the initial gather to remove remaining excess wild horses and apply fertility control treatments. This would allow BLM to achieve the desired goal or reaching the low range of AML as well as to gather a sufficient number of remaining horses to implement fertility control treatments to control population growth.

When wild horse numbers have been reduced to low AML, subsequent gathers following the initial gather would be to apply or reapply fertility controls. Mares selected for release would be treated with fertility control vaccines and or IUDs (except that up to ¼ of mares at low AML may be sterilized by minimally invasive procedure) and released back to the range. Vaccinations and IUDs would be applied in keeping with standard operating procedures (SOPs, Appendix V). Consideration of which animals are selected for release would reflect the objective of adjusting the overall horse sex ratio with 60% males 40% females. Mares and studs would be selected to maintain a diverse age structure, herd characteristics and conformation (body type).  If after achieving low AML and implementing population controls, the wild horse population again exceeds high AML following the initial gather, BLM may gather and remove adoptable wild horses in excess of high AML in order to maintain the wild horse population at low AML for a sufficient period of time to allow for recovery of range resources.

Decreased competition for forage following removal of excess animals, coupled with reduced reproduction as a result of fertility control, should result in improved health and condition of mares and foals that remain on the range, and would maintain healthy range conditions over the longer-term.  Additionally, reduced reproduction rates would be expected to extend the time interval between gathers and reduce disturbance to individual animals as well as herd social structure over the foreseeable future.

The removal of excess horses, and maintenance of the herd at AML would reduce damage to the range from the current overpopulation of wild horses and allow vegetation resources time to recover.  As a result, there would be fewer disturbances to individual animals and the herd, and a more stable wild horse social structure would be provided. Removal of excess wild horses would also improve herd health. Lower competition for forage and water resources would reduce stress and promote healthier animals.

All fertility control methods affect the behavior and physiology of treated animals (NAS 2013), and are associated with potential risks and benefits, including effects of handling, frequency of handling, physiological effects, behavioral effects, and reduced population growth rates (Hampton et al. 2015). Because applying fertility control vaccines or IUDs, or sterilizing animals, requires capturing and handling, the risks and costs associated with capture and handling of horses may be comparable to those of gathering for removal, but with expectedly lower adoption and long-term holding costs in the long term. Although fertility control vaccines can be applied remotely (via darting) and some dart-based delivery may be possible in the this Complex, that method was not considered to be a reliable enough method of delivery in the Complex (see 'Alternatives Considered but Eliminated').

In cases where a booster vaccine is required, mares could be held for approximately 30 days and given a booster shot prior to release. Over the course of multiple gathers, BLM would treat/retreat mares with fertility control to help meet herd management objectives. Since release of the 2013 NAS Report, the BLM has supported field trials of potential sterilization methods that may be used in WHB management, but inclusion of any particular method as a part of management does not depend on completion of any given research project. The use of any new fertility control method would conform to current best management practices at the direction of the National Wild Horse and Burro Program.

*Fertility Control Vaccines*
Immunocontraceptive Porcine Zona Pellucida (PZP) vaccines are currently being used on over 75 areas managed for wild horses by the National Park Service, US Forest Service, and the Bureau of Land Management and its use is appropriate for free-ranging wild horse herds. A full review of PZP vaccines and their effects is in Appendix V. Taking into consideration available literature on the subject, the National Academies of Sciences concluded in their 2013 report that PZP vaccine was one of the preferred available methods for contraception in wild horses and burros (NAS 2013). PZP vaccine use can reduce or eliminate the need for gathers and removals (Turner et al. 1997).  PZP vaccines meet most of the criteria that the NAS (2013) used to identify promising fertility control methods, in terms of delivery method, availability, efficacy, and side effects. It has been used extensively in wild horses (NAS 2013), and in a population of feral burros in territory of the US (Turner et al. 1996). PZP vaccine can be relatively inexpensive, meets BLM requirements for safety to mares and the environment, and is commercially produced as ZonaStat-H, an EPA-registered product (EPA 2012, SCC 2015), as PZP-22, which is a formulation of PZP in polymer pellets that can lead to a longer immune response (Turner et al. 2002, Rutberg et al. 2017, Carey et al. 2019), and as Spay-Vac (Roelle et al. 2017).

Under the proposed action, mares being treated with PZP vaccine for the first time would receive

a liquid primer dose along with time release pellets. BLM would return to the HMAs as needed to re-apply PZP-22 and/or ZonaStat-H and initiate new treatments in order to maintain contraceptive effectiveness in controlling population growth rates. Application methods could be by hand in a working chute during gathers, or through field darting if mares in some portions of the complex prove to be approachable. Both forms of PZP can safely be reapplied as necessary to control the population growth rate. Even with repeated booster treatments of PZP, it is expected that most, if not all, mares would return to fertility, and not all mares would be treated or receive boosters within the complex to the sheer numbers of the population, the large size of the gather area and logistics of wild horse gathers. Once the population is at AML and population growth seems to be stabilized, BLM could use population planning software (i.e., PopEquus, Folt et al. 2023a, 2023b) to refine estimates of the required frequency of re-treating mares with PZP or other fertility control methods.

The immune-contraceptive GonaCon-Equine vaccine meets most of the criteria that the National Research Council of the National Academy of Sciences (NAS 2013) used to identify the most promising fertility control methods, in terms of delivery method, availability, efficacy, and side effects. A full review of GonaCon and other GnRH vaccines and their effects is in Appendix V. GonaCon-Equine is approved for use by authorized federal, state, tribal, public and private personnel, for application to wild and feral equids in the United States (EPA 2013, 2025) and is being used in an increasing number of wild horse herds. This vaccine is not experimental, and its use is appropriate for free-ranging wild horse herds. Taking into consideration available literature on the subject, the National Research Council concluded in their 2013 report that GonaCon-B (which is produced under the trade name GonaCon-Equine for use in feral horses and burros) was one of the most preferable available methods for contraception in wild horses and burros (NAS 2013). GonaCon-Equine has been used on feral horses in Theodore Roosevelt National Park (Baker et al. 2018, 2023) and on a number of wild horses in HMAs within Nevada and other states. GonaCon-Equine can be remotely administered in the field in cases where mares are relatively approachable, using a customized pneumatic dart (McCann et al. 2017, Baker et al. 2023). Use of remotely delivered (dart-delivered) vaccine is generally limited to populations where individual animals can be accurately identified and repeatedly approached within 50 meters or less (BLM 2010).

As with other contraceptives applied to wild horses, the long-term goal of GonaCon-Equine use is to reduce or eliminate the need for gathers and removals (NAS 2013). GonaCon-Equine vaccine is an EPA-approved pesticide (EPA, 2009a) that is relatively inexpensive, meets BLM requirements for safety to mares and the environment, and is produced in a USDA-APHIS laboratory. Its categorization as a pesticide is consistent with regulatory framework for controlling overpopulated vertebrate animals, and in no way is meant to convey that the vaccine is lethal; the intended effect of the vaccine is as a contraceptive. GonaCon is produced as a pharmaceutical-grade vaccine, including aseptic manufacturing technique to deliver a sterile vaccine product (Miller et al. 2013). If stored at 4° C, the shelf life is 6 months (Miller et al 2013). Miller et al. (2013) reviewed GonaCon environmental safety and toxicity. When advisories on the product label (EPA 2025) are followed, the product is safe for users and the environment (EPA 2009b). EPA waived a number of tests prior to registering the vaccine, because GonaCon was deemed to pose low risks to the environment, so long as the product label is followed (Wang-Cahill et al. 2022).

Under the proposed action, the BLM would return to the complex for additional gathers, as needed, to re-apply GonaCon-Equine and initiate new treatments to maintain contraceptive effectiveness in controlling population growth rates. Booster dose effects may lead to increased effectiveness of contraception, which is generally the intent (EPA 2025). GonaCon-Equine can safely be reapplied as necessary to control the population growth rate. Even with one booster treatment of GonaCon-Equine, it is expected that most, if not all, mares would eventually return to fertility at some point, although the average duration of effect after booster doses has not yet been quantified. The expected rate for the return to fertility rate in mares boosted more than once with GonaCon-Equine has not been precisely quantified, but as the mechanism of action operates via an immune response, a return to fertility may be expected after that immune response wanes. Once the herd size in the project area is at AML and population growth seems to be stabilized, BLM would make a determination as to the required frequency of new mare treatments and mare re-treatments with GonaCon or other fertility control methods, to maintain the number of horses within AML.

All fertility control methods in wild animals are associated with potential risks and benefits, including effects of handling, frequency of handling, physiological effects, behavioral effects, and reduced population growth rates (Hampton et al. 2015). Contraception by itself does not remove excess horses from an HMA's population, so if a wild horse population is in excess of AML, then contraception alone would result in some continuing environmental effects of horse overpopulation. Successful contraception reduces future reproduction. Limiting future population increases of horses could limit increases in environmental damage from higher densities of horses than currently exist. Horses are long-lived, potentially reaching 20 years of age or more in the wild and, if the population is above AML, treated horses and burros returned to the complex HMA may continue exerting negative environmental effects throughout their life span. In contrast, if horses above AML are removed when horses are gathered, that leads to an immediate decrease in the severity of ongoing detrimental environmental effects. A course of management actions that combines removals and fertility control can reduce negative effects of overpopulation in the near term and also reduce the number of animals that must be removed from the range in the long term.

Successful contraception would be expected to reduce the effects of frequent gather activities on the environment, as well as wild horse management costs to taxpayers. Bartholow (2007) concluded that the application of 2 or 3-year contraceptives to wild mares could reduce operational costs in a project area by 12-20%, or up to 30% in carefully planned population management programs. He also concluded that contraceptive treatment would likely reduce the number of horses that must be removed in total, with associated cost reductions in the number of adoptions and total holding costs. If applying contraception to horses requires capturing and handling horses, the risks and costs associated with capture and handling of horses may be comparable to those of gathering for removal, but adoption and long-term holding costs would be lower. Fonner and Bohara (2017) concluded that a combination of removals and PGS treatments is cost effective and can lead to achieving on-range population size goals, while relying only on PGS methods cannot achieve population size goals in the short term. Selectively applying contraception to older animals and returning them to the HMA could reduce long-term holding costs for such horses, which are difficult to adopt, and could reduce the compensatory

DOI-BLM-NV-B010-2025-0006-EA                42

reproduction that often follows removals (Kirkpatrick and Turner 1991). On the other hand, selectively applying contraception to younger animals and allowing older animals to be the ones that continue to breed can slow the rate of genetic diversity loss in herds where that may be a concern – a process that tends to be slow in a long-lived animal with high levels of genetic diversity – and could reduce growth rates further by delaying the age of first parturition (Gross 2000). Although contraceptive treatments are associated with a number of potential physiological, behavioral, demographic, and genetic effects, detailed Chapter 3, Environmental Effects and in Appendix V, those concerns do not generally outweigh the potential benefits of using contraceptive treatments in situations where it is a management goal to reduce population growth rates (Garrott and Oli 2013). The Proposed Action reflects proposed management strategies that are consistent with the WFRHBA, which allows for sterilization as a means of population control, as well as recommendations from the National Academy of Science (2013).

*IUDs (Intrauterine Device)*
IUDs are considered a temporary fertility control method that does not generally cause future sterility (Daels and Hughes 1995). It is expected that IUDs would only be inserted in non-pregnant (open) mares. Wild mares receiving IUDs would be checked for pregnancy by a veterinarian prior to insertion of an IUD. At times of year when BLM gathers wild horses by helicopter, more than half the adult mares are pregnant. Candidate mares for treatment would need to be screened by a veterinarian to ensure they are not pregnant, because any transcervical procedures can cause a pregnancy to terminate. Screening could be with transrectal palpation or ultrasonography. Those screening procedures require restraint and evacuation of the colon, but do not require sedation or analgesia. For palpation, the veterinarian uses a sleeved hand in the rectum to feel for a fetus in the uterus. For ultrasound screening, the veterinarian brings the ultrasound probe (transducer) with a sleeved hand into the mare's rectum and visualizes the uterus. If palpation or ultrasound indicate that the mare is pregnant, then that mare is not considered for IUD application.

Based on promising results from studies in domestic mares, BLM has begun to use IUDs as a wild horse and burro fertility control method on the range. The initial management use was in mares from the Swasey HMA, in Utah. The BLM supported research into the development and testing of effective and safe IUDs for use in wild horse mares (Baldrighi et al. 2017, Holyoak et al. 2021). Available literature on the use of IUDs and some preliminary results from monitoring allow for inferences about expected effects of any management alternatives that might include use of IUDs in wild horses (see Appendix V).

Flexible IUDs may cause relatively less discomfort than hard IUDs (Daels and Hughes 1995). The 2013 National Academies of Sciences (NAS) report considered IUDs and suggested that research should test whether IUDs cause uterine inflammation and should also test how well IUDs stay in mares that live and breed with fertile stallions. Since that report, researchers tested a Y-shaped IUD to determine retention rates and assess effects on uterine health; retention rates were greater than 75% for an 18-month period, and mares returned to good uterine health and reproductive capacity after removal of the IUDs (Holyoak et al. 2021). Also, the University of Massachusetts has developed a magnetic IUD that has been effective at preventing estrus in non-breeding domestic mares (Gradil et al. 2019, Joonè et al. 2021, Gradil et al. 2021). The overall results are consistent with results from an earlier study (Daels and Hughes 1995), which used O-

DOI-BLM-NV-B010-2025-0006-EA          43

shaped silicone IUDs.

