# Exhibit F

# SHOSHONE-EUREKA
# RESOURCE AREA
# RECORD OF DECISION

## U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
### Battle Mountain District
### Battle Mountain, Nevada

### 1986

IN REPLY REFER TO:

## United States Department of the Interior

1602.31
(NV-060)

BUREAU OF LAND MANAGEMENT
NEVADA STATE OFFICE
300 Booth Street
P.O. Box 12000
Reno, Nevada 89520

MAR 1 0 1986

Dear Reader:

Enclosed for your information is a copy of the Record of Decision (ROD) for the Shoshone-Eureka Resource Management Plan (RMP). This ROD is the approval of the Shoshone-Eureka RMP and it completes the process which included the development of a draft and final management plans and associated environmental impact statements (EIS). All of the planning documents are available for review by the public at the Battle Mountain, Nevada, BLM District Office.

Part I of the ROD displays the management decision to be implemented as a part of the planning process. The management decision summary, Part II, provides a detailed summary of the decisions which includes the objectives, management actions, standard operating procedures, and implementation strategies for the management plan. This ROD also reflects changes suggested by the public and those which occurred as a result of internal review.

A draft Wilderness Study Report and a preliminary final wilderness EIS have been prepared by the Battle Mountain District Office. They are being reviewed prior to being submitted to the Director of the Bureau of Land Management for administrative review. These documents will then be forwarded to the Secretary of the Interior for his recommendation to the President. When the Secretary is ready to transmit his recommendations to the President, he will file the final wilderness EIS which will be made public. This wilderness EIS will be a separate document from the RMP/EIS. The wilderness study report will serve as the ROD for the wilderness EIS.

A Rangeland Program Summary (RPS) will be issued during the next twelve months. This document will outline the implementation of the rangeland management program and will inform interested persons of rangeland planning decisions for the Shoshone-Eureka Resource Area. The RPS will explain the process of established initial and subsequent levels of livestock grazing use. It will identify allotment specific objectives and outline the range improvement program needed to meet these objectives. It will also outline the monitoring program upon which each allotment's grazing use will be evaluated. Periodic updates of the RPS will be issued as the rangeland management program is implemented.

The next phase of the RMP/EIS process is the implementation phase.  Grazing allotment Management Plans (AMPs) wildlife habitat management plans (HMPs), and wild horse herd management area plans (HMAPs) will be developed.  Once these plans are developed and approved, work will commence on the ground.

Please be aware that the planning process does not end with the ROD.  One of the requirements of BLM planning is a review process to determine whether the plan is still current and the objectives are being met.  The Shoshone-Eureka RMP shall be reviewed on a minimum of five year intervals for adequacy.  As a result of the review process, this plan may be updated.  This will be done through a public process.  The Battle Mountain (BLM) District Office should always be consulted if questions arise concerning this management plan.

Sincerely,

Edward F. Spang
State Director, Nevada

SHOSHONE-EUREKA

RECORD OF DECISION

U.S. Department of the Interior
Bureau of Land Management
Battle Mountain District
Battle Mountain, Nevada
February, 1986

TABLE OF CONTENTS

Page

LETTER OF INTRODUCTION ...............................................

PART I  RECORD OF DECISION

    A.  Introduction ............................................. 1
    B.  Management Decisions
        1.  Wilderness Designation ............................... 3
        2.  Land Tenure Adjustments .............................. 3
        3.  Utility Corridors ..................................... 3
        4.  Woodland Products ..................................... 3
        5.  Livestock Grazing .................................... 6
        6.  Wild Horse Use ....................................... 9
        7.  Wildlife Habitat Management .......................... 9
        8.  Riparian and Aquatic Habitat ........................ 12
    C.  Rationale for RMP Decisions ............................. 13
    D.  Summary of Alternatives ................................. 13
    E.  Mitigating Measures ..................................... 14
    F.  Record of Decision ...................................... 14

PART II  MANAGEMENT DECISIONS SUMMARY

    A.  Resource Decisions
        Wilderness Designation .................................. 15
        Land Tenure Adjustments ................................ 16
        Utility Corridors ...................................... 17
        Woodland Products ...................................... 19
        Livestock Grazing ...................................... 20
        Wild Horse Use ......................................... 24
        Wildlife Habitat Management ............................ 25
        Riparian and Aquatic Habitat ........................... 27
    B.  Amendments .............................................. 28
    C.  Congressional Review Decisions .......................... 28
    D.  Monitoring and Evaluation of the Plan.................... 28
    E.  Management Actions Not Expressly Addressed by the RMP.......28
        Minerals ............................................... 29
        Watershed .............................................. 30
        Recreation ............................................. 30
    F.  Protest Procedures .....................................31
    G.  Rangeland Program Summary ............................... 31
    H.  Support Requirements .................................... 31

MAPS

    No. 1  Location Map ............................................ 2
    No. 2  Wilderness Study Areas and Woodlands.................... 4
    No. 3  Land Tenure Adjustments and Utility Corridors.......... 5
    No. 4  Livestock Grazing Allotments and Wild Horse Herd
            Use Areas............................................. 7
    No. 5  Wildlife Management and Riparian and Aquatic Habitat... 10

PART I - RECORD OF DECISION

Shoshone-Eureka Resource Management Plan
Shoshone-Eureka Resource Area
Battle Mountain, Nevada

A.    INTRODUCTION

The proposed Shoshone-Eureka Resource Management Plan (RMP) and Final
Environmental Impact Statement (FEIS) is approved as modified.  The Bureau
of Land Management (BLM) Director, in response to protests to the proposed
Shoshone-Eureka RMP and FEIS indicated a need to re-examine the grazing
allotment categorization from the Draft RMP/EIS.  The Director also
indicated that the objectives and management actions for riparian areas
contained in the Resource Protection Alternative better reflect BLM goals
and should be included in the final RMP.  The Battle Mountain District has
reviewed the allotment categorization and re-examined each allotment in
relation to the categorization criteria.  With added emphasis to criteria
1, 5, 6, and 8 (Appendix A, Draft RMP/EIS) additional allotments emerged
with highly important resource values and will be included in the
"Improve" category for the final RMP.  The following allotments will be
treated as "Improve Category" allotments:  Austin, Buffalo Valley, Carico
Lake, Clear Creek, Diamond Springs, Dry Creek, Fish Creek Ranch, Gilbert
Creek, Grass Valley, Mt. Airy, Roberts Mountain, Romano, and Tierney
Creek.  The proposed RMP has also been modified to reflect objectives and
management actions for riparian areas as proposed in the Resource
Protection Alternative.  This modification more accurately reflects
current BLM policy.

