# Exhibit H



An official website of the United States government  Here's how you know



U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

Home > Programs > Wild Horse and Burro > Herd Management > Herd Management Areas > Nevada > South Shoshone HMA

# South Shoshone HMA

It is suspected that a great deal of movement occurs among the horses from this HMA, the Bald Mountain and Callaghan HMAs. Horses in this area are relatively large horses exhibiting various color characteristics typical of wild horses. In addition, paint (pinto) horses may also exist in this HMA.

**Location:** The South Shoshone Herd Management Area (HMA) is located approximately 30 miles south of Battle Mountain, Nevada, in Lander County.

**Size:** The area consists of 132,401 acres of BLM land and 692 acres of a mix of private and other public lands for a total of 133,093 acres.

**Topography/Vegetation:** The South Shoshone Herd Management Area (HMA)spans a distance of 28 miles long, by 14 miles wide. The majority of the HMA consists of the Shoshone Mountain Range of north to south trending ridges, and mountain peaks that reach 8,200 feet in elevation. East and west slopes graduate into valley bottoms of 4,800 feet in elevation and are dissected with numerous canyons. The terrain across most of the former Shoshone-Eureka planning area managed by the Battle Mountain Field Office is typical of the Great Basin region with steep north and south trending mountain ranges separated by large sweeping valley bottoms. Nevada has the largest number of mountain ranges in the United States. Temperatures range in excess of 100 degrees Fahrenheit in the summer to less than 20 degrees below zero in the winter. Precipitation is in short supply with an annual total of only 5 to 16 inches. Nevada is the driest state in the nation with the least amount of annual rainfall and the lowest amount of surface water. Vegetation types are distributed according to topography and elevation and the associated precipitation. Within the highest elevations, and

subsequently the greatest precipitation, the vegetation consists primarily of pinyon-pine and juniper trees, mountain-mahogany and low sagebrush. The lower and drier elevations consist of saltbush, greasewood, sagebrush and a variety of annual and perennial grasses and wildflowers. In some areas it can take 25 acres to support one horse for one month.

**Wildlife:** In addition to wild horses, the HMA is often utilized by domestic cattle and domestic sheep. Wildlife species occurring in the area include mule deer, sage grouse, chukar, coyotes, mountain lions, bobcats, pronghorn antelope and numerous other small mammals, birds, and reptiles.

**AML:** 60-100

## Was this page helpful?

◯ Yes

◯ No

[Privacy Notice](#)

🇺🇸 An official form of the United States government. Provided by [Touchpoints](#)



U.S. DEPARTMENT OF THE INTERIOR

**BUREAU OF LAND MANAGEMENT**

About BLM                    Maps

Careers              Information Center

Contact Us            Website Disclaimers

**Feedback**

**Report Misconduct**

**Office of Civil Rights**

blm.gov

**An official website of the Department of the Interior**

About DOI.gov

Accessibility statement

FOIA requests

No FEAR Act data

Office of the Inspector General

Budget & performance reports

Agency financial reports

Disclaimer

Privacy policy

Vulnerability disclosure policy

Cummings Act notices

Looking for U.S. government information and services?  **Visit USA.gov**