# Exhibit L



# United States Department of the Interior



**BUREAU OF LAND MANAGEMENT**
Mount Lewis Field Office
50 Bastian Road
Battle Mountain, Nevada 89820
Phone: 775-635-4000          Fax: 775-635-4034
https://www.blm.gov/nevada

In Reply Refer To:
3809 (NVB0100)
NVNV106163597
NVN-067575 (26-2A)

**MAY 1 8 2026**

CERTIFIED MAIL NO.:  7021 0950 0000 2653 9728  RETURN RECEIPT REQUESTED

## DECISION

| Nevada Gold Mines LLC | : |
| Attn: Jennifer Ortega | : |
| 1655 Mountain City Hwy | : |
| Elko, NV 89801 | : |

### APPROVAL OF AMENDMENT TO THE PLAN OF OPERATION

Bureau of Land Management's (BLM) Mount Lewis Field Office (MLFO) has reviewed Nevada Gold Mines LLC's (NGM) *Cortez Mine Minor Modification 2 Cortez Mine Plan of Operations (NVNV-067575) and Reclamation Permit (#0093) Nevada Gold Mines LLC* which was received in our office on April 12, 2025. BLM has determined that this proposal is an amendment to the Plan of Operations to the Cortez Mine Plan of Operations and was submitted in accordance with the BLM Surface Management Regulations at 43 Code of Federal Regulation (CFR) 3809.

**Proposed Action:**
Nevada Gold Mines proposes the following changes to the Cortez Mine Plan of Operations:
- Horse Canyon Haul Road expansion
- Construction of a 13.8 kilovolt (kV) Powerline and associated utility access road
- Installation of the Goldrush contact water pipeline
- Construction of the County Road 225 connector road
- Construct Northern Pump back Well 73 and ancillary features
- Construct the Area 30 bag farm
- Add cyanide briquettes to the Cortez Mine Plan of Operations listing of onsite chemicals
- Cyanide dissolution at Area 30 and the Pipeline Mill
- Add inlets to the Cortez Hills Underground Range Front Decline Event Pond
- Build the Gas Shop Light Vehicle Washbay Evaporation Pond and associated equipment
- Goldrush Temporary Support Buildings

This proposal includes approximately 13.92 acres of new disturbance.

This brings the total authorized disturbance within the Cortez Mine Plan Boundary to 20,925 acres.

These changes to the Authorized Plan of Operations will not affect project life or reclamation schedule.

Applicant Committed Environmental Protection Measures and any proponent commitments not discussed above will not be affected.

**Details of Proposed Action**
Horse Canyon Haul Road Expansion:
The existing Horse Canyon Haul Road will be widened from 100 feet to 142 feet to allow for 2-way traffic of larger vehicles to and from the Goldrush Portal Pad. 3,800 feet of the haul road will be widened for 0.75 acres of new disturbance (the remainder will be on existing disturbance).

Construction of a 13.8 kV Powerline and associated utility access road
The current 13.8 kV power line to the Goldrush Portal pad is buried under the edge of the Horse Canyon Haul Road. This needs to be moved due to the widening of the haul road. A new above ground powerline paralleling the haul road will be built to replace the existing underground line. A separate utility access road will follow under the powerline for construction and maintenance. There will be no new disturbance since the affected area is existing ancillary disturbance.

Installation of the Goldrush contact water pipeline
Currently, contact water from the Goldrush Portal is trucked to the Range Front Decline contact water system for processing. This change will add a 6-inch HDPE pipe with a maximum flow of 155 gallons per minute to reduce truck traffic on the Horse Canyon Haul Road. There will be no new disturbance since the pipeline will be on existing ancillary disturbance.

Construction of the County Road 225 connector road
Cortez proposes a new access road from the Pipeline mine complex to County Road 225. The new road will be approximately 100 ft wide and 5,600 ft long and will result in 12.91 acres of new disturbance. This road will be used for over the road traffic, primarily ore trucks leaving site and fuel delivering to site. This road will shorten the route of those trucks by approximately 4 miles and will reduce mixed traffic on existing routes.

