# Exhibit N

 An official website of the United States government   Here's how you know



**U.S. DEPARTMENT OF THE INTERIOR**
## BUREAU OF LAND MANAGEMENT

Home > Info > Announcements > BLM approves Cortez mine plan modification in Lander and Eureka counties

### < All Public Input & Actions

# BLM approves Cortez mine plan modification in Lander and Eureka counties

**Nevada**

**Media Contact**
Sam Ault
sault@blm.gov
775-635-4058

**BLM Office:**
 Battle Mountain District Office

May 18, 2026

**BATTLE MOUNTAIN, Nev. –** The Bureau of Land Management has approved changes to the Cortez mine plan to add 14 acres of new activity and change existing activities at the site south of Crescent Valley in Lander and Eureka Counties.

With this approval, Nevada Gold Mines, LLC, may modify its existing plan of operations to reconfigure project facilities to allow for better handling of water, sediment, and process fluids. Additionally, a new water line, wider haul road, and a new power line will provide for safer travel and reduced truck traffic between Cortez and Goldrush mines.

The project supports President Trump's [Executive Order 14241](#), "Immediate Measures to Increase American Mineral Production," to boost domestic mineral production, reduce U.S. reliance on foreign minerals, and create jobs.

Additional information, including the Decision of Nepa Adequacy and planning documents, is available at the [BLM National NEPA Register](#). For more information, please contact BLM Mount Lewis Field Manager Sam Ault at [sault@blm.gov](mailto:sault@blm.gov) or 775-635-4058.

-BLM-

*The BLM manages about 245 million acres of public land located primarily in 12 western states, including Alaska, on behalf of the American people. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. Our mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*

## Was this page helpful?

- ◯ Yes
- ◯ No

[Privacy Notice](#)

🇺🇸 An official form of the United States government. Provided by [Touchpoints](#)



U.S. DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

About BLM   |   Careers

Case 3:26-cv-00423-MMD-CSD   Document 26-3   Filed 06/10/26   Page 4 of 4

Contact Us

Maps

Information Center

Website Disclaimers

Feedback

Report Misconduct

Office of Civil Rights

blm.gov

**An official website of the Department of the Interior**

About DOI.gov

Accessibility statement

FOIA requests

No FEAR Act data

Office of the Inspector General

Budget & performance reports

Agency financial reports

Disclaimer

Privacy policy

Vulnerability disclosure policy

Cummings Act notices

Looking for U.S. government information and services?  **Visit USA.gov**