**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

WILD HORSE EDUCATION, a non-profit corporation, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*

Defendants.

Case No. 2:26-CV-01524-NJK

**[PROPOSED] ORDER**

Upon consideration of Defendants' request for a briefing schedule on Plaintiffs' motion for emergency relief, and for good cause shown, the Court **GRANTS** Defendants' request and **ORDERS** that Defendants shall have 14 days following confirmation of service of Plaintiffs' complaint to respond to Plaintiffs' motion for preliminary injunction.

IT IS SO ORDERED.

Dated:_____, 2026        By:_____

                                        **THE HON. MIRDANDA M. DU
                                        UNITED STATES DISTRICT JUDGE**

1