# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

WILD HORDE EDUCATION, a non-profit corporation

        Plaintiff(s),

vs.

UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principa

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #3:26-cv-00423-MMD-CSD

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jennifer Rae Lovko_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

GREENFIRE LAW, PC
_____
(firm name)

with offices at _____2748 Adeline Street, Suite A_____,
               (street address)

_____Berkeley_____, _____California_____, _____94703_____,
   (city)          (state)      (zip code)

_____(510) 900-9502_____, _____rlovko@greenfirelaw.com_____.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Wild Horse Education_____ to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since ___December 1, 2000___, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of ___California___
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Georgia Bar | April 12, 2006 | 143039 |
| District Court, Northern District of California | April 2003 | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

California State Bar
Georgia State Bar

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| December 13, 2023 | 3:22-cv-00034-MMD | U.S. District Court | Granted |
| January 13, 2025 | 2:24-cv-02399-BNW | U.S. District Court | Granted |
| March 27, 2025 | 3:25-cv-00152-MMD | U.S. District Court | Granted |
| October 31, 2025 | 3:25-cv-00577-ART | U.S. District Court | Granted |
|  |  | Denied | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                  )
COUNTY OF _____Alameda_____ )

_____Jennifer Rae Lovko_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___11___ day of ___June___, 2026.

_____
Notary Public or Clerk of Court

ABBEY LOUISE ANDERSON
COMM. #2513323
Notary Public - California
Alameda County
My Comm. Expires Mar. 1, 2029

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Brent M. Resh_____,
                                                                                                            (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____2401 La Solana Way_____,
                                          (street address)

_____Las Vegas_____, _____California_____, ___89102___,
        (city)                      (state)                    (zip code)

_____(702) 781-6903_____, _____brent@brentreshlaw.com_____.
(area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Brent M. Resh_____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Laura Leigh, Ind. and as President of WHE
(type or print party name, title)

_____
(party's signature)

Tammi Adams
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14940                              brent@brentreshaw.com
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Brent M. Resh _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

Laura Leigh, Ind. and as President of WHE

(type or print party name, title)

_____

(party's signature)

Tammi Adams

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

14940                           brent@brentreshaw.com

Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 5/15/2026

**LICENSEE NAME:** Jennifer Rae Lovko

**LICENSEE BAR NUMBER:** 208855

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/1/2000

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|------|----------------|------------|-----------------------|
| 2/28/2021 | Active | | |
| 1/3/2018 | Inactive | | |
| 7/18/2016 | Active | | |
| 1/29/2016 | Inactive | | |

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*