*Minimally invasive Mare Sterilization Procedures*
Population growth suppression becomes less expensive if fertility control is long-lasting (Hobbs et al. 2000), such as with spaying and neutering. For the purposes of this EA, 'minimally invasive sterilization' is defined to be the minimally invasive sterilization of a female horse (mare) by physical means. The physical means considered here include forms of oviduct blockage; for the purposes of this analysis, these are considered minimally invasive insofar as no incisions are required. Unlike in dog and cat spaying, these minimally invasive forms of mare sterilization do not entail removal of the ovaries or uterus. Only healthy mares in BCS score of 3 or greater would be considered.

The specific minimally invasive sterilization procedures could include any form of procedure that leads a mare to be unable to become pregnant, or to maintain a pregnancy, but that does not entail incision by scalpel. The two transcervical procedures analyzed below are physical, minimally invasive sterilization methods that cause long-term blockage of the oviduct, so that fertile eggs cannot go from the ovaries to the uterus. A detailed analysis of those methods and their expected effects is included in Appendix V.

As is the case for IUDs, candidate mares for minimally-invasive sterilization procedure treatment would need to be screened by a veterinarian to ensure they are not pregnant, because any transcervical procedures can cause a pregnancy to terminate. If palpation or ultrasound indicate that the mare is pregnant, then she is not considered for the minimally invasive sterilization procedure.

One form of minimally invasive oviduct blockage procedure, "endoscopic oviduct ablation," infuses medical-grade N-butyl cyanoacrylate glue into the oviduct (Bigolin et al. 2009). In the procedure, the veterinarian passes an endoscope through the cervix, to visualize the interior of the uterus. Treated mares would stand in a padded, hydraulic chute. Banamine may be administered intravenously prior to the procedure to minimize transient colic (abdominal cramping) following the procedure. Use of any additional sedation for standing chemical restraint is at the discretion of the attending veterinarain. Fecal material is removed from the rectum, the tail is wrapped and suspended, the perineal and vaginal areas are cleansed. A sterilized, flexible endoscope would be placed into the vaginal vault and advanced through the cervix in an atraumatic manner. A veterinary team is required to manipulate and operate the endoscope monitor, insert and hold the endoscope, manipulate and position the fine-tipped catheter into the oviduct, and infuse the fluid into the oviduct. The uterus would be partially inflated with filtered room air to visualize the oviduct papilla located at the proximal end of the uterine horn. A sterile catheter is guided to each uterotubal junction (which is the entrance to the oviduct), and medical-grade glue (N-butyl cyanoacrylate) is introduced to the oviduct, where it causes blockage. After the procedure, the uterus could be infused with an antibiotic and saline to minimize the potential for infection secondary to any unintended bacterial contamination. The mares are monitored initially for 10 minutes and observed by a veterinarian twice per day for 10-14 days, but no further pain management is expected to be needed. Any mare showing signs of postoperative complications would receive treatment as indicated by a veterinarian. The total duration of the procedure per mare is expected to be less than 30 minutes. After receiving

DOI-BLM-NV-B010-2025-0006-EA          44

support from the California legislature (AWHC 2019), researchers at the UC Davis School of Veterinary Medicine used a similar method in burros, but with electrocauterization of the utero-tubular junction. A five-person team completed the procedure in 20-30 minutes total time which included a short wait for onset of light anesthesia and 5-6 minutes use of the endoscope to guide an elecotrocautery device to the uterotubal junction and apply enough heat to cause scarring.

Another form of minimally invasive oviduct blockage procedure, "endoscopic laser ablation of the oviduct papilla," is similar to the procedure described above, except that the oviducts are blocked via heating from a laser to ablate the oviduct papilla. The diode laser is expected to immediately "seal" the oviduct opening, and the resulting inflammatory reaction is expected to result in additional scar tissue formation, forming a barrier to the passage of eggs from the ovary to the uterus. Local anesthesia could be dripped directly onto each oviduct papilla to minimize any discomfort. This method has been used successfully in Georgia (Edwards et al. 2021).

Neither of these minimally invasive procedures damages the ovaries. The mare would be sterile, although she would continue to have estrus cycles. Because of the retention of estrus cycles, it is expected that behavioral outcomes of either method would be similar to those observed for PZP vaccine treated mares. Namely, mares would continue with hormonal cycles and associated breeding behaviors during the typical breeding season.

If the minimally invasive sterilization techniques are either of the two noted above, then mares chosen for the minimally invasive sterilization procedure could include adult females and immature females estimated to be older than 8 months. Immature females could be included because there are no concerns regarding space for instruments, as an endoscope and associated instruments used along with the endoscope are the only tools used, and only open (non-pregnant) females would receive the procedure.

*Sex Ratio Adjustment*
Sex ratio adjustment, leading to a reduced fraction of mares in the herd, can be considered a form of contraceptive management, insofar as it can reduce the realized per-capita growth rate in a herd. By reducing the proportion of breeding females in a population (as a fraction of the total number of animals present), the technique leads to fewer foals being born, relative to the total herd size. Sex ratio is typically adjusted in such a way that 60 percent of the horses are male. As new foals are born into the herd, the ratio tends to become closer to a 50-50 ratio. In the absence of other fertility control treatments, a 60:40 sex ratio alone can temporarily reduce population growth rates from approximately 20% to approximately 15% (Bartholow 2004). While such a decrease in growth rate may not appear to be large or long-lasting, the net result can be that fewer foals being born, at least for a few years – this can extend the time between gathers, and reduce impacts on-range, and costs off-range. A more complete analysis of sex ratio adjustment is in Appendix V.

Alternative B
Alternative B is similar to alternative A, except that no mares returned to the range would have a minimally invasive sterilization procedure or receive IUDs. Up to approximately ¼ of all horses on the range at low AML (i.e., about 80) may be geldings, and the wild horse herd could have up to 60% males overall at times. Because the fertility control vaccines used are potentially

reversible, all the horses on the range would be potentially fertile, after vaccine effects wear off. Even while vaccines are effective, it is not expected that the BLM would be able to capture and treat all the mares in the herd, such that it is expected that some potentially large fraction (i.e., ½ or more, depending on gather efficiencies) of the mares at any given time would be fertile. Up to ¼ of the males at low AML could be geldings. This is expected to slow population growth rates, partly as a result of the larger number of males than females in the wild horse herd, and partly because geldings that retain harems do appear to prevent fertile stallions from breeding with females, at least for some number of years after gelding (King et al. 2022). Fertile studs would be selected to maintain a diverse age structure, herd characteristics and body type (conformation).

*Gelding*
In order to reduce the total number of excess wild horses that would otherwise be permanently removed from the Callaghan Complex, a portion of the horse population would be managed as geldings (castrated males). The procedures to be followed for gelding of stallions are detailed in the Gelding Standard Operating Procedures (SOPs) in Appendix V. Chemical vasectomy was identified as a promising method in the 2013 NAS report, but chemical vasectomy has since been identified as an unsuccessful method in horses (Scully et al. 2015); the method is, therefore, not being considered for use under these alternatives. Gelded animals would be monitored periodically after release. This monitoring would be completed either through aerial reconnaissance, if available, or through ground-based observations from major roads and trails. It is not anticipated that all the geldings would be observed but monitoring may detect complications if they are occurring and could confirm that horses are freely moving about the complex. Once released, preliminary results from Conger HMA indicate that geldings would continue to move and behave like fertile stallions, at least for the initial year or two after treatment (King et al. 2022). Periodic but informal observations of geldings could be recorded during routine resource monitoring work, but such observations are not intended to be part of any structured research project. Such incidental observations could include but not be limited to band size, social interactions with other geldings and harem bands, distribution within their habitat, forage utilization and activities around key water sources.

Alternative C
Under this alternative no population growth suppression methods would be utilized for animals remaining on the range. A gate cut removal would be implemented rather than a selective removal or application of fertility control measures. The post-gather sex ratio would be about 50:50 mares to studs or would slightly favor males. This would be expected to result in fewer and smaller bachelor bands, increased female reproduction on a proportional basis within the herd, larger band sizes, and individual mares may begin actively producing at a slightly older age.

Alternative D
Under the no action alternative, there would be no active management to control the population size within the established AML at this time. In the absence of a gather, wild horse population would continue to grow at an average rate of approximately 18% per year. Without a gather and removal of excess animals, the wild horse population may grow to approximately 9,028 by March 1, 2030, which reflects a 15% assumed average annual growth rate this rate is at the low end of the 15%-20% of likely annual growth rates, so with no removals the actual population

size by March 2030 may be larger.

Use by wild horses would continue to exceed the amount of forage available for their use. Competition between wildlife and wild horses for limited forage and water resources would continue. Damage to rangeland resources would continue and increase. Over time, the potential risks to the health of individual horses would increase, and the need for emergency removals to prevent their death from starvation or thirst would also increase. Over the long-term, the health and sustainability of the wild horse population is dependent upon achieving a thriving natural ecological balance and sustaining healthy rangelands. Allowing wild horses to die of dehydration or starvation would be inhumane and would be contrary to the WFRHBA which requires that excess wild horses be immediately removed. Allowing rangeland damage to continue as a result of wild horse overpopulation would also be contrary to the WFRHBA which requires the BLM to "protect the range from the deterioration associated with overpopulation", "remove excess animals from the range so as to achieve appropriate management levels", and "to preserve and maintain a thriving natural ecological balance and multiple-use relationship in that area."

### 3.2.2 Native American Religious Concerns

Numerous laws and regulations require consideration of Native American concerns. These include, among others, the National Historic Preservation Act of 1966 as Amended (NHPA), the American Indian Religious Freedom Act of 1978 (AIRFA) as amended, the Native American Graves Protection and Repatriation Act of 1990 (NAGPRA), the Archaeological Resources Protection Act of 1979 (ARPA), Executive Order 13007 (Indian Sacred Sites), Executive Order 13175 (Consultation and Coordination with Tribal Governments), and Secretarial Order 3206 (American Indian Tribal Rights, Federal Tribal Trust Responsibilities, and the Endangered Species Act), as well as NEPA and FLPMA.

Horse use was widespread among many Native American people in the 1600s (Taylor et al. 2023). Horses may have been introduced into Paiute and Shoshone societies from trade with the Comanche and other Plains groups (Shimkin 1986). By the mid-19th century, the horse had made a substantial impact on the political organization of the Paiute and Shoshone, as well as their subsistence and trade. The ethnographic literature presents no clear trend on whether horses were used as food by the Northern Paiutes and Shoshone. Some Native Americans argue though that the horse has been in Nevada since time immemorial.

Tribal consultation has included contacting the tribes determined by the BLM to have an interest in the undertaking based on their current and traditional locations. A project proposal letter was sent to the Yomba Shoshone Tribe, Shoshone-Paiute Tribes of the Duck Valley Reservation, Duckwater Shoshone Tribe, South Fork Band of the Te-Moak Tribe of Western Shoshone, Ely Shoshone Tribe, Battle Mountain Band of the Te-Moak Tribe of Western Shoshone, and Te-Moak Tribe of Western Shoshone (Tribes) on July 03, 2023. The MLFO also notified the consulting tribes of the Management Evaluation being posted on E-Planning on March 14, 2025. To date, the BLM has not received any interest for tribal consultation or coordination on this project.

*Environmental Effects*
Alternatives A-C
Native Americans utilize a variety of plants for medicinal and other uses. They also consider all water to be sacred. Several springs are located within the gather area. Both of these resources can

DOI-BLM-NV-B010-2025-0006-EA              47

be adversely affected by domestic and wild horses. Removal of excess wild horses would benefit vegetation growth and spring health.

Alternative D
Under this alternative, without the removal of wild horses, springs and vegetation would continue to be degraded.

### 3.2.3 Noxious Weed and Invasive Nonnative Species

Several federal laws, regulations and policies guide BLM management activities to control noxious weeds and invasive non-native species on public lands. Laws applicable to control invasive vegetation include: the Federal Land Policy and Management Act; Carlson-Foley Act of 1968; Plant Protection Act of 2000; Federal Noxious Weed Act of 1974; The Federal Insecticide, Fungicide and Rodenticide Act of 1972; and the Noxious Weed Control Act of 2004. To comply with these Laws, BLM policy directs the agency to inventory and control invasive vegetation utilizing integrated weed control management techniques.

Nevada Revised Statutes, Chapter 555.05 defines "noxious weeds" and mandates landowners and land management agencies to include control of noxious weeds on lands under their jurisdiction. Nevada has listed 47 non-native invasive plant species that require control. Of these 47 species, 32 of species have been identified in the Battle Mountain District, see Appendix IX.

Weed infestations have been found within the Callaghan Complex gather area including; Scotch thistle (*Onopordum acanthium*), hoary cress (*Cardaria draba*), Russian knapweed (*Acroptilon repens*), perennial pepperweed (*Lepidium latifolium)* and bull thistle (*Cirsium vulgare*) have been observed within the Callaghan Complex gather area. Saltcedar (*Tamarix spp.*) has also been observed throughout the gather area; infestations are mainly focused in and along riparian areas. Infestations of exotic annual plants including cheatgrass (*Bromus tectorum*), tumble mustard (*Sisymbrium altissimum*), halogeton (*Halogeton glomerata*), and Russian thistle (*Salsola tragus*) commonly dominate areas that have been previously overgrazed or have burned from wildfire. The entire project area has not been inventoried for the presence of invasive non-native species.