Past Management Framework Plan (MFP) Step 3 Decisions, regarding minerals,
watershed, and recreation unaltered by this plan, remain in effect until
changed by a subsequent planning action.  These MFP 3 Decisions are
included in Part II Management Decision Summary in the section entitled
"Management Actions Not Expressly Addressed by the Resource Management
Plan" (see page 28).

The RMP provides for management of 4.4 million acres of public land within
the Shoshone-Eureka Resource Area of north central Nevada (see Map 1).
These management decisions are a result of BLM planning efforts that were
developed in the Draft Shoshone-Eureka RMP and EIS and resolution of
protests received on the proposed RMP and FEIS documents.  Major
management decisions of the RMP are listed in Part I of this document.
The Management Decision Summary, Part II, provides a detailed summary of
the decisions which include objectives, management actions, standard
operating procedures, and implementation strategies for the plan.

- 1 -



0    5    10miles

## MAP 1

U.S. Department of the Interior
Bureau of Land Management
SHOSHONE-EUREKA RECORD OF DECISION

LOCATION MAP

B.  MANAGEMENT DECISIONS

    1.  Wilderness Designation

        1.  Recommend the Roberts Wilderness Study Area totaling 15,090 acres and a major portion of the Antelope Wilderness Study Area totaling 83,100 acres as preliminarily suitable for wilderness designation (see Map 2).

        2.  Recommend the Simpson Park Wilderness Study Area and a portion of the Antelope Wilderness Study Area totaling 54,470 acres as nonsuitable for wilderness designation.

    2.  Land Tenure Adjustments

        1.  Dispose of public lands up to approximately 105,000 acres to meet the needs for recreation or other public purposes, community expansion, economic development, agriculture, and for the creation of blocked-ownership patterns (see Map 3).

        2.  Dispose of up to 13,440 acres of public lands suitable for agricultural purposes in eight valley areas in the long-term (see Map 3).

    3.  Utility Corridors

        1.  Designate 112 miles of utility corridors which include existing transmission lines and identify an additional 167 miles of planning corridors as shown on Map 3.

    4.  Woodland Products

        1.  Manage approximately 600,000 acres of pinyon-juniper woodland for non commercial sustained-yield harvest of woodland products (see Map 2).



WILDERNESS STUDY AREAS
(Managed under Interim Policy)

WILDERNESS STUDY AREAS (Other Districts)

PINYON-JUNIPER WOODLAND

MANAGED FOR NONCOMMERCIAL
HARVEST OF PINE NUTS

0    5    10miles

MAP 2
U.S. Department of the Interior
Bureau of Land Management
SHOSHONE-EUREKA RECORD OF DECISION

WILDERNESS STUDY AREAS AND WOODLAND



**PRIVATE LANDS**

**PUBLIC LANDS**

**PUBLIC LANDS SUITABLE FOR DISPOSAL**

**A** SUITABLE FOR DISPOSAL
THROUGH AGRICULTURAL ENTRY

— PLANNING CORRIDOR

UTILITY CORRIDOR

0    5    10miles

**MAP 3**

U.S. Department of the Interior
Bureau of Land Management
SHOSHONE-EUREKA RECORD OF DECISION
LAND TENURE ADJUSTMENTS
AND
UTILITY CORRIDORS

2. Manage approximately 500,000 acres of pinyon-juniper woodland for commercial harvest of woodland products (see Map 2).

3. Manage approximately 480,000 acres of pinyon-juniper woodland for commercial harvest of pinyon pine nuts (see Map 2).

4. Develop forest management plans for all pinyon-juniper areas capable of sustained-yield production of woodland products.

5. Livestock Grazing

1. Authorize livestock use up to active preference, upon request, in the short-term.

2. Develop and implement allotment management plans on eight of the thirteen category I allotments in the short-term (see Map 4).

3. Drill four wells; develop 22 springs; install 36 miles of pipelines and 56 water troughs; construct 103 miles of fence; install 17 cattleguards; and manipulate 18,000 acres of vegetation in the short-term.

4. Continue existing rangeland monitoring studies and establish new studies as necessary to determine what adjustments in livestock use are needed to meet the objectives of this plan.

5. Continue to review resource information in FY 87 and make adjustments in allotment categorization as necessary.

6. Develop five additional allotment management plans in the long-term.

- 6 -



LIVESTOCK GRAZING ALLOTMENTS

WILD HORSE HERD USE AREAS

0    5    10miles

MAP 4

U.S. Department of the Interior
Bureau of Land Management
SHOSHONE-EUREKA RECORD OF DECISION
LIVESTOCK GRAZING ALLOTMENTS
AND
WILD HORSE HERD USE AREAS