Construction of Northern Pumpback Well 73 and ancillary features
Cortez proposes to add an additional well to the 6 existing pump back wells that capture ground water impacted by the former Mill #1 facilities. This new well will capture plume bypass to the Northeast. The well pad will be up to 100 by 100 feet and will be accessed by a road 14-feet wide and 105 ft long, for a total of 0.26 acres of new disturbance.

This well will be powered by solar panels and a battery bank. The batteries and associated equipment will be stored in a 10-foot conex for safety and security. The solar panel array will be fenced to avoid contact with livestock. Approximately two feet of 4-inch High Density

DOI-BLM-NV-B010-2026-0017-DNA                                                                2

Polyethylene (HDPE) pipe will be placed on existing disturbance to connect this PB-73 to the existing pump back infrastructure. Since this well is important for containing contamination, a self-contained trailer or skid mounted generator will be an alternate power source used temporarily for instances of solar panel or battery problems or inclement weather.

Construct the Area 30 bag farm
The bag farm is an elevated site between the Area 30 process ponds. It provides for filtering sediment from solution out of either pond as they are cleaned prior to inspection and repair. It is located on existing disturbance and will be reclaimed with and in similar manner to the adjacent process ponds.

Add cyanide briquettes to the Cortez Mine Plan of Operations listing of onsite chemicals.
Cyanide in briquette form are not currently listed in the Plan of Operations for Cortez mine. The 1996 Plan listed them for the Gold Acres Heap Leach only. This proposal will authorize cyanide briquettes for use at any Cortez Mine facility. The cyanide briquettes will be brought to site in an iso tank containing up to 18.5 tons and dissolved in the tank by a facility provided solution of caustic (sodium hydroxide) and water. The resulting solution will be pumped from the iso tank into existing cyanide solution tanks. Cyanide briquettes will not be stored or handled on site and no more than one iso tank will be at each facility at a time. Cyanide solution will remain in the Plan of Operations and both Cyanide solution deliveries and Cyanide briquette deliveries will authorized at Cortez Mine.

Cyanide dissolution at Area 30 and the Pipeline Mill
At both Area 30 and the Pipeline Mill, piping and ancillary equipment will be added to produce the dissolving solution and pump it into the iso tank; and then pump out the resulting cyanide solution. At Area 30, the equipment will be installed on a purpose-built foundation on existing disturbance which has been added to the Reclamation Cost Estimate (RCE); at Pipeline Mill the necessary equipment will be installed on existing foundations.

Add inlets to the Cortez Hills Underground Range Front Decline Event Pond
Cortez will replace the inlets for the Cortez Hills Underground Range Front Decline Event Pond. These inlets will capture sediment better than the existing inlets while allowing storm water to flow into the pond. These new inlets will be easier to clean than the pond itself. The cost of breaking up these concrete inlets has been added to the RCE. No new disturbance results from this change.

Gas Shop Light Vehicle Washbay Evaporation Pond and associated equipment
The Gas Shop Wash bay is used to clean vehicles before maintenance; increasing use requires and expansion of capacity. Flow from the wash bay passes through a 2,000 gallon grease interceptor and then to the evaporation pond. These changes are all on existing disturbance. Breaking up of the concrete basin for the grease interceptor and cutting a burying the liner for the evaporation pond have been added to the RCE.

Goldrush Temporary Support Buildings
Two 40 by 60-foot modular 4-Plex buildings will temporarily be added near the Cortez Open Pit Maintenance Shop. No new disturbance would be required for the additions. Each of the buildings would have their own purpose: one would serve as office space, and the other would serve as a dry building for workers to change clothes before and after shift rotations. The

proposed buildings are needed due to the continued expansion of the Gold Rush Underground (GRUG) mine, which has increased the number of employees in recent years. Both buildings would sit on temporary foundations and would be connected to water, sewer, and electricity.

The new dry building would keep GRUG aligned with NGM and MSHA hygiene and safety standards, which require workers to have access to both clean and dirty lockers. With the GRUG mine planning to increase production, the additional buildings will alleviate future space issues as employee numbers increase. These buildings are already authorized and bonded under the Goldrush Mine Plan and will be moved to the Goldrush portal Pad as soon as possible.