*Environmental Effects*
Alternatives A-C
Areas most vulnerable to establishment of invasive vegetation as a result of gather operations are heavily disturbed areas, such as trap sites and temporary holding facilities. These areas would be prioritized for follow up inventory and treatment reducing the potential for establishment and spread. Setting trap sites and holding facilities outside of areas known to contain noxious or non-native species would limit the potential to spread invasive vegetation.

In areas where perennial vegetation is sparse, helicopter use could cause the removal of vegetation around landing zones; these areas would be susceptible to erosion and invasive species establishment. Using sites with established perennial vegetation likely to withstand helicopter pressure would limit the potential for vegetation removal and spread. Selecting landing zones outside of areas known to contain noxious or non-native species would also limit the potential to spread invasive vegetation.

Rangeland not heavily disturbed from gather operations contain native shrubs, understory grasses,

and forbs that remain intact and would serve to compete with the invasive annual species. Following BLM policy, integrated weed management practices including continued treatments throughout the area, would help control the spread of invasive vegetation along roadsides and other areas used during gather operations.

The action alternatives are anticipated to result in fewer invasive species within the gather area in the long term. Wild horses have been associated with the spread of invasive exotic plants, including cheatgrass (King et al. 2019). By decreasing wild horse and burro populations levels, associated utilization levels in the uplands and the riparian areas are anticipated to also decrease. This would enable native species to seed out, while enhancing plant vigor, and increasing the competitive abilities of native vegetation with invasive species.

Alternative D
The No Action Alternative would not result in impacts from gather operations, but the continued wild horse overpopulation could lead to a loss of native species that allows for the spread of invasive species.

## 3.2.4 Rangeland Heath Standards and Guidelines and Livestock Grazing

The Callaghan Complex Includes portions of several livestock grazing allotments. Permitted livestock grazing use in the HMAs includes both cattle and sheep. Some grazing occurs during all seasons through pastures. Livestock grazing also occurs in areas adjacent to HMAs within the Callaghan Complex Wild Horse Complex. Tables 4 through 9 represent the permitted AUM use and the percent of actual livestock use with each HMA/HA.

Table 4: Permitted Grazing within Bald Mountain HMA

| Allotment | Season of Use | Percent of HMA/HA in Allotment | Permitted Use (AUM)** | Ten Year Average AUM Use | Percent Actual Use of Permit |
|---|---|---|---|---|---|
| Carico Lake | Cattle 10/1-4/30 Sheep 11/1-6/30 | 100% | 24,956 | 1,569 | 7.74 % |

Table 5: Permitted Grazing within Callaghan HMA

| Allotment | Season of Use | Percent of HMA/HA in Allotment | Permitted Use (AUM)** | Ten Year Average AUM Use | Percent Actual Use of Permit |
|---|---|---|---|---|---|
| Austin | Cattle 3/1-2/28 Sheep 3/1-10/20, 11/1-2/28 | 51% | 14,192 | 12,493 | 88.09 % |
| Grass Valley | Cattle 3/1- 1/31 | 42 % | 17,681 | 14,008 | 79.23 % |
| Simpson Park | Cattle 3/1-2/28 Sheep 5/1-6/30 | 7 % | 1,306 | 295 | 22.62 % |

Table 6: Permitted Grazing within Hickison HMA, north of Highway 50

| Allotment | Season of Use | Percent of HMA/HA in Allotment | Permitted Use (AUM)** | Ten Year Average AUM Use | Percent Actual Use of Permit |
|---|---|---|---|---|---|
| Simpson Park | Cattle 3/1-2/28 Sheep 5/1-6/30 | 49 % | 3, 446 | 2,272 | 65.93 % |

DOI-BLM-NV-B010-2025-0006-EA            49

Table 7: Permitted Grazing within North Shoshone HA

| Allotment | Season of Use | Percent of HMA/HA in Allotment | Permitted Use (AUM)** | Ten Year Average AUM Use | Percent Actual Use of Permit |
|---|---|---|---|---|---|
| Argenta | Cattle 3/1-2/28 | 75 % | 17, 570 | 3,868 | 22.01 % |
| Carico Lake | Cattle 10/1-4/30 Sheep 11/1-6/30 | 25 % | 24, 956 | 20,261 | 81.19 % |

Table 8: Permitted Grazing within South Shoshone HMA

| Allotment | Season of Use | Percent of HMA/HA in Allotment | Permitted Use (AUM)** | Ten Year Average AUM Use | Percent Actual Use of Permit |
|---|---|---|---|---|---|
| Austin | Cattle 3/1-2/28 Sheep 3/1-10/20, 11/1-2/28 | 11% | 806 | 439 | 54.48 % |
| Carico Lake | Cattle 10/1-4/30 Sheep 11/1-6/30 | 89 % | 24,956 | 2,251 | 11.11 % |

Table 9: Permitted Grazing in Gather Area and Outside of HMAs/HAs

| Allotment | Season of Use | Percent of HMA/HA in Allotment | Permitted Use (AUM)** | Ten Year Average AUM Use | Percent Actual Use of Permit |
|---|---|---|---|---|---|
| Argenta | Cattle 3/1-2/28 | 0% | 17,570 | 3,868 | 22.01% |
| Austin | Cattle 3/1-2/28 Sheep 3/1-10/20, 11/1-2/28 | 0% | 14,192 | 12,493 | 88.09% |
| Carico Lake | Cattle 10/1-4/30 Sheep 11/1-6/30 | 0% | 24,956 | 20,261 | 81.19% |
| Grass Valley | Cattle 3/1- 1/31 | 0% | 17, 681 | 14,008 | 79.23% |
| Simpson Park | Cattle 3/1-2/28 Sheep 5/1-6/30 | 0 % | 3,446 | 2,272 | 65.93% |

Allotments continue to be evaluated for achievement of the rangeland health standards, and adjustments to livestock grazing are implemented as appropriate, as grazing term permits are renewed or through annual coordination between BLM and grazing permit holders. (A summary of the Standards Determination Documents can be found Appendix X). Adjustments can include livestock stocking levels, Season of use, grazing rotations, utilization standards, and other management practices to better control livestock distribution.

The Standard Determination Documents (SDDs) evaluate and assess livestock grazing management practices to determine whether those practices are conforming to the standards and guidelines for rangeland health, as required by 43 C.F.R. Subpart 4180. These SDDs do not evaluate or assess achievement of the Wild Horse and Burros Standards during the livestock permit renewal process (Appendix X)

Over ten years, actual livestock use has generally been less than permitted use been less than permitted use for each of the grazing allotments (Tables 4 through 9). This has been in part due to drought, competition with wild horses for resources, and needs of livestock operations.

*Environmental Effects*
Alternatives A-C
Gather activities such as helicopter, increased vehicle traffic, and temporary holding facility will temporarily disturb or displace livestock near gather location. Once gather activities cease livestock would move back into the areas. Under the proposed action competition between livestock and wild horses for water and forage resources would be reduced over time. Forage availability and quality would improve over time as the wild horse population would be brought within AML range. These effects would be extended by population growth control measures.

Alternative D
Livestock would not be displaced or disturbed under this Alternative from results of gather operations. However, competition between livestock and excess wild horses for limited water and forage resources would continue. As wild horse numbers continue to increase, livestock grazing within HMAs may be further reduced in effort to slow deterioration of the range to the greatest possible extent.

**3.2.5 Recreation**
Recreation opportunities that exist in the area contain dispersed recreation, wildlife watching/photography, wild horse and burro watching/photography, rock hounding, target shooting, off-highway vehicle use limited to existing roads and trails, and hunting for both large and small game. The area is a preferred site by visitors who enjoy wilderness areas and historic landmarks and mining sites. Use levels range from extremely low in winter, low to moderate in the summer, and peak in the fall during hunting seasons with season opening weekends having the highest visitation of the year.

The gather area includes three designated recreation sites the Shoshone OHV Trail System, Mill Creek Campground, and the Hickison Petroglyph Recreation Area (See Appendix I, Map 5). Nevada Department of Wildlife Hunt Units 152, 154, and 155 also fall within the gather area. The Pony Express Trail also runs through the southern portion of Complex.

*Environmental Effects*
Alternatives A-C
Activities associated with the wild horse gather would impact recreational opportunities, dates of the initial gather and future gathers would determine the amount of impact to visitors as use levels range from extremely low in winter, low to moderate in the summer, and peak in the fall during hunting seasons with season opening weekends having the highest visitation of the year.  Hunters would be impacted by wildlife movements if the gather occurs during their hunts.

Recreationists in the wilderness areas wanting the opportunities of solitude and naturalness would be affected during helicopters herding activities.  Individuals wanting to view/photograph wild horses would also be impacted by the gather since horses would have a heightened response to human presence following the gather and might be more difficult to observe for a period following

the gather. Even though the density of wild horses in the area would be reduced, it would still be possible to view/photograph wild horses.

Any impacts on recreation from gather operations would be short term and temporary.

Alternative D

No impacts would occur under this alternative. However, without a gather to remove excess wild horses, recreational values would continue to be impacted since the overpopulation of wild horses results in competition with wildlife for resources, which in turn reduces hunting opportunities.

### 3.2.6 Socioeconomics

Socioeconomics considerations include the value placed on wild horses that may contribute to the economy. At this time there are no registered guided tours or known sales of commercial pictures being sold to increase the value to the communities from the wild horses that reside within or outside the Callaghan Complex. It is acknowledged that some people that drive through the general area may stop and view or photograph wild horses, and BLM may not be fully aware of the magnitude of socioeconomic impacts from those activities.

Potential negative impacts are those that may affect wildlife enthusiasts that hunt, photograph, and guide big game that have abandoned use of the area due to the poor condition of wildlife habitats or wildlife populations resulting in part from the overpopulation of wild horses. Although grazing permits have not been recently reduced as a direct result of the overpopulation of wild horses, the strain of excess horses on the land, as well as impacts from recent drought and fires, have cumulatively put a strain on many agricultural related businesses in the area.

It is not possible to quantify the revenue or losses attributable to the Callaghan Complex wild horses. It is recognized that for local industries the excess wild horses cause a negative impact to resources and to many businesses that rely on healthy range conditions, and to healthy wildlife in the area. It is also recognized that any revenue brought by tourism, and photography of wild horses in the complex is unknown.

### 3.2.7 Soils

A wide range of soils occur within the gather area, ranging from deep saline-alkaline soils associated with valley bottoms, to shallow loamy soils at higher elevations in the mountain ranges. Soil development generally occurred under low precipitation regimes resulting in relatively slow development of soils. These soils are described by taxonomic classifications as aridisols in lower elevations and mollisols in high elevations.

Microbiotic crusts are composed of living organisms and their by-products creating a surface crust of soil particles up to 10 cm in depth and are bound by organic materials. These associations are made up of cyanobacteria and cyanolichens and sometimes include mosses, microfungi, liverworts, green algae and bacteria. These innocuous communities are very important because they stabilize soil surfaces, reduce water and wind erosion, fix nitrogen, increase water infiltration and provide nutrients for other plant species. Microbiotic crusts are found throughout the Great Basin, Nevada.

Aerial monitoring indicates increasingly heavy trailing by wild horses between limited water sources and foraging areas. Trailing and hoof action by wild horses has the potential to accelerate

erosion following intense summer convection storms or rapid snow melt through increased soil compaction and associated losses of vegetative cover.  Extensive wild horse utilization and trailing are occurring in the complex and are decreasing vegetative cover while altering vegetative composition, particularly in areas of water sources. Changes in vegetative composition can reduce soil infiltration rates, which increases run off and consequently soil erosion, as well as decreased soil productivity.

*Environmental Effects*
Alternatives A-C
Trailing and hoof action by wild horses and would be expected to decrease due to the decrease in wild horse population levels within the complex.  This would lead to increased soil functionality and increased soil processing resulting in increased soil development, while decreasing potential erosion and soil loss.

Alternative D
The no action alternative would result in the continuation of erosion due to the trailing and hoof action by an over population of wild horses. Compaction and soil loss are likely to accelerate as wild horse populations continue to grow.

## 3.2.8 Special Status Species
Special status species (SSS) that may potentially occur within the Callaghan Complex, including bat, reptile, amphibian, bird, insect, and plant species. See Appendix XI for an explanation and current list of Nevada BLM sensitive species.

*Environmental Effects*
Alternative A-C
Individual raptors and birds may be disturbed during helicopter gather operations; however, birds should return to normal activities. Plant species may be trampled by wildlife and wild horse movement during gather operations. Staging, corral, and trapping locations would be surveyed for special status species and nests if operations take place during the breeding season, minimizing impacts to species. Gather sites and holding corrals would not be located where sensitive animal and plant species are known to occur, there would be minimal and temporary impact from the placement of facilities.