MAP 4 - LEGEND

LIVESTOCK GRAZING ALLOTMENTS AND
WILDHORSE HERD USE AREAS

| MAP SYMBOL | LIVESTOCK ALLOTMENTS | MAP SYMBOL | LIVESTOCK ALLOTMENTS |
|---|---|---|---|
| 1.........Arambel | | 35........Seven Mile | |
| 2.........Argenta | | 36........Shannon Station/Spanish Gulch | |
| 3.........Austin | | 37........Simpson Park | |
| 4.........Black Point | | 38........Snowball | |
| 5.........Buffalo Valley | | 39........South Smith Creek | |
| 6.........Carico Lake | | 40........Sweeny Wash | |
| 7.........Clear Creek | | 41........Three Mile | |
| 8.........Copper Canyon | | 42........Tierny Creek | |
| 9.........Corta | | 43........Trail Canyon | |
| 10.........Diamond Springs | | 44........Underwood | |
| 11.........Dry Creek | | 45........Washington Creek | |
| 12.........Duckwater Indians | | 46........Wildcat Canyon | |
| 13.........Fish Creek | | 47........Willow Racetrack | |
| 14.........Fish Creek Ranch | | 48........Willow Ranch | |
| 15.........Flynn | | | |
| 16.........Gilbert Creek | | | |
| 17.........Grass Valley | | | |
| 18.........Hicks Station | | | |
| 19.........J.D. | | | |
| 20.........Kingston | | | |
| 21.........Lucky C | | | |
| 22.........Manhattan Mountain | | | |
| 23.........Millet Ranch | | | |
| 24.........Mt. Airy | | | |
| 25.........Nielson | | | |
| 26.........North Diamond | | | |
| 27.........O'Toole Ranches | | | |
| 28.........Porter Canyon | | | |
| 29.........Potts | | | |
| 30.........Roberts Mountain | | | |
| 31.........Romano | | | |
| 32.........Ruby Hill | | | |
| 33.........San Juan | | | |
| 34.........Santa Fe | | | |

WILD HORSE AND BURRO HERD USE AREAS

A........Augusta Mountains
B........Bald Mountain
C........Callaghan
D........Desatoyas
E........Diamond
F........Fish Creek
G........Hickison (Burros)
H........New Pass - Ravenswood
I........North Monitor
J........Roberts Mountain
K........Rocky Hills
L........Seven Mile
M........South Shoshone
N........Whistler Mountain

6. Wild Horse Use

1. Manage for approximately 3660* wild horses in 14 herd management areas in the short-term (see Map 4).

2. Develop and implement wild horse herd management area plans on New Pass-Ravenswood, Bald Mountain and Fish Creek herd areas in the short-term (See Map 4).

3. Construct six water development projects to benefit wild horses.

4. Continue existing rangeland monitoring studies and establish new studies as necessary to determine what adjustments in wild horse numbers are needed to meet the objectives of this plan.

5. Develop additional wild horse herd management area plans in the long-term.

   *This includes 348 wild horses in Augusta and Desatoya herd management areas that extends into two adjoining BLM Districts and 363 additional wild horses that are outside herd management areas within the resurce area.

7. Wildlife Habitat Management

1. Manage wildlife habitat to provide for present numbers of big game animals in the short-term and for reasonable numbers in the long-term.

2. Continue implementation of the Roberts Mountain Habitat Management Plan (HMP) and develop and implement HMPs for Simpson Park, Diamond Mountains, and Mt. Callaghan habitat areas in the short-term (See Map 5).

3. Establish and fence 1000 acres of browse seeding to benefit mule deer winter habitat in the short-term.

- 9 -



HABITAT MANAGEMENT PLANS (HMP) ✦

ANTELOPE RELEASE AREAS ✦

RIPARIAN AND AQUATIC HABITAT ✦

HISTORIC LAHONTAN CUTTHROAT TROUT HABITAT ✦

0    5    10 miles

## MAP 5

**U.S. Department of the Interior
Bureau of Land Management**

**SHOSHONE-EUREKA RECORD OF DECISION**

### WILDLIFE MANAGEMENT

### RIPARIAN and AQUATIC HABITAT

✦ For additional map information, please refer to the facing page.

# Map 5 LEGEND

## WILDLIFE MANAGEMENT AND RIPARIAN AND AQUATIC HABITAT

 **HABITAT MANAGEMENT PLANS (HMP)**

SHORT TERM    1 ROBERTS MOUNTAIN HMP

                      2 DIAMOND HILLS HMP✶

                      3 SIMPSON PARK HMP✶

                      4 CALLAGHAN HMP✶

LONG TERM    5 DIAMOND VALLEY HMP✶

                      6 SHOSHONE MOUNTAINS HMP✶

*✶Precise boundaries have not yet been determined.*

**ANTELOPE RELEASE AREAS**

   a ROCKY HILLS

   b BATES MOUNTAIN

**RIPARIAN AND AQUATIC HABITAT**

A HALL CREEK

B IOWA CREEK

C BOONE CREEK

D SILVER CREEK

E ITALIAN CREEK

F HILDEBRAND CREEK

G COTTONWOOD CREEK

H VININI CREEK

I ROBERTS CREEK

J TONKIN SPRING CREEK

K McCLOSKY CREEK

L STEINER CREEK

M COWBOY REST CREEK

N SKULL CREEK

O CALLAGHAN CREEK

**HISTORIC LAHONTAN CUTTHROAT TROUT HABITAT**

A HALL CREEK

B IOWA CREEK

C BOONE CREEK

D SILVER CREEK

E ITALIAN CREEK

F PETE HANSON CREEK

*Riparian and aquatic habitat is to be improved and maintained at good or better condition. (Plotted streams have not excluded private lands)*

4.  Conduct prescribed burns on 1000 acres to improve mule deer and sage grouse habitat in the short-term.

5.  Construct six guzzlers and two pipelines with troughs to provide dependable water for wildlife in the short-term.

6.  Manage habitat to support release of 200 pronghorn antelope to supplement existing low populations in the Rocky Hills Area and Bates Mountain Area in the short-term (see Map 5).

7.  Continue existing habitat studies and establish new studies as necessary to determine if adjustments are needed to meet the objectives of this plan.

8.  Develop and implement HMPs for the Diamond Valley and Shoshone Mountains habitat areas in the long-term (see Map 5).

8.  Riparian and Aquatic Habitat Management

1.  Improve and maintain, in good or better condition, aquatic and riparian habitat on approximately 64 miles of stream in the short-term (See Map 5).

2.  Improve approximately 250 acres of wetland habitat to benefit waterfowl and shore birds in northern Diamond Valley.

3.  Improve and maintain in good or better condition 500 acres of meadows, springs, and aspen groves.

4.  Improve and manage aquatic habitat to support re-introduction of Lahontan cutthroat trout into streams identified as historic habitat (See Map 5).