Pursuant to 43 CFR 3809.432(a), an analysis of the proposal has been completed. BLM has determined that, in accordance with the National Environmental Policy Act (NEPA), a Determination of NEPA Adequacy (DOI-BLM-NV-B010-2026-0017-DNA) is sufficient for the proposed Plan modification.

**As a result of the analyses presented in the Environmental Assessments and Environmental Impact Statements for the Cortez Mine and their associated Findings of No Significant Impact, Decision Records, and Records of Decision, and pursuant to 43 CFR 3809.432(a), an analysis of the proposed Amendment to the Plan of Operations has been completed. Therefore, it is the decision of the Authorized Officer to approve this Amendment to the Plan of Operations.**

Appeal of a Decision under 43 CFR Subpart 3809

If you are adversely affected by this decision, you may request State Director review of this decision. If you request State Director review, the request must be received in the BLM Nevada State Office at

State Director
1340 Financial Blvd.
Reno, NV 89502-7147

no later than 30 calendar days after you receive or are notified of this decision. The request for State Director review must be filed in accordance with the provisions in 43 CFR 3809.805. This decision will remain in effect while the State Director review is pending unless you request and obtain a stay from the State Director. If you request a stay with the State Director, you have the burden of proof to demonstrate that a stay should be granted using the standards and procedures for obtaining a stay from the Interior Board of Land Appeals (IBLA).

If the State Director does not make a decision on your request for review of this decision within 21 days of receipt of the request, you should consider the request declined and you may appeal this decision to the IBLA. You may contact the BLM Nevada State Office to determine when the BLM received the request for State Director Review. You have 30 days from the end of the 21-day period in which to file your Notice of Appeal with the Interior Board of Land Appeals (IBLA) in accordance with the regulations at 43 CFR Part 4.

Under 43 CFR 3809.801(a)(1), if you wish to bypass a State Director Review, this decision may be appealed directly to the IBLA in accordance with the regulations contained in 43 CFR Part 4. The notice of appeal must be filed no later than 30 days after the date of receiving notice of this

decision. Any notice of appeal must be filed with the IBLA and must include a copy of the decision being appealed, a statement of standing, and a statement of timeliness.

If you wish to file a petition for a stay of the effectiveness of this decision during the time that your appeal is being reviewed by the Board, the petition for a stay must show sufficient justification based on the following criteria at 43 CFR 4.405(b): (i) Irreparable harm. The appellant will likely be irreparably harmed by implementation of the decision pending resolution of the appeal, and the harm will be avoided by granting the stay; (ii) Balance of harms. The irreparable harm to the appellant absent a stay exceeds the harm to the United States and other parties from a stay being granted; and (iii) Likelihood of success. The appellant is likely to succeed on the merits.

You must serve a copy of the notice of appeal and any accompanying documents on the office of the officer who made the decision, each person or entity named in the decision, and the appropriate Office of the Solicitor at the time of filing with IBLA (see 43 CFR 4.403(b); 4.407(b)). Parties must serve the Office of the Solicitor at the address shown on Form 1842-1. Service on a party known to be represented by an attorney or other designated representative must be made on the representative. If a statement of reasons for the appeal is not included with the notice of appeal, it must be filed within 30 days after the record on appeal is filed with the IBLA. Failure to file a statement of reasons within the time required will subject the challenged decision to summary affirmance (see 43 CFR 4.412(a)).

Contact

If you have any questions or would like additional information, please contact Jonathan Hall, Mining Engineer, at (775) 635-4158 or at j1hall@blm.gov.

Samuel D. Ault
Acting Field Manager
Mount Lewis Field Office

Enclosure: BLM Form 1842-1

Cc:    BLM, Branch of Mineral Resources (Solids) (LLNV921000)

       Nevada Division of Environmental Protection
       Bureau of Mining Regulation and Reclamation
       Attn: Todd Suessmith
       901 S. Stewart Street, Suite 4001
       Carson City, NV 89701

Ecc:   Timothy Eriksen      timothy.eriksen@nevadagoldmines.com
       Casey Addy           casey.addy@nevadagoldmines.com
       Jennifer Ortega      Jennifer.Ortega@nevadagoldmines.com

DOI-BLM-NV-B010-2026-0017-DNA                                                    5