The presence of wild horses is associated with a reduced degree of Greater sage-grouse lekking behavior (Muñoz et al. 2020). Moreover, increasing densities of wild horses, measured as a percentage above AML, are associated with decreasing greater sage-grouse population sizes, measured by lek counts (Coates et al. 2021). In northwest Nevada, Behnke et al. (2023) found that Greater sage-grouse nesting rates were marginally higher in areas with wild horses, but Behnke et al. (2022) found that Greater sage-grouse in areas with feral horses had elevated corticosterone levels, especially under drought conditions. Behnke et al. (2022) also found that high corticosterone levels were associated with low Greater sage-grouse nesting success rates. In Wyoming, Hennig et al. (2023) found a high degree of spatial overlap between wild horses and Greater sage-grouse in summer. Most recently, Beck et al. (2024) demonstrated significant declines in Greater sage-grouse survival rates associated with wild horse densities, with greater wild horse densities above AML causing greater declines in sag-grouse survival at several life stages.

Important habitat used for greater sage-grouse strutting grounds and pygmy rabbit habitat would not be used for trap sites or staging areas. Additionally, greater sage-grouse timing restrictions and Resource Design Features (RDF's) identified in the Proposed Action would be applied to the greatest extent possible to minimize impacts to breeding, nesting and brood-rearing birds (See Appendix II). Water bait trapping sites that occurred on natural water sources during the late brood-rearing season would be reviewed for use by greater sage-grouse prior to use as a trapping location to minimize impacts to birds. BLM would coordinate with NDOW if the gather could not meet any of these stipulations. Greater sage-grouse may be disturbed during the winter if gather operations were to occur in sage-grouse winter habitat during the winter seasonal timeframe.

Under the Proposed Action habitat conditions would improve for all special status species within the gather area. However, this action does not remove all wild horses, and the gather would accomplish a low to mid AML that is the most effective at improving special status species habitat than the other alternatives.

Alternatives B and C would have similar impacts as the Proposed Action on special status species. Impacts would be temporary and minimal in nature with wildlife returning to normal activities post disturbance. Minimal impacts on special status plant species could occur from animal movement during gather operations.

Alternative D
Individual animals would not be disturbed or displaced because gather operations would not occur under the No Action Alternative. However, habitat conditions for all special status animal species would continue to deteriorate as wild horse numbers above the established AMLs further reduce herbaceous vegetative cover and trample riparian areas, springs, and stream banks. Sensitive plant species would be more likely to be grazed and trampled under the No Action Alternative because there would be more wild horses in the HMAs. Greater sage-grouse and other special status animal species would have increased competition for forage, habitat, and water resources as wild horse numbers increase over AML. As competition increases, some special status wildlife species may not be able to compete successfully, potentially leading to increased stress and possible dislocation or death of special status wildlife over the long-term.

### 3.2.9 Vegetation
The vegetation of the Callaghan Complex varies from salt desert shrub communities at lower elevations, to low and big sagebrush/grass communities at higher elevations. The lower elevations are comprised of salt tolerant plants such as bud sagebrush (*Picrothamnus desertorum*), shadscale (*Atriplex confertifolia*), gooseberry-leaf globemallow (*Sphaeralcea grossulariifolia*), and Bailey's and black greasewood (*Sarcobatus spp.*). Mid-elevations and alluvial fans consist of Wyoming big sagebrush (*Artemisia tridentate wyomingensis*) or low sagebrush (*Artemisia arbuscula*), with an understory of sulphur-flower buckwheat (*Eriogonum umbellatum*), Sandberg's bluegrass (*Poa secunda*), bottlebrush squirreltail (Elymus elymoides), and Thurber's needlegrass (*Achnatherum thurberianum*). Within the mid and higher elevations, there is an occurrence of Utah juniper (*Juniperus osteosperma*). The higher elevation sites are comprised of mountain big sagebrush (*Artemisia tridentate vaseyana*), bluebunch wheatgrass (*Pseudoroegneria spicata*), Idaho fescue (*Festuca idahoensis*), longleaf phlox (*Phlox longifolia*),

and also support mountain browse species that include serviceberry (*Amelanchier spp.*), snowberry (*Symphoriocarpos spp.*), and currant (*Ribes spp.*). Riparian areas at mid to higher elevations support quaking aspen (*Populus tremuloides*), cottonwood (*Populus sp.*), and willows (*Salix spp*).  Disturbed areas within and around the Callaghan Complex support primarily cheatgrass, a non-native invasive plant.

Increasing wild horse utilization and trailing due to increasing excess numbers is occurring in the Complex and is reducing vegetative cover and vigor, particularly, in those areas immediately adjacent to water sources.  The reduction of vegetative cover and increased trampling resulting from higher wild horse numbers has led to increased soil compaction, which negatively impacts the establishment and root abilities of native vegetation. Changes to vegetation can also potentially accelerate run off and subsequent soil erosion.

The relative quantity of vegetative cover removed by grazing and trampling also affects soil properties. In general, vegetative cover provides shading for soils, which increases their ability to retain moisture, reduces soil erosion by intercepting precipitation and reducing surface wind velocities, and provides organic input into the soil (Beever and Herrick 2006).

*Environmental Effects*
Alternatives A-C
Impacts associated with gathers under the action alternatives would consist of disturbance to soil surfaces and vegetation immediately in and around the temporary gather site(s) and holding facilities.  Impacts would be created by vehicle traffic and hoof action as a result of concentrating horses and could be locally high in the immediate vicinity of the gather site(s) and holding facilities.  Generally, these sites would be small (generally less than 0.5 acre/trap site) in size.  Any impacts would remain site specific and isolated in nature.  Impacts would be minimal as herding would have a short-term duration.

In addition, most gather sites and holding facilities would be selected to enable easy access by transportation vehicles and logistical support equipment.  Normally, these gather sites are located near or on roads, pullouts, gravel pits, water haul sites or other flat areas, which have been previously disturbed.  These common practices would minimize the potential impacts to soils and the associated native vegetative communities.

The action alternatives will reduce the wild horse population to within the established AML resulting in decreased pressure on vegetative resources within the uplands and riparian areas. This will allow for native species recovery, resulting in a lesser likelihood of invasive species and improve riparian and upland functionality within the gather area.

Impacts of implementing the action alternatives would be reduced concentrations of wild horses, leading to reduced soil erosion, vegetation trampling, and utilization of areas most frequented in this complex by wild horses.  This reduction in soil erosion would be most notable and important in the vicinity of small spring meadows and water developments experiencing high levels of disturbance and bare ground from the current excess numbers of wild horses. Maintaining the population within AML would also provide sufficient time for degraded resources to recover.

Alternative D

In the absence of a wild horse gather, soil loss from wind and water vulnerability to erosion, particularly in the vicinity of small spring meadows and water developments, would be expected to accelerate.  The increasing over-utilization of vegetation and heavy trailing due to an over-population of wild horses, would continue the loss of native perennial bunchgrasses, forbs and shrubs exposing larger areas to potential soil loss, and expansion of invasive weeds within the Callaghan Complex.

**3.2.10 Water Quality, Surface, and Ground.**

Alternative A-C

All action alternatives would result in impacts to water quality. However, the degree and timing of these impacts would vary under each alternative. The impacts resulting from the gather operations would likely be negligible relative to variations in the affected environment or would be of such short duration that they would not be measurable and would not remain any longer than the gather activities themselves. These effects include increased sediment loading to streams that occurs when wild horses cross streams or springs as they are herded to temporary gather sites. Other impacts would be related to wild horse overpopulation. Use of riparian areas by wild horses during non-gather periods leads to increased sediment loading from hoof action and reduction of vegetation as well as the introduction of excess nutrients and bacteria from feces and urine. Loss of vegetation can also lead to increased surface water temperatures due to decreased shade. All alternatives would remove excess animals and reduce the total number of wild horses in the complex, which would reduce utilization pressure at all surface water sources. Removal of excess wild horses and maintaining the population at AML would allow for regeneration of riparian vegetation, which would lead to a restored hydrologic function. This would reduce sediment loading through reduced erosion and keep water temperatures low via increased shading.

Alternative D

Under this alternative, the wild horse population within the Complex would not be reduced and excess animals would remain on the range. Increased competition at currently utilized surface water sources would lead to increased introduction of excess sediment, nutrients, and bacteria. Increasing wild horse numbers would encourage individual horses to travel further in search of available water sources leading to an increasing number of surface water sources being impacted by wild horse use.

**3.2.11 Wetlands and Riparian Zones**

Wetland areas are scattered through the Callaghan Complex, and range in size from small seeps to large meadow complexes. Similarly, perennial, and intermittent streams are also present within the complex and are commonly spring fed and snow melt driven systems, respectively. These areas typically occupy a small percentage of the landscape but are disproportionately important centers for biodiversity. They often provide the only available source of water for many miles, and are used by wild horses, livestock, birds, and many types of wildlife. Although the Taylor Grazing Act of 1934 established some control over grazing practices for domestic livestock, wild horses are not regulated under this legislation. Wild horses use these areas year-long, resulting in degradation and decreased functionality of wetlands and riparian zones if excess numbers of wild horses are present.

Riparian areas tend to stay healthy when they remain in a vegetated state and are relatively

undisturbed (Belsky et al 1999). Well-vegetated stream banks help to dissipate energy and reduce discharge velocities, allowing water to percolate into the soil, where it is stored for late season discharge and used by plants. Where vegetative cover is greatly reduced, stream bank stability is negatively impacted from the loss of vegetation and the associated root masses of those plants. In systems with excessive pressure, vegetation is often absent, bare ground is higher, and the soil compacted. These factors enable water to flow more quickly, resulting in erosion and decreased system functionality.

Environmental Effects
Alternatives A-C
All action alternatives would result in identical impacts to wetlands and riparian zones. Impacts from gather operations would likely be negligible relative to variations in the affected environment or would be of such short duration that they would not be measurable and would not remain any longer than the gather activities themselves. These effects include trampling of vegetation and alteration of sediments during the gather when wild horses cross streams or springs as they are herded to temporary gather sites. To avoid impacts potentially associated with the gather operation, temporary gather sites and holding facilities would not be located within riparian areas. Other effects would be related to wild horse population size. Use of riparian areas by wild horses during non-gather periods leads to utilization of riparian vegetation which is not regulated like use by livestock. This results in alteration of soil and hydrologic function from punching, shearing, and compaction of soft sediments. Loss of vegetation can also lead to increased erosion and, therefore, loss of riparian soils and organic material. All alternatives would reduce the total number of wild horses in the complex which would reduce utilization pressure at all wetland and riparian zones. Reduced pressure is anticipated to allow regeneration of riparian vegetation which would lead to improved system functionality over time.

Alternative D
Under this alternative, excess wild horses would not be removed and the horse population within the Callaghan Complex would not be reduced. Increased competition at currently utilized wetland and riparian zones would lead to continued loss of vegetative, soil, and hydrologic functionality.

Increasing wild horse numbers would likely result in even more horses traveling further in search of available water sources leading to an increased number of wetland and riparian zones being impacted by wild horse use.

### 3.2.12 Wildfire and Fuels
The Callaghan Complex contains areas that are dominated by vegetation typical of the Great Basin consisting of Pinyon and Juniper Woodlands, Sagebrush ecological sites, Salt Desert Scrub and Greasewood communities. Maintaining a balance of grazing animals and controlling the timing and amount of forage that is consumed each year by wildlife, livestock, and wild horses is crucial to maintaining healthy upland plant communities within the Complex. Appropriately managed grazing by large ungulates has been associated with the known effect of reducing the cover, density, and volume of fuels, particularly fine fuels, on the landscape (Schmelzer et al., 2014). This can reduce the probability and severity of catastrophic wildfires due to the reduction in fine fuel loading. Recent research has identified that moderate grazing levels by herbivore species, including but not limited to horses, aids in the reduction of fuel loading and the impact

of grazing by herbivores, including livestock, have long been recognized (Crist et al. 2019).

Year-round heavy grazing on upland vegetation from all ungulates reduces the overall amount of fuels available for wildfires, but does not allow upland sites to recover from past disturbances and those areas are in danger of trending downward in ecological health and increasing in annual invasive grasses. Subsequently, the spread of annual invasive grasses can increase fine fuel loading and continuity, which can increase the intensity and rate of spread of wildland fires in the Great Basin. Intensive grazing can have the opposite effect of moderate grazing on fine fuel loads by reducing the cover of herbaceous vegetation over time and favoring the encroachment of highly flammable woody vegetation (Rouet-Leduc, 2021). Additionally, plant communities and sagebrush ecosystems that have been impacted in the past by wildfires and historic grazing are vulnerable to losing more of their native perennial grass component when grazed at higher than moderate utilization levels. This can result in decreased fine fuel moisture and earlier seasonal curing of fine fuel loads due to increased spread of invasive annuals, which can extend the fire season and decrease the resistance of these areas to wildfire disturbances.

Past fire history data, from 1985 through 2020, shows that there was a combined total of 67 wildfires that started within the Callaghan Complex for a total of 138,598 acres burned. During the period from 1999 to 2024, a combined total of 185 fuel treatment projects occurred in the Complex for a total of 94,857 acres.

*Environmental Effects*
Alternatives A-C
The growing scientific literature has continued to affirm that even though grazing reduces fuel loading, proper grazing management is critical for the advancement of land health characteristics (Copeland et al., 2023). Soil health, hydrologic function, and biotic integrity are all impacted differently depending on the location, timing, duration, and intensity of grazing management (Hennig et al., 2021). Properly managed grazing is critical to achieve reductions in fuel loads while curbing the expansion of invasive annual grasses, promoting native perennial species, and protecting sensitive riparian habitats. Research continues to indicate that a variable season of use contributes to site resiliency while repeated year-long, high intensity use, contributes to the degradation of rangelands and the expansion of annual grasses (Copeland et al., 2023; Davies et al., 2015; Davies et al., 2024).