- 12 -

C. RATIONALE FOR RMP DECISIONS

The resource management plan, as modified through public comment, provides a balanced approach to land management for the approximately 4.4 million acres of public land in the Shoshone-Eureka Resource Area. This plan provides for protecting fragile and unique resource values, such as riparian and stream habitat, while not overly restricting the ability of the other resources to provide for the production of commodity values on the public lands. This modified plan is a realistic and practical combination of management actions from the Resource Protection, and Preferred Alternatives that were analyzed in the DEIS. It also chooses the best management actions for each issue within the resource area. This plan provides a framework for the future management of the public lands and resources in the Shoshone-Eureka Resource Area that is consistent with existing legislation, regulations, and the policy and management of public lands on the basis of multiple-use and sustained-yield. This plan proposes to do this in...

> "a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, air and atmosphere, water resources, and archaeological values." (FLPMA, Sec. 102(a)(7) and (8)).

In this sense, the proposed plan as modified is the environmentally preferred plan.

D. SUMMARY OF ALTERNATIVES

The Shoshone-Eureka Draft RMP/EIS considered and analyzed four alternatives. They are briefly summarized below. A fifth alternative, No Livestock Grazing, was considered initially and then eliminated from further study because it was considered impractical for general application to the resource area.

No Action Alternative

This alternative represents a continuation of present resource management uses and levels. The resource area would continue to be managed without a long range plan and actions would be determined on a case-by-case basis as circumstances and public demand dictated.

Resource Protection Alternative

This alternative is oriented toward the protection and preservation of sensitive resource values with emphasis on wilderness values, protecting and improving wildlife habitat and riparian areas, and increasing wild horse values in existing use areas.

- 13 -

Economic Development Alternative

This alternative emphasizes the management of those resources
contributing to the production of commodity values on the public lands
within the resource area.  An increase would take place in public land
adjustments to private ownership, miles designated for utility
corridors, acres available for commerical harvest of woodland products,
and the production of forage for livestock.

Preferred Alternative

This alternative is oriented toward a balanced approach to land
management in the resource area.  Sensitive resource values would be
protected, while allowing management of those resources contributing to
economic development.  It is a balance between resource protection and
economic development.

E.   MITIGATING MEASURES

No specific mitigating measures were identified.  Any adverse
environmental impacts will be minimized through the use of the standard
operating procedures presented in the proposed RMP.  The effects of
implementing the decisions outlined in this document will be monitored
and evaluated on a periodic basis to assure that the desired results are
being achieved.  These monitoring and evaluation procedures are
presented in the proposed RMP.

VI.  RECORD OF DECISION

This document meets the requirement for a Record of Decision as provided
in 40 CFR 1505.2.

_____        2/26/86
Edward F. Spang, Nevada State Director            Date

PART II - MANAGEMENT DECISIONS SUMMARY

A.  **RESOURCE DECISIONS**

**WILDERNESS DESIGNATION**

**Objectives**

1.  To recommend wilderness designation for those wilderness study areas where the values of wilderness designation are capable of balancing the other resource values and uses which would be foregone due to wilderness designation.

2.  To recommend wilderness designation only for those wilderness study areas that can be effectively managed as wilderness over the long-term.

**Preliminary Management Actions Recommended**

1.  Recommend 82,600 acres of the Antelope Wilderness Study Area (WSA), 500 acres adjacent to the Antelope WSA, and all 15,090 acres of the Roberts WSA preliminary suitable for wilderness designation (See Map 2).

2.  Recommend all 49,670 acres within the Simpson Park WSA and 4,800 acres within the Antelope WSA as nonsuitable for wilderness designation.

TABLE I
WILDERNESS STUDY AREAS

| WSA | Suitable Acres | Nonsuitable Acres |
|---|---|---|
| Antelope | 83,100 | 4,800 |
| Roberts | 15,090 | 0 |
| Simpson Park | 0 | 49,670 |
| Total | 98,190 | 54,470 |

**Standard Operating Procedures**

1.  Each wilderness study area will be managed under the "Interim Management Policy and Guidelines for Lands Under Wilderness Review" to preserve its wilderness characteristics until Congress officially designates it as wilderness and includes it in the National Wilderness Preservation System, or it is officially removed from further wilderness consideration. After designation as wilderness by Congress, each wilderness area will be managed in conformance with the Bureau of Land Management Wilderness Management Policy.

- 15 -

2.  Mineral resource survey reports will be prepared by the Geological Survey and the Bureau of Mines on all areas with a preliminary recommendation as suitable for wilderness designation.  The mineral resources survey will become part of the information used by the Secretary of the Interior in making the final recommendations on wilderness suitability.

### Implementation

All wilderness study areas will continue to be protected under the Bureau's Interim Management Policy and Guidelines for Lands Under Wilderness Review.  Wilderness recommendations made in the final environmental impact statement for the resource management plan are preliminary and subject to change during administrative review.  A separate final legislative environmental impact statement has been prepared for the wilderness study recommendations.  A wilderness study report has also been written that addresses each area individually. After review of these documents, the Director of the Bureau of Land Management will request mineral surveys by the Geological Survey and Bureau of Mines for each area recommended as preliminarily suitable. The Federal Land Policy and Management Act of 1976 requires the Secretary of the Interior to review areas of the public lands determined to have wilderness characteristics, and to report to the President by October 21, 1991 his recommendations as to the suitability or nonsuitability of each such area for preservation as wilderness.  The President is required to report his recommendations to Congress by October 21, 1993.  Areas designated as wilderness by Congress will be managed under the Bureau's Wilderness Management Policy.  Areas designated as wilderness will be designated "closed" to off-road vehicles under the authority of Executive Order numbers 11644 and 11989 and the Wilderness Act of 1964 except if such use takes place as part of a valid existing right or if authorized in the wilderness management plan for the area.

### LAND TENURE ADJUSTMENTS

### Objectives

1.  To increase opportunities for economic development by moderately increasing the amount of privately owned land within the resource area consistent with the objectives of this plan.