While the BLM is granted the duty of managing wild horses, the day-to-day movement of wild horses on the range is inherently unmanaged from a livestock management perspective (Davies & Boyd, 2019). With the exception of fencing and water locations, wild horses are free-ranging grazers that can utilize forage for any amount of time throughout the year in whatever locations are accessible to them. In more natural systems, predation may augment the location, timing, and duration. However, wild horses face very limited predation and subsequently impressive reproduction rates as a result (Garrott, 2018).

Under the Proposed Action (Alternative A) the numbers of wild horses would be reduced to low AML, and maintained at AML, which would result in a short-term increase in the volume of fine fuels throughout the Complex. Conversely, the removal of excess wild horses would promote more moderate grazing utilization levels, which may reduce the long-term increase in areas

dominated by annual invasive grasses (cheatgrass) and loss of preferred perennial grasses. This would prevent further increases in fine fuel loading and woody encroachment in the long-term, which would promote greater resistance of vegetative communities and reduced frequency of future wildland fires within the Callaghan Complex. Overall, the Proposed Action would benefit fuels and fire management within this area in the long-term.

Impacts of Alternative B and C would be similar to those of the Proposed Action as the population would be managed within AML.

Alternative D
The No Action Alternative could be expected to result in a continued decrease of the overall availability of fuels, particularly fine fuels, within the HMAs and surrounding areas in the short term. However, it would result in a continued increase in the number of wild horses above AML, which would have compounding impacts upon upland vegetation composition and the potential for future fires. The continued overgrazing of the landscape could be expected to decrease the native grass component and increase the invasive non-native species across the landscape which would reduce the resistance and resiliency of the landscape to disturbance such as wildfires. The increase in invasive non-native species would promote a more frequent and intense fire cycle that would further reduce native species across the landscape.

### 3.2.13 Wilderness

The Wilderness Act of 1964 established a "National Wilderness Preservation System" to be composed of federally managed areas designated by Congress as "wilderness areas". These shall be "administered for the use and enjoyment of the American people in such manner as will leave them unimpaired for future use and enjoyment as wilderness, and so as to provide for the protection of these areas, the preservation of their wilderness character, and for the gathering and dissemination of information regarding their use and enjoyment as wilderness." The Wilderness Act of 1964 mandates that Wilderness areas are managed in a manner that maintains or enhances the areas' Wilderness Characteristics. Wilderness Characteristics include: untrammeled, natural, undeveloped, and outstanding opportunities for solitude or a primitive and unconfined type of recreation. The proposed Callaghan Complex gather area includes a small portion of the Simpson Park Wilderness Study Area (WSA) that was established as a WSA for further review during the original inventories in 1979-80.  The findings from the study and suitability recommendations were included in the Shoshone-Eureka Wilderness Recommendations Environmental Impact Statement, 1987, In October 1991, the Nevada Statewide Wilderness Report formally reported the recommendations on suitability for wilderness for designation and/or release to the President. Currently this WSA is being managed as WSA until designated as wildness or released from WSA status through an Act of Congress.  See Appendix I, Map 5 for the WSA.

Management of Wilderness Study Areas (BLM Manual 6330) establishes policy and guidance with the objective to manage and protect WSAs to preserve wilderness characteristics so as not to impair the suitability of such areas for designation by Congress as wilderness.  Manual 6330 provides policies for specific activities, one of which, is wild horse management.

Simpson Park WSA is located in the Simpson Park Mountain Range and contains approximately 49, 670 acres of public land.  The northern part of the unit is covered with steep hillsides.  the southern region changes from steep hills to a series of mesas and plateaus.  A large stand of

pinon-juniper woodland exists along part of the western boundary. The rest of the unit is dominated by plants of the sagebrush community. Combined factors of screening, configuration, and size are sufficient to offer numerous secluded spots for solitude and those opportunities are outstanding. There is diverse opportunity for hiking, horseback riding, and hunting in the area. The Nevada Statewide Wilderness Report identified the entire area not be recommended for Wilderness.

*Environmental Effects*
Alternatives A-C
The action alternatives A-C include helicopter overflights under 300 feet to herd wild horses/burros in areas that overlap with the wilderness study area boundary. All temporary trap sites are located outside of the wilderness study area boundary.

No negative effects to the untrammeled quality of wilderness characteristics would occur within the WSA boundary. BLM Manual 6330, Section 10 requires management of herd populations at levels that will preserve the natural quality of wilderness characteristics and as not to impair wilderness characteristics in the Simpson Peak WSA.

No motorized vehicles, no landing of aircraft, and no temporary installments would be located within wilderness study area: therefore, the undeveloped character of wilderness study area would not be affected.

The action alternatives A-C would impact the opportunity for solitude during gather activities. The impact to solitude are expected to occur as a result of the presence and noise of helicopter use for the duration of the gather. The WSA has very few trails and so visitation is generally low. These areas generally appear highly undeveloped as few human effects are encountered. Visitors may commonly experience sights of human activity outside of the WSAs, but these sights are less extensive because WSAs are mostly remote. Consequently, the degree of solitude is high, visitors have a high expectation of solitude, and visitors are more sensitive to disruption of solitude. The entirety of the wilderness study area will not be impacted as the action is ephemeral by nature, though this quality of wilderness characteristics would be impacted for the duration of gather and monitoring operations where the presence and sound of helicopter use is prevalent. There would be no effects on the opportunity for unconfined recreation.

The action alternatives A-C would remove excess wild horses to reduce their population to the low-level AML for the proposed area overlapping wilderness. By removing the excess wild horses, the natural quality of wilderness characteristics may be preserved and enhanced by reducing the degradation due to excess animals within the wilderness study area boundary. Removing the excess wild horses may reduce or eliminate the impact of excess animals competing with native wildlife for forage utilization, reduce excess trampling of native vegetation, and reduce trampling of watersheds and other riparian areas within the wilderness area.

Alternative D
The no action alternative would not result in impacts from gather operations. The opportunities for solitude and primitive recreation, untrammeled, and undeveloped qualities of wilderness

characteristics would not be affected. However, the natural quality of wilderness characteristics may be impacted. If the wild horse populations exceed their AML, the potential herd health and impacts to the landscape from excess wild horses may occur. Excess wild horses may compete with native populations of wildlife, overgraze riparian areas, and trample native vegetation at and near springs and other water sources. For these reasons, the natural quality of wilderness characteristics would not be preserved and would potentially degrade.

### 3.2.14 Wildlife, Including Migratory Birds
The Callaghan Complex provides habitat for a variety of wildlife, including large mammals like mule deer, pronghorn antelope, and mountain lion.

Predominant habitat types within the Complex which are likely to support migratory birds include: aspen, mountain riparian, mountain shrub, sagebrush, pinyon/juniper, playa, and cliffs/talus habitat types. There are small inclusions of mountain-mahogany, salt desert scrub, lower riparian, and playa.

*Environmental Effects*
Alternatives A-C
Individual animals of all species may be disturbed or displaced temporarily during gather operations. Large mammals and some birds may run or fly (flush from nest/hiding) during helicopter operations, but animals should return to normal behaviors post disturbance. Small animals, birds, and reptiles would be displaced at staging areas and trap sites with slower moving animals may be harmed. Overall, these impacts are expected to be minimal and temporary in nature to animal populations as a result of gather operations.

The use of previously disturbed areas would reduce impacts to wildlife and migratory birds. Any new staging, corral, and trap sites with vegetation would be surveyed for nesting birds, if gather operations occur during migratory bird breeding season.

Removing wild horses would result in decreased competition between wild horse and wildlife for available forage and water resources. Over the long-term, both riparian and upland habitat conditions (forage quality and quantity) for wildlife would recover and improve.

Alternative D
Wildlife, including migratory birds, would not be disturbed or displaced by gather operations under the No Action alternative. The No Action alternative would allow the continuation of competition increase between wildlife and wild horses. Competition would continue to increase for forage, habitat, and water resources and may grow worse as wild horse numbers continue to increase above AML. As competition increases, some wildlife species may not be able to compete successfully, potentially leading to increased stress and possible dislocation or death of native wildlife species over the long-term.

## Chapter 4: Cumulative Impacts

The NEPA regulations define cumulative impacts as impacts on the environment that result from the incremental impact of the proposed action when added to other past, present, and reasonably foreseeable future actions, regardless of what agency (federal or non-federal) or person undertakes

DOI-BLM-NV-B010-2025-0006-EA          61

such other actions.  Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time.

The cumulative assessment area (CAA) for the purpose of this analysis is the Callaghan Complex gather area. Refer to Appendix I, Map 1.

## 4.1 Past and Present Actions

*Wild Horses*

In 1971 Congress passed the Wild Free-Roaming Horses and Burros Act which placed wild and free-roaming horses and burros, that were not claimed for individual ownership, under the protection of the Secretaries of Interior and Agriculture. In 1976 the FLPMA gave the Secretary the authority to use motorized equipment in the capture of wild free-roaming horses as well as continued authority to inventory the public lands. In 1978, the Public Range Improvement Act (PRIA) was passed which amended the WFRHBA to provide additional directives for BLM's management of wild free-roaming horses on public lands.

Wild Horses existed with the Callaghan Complex prior to the passage of WFRHBA in 1971. The 1986 SERARMP designated the Callaghan, Bald Mountain, South Shoshone, and Hickison HMAs for long term wild horse/burro management. These HMAs partially overlap the 1971 Herd Areas which represent where wild horses existed at the passage of WFRHBA. Objectives for theses HMAs were further defined with SERARMP (1986). Because of movement between the HMAs, it has been determined that management should be as Complex. AMLs have been set through FMUDs following evaluation of resource issues and available resource data. Through ongoing assessment of monitoring data, distribution, use patterns, habitat characteristics, herd health, and other factors have been evaluated to direct management of these HMAs through gathers and removals. The Land Use Plan analyzed impacts of management's direction for grazing and wild horses, as updated through Bureau policies, Rangeland Program direction, and Wild Horse Program direction.  Forage was allocated within the allotments for livestock use and range monitoring studies were initiated to determine if allotment objectives were being achieved, or that progress toward the allotment objectives was being made.

Actions which have influenced the wild horse populations in existence today are primarily wild horse gathers, which resulted in the capture and removal of approximately 4,500 excess wild horses from across the Callaghan Complex. Approximately 200 horses have received fertility control treatment and been released back into the Bald Mountain and Callaghan HMAs. Table 10 illustrates past removals, fertility control treatments, and wild horses released back the Callaghan Complex.

Table 10: Previously Captured and Released Wild Horses from the Callaghan Complex.

| HMA | Year | Removed | Released | Treated |
|---|---|---|---|---|
| **Bald Mountain** | 2011 | 62 | 114 | 54 |
| | 2009 | 511 | 64 | 32 |
| | 1982 | 364 | 0 | 0 |
| **Callaghan** | 2011 | 119 | 135 | 55 |
| | 2009 | 825 | 80 | 40 |
| | 2002 | 855 | 0 | 0 |
| | 1997 | 1,066 | 338 | 0 |
| | 1987 | 471 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| **South Shoshone** | 2008 | 319 | 55 | 0 |
| | 2002 | 47 | 0 | 0 |

Vegetation, Riparian and Water Resources

Forage utilization during the 1900's was high when thousands of cattle, sheep, and horses grazed lands in northern Nevada. In the 1930s when overgrazing threatened to reduce Western rangelands to a dust bowl, Congress approved the Taylor Grazing Act (TGA) of 1934, which for the first time regulated grazing on public lands. The TGA required ranchers who grazed horses or livestock on public lands to have a permit and to pay a grazing fee, but by that time, thousands of horses roamed the Nevada desert unbranded and unclaimed.

Prior to the TGA, livestock grazing practices resulted in significant impacts to soil resources. The soil tolerance was exceeded and the soil medium for plant growth was not maintained. As a result, historic livestock grazing activities prior to the TGA had significant impacts on the vegetation resources within the impact assessment area by eliminating or greatly reducing the primary understory plants. Cheatgrass was introduced into the area in the early 1900s.

Prior to the TGA, livestock grazing practices also had significant impacts on wetland and riparian zones leading to a decline in wetland and riparian zones. Riparian vegetation was insufficient to dissipate energy or filter sediments, thereby increasing erosion and destabilizing stream banks and meadows. Destabilization of streams and meadows led to incised channels, gullies, and a lowered water table. Efforts have been made to prevent adverse impacts to rangeland health, and to support better distribution of livestock on public range since the 1930's by implementing a variety of range improvement projects.

A series of livestock grazing decisions since the implementation of TGA have resulted in reductions in livestock numbers and changes in seasons of use and in grazing management practices to promote rangeland health within grazing allotments. Other management changes have also resulted in restrictions on when, where and the duration of livestock grazing, to minimize potential impacts to rangeland health.

While the present livestock grazing system and efforts to manage the wild horse population within AML has helped reduce past historic soil impacts and has improved current soil resource conditions, the current overpopulation of wild horses is resulting in areas of heavy vegetative utilization, trailing and trampling damage, and prevents BLM from managing public lands within the Callaghan Complex for rangeland health and for a thriving natural ecological balance.

## 4.2 Reasonably Foreseeable Future Actions

*Wild Horses*

Wild horse population is expected to continue to grow and increase at a rate of 15-20% annually. If necessary, BLM may provide water for wild horses until wild horse populations could be reduced with an emergency gather to within AML or in periods of critical need.