2.  To adjust the land tenure pattern through disposals requested by private citizens consistent with the objectives of this plan.

## Management Actions

1. Identify a pool of approximately 105,000 acres of public land which meets preliminary disposal criteria. Disposal would meet needs for recreation or other public purposes, community expansion, economic development, agriculture, and for the creation of blocked-ownership patterns which would result in improved public land management (See Map 3).

2. Dispose of up to 13,440 acres (not included in pool under number 1) of public land suitable for agricultural purposes in the short-term in Grass, Kobeh, Antelope, Monitor, Fish Creek/Little Smoky, Big Smoky, Upper Reese River, and Smith Creek Valleys (See Map 3).

## Standard Operating Procedures

1. Lands not identified as suitable for disposal will be retained in public ownership.

2. Rights-of-way for public access will be reserved prior to disposal of lands.

3. Livestock permits will be adjusted if necessary to reflect decreases in public land acreage available for livestock grazing use within an allotment as a result of land disposal.

4. None of the lands identified as suitable for disposal will be transferred to other ownership if the cultural resources survey shows that they contain sites determined to be eligible for inclusion in the National Register of Historic Places (USDI, NPS, 1979).

## Implementation

All land disposal actions proposed are discretionary. Actual disposal could be at the initiative of the BLM or in response to expressions of interest from other individuals and entities. Proposed land tenure adjustments will be evaluated through the environmental assessment process to determine if the action is consistent with the objectives of the plan. The decision to dispose of a particular parcel will consider conflicts identified in required cultural resource and mineral reports. Unsurveyed lands will be surveyed prior to disposal.

## UTILITY CORRIDORS

### Objectives

1. To ensure a system for transmission of utilities through the resource area by establishing an east-west and north-south network of utility corridors.

- 17 -

2. To minimize adverse impacts to the environment by concentrating compatible rights-of-way in designated corridors that avoid sensitive resource values.

## Management Actions

1. Designate 112 miles of utility corridors which include existing transmission lines and identify an additional 167 miles of planning corridors as identified below (See Map 3).

   a. A corridor southeast of Battle Mountain along Interstate 80 which would include the telephone right-of-way.

   b. A corridor including the existing 230 Kv powerline right-of-way from the summit of Simpson Creek on the east border of the resource area to New Pass Summit on the west border (excluding that portion which crosses the Toiyabe National Forest). From the west end of Kobeh Valley to the east Forest Service boundary of the Toiyabe Range, the southern limit of the corridor would be .75 miles south of the existing 230 Kv line.

   c. A corridor including the existing 230 Kv powerline right-of-way through Big Smoky Valley.

   d. A planning corridor for future utilities between Battle Mountain and Austin through the Reese River Valley. The corridor, from a point north of where the Reese River passes through the Shoshone Range south to Austin, would remain at least one mile east of State Highway 305.

   e. A planning corridor for future utilities linking the geothermal area in Dixie Valley to the Battle Mountain to Austin Corridor.

   f. A planning corridor for future utilities linking the Valmy powerline to the Battle Mountain to Austin corridor.

   g. A planning corridor for future utilities passing through the Smith Creek and Ione Valleys.

## Standard Operating Procedures

Time-of-day and/or time-of-year restrictions will be placed on construction activities associated with transmission and utility facilities in the vicinity of crucial sage grouse, deer and pronghorn antelope winter habitats, antelope kidding areas, raptor nesting areas, and other sensitive habitats.

- 18 -

## Implementation

Utility corridors which include existing transmission lines will be designated. Planning corridors will be identified where no transmission lines exist. Designation and identification of corridors will follow Bureau procedures and will be made on a point-to-point basis within specified valleys. The actual route will be established after the environmental assessment is completed for the right-of-way. Each corridor will be three miles wide to provide opportunities for multiple transmission facilities and selection of routes that minimize environmental degradation in a cost-effective manner. Where utility lines are in existence, the width of the corridor will encompass existing rights-of-way and be located to avoid sensitive resources where appropriate. Applicants for use of a corridor will be required to locate new facilities proximate to existing facilities, except where considerations of construction feasibility, cost compatibility, resource protection, or safety are over-riding.

## WOODLAND PRODUCTS

### Objectives

1. To manage suitable forested lands for optimun production of woodland products on a sustained-yield basis, while protecting sensitive resource values.

2. To maintain, where necessary for management, those access routes currently servicing pinyon-juniper harvest areas.

3. To set aside certain historical pinyon-juniper woodland areas for noncommercial pine nut gathering by Nevada Indians and all other members of the public.

### Short-Term and Long-Term Management Actions

1. Manage approximately 600,000 acres of pinyon-juniper woodland for noncommercial sustained-yield production of woodland products (See Map 2).

2. Manage approximately 500,000 acres of pinyon-juniper woodland for commercial harvest of woodland products (See Map 2).

3. Manage approximately 480,000 acres of pinyon-juniper woodland for commercial harvest of pinyon pine nuts. The remaining 20 percent would be managed for noncommercial gathering by Nevada Indians and all other members of the public (See Map 2).

4. Develop forest management plans for all pinyon-juniper areas capable of sustained-yield production of woodland products.

- 19 -

Standard Operating Procedures

1.  Woodland products will be harvested or removed in accordance with
    sound forestry and conservation practices.  Consideration will be
    given to the protection of scenic, recreational, watershed, and
    other values.

2.  Cutting and removal of woodland products will be accomplished in
    such a manner as to leave the residual stand in a condition for
    continued production, except where the objective is to clear a
    woodland area for increased benefit to other resource values.

3.  All woodland product harvest permits and contracts will include a
    stipulation to prohibit the cutting of rare or unique trees and
    vegetation.  In particular, cutting of aspen, cottonwood, limber
    pine and bristlecone pine will be prohibited.

Implementation

Woodland management plans for the resource area will be completed within
five years.  The plans will define the allowable cut and management
strategy to be carried out in each unit.

Harvest of trees for firewood, juniper posts, and Christmas trees will
be permitted from special cutting units within designated areas.  These
units will be rotated from one area to another as management objectives
are met.  Noncommercial public harvest of pinyon pine nuts will not be
restricted to specific areas.