*Vegetation, Riparian and Water Resources*

Livestock grazing is expected to continue at similar stocking rates. Under current livestock stocking rates, objectives pertaining to rangeland health can continue to be met with proper livestock management. Given that wild horse population numbers will continue to grow, upland and riparian recourse degradation can be anticipated if numbers exceed AML. Degradation and

resource impacts from excess wild horse will negatively impact all users, such as wildlife, and prevent the BLM from maintaining or improving rangeland health and achieving a thriving natural ecological balance.

Impacts from Alternatives A-C
Reasonably foreseeable effects expected under any of the action alternatives would include continued improvement of upland and riparian vegetation conditions, which would in turn benefit permitted livestock, native wildlife, and wild horse populations as forage (habitat) quantity and quality is improved over the current level. Benefits from reduced wild horse populations would include fewer animals competing for limited water quantity and at limited sites. Ultimately there should be more stable wild horse populations, healthier rangelands, healthier wild horses, and fewer multiple use conflicts within the cumulative area over the short and long-term.

Over the next 10–20-year period, continuing to manage wild horses within the established AML range would result in improved vegetation condition (i.e. forage availability and quantity), which in turn would result in improved vegetation density, cover, vigor, seed production, seedling establishment and forage production over current conditions. Managing wild horse populations within the established AML range would allow the primary forage plant species to recover and return more rapidly and allow for improvements to riparian habitat, even though some vegetation conditions may never be able to return to their potential. Maintaining AML over a sustained period of time throughout the CAA would allow for the collection of scientific data to evaluate whether changes to AML levels are warranted or necessary.

Cumulatively over the next 10-20 years, achieving AML and lowering the population growth rate would result in fewer gathers and less disturbance to individual wild horses and the herds' social structure. Individual and herd health would be maintained.

By bringing the wild horse populations to AML, it would be possible to gather a higher percentage of the total population in future gathers, which would allow the increased use of fertility control and sex ratio adjustments as methods to slow population growth. However, releasing gathered wild horses back into the Callaghan Complex (following application of population control methods) may lead to the decreased ability to gather horses in the future as released horses learn to evade the helicopter.

Alternative D
Under the no action alternative, AML would not be achieved within the Callaghan, Bald Mountain, and South Shoshone HMAs and excess wild horses would not be removed from areas within or outside of the designated HMAs. There would be no active management to control the size of the population at this time. Without a gather and removal now, wild horse populations would continue to increase at an average rate of 15-20% per year (see Table 11, which assumes a conservative annual growth rate of only 15% per year). Based on population annual reproduction rate estimates. These population levels would continue to exceed the carrying capacity of the range.

Table 11: Wild Horse Populations with No Wild Horse Removal and/or Fertility Control

| HMA | Current Estimated Adult Population as of February 2025 | 5 Years with No Wild Horse Removal | 10 Years with No Wild Horse Removal |
|---|---|---|---|
| Bald Mountain | 246 | 495 | 994 |
| Callaghan | 2,207 | 4,438 | 8,926 |
| South Shoshone | 2,025 | 4,072 | 8,189 |
| Hickison (North) | 11 | 22 | 44 |

High AML is the maximum population at which a thriving natural ecological balance would be maintained and that avoids deterioration of the rangeland. The increasing population of wild horses even further in excess of AML under the no action alternative would over-extend and deplete water and forage resources. Excessive utilization, trampling, and trailing by wild horses would further degrade the vegetation, prevent improvement of range that is already in less than desirable or in degraded condition, would degrade currently healthy rangelands, and would not allow for sufficient availability of forage and water for wild horses or other ungulates, especially during drought years or severe winter conditions.

Throughout the HMAs administered by the Battle Mountain District, few predators exist to control wild horse or burro populations. Some mountain lion predation occurs but does not appear to be substantial. Coyotes are not prone to prey on wild horses unless such horses are young or extremely weak. Other predators such as wolf or bear do not exist at detectable numbers in the Callaghan Complex.

Wild horses are a long-lived species with documented foal survival rates that can exceed 95% (Ransom et al. 2016). The high survival rates typical of wild horse herds are reflected in the PopEquus population model (Folt et al. 2023a, 2023b). Wild horses are not a 'self-regulating' species (NAS 2013) and would continue to reproduce until their habitat can no longer support them. It is not realistic to rely on wild horse and burro herds to limit their own population size or growth rates in the western United States. Predators such as mountain lions tend to not fully prevent free-roaming horse population growth, even in locations where relatively high numbers of foals die per year, such as in the Virginia Range of Nevada (Schulman et al. 2024). Usually the habitat is severely, if not irreversibly, damaged before the wild horse population is abruptly impacted and experiences substantial death loss. Once the vegetative and water resources are at these critically low levels due to excessive utilization by an over population of wild horses, the weaker animals, generally the older animals and the mares and foals, are the first to be impacted. It is likely that a majority of these animals would die from starvation and dehydration. The resultant population would be heavily skewed towards the stronger stallions which would lead to substantial social disruption in HMAs. Fighting among stud horses would increase as they protect their position at scarce water sources, and injuries and death to all age classes of animals would be anticipated. Substantial loss of the wild horses in the complex due to starvation or lack of water would have obvious consequences to the long-term viability of the herd. By mismanaging the public lands in this way, the vegetative and water resources would be impacted first and to the point that they have no potential for recovery. This degree of resource impact would lead future wild horse herds to persist only at a greatly reduced level if BLM is able to

manage for wild horses at all on the complex in the future.

Trampling and trailing damage by wild horses in or around riparian areas would also be expected to increase, resulting in larger, more extensive areas of bare ground. Continued decline of rangeland health and irreparable damage to vegetative, soil and riparian resources, would have obvious impacts to the future of the Callaghan Complex and all other users of the range's resources. Competition for the available water and forage between wild horses, domestic livestock, and native wildlife would increase. Continued decline of rangeland health and irreparable damage to vegetative, soil and riparian resources, would have obvious impacts to the future of the complex and all other users of the resources, which depend upon them for survival. As a result, the no action alternative would not ensure healthy rangelands that would allow for the management of a healthy wild horse population and would not promote a thriving natural ecological balance.

As populations increase beyond the capacity of the habitat to sustain them, more bands of horses would leave the HMA boundaries in search of forage and water. This alternative would also result in increasing numbers of wild horses in areas not designated for their use and would not achieve the stated objectives for wild horse herd management areas, to "prevent the range from deterioration associated with overpopulation", and "preserve and maintain a thriving natural ecological balance and multiple use relationship in that area".

Regulations at Title 43 CFR § 4700.0-6 (a) state "Wild horses shall be managed as self-sustaining populations of healthy animals in balance with other uses and the productive capacity of their habitat" (emphasis added). Allowing excess wild horses to remain ungathered would be inconsistent with the mandates of the WFRHBA and implementing regulations.

## Chapter 5: Monitoring and Mitigation Measures

*Monitoring*
The BLM Contracting Officer Representative (COR) and Project Inspectors (PIs) assigned to the gather(s) would be responsible for ensuring contract personnel abide by contract specifications and SOPs. Ongoing rangeland, riparian, and wild horse monitoring would continue, including periodic aerial population counts.

Under Action Alternatives A-C:
- Fertility control monitoring of treated mares would be conducted in accordance with the CAWP outlined in Appendix III;
- Genetic monitoring would take place through analysis of hair follicle samples;
- Rangeland health monitoring would continue;
- Routine monitoring of wild horse herd health would continue;
- Aerial surveys to estimate herd size would continue;
- Monitoring of fertility control treated wild horse mares may be facilitated by GPS radio collars, or GPS tail tags on either sex of horses.

## Chapter 6: Consultation and Coordination

Public hearings are held annually on a state-wide basis regarding the use of motorized vehicles, including helicopters and fixed-wing aircraft, in the management of wild horses and burros. During these meetings, the public is given the opportunity to present new information and to voice any concerns regarding the use of the motorized vehicles. The Bureau of Land Management held a virtual hearing on the use of motorized vehicles for wild horse and burro management on May 6th, 2025.

Most attendees were not in support of the use of helicopters and the gathering of excess wild horses and burros. Their comments were entered into the record for this hearing. Standard Operating Procedures were reviewed in response to these concerns and no changes to the SOPs were indicated based on this review.

The use of helicopters and motorized vehicles has proven to be a safe, effective and practical means for the gather and removal of excess wild horses and burros from the range. Since 2006, Nevada has gathered over 40,000 animals with a total mortality of 1.1% (of which 0.5% was gather related), which is very low when handling wild animals. BLM also does not conduct helicopter removals of wild horses during the period prior to or during the peak of foaling (i.e., from March 1 through June 30).

The Battle Mountain District BLM has coordinated with Nevada Department of Wildlife (NDOW) during the yearly coordination meeting on this gather. Additionally, as required by the GRSG Land Use Plan Amendment (2015), BMDO included input from NDOW on the use of Resource Design Features. BLM will continue to coordinate with NDOW regarding the locations of staging, trapping, and corrals to minimize impacts to wildlife.

## Chapter 7: List of Preparers

Table 12: List of Preparers

| Name | Title | Responsible for the Following Section(s) of this Document |
|------|-------|----------------------------------------------------------|
| Aimee Bolinger | Wild Horse and Burro Specialist | Project Lead, Wild Horse and Burro Specialist |
| Rachelle Peppers | Supervisory Natural Resource Specialist | Wildlife, Migratory Birds, Special Status and T&E Species |
| Zach Long | Rangeland Management Specialist | Rangeland Management, Livestock Grazing, Vegetation, Soils |
| Kenner Vorheis | Outdoor Recreation Planner | Wilderness, Wilderness Study Areas, Recreation |
| Robert Burdick | Fuels Program Manager | Wildfire, Fuels, Noxious Weeds, and Invasive Species |
| Neal Endacott | Archaeologist | Archaeology and Paleontology |
| Samual Ault | Field Manger | Tribal Consultation |

# Chapter 8: Acronyms and References

## 8.1 Acronyms

AIRFA – The American Indian Religious Freedom Act of 1978
APHIS – Animal and Plant Health Inspection Service
ARPA – The Archaeological Resources Protection Act of 1979
ARMPA – Nevada and Northeastern California Greater Sage-Grouse resource Management Plan Amendment
AVMA – American Veterinary Medical Association
AML – Appropriate Management Level
AUM – Animal Unit Month
BCS – Body Condition Score
BGEPA – The Bald and Golden Eagle Protection Act
BLM – Bureau of Land Management
CAA – Cumulative Assessment Area
CAWP – Comprehensive Animal Welfare Program
CFR – Code of Federal Regulations
COR – Contracting Officer Representative
CX – Categorical Exclusion
EA – Environmental Assessment
ESA – Endangered Species Act of 1973
EIS - Environmental Impact Statement
ESA – Endangered Species Act of 1973
FAA – Federal Aviation Administration
FLPMA – Federal Land Policy and Management Act of 1976
FMUD – Final Multiple Use Decision
FONSI – Finding of No Significant Impact
GHMA – General Habitat Management Area
GRSG – Greater Sage-Grouse
HA – Herd Area
HMA – Herd Management Area
HMAP – Herd Management Area Plan
IBLA – Inter Board of Land Appeals
IM – Instructional Memorandum
IUD – Intrauterine Device
MBTA – Migratory Bird Treaty Act
MD – Management Decision
MLFO – Mount Lewis Field Office
MRDG – Minimum Requirements Decision Guide
NAGPRA – Native American Graves Protection and Reparation Act of 1990
NAS – National Academies of Sciences
NEPA – National Environmental Projection Act
NDOW – Nevada Department of Wildlife
NHPA – National Preservation Act of 1960
NNHP – Nevada Natural Heritage Program
NRPH – National Register of Historic Places
OHMA – Other Habitat Management Area
ORC – Off Range Corral
ORP – Off Range Pastures

PI – Project Inceptor
PIM – Permanent Instruction Memorandum
PGS – Population Growth Suppression
PMHA – Primary Habitat Management Area
PRIA – Public Range Improvement Act
PZP – Porcine Zona Pellucida
RAC – Resource Advisory Council
RDF – Required Design Features
RMP – Resource Management Plan
ROD – Record of Decision
SFA – Sagebrush Focal Areas
SDD – Standard Determination Documents
SIR – Supplemental Information Report
SOP – Standard Operating Procedures
SREA – Shoshone-Eureka Resource Area
SSS – Special Status Species
T&E – Threatened and Endangered species
TGA – Taylor Grazing Act of 1934
TNEB – Thriving Natural Ecological Balance
USFWS – Untied States Fish and Wildlife Service
USGS – United States Geological Survey
WHB – Wild Horse and Burro
WFRHBA – Wild Free-Roaming Horses and Burros Act

**8.2 Literature Cited**

Andreasen, A.M., K.M. Stewert, W.S. Longland, and J.P. Beckmann. 2021. Prey specialization by cougars on feral horses in a desert environment. Journal of Wildlife Management: 85:1104-1120.

Baker, D.L., J.G. Power, J.I. Ransom, B.E. McCann, M.W. Oehler, J.E. Bruemmer, N.L. Galloway, D.C. Eckery, and T.M. Nett. 2018. Reimmunization increases contraceptive effectiveness of gonadotropin-releasing hormone vaccine (GonaCon-Equine) in free-ranging horses (*Equus caballus*): Limitations and side effects. PLoS ONE 13(7): e0201570.