Harvest will be restricted to slopes of less than 30 percent.


LIVESTOCK GRAZING

Objectives

1.  To initially manage livestock use at existing levels and determine
    if such use can be maintained.

2.  To establish a grazing management program designed to provide key
    forage plants with adequate rest from grazing during critical growth
    periods.

3.  To achieve, through management of livestock and wild horses,
    utilization levels consistent with those recommended by the Nevada
    Range Studies Task Group to allow more plants to complete growth
    cycles and to increase storage of reserves for future growth.

4.  To increase vegetation production while protecting sensitive
    resource values. '

Short-Term and Long-Term Management Actions

1.  Authorize livestock use up to active preference, upon request, in the short-term.

2.  Develop and implement allotment management plans on eight of the thirteen Category I allotments in the short-term.

3.  Construct the following projects needed in support of the above plans:

    a.  Drill four wells to provide water in areas where there are no other sources of available water.  The additional water would be made available to livestock, wildlife, and wild horses to encourage more even utilization of vegetation.

    b.  Develop 22 springs to promote better distribution of livestock for more even utilization of vegetation.  This action would include the installation of 36 miles of pipeline and 56 water troughs.

    c.  Construct 113 miles of fence to foster better distribution of livestock for more even utilization of vegetation.  This action would include installation of 17 cattle guards.

    d.  Manipulate 18,000 acres of vegetation by plowing, burning, spraying and seeding, or reseeding, to increase available forage for livestock and big game and to improve water infiltration and holding capacity of the soil.  The areas would be fenced to allow establishment of the seeded species.

4.  Continue existing rangeland monitoring studies and establish new studies as necessary to determine what adjustments in livestock use are needed to meet the objectives of this plan.

5.  Continue to review resource information in FY 87 and make adjustments in allotment categorization as necessary.

6.  Develop five additional management plans in the long-term.

Standard Operating Procedures

1.  All projects will require an environmental assessment prior to implementation.  If through the environmental assessment it is determined that signficant impacts would occur, the project will be modified, abandoned, or deferred until an environmental impact statement is completed (National Environmental Policy Act of 1969).

- 21 -

2. Generally, permanent roads will not be constructed to project sites. Use will be made of existing access, off-road travel, or temporary roads which would be rehabilitated after construction activity.

3. Cultural resource protection will require compliance with Section 106 of the National Historic Preservation Act of 1966, as amended, Section 101(b)(4) of the National Environmental Policy Act of 1969, and the American Indian Religious Freedom Act of 1978.

   Prior to project approval, intensive field inventories will be conducted at project sites. If cultural or palenotological sites are found, every effort will be made to avoid adverse impacts. However, where that is not possible, the Bureau will consult with the State Historic Preservation Officer and the Advisory Council on Historic Preservation in accordance with the Programmatic Memorandum of Agreement between the Bureau and the Council, dated January 14, 1980.

4. All actions will be in compliance with the Bureau's visual resource management design procedures. For any project that would have a visual contrast rating in excess of the recommended maximum for the visual class zone in which it is proposed, the visual contrast will be considered significant and the need for mitigating measures will be examined.

5. Construction of all fences will conform with the objectives and specifications in Bureau Manual H-1741-1 to assure a minimum of impacts to wildlife, wild horses, recreation, and visual resources.

6. The clearing of vegetation from project sites will be restricted to the minimum amount necessary.

7. Application of herbicide, such as 2,4-D, on proposed treatment areas to reduce sagebrush and other plant species will be in accordance with procedures established in Bureau Manual 9222 and Nevada BLM 1732 manual supplement relative to coordination with Nevada Department of Wildlife and affected interests to ensure non-impairment of other than target species.

8. All disturbed areas will be rehabilitated, where such action is necessary and practical, to replace ground cover and prevent erosion.

9. Multiple-use concepts will be considered in all vegetation manipulations where livestock, wildlife, and wild horse use areas overlap.

10. Maintenance of livestock management structures will be accomplished by livestock permittees through range improvement permits or cooperative agreements as specified in the Bureau's 1982 Rangeland Improvement Policy (USDI, BLM, Oct. 1982).

11. Long-term air quality will be protected as all Bureau and Bureau-authorized activities must be designed to prevent air quality deterioration in excess of the established thresholds specified in the Nevada Ambient Air Quality Standards.

12. Consultation with the United States Fish and Wildlife Service would be undertaken as directed by the Endangered Species Act (as amended) for any Bureau of Land Management action which may affect a Federally listed threatened or endangered species or its habitat.

13. Water will be made available in allotments and rested pastures for wild horses and wildlife, wherever feasible.

14. Spring improvement projects will be fenced where necessary and water will be piped away from the source to a trough or pond. Water will also be left at the spring source for wildlife use as required by Nevada Revised Statute 533.367.

15. Water improvements will include bird ramps in watering troughs, and, where the need is identified for wildlife, may also include lateral water sites off pipelines and overflows at troughs.

16. Alteration of sagebrush areas either through application of herbicides, prescribed burning, or by mechanical means will be in accordance with procedures specified in the Western State's Sage Grouse Guidelines (Western States Sage Grouse Committee, 1974) and the Memorandum of Understanding between the Nevada Department of Wildlife and Bureau of Land Management. All vegetation treatment projects will be coordinated with the Nevada Department of Wildlife at least one year in advance of implementation.

17. Livestock grazing and wild horse use, where practical, will be deferred for at least two growing seasons on all new seeding projects to allow seeded species to become established.

Implementation

Livestock grazing allotment management plans will include grazing treatments. The grazing treatments will be designed to provide forage for consumptive use while maintaining proper and judicious use levels for key forage species.

The development of livestock grazing management procedures and projects will be coordinated through allotment management plans following the selective management policy. All projects are based upon estimated needs. The allotment management plans will determine the precise location and mixture of projects needed to meet management objectives.