Baker, D.L., B.E. McCann, J.G. Powers, N.L. Galloway, J.E. Bruemmer, M.A. Thompson, and T.M. Nett. 2023. Reimmunization intervals for application of GnRH immunocontraceptive vaccine (GonaCon-Equine) in free-roaming horses (Equus ferus caballus) using syringe darts. Theriogenology Wild (3): 100061.

Baldrighi, J.M., C.C. Lyman, K. Hornberger, S.S. Germaine, A. Kane, and G.R. Holyoak. 2017. Evaluating the efficacy and safety of silicone O-ring intrauterine devices as a horse contractive through a captive breeding trial. Clinical Theriogenology 9:471.

Barber, M.R., and R.A. Fayer-Hosken. 2000. Evaluation of somatic and reproductive immunotoxic effects of the porcine zone pellucida vaccination. Journal of Experimental Zoology 286:641-646.

Bartholow, J.M. 2004. An economic analysis of alternative fertility control and associated management techniques for three BLM wild horse herds. USGS Open-File Report 2004-1199.

Bartholow, J. 2007. Economic benefit of fertility control in wild horse populations. The Journal of Wildlife Management 71:2811-2819.

Beck, J.L., M.C. Milligan, K.T. Smith, P.A. Street, A.C. Pratt, C.P. Kirol, C.P. Wanner, J.D. Hennig, J.B. Dinkins, J.D. Scasta, and P.S. Coates. 2024. Free-roaming horses exceeding appropriate management levels affect multiple vital rates in greater sage-grouse. Journal of Wildlife Management 2024;e22669.

Beever, E.A., R.J. Tausch, and P.F. Brussard. 2003. Characterizing grazing disturbance in semiarid ecosystems across broad scales, using diverse indices. Ecological Applications 13:119-136.

Beever, E. A., and C. L. Aldridge. 2011. Influences of free-roaming equids on sagebrush ecosystems, with a focus on greater sage-grouse. Studies in Avian Biology 38:273–290.

Beever, E.A. and J.E. Herrick. 2006. Effects of feral horses in Great Basin landscapes on soils and ants: direct and indirect mechanisms. Journal of Arid Environments 66:96-112.

Behnke, T.L., P.A. Street, S. Davies, J.Q. Ouyang, and J.S. Sedinger. 2022. Non-native grazers affect physiological and demographic responses of greater sage-grouse. Ecology and Evolution 12(9), p.e9325

Belsky, A.J., A. Matzke, S. Uselman. 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States. Journal of Soil and Water Conservation 54: 419-431.

Bigolin, S., D.J. Fagundes, H.C. Rivoire, A.T. Negrini Fagundes, A.L. Negrini Fagundes. 2009. Transcervical hysteroscopic sterilization using cyanoacrylate: a long-term experimental study on sheep. The Journal of Obstectrics and Gynaecology Research 35:1012-1018.

Bleich, V.C., J.S. Sedinger, C.M. Aiello, C. Gallinger, D.A. Jessup, and E.M. Rominger. 2021. RE: Ecological "benefits" of feral equids command disclosure of environmental impacts.

Science eLetters. 19 July 2021. https://science.sciencemag.org/content/372/6541/491/tab-e-letters accessed 9 August 2021. Response to Lundgren et al., 2021, "Equids engineer desert water availability," in Science 372: 491–495.

Bureau of Land Management (BLM). 1990. BLM-H1741-2; Water Developments Handbook. Washington, D.C.

Boyce, P.N., and P.D. McLoughlin. 2021. Ecological interactions involving feral horses and predators: review with implications for biodiversity conservation. Journal of Wildlife Management. DOI: 10.1002/jwmg.21995

Carey, K.A., A. Ortiz, K. Grams, D. Elkins, J.W. Turner, and A.T. Rutberg. 2019. Efficacy of dart delivered PZP-22 immunocontraceptive vaccine in wild horses.

Chambers, J.C., et al. 2017. Science Framework for Conservation and Restoration of the Sagebrush Biome: Linking the Department of the Interior Secretarial Order 3336 to Long-Term Strategic Conservation Actions. Part 1. Science Basis and Applications. RMRS-GTR-360. Fort Collins, CO: U.S Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Coates, P.S., O'Neil, S.T., Muñoz, D.A., Dwight, I.A., and Tull, J.C. 2021. Sage-grouse population dynamics are adversely impacted by overabundant free-roaming horses. The Journal of Wildlife Management 85:1132-1149.

Copeland, S. M., Hoover, D. L., Augustine, D. J., Bates, J. D., Boyd, C. S., Davies, K. W., ... &Vermeire, L. T. (2023). Variable effects of long-term livestock grazing across the western United States suggest diverse approaches are needed to meet global change challenges. Applied Vegetation Science, 26(1), e12719.

Cothran, E.G. 2003a. Genetic analysis of the Grass Valley allotment, Callaghan, NV feral horse herd. January 13, 2003 report to the BLM from University of Kentucky Department of Veterinary Science.

Cothran, E.G. 2003b. Genetic analysis of the Hall Creek (Austin allotment), NV feral horse herd. April 11, 2003 report to the BLM from University of Kentucky Department of Veterinary Science.

Cothran, E.G. 2010a. Genetic analysis of the South Shoshore HMA, NV. August 11, 2010 report to the BLM from Texas A&M University Department of Veterinary Integrative Bioscience.

Cothran, E.G. 2010b. Genetic analysis of the Callaghan East HMA, NV. August 11, 2010 report to the BLM from Texas A&M University Department of Veterinary Integrative Bioscience.

Cothran, E.G. 2010c. Genetic analysis of the Callaghan West HMA, NV. August 12, 2010 report to the BLM from Texas A&M University Department of Veterinary Integrative Bioscience.

Cothran, E.G. 2010d. Genetic analysis of the Bald Mountain HMA, NV. August 13, 2010 report to the BLM from Texas A&M University Department of Veterinary Integrative Bioscience.

Cothran, E.G., A. Khanshour, S. Funk, E. Conant, R. Juras, and B.W. Davis. 2024. Genetic dynamics of Mustang and Feral Horse Populations in the Western United States. BioRxiv doi.org/10.1101/2024.01.28.577652.

Crane, K.K., M.A. Smith, and D. Reynolds. 1997. Habitat selection patterns of feral horses in south central Wyoming. Journal of Range Management 50:374-380.

Crist, M., et al. 2019. Science Framework for Conservation and Restoration of the Sagebrush

Biome: Linking the Department of the Interior Secretarial Order 3336 to Long-Term Strategic Conservation Actions. Part 2. Management applications. Gen. Tech. Rep. RMRS-GTR-389. Fort Collins, CO: U.S Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Daels, P.F, and J.P. Hughes. 1995. Fertility control using intrauterine devices: an alternative for population control in wild horses. Theriogenology 44:629-639.

Davies, K.W., G. Collins, and C.S. Boyd. 2014. Effects of free-roaming horses on semi-arid rangeland ecosystems: an example from the sagebrush steppe. Ecosphere 5:1-14.

Davies, K.W., C.S. Boyd, J.D. Bates, L.N. Svejcar, and L.M. Porensky. 2024, Ecological benefits of strategically applied livestock grazing in sagebrush communities. Ecosphere 15(5); e4859. https://doi.org/10.1002/ecs2.4859

Davies, K.W. and C.S. Boyd. 2019. Ecological effects of free-roaming horses in North American rangelands. Bioscience 69:558-565.

de Seve, C.W. and S.L. Boyles-Griffin. 2013. An economic model demonstrating the long-term cost benefits of incorporating fertility control into wild horse (Equus caballus) management in the United States. Journal of Zoo and Wildlife Medicine 44(4s:S34-S37).

Derner, J.D. and G.E. Schuman. 2007. Carbon sequestration and rangelands: a synthesis of land management and precipitation effects. Journal of Soil and Water Conservation 62:77-85

Environmental Protection Agency (EPA). 2009b. Memorandum on GonaCon ™ Immunocontraceptive Vaccine for Use in White-Tailed Deer. Section 3 Registration. US Environmental Protection Agency, Washington, DC.

Environmental Protection Agency (EPA). 2012. Porcine Zona Pellucida. Pesticide fact Sheet. Office of Chemical Safety and Pollution Prevention 7505P. 9 pages.

Environmental Protection Agency (EPA). 2013. Notice of pesticide registration for GonaCon Equine. US Environmental Protection Agency, Washington, DC.

Environmental Protection Agency (EPA). 2015. Label and CSF Amendment. November 19, 2015 memo and attachment from Marianne Lewis to David Reinhold. US Environmental Protection Agency, Washington, DC.

Environmental Protection Agency (EPA). 2025. Non-PRIA (Pesticide Registration Improvement Act) Labeling Amendment – Change in time interval of the optional second dose; product name: GonaCon - Equine. January 21, 2025 memo and attachment from Melissa Bridges to Emily Ruell. US Environmental Protection Agency, Washington, DC.

Folt, B.P., L.S. Ekernas, D.R. Edmunds, M.T. Hannon, and K.S. Schoenecker. 2023a. PopEquus: A Predictive Modeling Tool to Support Management Decisions for Free-roaming Horse Populations, Version 1.0.1. USGS Software Release. USGS Fort Collins Science Center, Fort Collins, Colorado. DOI: 10.5066/P9NMRQDG

Folt, B., K.A. Schoenecker, L.S. Ekernas, D.R. Edmunds, and M. Hannon. 2023b. PopEquus: A predictive modeling tool to support management decisions for free-roaming horse populations. Ecosphere, 14(9), e4632.

Fonner, R. and A.K. Bohara. 2017. Optimal control of wild horse populations with nonlethal methods. Land Economics 93:390-412.

Ganskopp, D.C. 1983. Habitat use and Spatial Interactions of Cattle, Wild Horses, Mule Deer, and California Bighorn Sheep in the Owyhee Breaks of Southeast Oregon. PhD Dissertation, Oregon State University.

Ganskopp, D.C. and M. Vavra. 1986. Habitat Use by Feral Horses in the Northern Sagebrush Steppe. Journal of Range Management 39(3):207-211.

Ganskopp, D.C. and M. Vavra. 1987. Slope Use by cattle, feral horses, deer, and bighorn sheep. Northwest Science, 61(2):74-80

Garrott, R. A. (2018). Wild horse demography: implications for sustainable management within economic constraints.

Garrott, R.A., and M.K. Oli. 2013. A Critical Crossroad for BLM's Wild Horse Program. Science 341:847-848.

Gooch, A.M., S.L. Petersen, G.H. Collins, T.S. Smith, B.R. McMillan, and D.L. Eggett. 2017. The impacts of feral horses on the use of water by pronghorn in the Great Basin. Journal of Arid Environments 168:38-43.

Government Accountability Office (GAO). 2008. Bureau of Land Management; Effective Long-Term Options Needed to Manage Unadoptable Wild Horses. Report to the Chairman, Committee on Natural Resources, House of Representatives, GAO-09-77.

Gradil, C. 2019. The Upod IUD: a potential simple, safe solution for long-term, reversible fertility control in feral equids. Oral presentation at the Free Roaming Equids and Ecosystem Sustainability Summit, Reno, Nevada.

Gradil, C.M., C.K. Uricchio, and A. Schwarz. 2019. Self-Assembling Intrauterine Device (Upod) Modulation of the Reproductive Cycle in Mares. Journal of Equine Veterinary Science 83: 102690.

Gradil, C., C. Joonè, T. Haire, B. Fowler, J. Zinchuk, C.J. Davies, and B. Ball. 2021. An intrauterine device with potential to control fertility in feral equids. Animal Reproductive Science. doi.org/10.1016/j.anireprosci.2021.106795

Groenendyk, P., B. English, and I. Abetz. 1988. External balance of water and electrolytes in the horse. Equine Veterinary Journal 20:189-193.

Gross, J.E. 2000. A dynamic simulation model for evaluating effects of removal and contraception on genetic variation and demography of Pryor Mountain wild horses. Biological Conservation 96:319-330.

Hall, L.K., R.T. Larsen, M.D. Westover, C.C. Day, R.N. Knight, and B.R. McMillan. 2016. Influence of exotic horses on the use of water by communities of native wildlife in a semi-arid environment. Journal of Arid Environments 127:100-105

Hall, L.K., R.T. Larsen, R.N. Knight, and B.R. McMillan. 2018. Feral horses influence both spatial and temporal patterns of water use by native ungulates in a semi-arid environment. Ecosphere 9(1):e02096

Hampton, J.O., T.H. Hyndman, A. Barnes, and T. Collins. 2015. Is wildlife fertility control always humane? Animals 5:1047-1071.

Hampson, B. A., J. M. Morton, P. C. Mills, M. G. Trotter, D. W. Lamb, and C. C. Pollitt. 2010b. Monitoring distances travelled by horses using GPS tracking collars. Australian Veterinary Journal 88:176–181.

Hanley, T.A. 1982. The Nutritional Basis for Food Selection by Ungulates. Journal of Range Management 35: 146-151.

Hanley, T. A., and K. A. Hanley. 1982. Food resource partitioning by sympatric ungulates on Great Basin rangeland. Journal of Range Management 35(2):152-158.

Hansen, R. M., R. C. Clark, and W. Lawhorn. 1977. Foods of wild horses, deer, and cattle in the Douglas Mountain Area, Colorado. Journal of Range Management 30(2):116-118.