- 23 -

WILD HORSE USE

Objectives

1.  To manage viable herds of sound, healthy wild horses in a wild and free-roaming state.

2.  To initially manage wild horse populations at existing numbers based on 1982 aerial counts and determine if this level of use can be maintained.

3.  To manage wild horses within the areas which constituted their habitat at the time the Wild and Free-Roaming Horse and Burro Act became law in 1971.

Short-Term and Long-Term Management Actions

1.  Manage approximately 3,660* wild horses in 14 herd management areas in the short-term.

2.  Develop and implement wild horse herd management area plans on New Pass-Ravenswood, Bald Mountain, and Fish Creek herd areas in the short-term (See Map 4).

3.  Construct six water development projects to benefit wild horses in the short-term.

4.  Continue existing studies to monitor wild horse populations and habitat conditions and establish new studies as necessary to determine if adjustments are needed in the long-term.

5.  Develop additional wild horse herd management area plans in the long-term.

    *This includes 348 wild horses in Augusta and Desatoya herd management areas that extend into two adjoining BLM Districts and 363 additional wild horses that are outside herd management areas within the resource area.

Standard Operating Procedures

1.  Wild horse gathering procedures will be designed so that captured animals are handled in a safe and humane manner, death loss of captured animals due to traumatic injury is limited to less than two percent, and roundups do not occur within six weeks before and after the peak foaling season.

2.  Fences in wild horse herd management areas will be located to minimize interference with the normal distribution and movement of wild horses in accordance with Nevada BLM 4730 Manual Supplement. Selected portions of new fences constructed in these areas will be flagged or otherwise marked for one year after construction to make them more visible to horses.

3.  All standard operating procedures applicable to the construction of water developments as described under Livestock Grazing will apply to water development projects constructed specifically for wild horses.

4.  Remove wild horses from private lands as required.

Implementation

The management of wild horses will be coordinated through wild horse herd management area plans.  Wild horses will not be maintained outside of 1971 use areas.  While it is recognized that some wild horses may drift outside these areas, management will be designed to minimize such drift.  Adjustments in wild horse numbers will be based on monitoring data and/or Coordinated Resource Management and Planning (CRMP) recommendations.

## WILDLIFE HABITAT MANAGEMENT

Objectives

1.  To maintain and improve wildlife habitat and to reduce habitat conflicts while providing for other appropriate resource uses.

2.  To provide habitat sufficient to allow big game populations to achieve reasonable numbers in the long-term.

3.  To improve and maintain habitat for state listed sensitive species and federally listed threatened or endangered species.

Short-Term and Long-Term Management Actions

1.  Manage wildlife habitat to provide for present numbers of big game animals in the short-term and for reasonable numbers in the long term.

2.  Continue implementation of the Roberts Mountain Habitat Management Plan (HMP) and develop and implement HMPs for the Simpson Park, Diamond Mountains, and Mt. Callaghan habitat areas in the short-term (See Map 5).

3.  Establish and fence 1000 acres of browse seeding to benefit mule deer winter habitat in the short-term.

- 25 -

4.  Conduct prescribed burns on 1000 acres to improve mule deer and sage grouse habitat in the short-term.

5.  Construct six guzzlers and two pipe lines with troughs to provide dependable water for wildlife in the short-term.

6.  Manage habitat to support release by the Nevada Department of Wildlife of approximately 200 pronghorn antelope to supplement existing populations in the Rocky Hills Area and Bates Mountain Area of the Simpson Park Range in the short-term.

7.  Continue existing habitat studies and establish new studies as necessary to determine if adjustments are needed to meet the objectives of this plan.

8.  Develop and implement HMPs for the Diamond Valley and Shoshone Mountain habitat areas in the long-term (See Map 5).

Standard Operating Procedures

All standard operating procedures applicable to construction of projects as described under Livestock Grazing will apply to similar projects constructed specifically for wildlife.

Time-of-day and/or time-of-year restrictions will be placed on construction activities associated with transmission and utility facilities, leasable and salable mineral exploration, and/or developments that are in the immediate vicinity or would cross crucial sage grouse, deer and pronghorn antelope winter habitats, antelope kidding areas, or raptor nesting areas.

Implementation

The development of wildlife habitat improvement projects will be guided by wildlife habitat management plans. The development of plans will be closely coordinated with the implementation of allotment management plans to meet the objectives of both programs. Wildlife habitat management plans will address four major themes: (1) management of crucial habitats to provide for threatened, endangered, or sensitive species where present; (2) management of big game ranges to provide habitat for reasonable numbers of animals over the long term; (3) improvement of riparian, wetland, and aquatic habitats; and (4) management of other habitats to meet needs of upland game and nongame animals.

RIPARIAN AND AQUATIC HABITAT MANAGEMENT

Objectives

1. To improve priority riparian and stream habitat to good or better condition and prevent decline of remaining areas.

2. To improve and maintain habitat for state listed sensitive species and federally listed threatened or endangered species.

Short-Term and Long-Term Management Actions

1. Improve and maintain in good or better condition aquatic and riparian habitat on approximately 64 miles of streams in the short-term (See Map 5).

2. Improve approximately 250 acres of wetland habitat to benefit waterfowl and shore birds in northern Diamond Valley.

3. Improve and maintain in good or better condition approximately 500 acres of meadows, springs, and aspen groves.

4. Improve and manage aquatic habitat to support re-introduction of Lahontan cutthroat trout into streams identified as historic habitat (See Map 5).

Standard Operating Procedures

1. All standard operating procedures applicable to construction of projects as described under livestock grazing will apply to similar projects constructed for riparian and aquatic management.

2. Vegetation manipulation that would alter the potential natural plant composition will not be allowed in riparian areas.

Implementation

Riparian and aquatic habitat improvement measures could include managing livestock through grazing systems consistent with maintaining riparian vegetation in optimum condition, pasture fencing, or fencing areas to exclude livestock and wild horses. Whether to use protective fencing, grazing systems, some other appropriate measure, or a combination of methods will be determined on an individual basis for each stream or riparian area.