He, N.P., Y.H. Zhang, Q. Yu, Q.S. Chen, Q.M. Pan, G.. Zhang, and X.G. Han. 2011. Grazing intensity impacts soil carbon and nitrogen storage of continental steppe. Ecosphere 2:(1;8). DOI: 10.1890/ES10-00017.1

Hennig, J. D., Beck, J. L., Gray, C. J., & Scasta, J. D. (2021). Temporal overlap among feral horses, cattle, and native ungulates at water sources. The Journal of Wildlife Management, 85(6), 1084-1090.

Hennig, J.D., J.D. Scasta, A.C. Pratt, C.P. Wanner, and J.L. Beck. 2023. Habitat selection and space use overlap between feral horses, pronghorn, and greater sage-grouse in cold arid steppe. Journal of Wildlife Management 87(1), e22329.

Herbel, C.H. 1982. Grazing management on rangelands. Journal of Soil and Water Conservation 37:77-79.

Hobbs, N.T., D.C. Bowden and D.L. Baker. 2000. Effects of Fertility Control on Populations of Ungulates: General, Stage-Structured Models. Journal of Wildlife Management 64:473 491.

Holyoak, G.R., C.C. Lyman, S. Wang, S.S. Germaine, C.O. Anderson, J.M. Baldrighi, N. Vemula, G.B. Rexabek, and A.J. Kane. 2021. Efficacy of a Y-design intrauterine device as a horse contraceptive. Journal of Wildlife Management 85:1169-1174.

Hubbard R.E. and R. M. Hansen 1976. Diets of Wild Horses, Cattle and Mule Deer in the Piceance Basin, Colorado. Journal of Range Management 29: 389-392

Jones, C.G., J.H. Lawton and M. Shachak. 1994. Organisms as ecosystem engineers. Oikos 69:373- 386.

Joonè, C.J., C.M. Gradil, J.A. Picard, J.D. Taylor, D. deTonnaire, and J. Cavalieri. 2021. The contraceptive efficacy of a self-assembling intra-uterine device in domestic mares. Australian Veterinary Journal. doi: 10.1111/avj.13055

Kaweck, M.M., J.P. Severson, and K.L. Launchbaugh. 2018. Impacts of wild horses, cattle, and wildlife on riparian areas in Idaho. Rangelands 40:45-52.

King, S.R.B., and J. Gurnell. 2007. Scent-marking behaviour by stallions: An assessment of function in a reintroduced population of Przewalski horses (Equus ferus przewalskii). Journal of Zoology, 272, 30-36.

King, S.R.B., K.A. Schoenecker, and D.J. Manier. 2019. Potential spread of cheatgrass (*Bromus tectorum*) and other invasive species by feral horses (*Equus ferus caballus*) in western Colorado. Rangeland Ecology and Management 72:706-710.

King, S.R.B., K.A. Schoenecker, and M.J. Cole. 2022. Effect of adult male sterilization on the behavior and social associations of a feral polygynous ungulate: the horse. Applied Animal Behaviour Science 249: 105598.

Kirkpatrick, J.F., R. Naugle, I.K.M. Lui, J.W. Turner JR., M. Bernocco. 1995. Effects of Seven Consecutive years of PZP Contraception on Ovarian Function in Feral Mares, Biology of Reproduction Monograph Series 1: Equine Reproduction VI: 411-418.

Krysl, L.T., M.E. Hubbert, B. F. Sowell, G. E. Plumb, T. K. Jewett, M. A. Smith and J. W. Waggoner. 1984. Horses and Cattle Grazing in the Wyoming Red Desert, I. Food Habits and Dietary Overlap. Journal of Range Management. 37: 72-76.

Loydi, A. and S.M. Zalba. 2009. Feral horses dung piles as potential invasion windows for alien plant species in natural grasslands. Plant Ecology 201:471-480.

Lundgren, E.J., D. Ramp, J.C. Stromberg, J. Wu, N.C. Nieto, M. Sluk, K.T. Moeller, and A.D. Wallach. 2021. Equids engineer desert water availability. Science 372:491-495.

Manley, J.T., G.E. Schuman, J.D. Reeder, and R.H. Hart. 1995. Rangeland soil carbon and nitrogen responses to grazing. Journal of Soil and Water Conservation 50:294-298.

McCann, B., D. Baker, J. Powers, A. Denicola, B. Soars, and M. Thompson. 2017. Delivery of GonaCon-Equine to feral horses (Equus caballus) using prototype syringe darts.

Presentation to the International Wildlife Fertility Control conference, Washington, D.C.

McInnis, M.A. 1984. Ecological Relationships among Feral Horses, Cattle, and Pronghorn in Southeastern Oregon. PhD Dissertation. Oregon State University.

McInnis, M.A. and M. Vavra. 1987 Dietary relationships among feral horses, cattle, and Prognhorn in southeastern Oregon. Journal of Range Mgt 40(1):60-66.

Meeker, J.O. 1979. Interactions between pronghorn antelope and feral horses in northwestern Nevada. University of Nevada, Reno M.S. Thesis. Reno, Nevada.

Menard, C., P. Duncan, G, Fleurance, J. Georges, M. Lila. 2002. Comparative foraging and nutrition of horses and cattle in European wetlands. Journal of Applied Ecology 39:120 133.

Miller, L.A., K.A. Fagerstone, and D.C. Eckery. 2013. Twenty years of immunocontraceptive research: lessons learned. Journal of Zoo and Wildlife Medicine 44:S84-S96.

Muñoz, D.A., P.S. Coates, and M.A. Ricca. 2020. Free-roaming horses disrupt greater sage-grouse lekking activity in the great basin. Journal of Arid Environments 184: 104304.

National Research Council of the National Academies of Sciences (NAS). 2013. Using science to improve the BLM wild horse and burro program: a way forward. National Academies Press. Washington, DC.

Nordquist, M. K. 2011. Stable isotope diet reconstruction of feral horses (Equus caballus) on the Sheldon National Wildlife Refuge, Nevada, USA. Thesis, Brigham Young University, Provo, Utah.

Olsen, F.W., and R.M. Hansen. 1977. Food Relations of Wild Free-Roaming Horses to Livestock and Big Game, Red Desert Wyoming. Journal of Range Management. 30:17-20.

Osterheld, M. and S.J. McNaughton. 1991. Effect of stress and time for recovery on the amount of compensatory growth after grazing. Oecologica 85:305-313.

Ostermann-Kelm, S., E.R. Atwill, E.S. Rubin, M.C. Jorgensen, and W.M. Boyce. 2008. Interactions between feral horses and desert bighorn sheep at water. Journal of Mammalogy 89:459-466

Perry, N.D., P. Morey and G.S. Miguel. 2015. Dominance of a Natural Water Source by Feral Horses. The Southwestern Naturalist 60:390-393.

Power, M.E., and L.S. Mills. 1995. The keystone cops meet in Hilo. Trends in Ecology and Evolution 10: 182-184.

Ransom, J.I., L Lagos, H. Hrabar, H. Mowrazi, D. Ushkhjargal, and N. Spasskaya. 2016. Wild and feral equid population dynamics. Pages 68-86 in J. I. Ransom and P Kaczensky, eds., Wild equids; ecology, management and conservation. Johns Hopkins University Press, Baltimore, Maryland.

Roelle, J. E., F. J. Singer, L. C. Zeigenfuss, J. I. Ransom, L. Coates-Markle, and K. A. Schoenecker. 2010. Demography of the Pryor Mountain Wild Horses, 1993–2007. pubs.usgs.gov. U.S. Geological Survey Scientific Investigations Report 2010-5125.

Rouet-Leduc, J., Pe'er, G., Moreira, F., Bonn, A., Helmer, W., Shahsavan Zadeh, S. A., ... & van der Plas, F. (2021). Effects of large herbivores on fire regimes and wildfire mitigation. Journal of Applied Ecology, 58(12), 2690-2702.

Rutberg, A., K. Grams, J.W. Turner, and H. Hopkins. 2017. Contraceptive efficacy of priming and boosting does of controlled-release PZP in wild horses. Wildlife Research: http://dx.doi.org/10.1071/WR16123

Scasta, J.D., J.L. Beck and C.J. Angwin. 2016. Meta-analysis of diet composition and potential

conflict of wild horses with livestock and wild ungulates on western rangelands of North America. Rangeland Ecology & Management.

Scasta, J.D. 2019. Mortality and operational attributes relative to feral horse and burro capture techniques based on publicly available data from 2010-2019. Journal of Equine Veterinary Science, 102893.

Science and Conservation Center (SCC). 2015. Materials Safety Data Sheet, ZonaStat-H. Billings, Montana.

Schmelzer, L., Perryman, B., Bruce, B., Schultz, B., McAdoo, K., McCuin, G., ... & Conley, K. (2014). Case study: reducing cheatgrass (Bromus tectorum L.) fuel loads using fall cattle grazing. The Professional Animal Scientist, 30(2), 270-278.

Schoenecker, K.A., King, S.R.B, Collins, G.H. 2020. Evaluation of the impacts of radio-marking devices on feral horses and burros in a captive setting. Journal of Human and wildlife Interactions. 14(1), 73-86. https://digitalcommons.usu.edu/hwi/vol14/iss1/12/

Schoenecker, K.A., S.R.B. King, J.D. Hennig, M.J. Cole, J.D. Scasta, and J. L. Beck. 2024. Effects of telemetry collars on two free-roaming feral equid species. PLoS One 19(5):e0303312.

Schuman, G.E., J.D. Reeder, J.T. Manley, R.H. Hart, and W.A. Manley. 1999. Impact of grazing management on the carbon and nitrogen balance of a mixed-grass rangeland. Ecological Applications 9:65-71.

Schulman, M.L., N.K. Hayes, T.A. Wilson, and J.D. Grewar. 2024. Immunocontraceptive efficacy of native porcine zona pellucida (pZP) treatment of Nevada's Virginia range free-roaming horse population. Vaccines 12:96.

Scully, C.M., R.L. Lee, L. Pielstick, J. Medlock, K.M. Patton, G.H. Collins, and M. Kutzler. 2015. Comparison of chemical and surgical vasectomy on testicular activity in free-roaming horses (Equus caballus). Journal of Zoo and Wildlife Medicine 46:815-824

Shimkin, D.B. 1986. Eastern Shoshone. In Handbook of North American Indians, Vol. 11, Great Basin, edited by L. d'Azevedo, 308-335. Washington, D.C

Smith, M.A and J.W. Waggoner, Jr., et al. 1982. Vegetation Utilization, Diets, and Estimated Dietary Quality of Horses and Cattle Grazing in the Red Desert of Westcentral Wyoming. BLM Contract No. AA851-CTO-31.

Society for Range Management, 1998. Glossary of Terms Used in Range Management (Fourth edition). Society for Range Management, Denver, Colo.

Symanski, R. 1994. Contested Realities: Feral Horses in Outback Australia. Annals of the Association of American Geographers. 84: 251-269

Taylor D.A.R., and M.D. Tuttle. 2007.  Water for Wildlife:  A Handbook for Ranchers and Range Managers.  Bat Conservation International. 20 pp. www.batcon.org.

Taylor, W.T.T., P. Librado, M.H. Tašukne Icu, et al. 2023. Early dispersal of domestic horses into the Great Plains and northern Rockies. Science 379:1316-1323.

Turner, J.W., I.K.M. Liu, and J.F. Kirkpatrick. 1996. Remotely delivered immunocontraception in free-roaming feral burros (*Equus asinus*). Journal of Reproduction and Fertility 107:31-35.

Turner Jr., J.W., I.K.M. Liu, Rutberg, A., J.W., Kirkpatrick. 1997. Immunocontraception Limits Foal Production in Free Roaming Feral Horses in Nevada, J. Wildlife. Management. 61 (3):873-880.

Turner, A, and Kirkpatrick, JF. 2002. Effects of immunocontraception on population, longevity and body condition in wild mares (Equus caballus). Reproduction (Suppl. 60): 187-195.

Turner, J.W. and M.L. Morrison. 2001. Influence of predation by mountain lions on numbers and survivorship of a feral horse population. The Southwestern Naturalist 46:183-190.

US Fish and Wildlife Service (USFWS). 2008. Revised, Final Environmental Assessment for Horse and Burro Management at Sheldon National Wildlife Refuge. April 2008. U.S. Fish and Wildlife Service, Lake County, Oregon.

US Fish and Wildlife Service (USFWS). 2012. Sheldon National Wildlife Refuge Comprehensive Conservation Plan. USFWS, Lakeview, Oregon.

Vavra, M. and F. Sneva. 1978. Seasonal Diets of five ungulates grazing the cold desert biome. Proceedings of the First International Rangeland Congress. Society for Range Mgt. Denver, CO.

Wang-Cahill, F., J. Warren, T. Hall, J. O'Hare, A. Lemay, E. Ruell, and R. Wimberly. 2022. Use of GonaCon in wildlife management. Chapter XI in USDA-APHIS, Human health and ecological risk assessment for the use of wildlife damage management methods by APHIS Wildlife Services. USDA APHIS, Fort Collins, Colorado.

Williams, R. E., Allred, B. W., Denio, R. M., & H.A. Paulsen. 1968. Conservation, development, and use of the world's rangelands. Journal of Range Management. 21:355-360.