Any exclosure fences will be constructed parallel to the streams and be designed to assure access to water for wildlife, wild horses, and livestock at least every one-half mile, either by constructing water gaps or pipelines to troughs outside the riparian zones. In most cases when a fenced area is improved to good or better condition, it would be re-opened to livestock and wild horse use consistent with maintaining good condition.

- 27 -

B.  AMENDMENTS

The Shoshone-Eureka Resource Management Plan may be amended when there is a need to consider monitoring and evaluation findings; new data; new or revised policy; a change in the scope of resource uses; or a change in the terms, conditions, and decisions of the approved plan.  Amendments may be made through such processes as environmental assessments or environmental impact statements (depending on the level of intensity of the change) and must meet all prescribed requirements of public involvement, coordination, and consistency.

C.  CONGRESSIONAL REVIEW DECISIONS

If there is a management decision to eliminate one or more major uses for two or more years on 100,000 acres or more, it shall be reported to Congress prior to its elimination.  Such elimination of use shall be documented in the resource management plan.

D.  MONITORING AND EVALUATION OF THE PLAN

The resource management plan will be evaluated at five-year intervals to determine if there is sufficient cause to warrant revision or amendment.  The evaluation will consist of a review of the issues, objectives, and management actions.  The review will determine if these components are meeting the needs of management and define necessary changes as appropriate.

E.  MANAGEMENT ACTIONS NOT EXPRESSLY ADDRESSED BY THE RESOURCE MANAGEMENT PLAN

The resource management plan is limited in scope to five significant issues.  It is not intended to provide guidance for the management of all potential resource values and uses.  Resource uses or management actions not mentioned in this plan shall be clearly consistent with the terms, conditions, and decisions of the approved plan.

Past Management Framework Plan (MFP), Step 3, Objectives and Decisions from the Eureka Planning Area and the Shoshone Planning Area documents regarding minerals, watershed, and recreation resources are brought forward in this section of the Management Decision Summary.  The following Objectives and Decisions regarding these three resources remain unaltered by this plan and will remain in effect until expressly changed by a subsequent documented planning action.

- 28 -

MINERALS

Objectives

1.　　Make available and encourage development of mineral resources
to meet national, regional and local needs consistent with
national objectives for an adequate supply of minerals.

2.　　Assure that mineral exploration, development and extraction
are carried out in such a way as to minimize environmental and
other resource damage and to provide, where legally possible,
for the rehabilitation of lands.

3.　　Develop detailed mineral resource data in areas where
different resources conflict so that informed decisions may be
made that result in optimum use of the lands.

Management Decisions

1.　　Locatable Minerals:

All public lands in the planning areas will be open for mining
and prospecting unless withdrawn or restricted from mineral
entry.

2.　　Leasable Minerals - Geothermal Steam:

All areas designated by the BLM as prospectively valuable for
geothermal steam will be open for exploration and development
unless withdrawn or restricted from mineral entry. All public
lands disposed of in these areas will have the geothermal
resources reserved to the federal government.

3.　　Leasable Minerals - Sodium and Potassium:

All areas designated by the BLM as prospectively valuable for
sodium and potassium will be open for exploration and
development unless withdrawn or restricted from mineral entry.

4.　　Leasable Minerals - Oil and Gas:

All areas designated by the BLM as prospectively valuable for
oil and gas will be open to leasing except as modified by
other resources.

5.　　Current Mineral Production Areas

Recognize these areas as having a highest and best use for
mineral production and encourage mining with minimum
environmental disturbance. Make thorough mineral examinations
of all sites proposed for other Bureau programs in these areas.

- 29 -

## WATERSHED

### Objectives

1. Reduce and prevent, to the extent possible, erosion throughout the resource area.

2. Identify and protect or improve those areas which are particularly susceptible to erosion.

3. Maintain and/or improve present water quality and yield throughout the resource area.

4. Conduct watershed studies and inventories necessary to provide current information on watershed conditions and problems.

5. Restore optimum watershed production and stabilization through grazing management wherever feasible.

### Management Decisions

1. Watershed studies will be initiated and watershed management plans developed in cooperation with other existing or proposed resource activity plans. Watershed management plans will only be developed in critical watershed areas.

2. After grazing management has been established, and if the need for land treatment still exists, land treatment practices such as gully plugs, check dams, pitting and contour furrowing will be utilized. Vegetation and soil disturbance will be kept to a minimum so as not to disturb aesthetic values which might exist in the area.

## RECREATION

### Objectives

1. Develop the recreational potential of the public lands to a level sufficient to meet the growing demands of recreationists using the public lands.

2. Encourage recreation use on the public lands.

3. Insure protection of the environment and aesthetic qualities within the resource area.

4. Improve the opportunities for recreational uses of wildlife and wild horses.

- 30 -

Management Decisions

1.  A recreation management plan or plans will be prepared for the preservation, protection, and interpretation of the following historical and cultural areas:

    a.  Cortez
    b.  Amador
    c.  Mt. Airy
    d.  Carroll
    e.  Pony Express Trail

2.  Inventory and evaluate the archaeological features within the resource area.

F.  PROTEST PROCEDURES

Any person who participated in the planning process and has an interest which is or may be adversely affected by the approval or amendment of a resource management plan may protest such approval or amendment.  A protest may raise only those issues which were submitted for the record during the planning process (43 Code of Federal Regulations 1610.5-2(a)).

G.  RANGELAND PROGRAM SUMMARY

The Rangeland Program Summary will describe the allotment specific objectives for livestock, wild horses and burros, and wildlife.  It will also discuss the monitoring and range improvement projects needed to meet these allotment objectives.  Updates of the summary will explain and update monitoring efforts and results.  This affects Livestock Grazing, Wild Horses and Burrors, and Wildlife Programs. This document will be issued subsequent to the Record of Decision.

H.  SUPPORT REQUIREMENTS

Activity planning is the appropriate place for discussion of support such as cadastral surveying and engineering design.  Support varies from year-to-year with budget and manpower funding changes. Management may change the priority of and method of implementation from year-to-year, so a land use plan is not appropriate for detailed discussion of these operational decisions.