**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION,

       Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, in his official capacity as Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, in his official capacity as acting Nevada State Director of the Bureau of Land Management,

       Defendants.

Case No. 3:26-cv-00423-MMD-CSD

**DECLARATION OF AIMEE BOLINGER**

I, Aimee Bolinger do declare as follows:

I have personal knowledge of the matters set forth herein and if called to testify I could and would testify competently thereto.

1.    Since October 23, 2022, I have served as a Bureau of Land Management (BLM) Mount Lewis Field Office Wild Horse and Burro Specialist. The Mount Lewis Field Office is in the Battle Mountain District of BLM Nevada. I began my career with BLM as a Rangeland Management Specialist on March 16, 2020. Additionally, I served as the Wild Horses and Burro Specialist for the Tonopah Field Office, the other field office in the Battle Mountain District, from May 23, 2021, to September 20, 2021.

2.    As the BLM Mount Lewis Field Office Wild Horse and Burro Specialist, I am responsible for the management of wild horses and burros within the Mount Lewis Field Office and administer 12 Herd Management Areas (HMAs). The Tonopah Field Office

1

currently lacks a Wild Horse and Burro Specialist, so I also assist with management of the wild horses and burros in that office and administer another 15 HMAs. My duties include monitoring wild horse and burro conditions within the HMAs and evaluating and resolving escalating issues through use of appropriate measures. These measures can include, but are not limited to, hauling and leaving water for animals in need and/or conducting emergency gathers in extreme conditions. Difficult conditions, including drought, lack of sufficient forage and water, and large numbers of excess wild horses can also drive animals to leave BLM-managed land in search of sufficient resources, leading to issues on private lands where I have been asked by landowners to remove wild horses and burros using methods like bait/water trapping. I also collect data to ascertain wild horse and burro impacts to rangeland resources and habitat components relevant to determining whether wild horses and burros are in excess. Part of that excess determination includes counting wild horses and burros and, based on that count and other observations, estimating the total number of animals to determine whether the population is over the Appropriate Management Level (AML) that was set to ensure a thriving natural ecological balance.

3.    The Callaghan Complex (Complex) consists of the Callaghan, South Shoshone, Bald Mountain, and Hickison (north of US Route 50) HMAs and the North Shoshone Herd Area (HA). The Complex lies entirely within Lander County, Nevada and is administered by the BLM Mount Lewis Field Office in the Battle Mountain District. The Complex covers approximately 7 miles south of Battle Mountain to approximately 6 miles north of Austin. The HMAs and the HA of the Complex total approximately 621,740 acres, though excess wild horses have moved outside the HMAs to areas not designated for wild horse management and so the BLM analyzed a gather area that encompasses approximately 1,145,515 acres. The AML for each HMA is: Bald Mountain HMA is 129 to 215 wild horses; Callaghan HMA is 134-237 wild horses; Hickison HMA (north portion only) is 0 wild horses; South Shoshone HMA is 60 to 100 wild horses; North Shoshone HA is 0 wild horses. Based on the most recent population estimates from late 2025, the population of each HMA is: Bald Mountain HMA is 282 wild horses; Callaghan HMA is 2,538 wild horses; Hickison HMA (north portion only) is 12 wild horses; South Shoshone HMA is 2,328 wild horses; North Shoshone HA is 0 wild horses. Cumulatively, the AML for the Complex as a whole is 323 to 552 wild horses and the estimated population as of late-2025 is 5,160 wild horses.

2

| | Wild Horse AML | Late 2025 population estimate | # over low AML | # over high AML |
|---|---|---|---|---|
| **Bald Mountain HMA** | 129-215 | 282 | 153 | 67 |
| **Callaghan HMA** | 134-237 | 2538 | 2404 | 2301 |
| **Hickison HMA (north portion only)** | 0 | 12 | 12 | 12 |
| **South Shoshone HMA** | 60-100 | 2328 | 2268 | 2228 |
| **North Shoshone HA** | 0 | 0 | N/A | N/A |
| **Complex Cumulative** | **323-552** | **5160** | **4837** | **4608** |

4. For each HMA, the BLM established the AML range at a level that would maintain healthy wild horses and rangelands over the long-term based on monitoring data collected over time as well as an in-depth analysis of habitat suitability. Lands outside designated HMAs do not have an established AML, since they are not designated for wild horse and burro management and so AML is effectively zero.

5. The AMLs and boundaries for each of the HMAs in the Callaghan Complex were originally established through the 1986 Shoshone-Eureka Resource Area Management Plan (SERA RMP). The SERA RMP also designated the North Shoshone HA and established that it would not be managed for wild horses or burros (in other words, that the AML would be zero). The AMLs for all the HMAs in the Callaghan Complex were not based on "administrative convenience" but instead were based on monitoring and analysis, though the SERA RMP outlined that the AMLs were preliminary and AML would be assessed in each HMA in the future. Each HMA's AML was later reaffirmed/updated in subsequent BLM Final Multiple Use Decisions (FMUDs), based on additional monitoring and analysis. Those decisions are: South Shoshone HMA - Austin Allotment FMUD (January 13, 1995) and Carico Lake Allotment FMUD (September 30, 2005); Bald Mountain HMA - Carico Lake Allotment FMUD (September 30, 2005); Callaghan HMA - Grass Valley Allotment FMUD (June 21, 2002); Hickison HMA (North) - Kingston and Simpson Park Allotments FMUD (September 30, 2005).

6. A complex is not an official designation but is instead an administrative management tool that recognizes when HMAs are located near/adjacent to each other and experience some level of animal interchange or movement. The term "complex" is not defined in by

statute, regulation, or policy. The WHB Handbook states that a Herd Management Area Plan can be prepared for an individual HMA or a complex of HMAs. WHB Handbook at page 58. "HMAPs may be prepared for a single HMA or a complex of adjacent HMAs where animal interchange occurs." WHB Handbook at page 11. Each HMA in a complex retains its designated boundary and AML, but the BLM may undertake management actions or monitoring activities on a complex-wide basis when appropriate. The BLM said in its EA, "Due to animal interchange and population fluctuations between the HMAs, BLM will manage these HMAs as a Complex."

7.  The BLM has refined which HMAs to include in the Callaghan Complex over time. In December 2008 through January 2009, the BLM conducted a gather in the Callaghan Complex, which at the time included the Callaghan HMA, the Rocky Hills HMA, the Bald Mountain HMA, and the South Shoshone HMA. Currently, however, there is evidence of animal interchange between the Callaghan HMA, Bald Mountain HMA, South Shoshone HMA, and the north portion of the Hickison HMA. The Bald Mountain HMA and the Callaghan HMA are geographically contiguous and connected north to south. The South Shoshone HMA is just a few miles to the west of the Bald Mountain HMA and the north portion of the Hickison HMA is also just a few miles to the south of the Callaghan HMA. In the most recent census flight in February 2025, the BLM observed wild horses located between and among those HMAs. **Exhibit 1**. Additionally, a 2024 genetic analysis across many wild horse herds identified genetic evidence of direct gene flow between Callaghan HMA, Bald Mountain HMA, Roberts Mountain HMA, South Shoshone HMA, New Pass-Ravenswood HMA, and Rocky Hills HMA. While there are fences and private lands interspersed across the Callaghan Complex, they have not been shown to impede wild horse movement between and among the HMAs.

8.  The BLM currently uses Nevada State Highway 305 as the western border of the Callaghan Complex because it impedes animal interchange with the New Pass-Ravenswood HMA. The BLM, livestock operators, and the Nevada Department of Transportation have made numerous repairs and improvements to the highway right-of-way fence to restrict wild horse access to reduce the public safety hazards caused by wild horses on the highway.

9.  Based on the BLM's most recent population estimates, if the BLM is successful in gathering and removing 2,000 excess wild horses as planned beginning on July 10, 2026, the population in the entire Callaghan Complex will still be over 3,100 wild horses (or 5.5 times the cumulative high-AML).Even if the BLM were to remove all 2,000 planned excess wild horses from either the Callaghan HMA (estimated population 2,538) or the South Shoshone HMA (estimated population 2,328), the population of wild horses would still be far over high AML in either HMA.

10.  In the upcoming July 2026 gather, the BLM will not gather and remove wild horses to below the low-AML number from any single HMA within the Callaghan Complex.

11.  Given the extreme overpopulation of wild horses in the Complex, it would be impracticable for the BLM to commit to only gathering a certain number of horses from a

4

specific area within the Complex. Wild horses in the Complex are relatively unconstrained and can move great distances in a relatively short amount of time, so it would be difficult, if not impossible, to know which HMA they should be attributed to. The BLM conducted a population census flight in February 2025 and observed large numbers of wild horses between the HMAs, indicating that they are moving freely around the Complex, and it is unknown where wild horses will be located when the gather operations begin. Wild horses may also be alarmed by gather activities and move after the gather begins, making it even more difficult to determine which HMA horses came from or in which HMA they normally reside.

12.   BLM approved the Herd Management Area Plan/Gather Plan in February 2026 (DOI-DOI-BLM-NV-B010-2025-0006-EA) (HMAP/Gather Plan). Plaintiffs initially appealed that decision to the Interior Board of Land Appeals and filed a petition for stay, which was denied on April 6, 2026. The order that denied their petition for stay said, "Given that the Decision is in effect, Appellants may seek judicial review of the Decision in Federal court." **Exhibit 2.**

13.   On March 13, 2026, BLM released the Tentative National Gather Schedule for planned gathers for Fiscal Year 2026, including its plan to gather and remove excess wild horses from the Callaghan Complex. **Exhibit 3**. The BLM plans to remove 2,000 excess wild horses from in and around the Callaghan Complex. Once removed, the excess wild horses will be shipped to an off-range corral facility where they will be fed good quality hay and water. Once they have been fully transitioned to domestic feed, vaccinated, had their hooves trimmed as needed, and processed, they will be prepared for adoption or sale, or shipped to off-range pastures in the Midwest.

14.   Approximately 3,000 excess wild horses have been removed from the Callaghan Complex since 1987. All current indications suggest that the wild horse populations have not been negatively impacted by previous gather operations. Rather, the limiting factors that impact animal health are water and forage resources in light of overpopulation and further exacerbated by drought conditions. The BLM implemented fertility control measures in the Callaghan and Bald Mountain HMAs between 2009 and 2011, and approximately 200 animals were treated. No further fertility control has been implemented since. Since then, the wild horse population in the Complex has risen steadily.

15.   The population estimates for each of the HMAs in the Complex is current as of March 1, 2026 and published on the BLM website at https://www.blm.gov/sites/default/files/docs/2026-03/2026-Wild-Horse-and-Burro-Population-Estimates.pdf. **Exhibit 4**. Population estimates include statistically analyzed aerial survey data, aerial survey direct counts, ground counts, post-gather inferences, and prior year's reported populations. The last aerial survey to determine wild horse population in and around the Callaghan Complex was conducted in late February 2025. **Exhibit 5**. As explained in the statistical analysis, the aerial surveys were conducted using methods recommended by BLM policy and the National Academy of Sciences. Aerial surveys are known to undercount animals, so the data was analyzed to correct

those issues and provide confidence intervals (which are measures of uncertainty) associated with the estimates. The population estimates ranged from 4,184 to 6,675 wild horses. Nevertheless, the statistical analysis also explains that it cannot account for undocumented animal movement between, within, or outside of the surveyed area. The analysis states that if the level of horse movement in and out of the surveyed area was high at the time of the survey, the population numbers based on the aerial survey could underestimate true abundance. While fences and topographic barriers can provide deterrents to animal movement, those barriers may not be continuous, unbroken, or impenetrable. Wild horses can and do move freely within and between the HMAs and around the Complex.

16.    Monitoring shows that excess wild horses are currently having detrimental effects on resources in and around the HMAs and the overall Complex, which are actively managed for multiple uses under the SERA RMP.

17.    As outlined in the Environmental Assessment (EA) and the decision that approved the HMAP/Gather Plan, monitoring data shows that excess wild horses are currently having negative impacts on rangeland health conditions in the Complex. The results of key species utilization monitoring reveal slight to moderate use of forage throughout the Callaghan Complex including in areas where there has been no livestock grazing. Forage utilization data was collected within the gather area in 2023 and 2024. Utilization was unable to be conducted at approximately 25% of sites monitored in 2023 and 33% of sites monitored in 2024 due to a lack of available key forage species, meaning that the forage had been overgrazed to the point that measurements were not possible in that area. Wild horses have been a contributing factor to riparian areas (areas located around/on the banks of a natural watercourse) in the Complex not meeting Proper Functioning Condition standards and observed areas are at risk with a downward trend. More and more wild horses are straying outside the HMAs, becoming a nuisance to private landowners and causing negative impacts to natural resources due to excessive year-round use. The movement outside the HMAs indicates that there is insufficient forage and water for the wild horses inside of the HMAs, leading them to leave in search of those resources. Overpopulation is also causing damage to land health because excess wild horses are consuming large amounts of forage and damaging natural water sources and riparian areas. That damage to land health can take many years to recover, if it recovers at all.

18.    If the upcoming gather is cancelled or delayed, there will likely be additional negative impacts to the Complex, as outlined below.

19.    There may be an increased risk of wildfire if the planned gather is delayed or cancelled. Wild horse grazing is unmanaged and they graze in whatever location they want to, for whatever timing and duration they want to, and whatever intensity (amount) they want to. Appropriate grazing levels by large ungulates, including horses, has been associated with the known benefits of reducing the cover, density, and volume of fuels, particularly fine fuels, on the landscape and can reduce the probability and severity of catastrophic wildfires. However, the Complex has large numbers of excess wild horses that graze

year-round and that heavy grazing on upland vegetation does not allow those upland areas to recover from past disturbances. Intensive grazing can have the opposite effect of moderate grazing on fine fuel loads by reducing the cover of herbaceous vegetation over time and favoring the encroachment of highly flammable woody vegetation. Additionally, plant communities and sagebrush ecosystems that have been impacted in the past by wildfires and historic grazing are vulnerable to losing more of their native perennial grass component when grazed at higher than moderate utilization levels. This can result in decreased fine fuel moisture and earlier seasonal curing of fine fuel loads due to increased spread of invasive annuals, which can extend the fire season and decrease the resistance of these areas to wildfire disturbances. Reducing the wild horse population to AML would promote greater resistance of vegetative communities and reduced frequency of future wildland fires within the Callaghan Complex, but the continued overgrazing by excess wild horses is expected to decrease the native grass component and increase the invasive, non-native species across the landscape, which would reduce the resistance and resilience of the landscape to disturbance such as wildfire. The increase in invasive non-native species would promote a more frequent and intense fire cycle that would further reduce native species across the landscape.

20. There may be detrimental impacts to permitted livestock operations on public lands in the Complex if the upcoming gather is delayed or cancelled. While livestock grazing does occur on grazing allotments in the Complex, livestock grazing is managed. Wild horses compete with livestock and wildlife for available forage and water, though the BLM's goal is to manage those uses in balance. Each grazing permit/allotment has specific terms and conditions defining turnout locations and seasons of use depending on available water, climatic conditions, and the available forage for livestock consumption. The BLM holds annual meetings prior to livestock turnout to plan for that year's grazing and during drought years, and livestock use may be limited or decreased due to conditions like drought or lack of forage/water. In contrast, wild horses graze in an unmanaged fashion and can move in and around the HMAs and the Complex at will. Over the last ten years, actual use by livestock has generally been less than permitted use for each of the grazing allotments. This has been in part due to drought, competition with wild horses for resources, and needs of livestock operations. Grazing systems for individual livestock allotments are designed to function in a thriving natural ecological balance when wild horse populations are within the established AML range. Within the established AML range, livestock grazing would function properly and in balance with wild horse grazing, and forage plants would be less heavily utilized by excessive season-long wild horse grazing. However, if the upcoming gather is delayed or cancelled, livestock operators may be directly impacted due to a lack of forage and water, impacting their ability to graze at permitted numbers. Livestock operators have already voluntarily reduced use in some areas due to the impacts of the excess wild horse population and drought conditions on range vegetation/forage conditions. That would likely increase as the population of excess wild horses grows. Delay or cancellation of the upcoming gather would also cause impacts from increased damage to the rangelands due to excess wild horse use, continued competition between livestock, wild horses, and wildlife for the available forage and water, and reduced quantity and quality of forage and water.

7

21. Cancelling or delaying the scheduled gather could cause detrimental impacts on riparian areas in the Callaghan Complex. Riparian areas are the parts of the landscape that are immediately adjacent to water, are influenced by the presence of the water, and act as a transition between aquatic and upland areas. They serve as important habitat for many wildlife species and the associated surface waters are critical drinking water sources for wild horses, wildlife, and livestock. Properly functioning riparian systems have a high degree of resistance and resilience to disturbances, including grazing. However, overuse by wild horses and livestock can cause riparian systems to lose their function and degrade. Since 2019, the BLM conducted monitoring at 25 riparian sites, streams, and meadows across the Callaghan Complex, both within the HMA boundaries and areas outside the HMAs where wild horses reside. The BLM used the Proper Functioning Condition (PFC) assessment method, which has been commonly used over the past 30 years. In total, 8 lotic (actively moving, flowing bodies of freshwater) and 17 lentic (standing or relatively still freshwater) sites were evaluated. Seventeen of the observed sites were rated as Functional at Risk and eight were rated PFC. A downward trend in riparian function was common across the Callaghan Complex. Observations common throughout the Complex include but are not limited to: excessive hoof action from both livestock and wild horses, stunted growth of riparian vegetation due to drought and overutilization, increased soil erosion, and loss of bank stability. Many riparian meadows also appear to be shrinking. Without removal of the year-round disturbance from large numbers of excess wild horses, these riparian systems that may be irreversibly damaged or completely lost.

22. Delaying or cancelling the upcoming gather operation could cause harm to the wild horses themselves due to a lack of water. Water sources are scattered across the HMAs through a variety of undeveloped streams, springs, and seeps, as well as developed water sources such as stock tanks, pits, troughs, wells, and reservoirs on public and private lands. Many of the undeveloped water sources produce water for only a few months in normal precipitation years, while many of them produce no water at all during below average precipitation years. Given the dry conditions that occur annually in the summertime, and the increasing wild horse population in the Complex, there is a real concern that wild horses could suffer from dehydration and possible death. If their known or common (habitual) water sources become dry or unavailable, wild horses have been found to linger sometimes until death, instead of searching out new or unknown water sources. High herd densities using limited water supplies could reasonably be expected to exacerbate behavioral conflict at water sources, and to cause even greater levels of habitat degradation because of excessive habitat use near those water sources. EA, Appendix I at Map 6.

23. In 2026, there continues to be a lack of adequate water throughout the Complex to support the number of wild horses that are present. The US Drought Monitor, as of June 9, 2026, shows that most of Lander County is currently in severe drought. **Exhibit 6**. The seasonal outlook, as of May 31, 2026, predicts that drought will persist through at least Summer 2026. **Exhibit 7**. While the last several winters have had average to above average precipitation levels, unfortunately the previous decade was not nearly as productive. Rangeland health and water supply takes many years to begin to recover from

the kind of drought conditions that were experienced in the Complex. Current BLM monitoring shows that water sources for wild horses are extremely limited and many are already dry.

24. Plaintiff Tammi Adams visited the Complex recently and on May 8, 2026 sent BLM Mount Lewis Field Manager Sam Ault an email about the lack of water for horses in the South Shoshone HMA. **Exhibit 8**. In that email, she said "I have been out on the range several times this week and last night noticed that the horses were congregating around the only water source they should have available to them right now, especially considering this terrible drought we are experiencing. Their only water source this year is the one that was a silver tank, with a tire in it I think, and it is not functioning. No water whatsoever. We have photos of the foals that are being beaten up in the foray for water. Today I saw the same situation going on and it was this morning." Her email characterized the situation as an emergency.

25. Wild horses pose public safety risks when they enter roads/highways, as they can potentially cause vehicle accidents/collisions. Just since the final EA was published in mid-February 2026, the BLM has received at least 13 calls from the public about wild horses on Highway 305 in the Callaghan Complex. Seven of those calls were received just in the last month. Cancelling or delaying the upcoming gather would mean there would continue to be a high number of excess wild horses, likely increasing public safety risks to motorists on local roads.

26. Since mid-February 2026, the BLM had to remove one wild horse from private property and many more have been reported. Further, Lander County has requested that the BLM gather and remove excess wild horses from the Complex. In 2023, Lander County adopted a resolution to declare a state of emergency for wild horse and burro management.

27. Delaying or cancelling the upcoming gather could have detrimental impacts on wildlife. As outlined in the BLM's EA for the HMAP/Gather Plan, without a removal of excess wild horses, increasing numbers of wild horses would continue to compete with wildlife for forage, water, and other habitat resources. That competition would get worse as horse numbers continue to rise above AML. As competition increases, some wildlife species may not be able to compete successfully, potentially leading to increased stress and possible dislocation or death of native wildlife species over the long-term.

28. Depending on when the contract is executed, delaying or canceling the planned 2026 gather could result in measurable financial costs to the government. If the contract for the gather operations is signed and the gather is subsequently delayed or stopped, the BLM anticipates that it could incur costs of in the hundreds of thousands of dollars to over a million dollars just for the gather contract by itself. BLM put the contract out to potential contractors for bidding during the week of June 1, 2026 and plans on executing the contract for the upcoming gather by July 1, 2026.

29. This estimated amount of potential loss does not include labor and travel costs for BLM staff and or the gather contractor's daily costs, which are generally guaranteed by

contract for its labor, travel and equipment, vehicle/helicopter costs, and other contracting costs for logistics requirements. The BLM staff and its contractor staff, plus other government employees, will begin to mobilize on-site approximately two weeks before the gather begins, or around mid-June 2026, depending on other BLM Mount Lewis Field Office workload targets. Contractors must pay for helicopter, fuel, and repairs, fuel for one or two semi-trucks, three to six pick-up trucks, purchase and maintain stock trailers, hay, panels, safety equipment such as styrofoam padding and cloth tarps, heavy equipment, saddle horses, food for personnel, wages, farrier equipment, welding and mechanical tools, and gear. These crews need to be self-sufficient due to remoteness of gather operations. Contractors also need to set funds aside for repairs of trailers, panels, trucks, etc. The BLM's wild horse and burro helicopter-drive contracts are generally set up by per-head cost including feed and days, transportation by semi-truck and stock trailers (hauling animals from trap to temporary holding, temporary holding to identified facility), and base daily rate (base daily rate is optional for contractors to include if operation were to be shut down for reason outside of their control).

30.    Delaying or canceling the upcoming July 2026 gather in the Callaghan Complex could also result in a loss of any funds that had already been spent on pre-gather activities. BLM will shortly begin working on repairing roads to possible trap site locations and temporary holding facilities, if needed, utilizing trucks, heavy equipment, and internal BLM staff. BLM has limited resources, and if the gather is postponed or cancelled after those activities are started/completed, the time, energy, and funds spent to complete those tasks could have been utilized on other projects.

31.    Wild horses reproduce at an average of 15 to 25% per year, though the BLM assumed a conservative 15% rate of reproduction across the Complex in its projections in the EA for the HMAP/Gather Plan. So even if the BLM was able to reach the low AML in the Complex or any single HMA in the upcoming gather operation, normal reproduction rates would mean that the population would grow back to high AML or more within just a few years.

32.    As the BLM analyzed in its EA, the removal of excess wild horses in the Complex is unlikely to have significant impacts on genetic diversity. The BLM has performed genetic testing on the wild horses during past gather operations in the Callaghan Complex. Genetic analysis indicated that there was an adequate genetic pool and no inbreeding was present. The most recent results showed that observed heterozygosity, which is a measure of genetic diversity, was above the mean for feral horses and there was no cause for concern at the time. The wild horse population has risen steadily since then, so there would be no reason to believe that genetic diversity has decreased in the intervening years, and in fact it has likely gone up due to the large numbers of wild horses. The genetic reports also indicated that a high degree of population interchange could contribute to maintenance of genetic diversity in the Complex. The BLM's HMAP/Gather Plan requires genetic sampling and testing during the upcoming gather operations to update the genetic diversity information. If genetic testing shows it is needed, the BLM will introduce wild horses from other HMAs to augment genetic diversity, a tool that the BLM uses routinely to address concerns about inbreeding.

10

Available evidence supports a strong inference that wild horses in the Callaghan Complex are highly related to a number of other BLM-managed herds across the west, and that they are not genetically unusual, with respect to other wild horse herds. Based on all available scientific information, the BLM's EA for the HMAP/Gather Plan concluded that the wild horses in the Complex should not be considered as truly isolated populations but instead as components of interacting metapopulations, connected by interchange of individuals and genes due to both natural and human-facilitated movements.

33.    Any mortality is unfortunate, but the BLM's gather operations are generally consistent with published scientific studies on wild horse and burro gather-related mortality statistics. **Exhibit 9**, John Derek Scasta, Mortality and Operational Attributes Relative to Feral Horse and Burro Capture Techniques Based on Publicly Available Data From 2010-2019, Journal of Equine Veterinary Science, Volume 86, 2020. That study assessed wild horse and burro gather mortality statistics and found that the average rate was 1.1%, which was less than the general recommendation of approximately 2% for capture of all wildlife species.

34.    The BLM's EA analyzed the possibility of gather-related mortality and determined it was not significant. The BLM acknowledged that in any given gather, mortality averages only about 0.5%, which is very low when handling wild animals. The EA also estimated that approximately another 0.6% of the captured animals may need to be humanely euthanized due to pre-existing or chronic conditions and in accordance with BLM policy. However, individual gathers may experience different levels of mortality depending on many factors.

35.    Additional deaths that may occur days and weeks after animals are transported to an off-range corral facility are again very unfortunate; however, this too was analyzed in the BLM's EA. "Mortality at [off-range corrals] averages approximately five percent per year, and includes animals euthanized due to a pre-existing condition; animals in extremely poor condition; animals that are injured and would not recover; animals which are unable to transition to feed; and animals which are seriously injured or accidentally die during sorting, handling, or preparation."

36.    As outlined in the HMAP/Gather Plan and in policy, the BLM has a longstanding commitment to humane treatment of wild horses and burros. The BLM conducts all on-range and off-range management activities in accordance with its Comprehensive Animal Welfare Program (CAWP). The CAWP includes standards for wild horse gathers, which are incorporated into helicopter gather contracts as specifications for contractor performance.

Signed: AIMEE BOLINGER
Digitally signed by AIMEE BOLINGER
Date: 2026.06.24 12:39:29 -07'00'

11

# Declaration of Aimee Bolinger Exhibit 1

**Bureau of Land Management**

**Mount Lewis Field Office**

## Callaghan Wild Horse Complex Gather Area Overview

Attachment I: Map 1

North Shoshone HA

South Shoshone HMA

Bald Mountain HMA

Callaghan HMA

Hickison HMA

### Legend

**Boundaries**

BLM District Boundary

Callaghan Complex Gather Area

Herd Management Area

Herd Area Polygons

Grazing Allotment

**Range Improvements**

Fence

Pipeline

**Surface Management**

BIA

BLM

BOR

USFS

PVT

0   5   10   15   20   Miles

1:650,000

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use or aggregate use with other data. This product was developed through digital means and may be updated without notification.

CAL_08940

# Bureau of Land Management

## Mount Lewis Field Office

## Callaghan Wild Horse Complex - February 2025 Census Flight Data
Attachment I: Map 3

### Legend

**Boundaries**
- Callaghan Complex Gather Area
- Herd Management Area
- Herd Area Polygons
- Grazing Allotment

**Range Improvements**
- Fence
- Pipeline

**Surface Management**
- BIA
- BLM
- BOR
- USFS
- PVT

**Feb 2025 Census Flight**
- Flight Lines

**Observed # of Adults**
- 0 - 10
- 8 - 25
- 25 - 50
- 50 - 100
- 100 - 263

0   5   10   15   20   Miles

1:650,000

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use or aggregate use with other data. This product was developed through digital means and may be updated without notification.

CAL_08942

# Declaration of Aimee Bolinger Exhibit 2



United States Department of the Interior

Office of Hearings and Appeals

Interior Board of Land Appeals

801 N. Quincy Street, Suite 300

Arlington, VA 22203

(703) 235-3750                    ibla@oha.doi.gov

April 6, 2026

| | | |
|---|---|---|
| IBLA 2026-0112 | ) | DOI-BLM-NV-B010-2025-0006-EA |
| | ) | |
| WILD HORSE EDUCATION ET AL. | ) | Wild Horses and Burros |
| | ) | |
| | ) | Petition for Stay Denied |

<u>ORDER</u>

Wild Horse Education, Laura Leigh, and Tammi Adams, (collectively, Appellants) appealed and petitioned to stay a February 13, 2026, Decision by the Mount Lewis Field Office, Bureau of Land Management (BLM). In the Decision, BLM authorized, among other things, the gathering and removal of excess wild horses and burros from the Callaghan Complex. As explained below, we deny Appellants' petition for stay because they have not shown the likelihood of irreparable harm necessary for a stay.

BACKGROUND

*Legal Background*

Under the Wild Free-Roaming Horses and Burros Act (Wild Horse Act),[1] BLM, as the delegate of the Secretary of the Interior, is responsible managing wild horses and burros on the public lands.[2] Specifically, BLM is required to manage wild horses and burros "in a manner that is designed to achieve and maintain a thriving natural ecological balance on the public lands."[3] "BLM is afforded a high degree of discretion in exercising the authority conferred by this statutory mandate."[4] The ultimate goal is for

---

[1] 16 U.S.C. §§ 1331-1340; *see also* 43 C.F.R. pt. 4700 (regulations implementing the Wild Horse Act). Citations to Federal statutes and regulations are to those in effect on the date of this Order. The current Federal regulations may be found at https://www.ecfr.gov (last visited Apr. 6, 2026), which is a continuously updated online version of the Code of Federal Regulations.

[2] *See Front Range Equine Rescue*, 187 IBLA 269, 270 (2016).

[3] 16 U.S.C. § 1333(a).

[4] *Front Range Equine Rescue*, 187 IBLA at 270.

wild horses and burros to be "managed as self-sustaining populations of healthy animals in balance with other uses and the productive capacity of their habitat."[5]

To this end, the Wild Horse Act requires BLM to "maintain a current inventory" of wild horses and burros "on given areas of the public lands."[6] The purpose of this inventory is to determine: (a) the "appropriate management levels" (AML) of wild horses and burros on these areas; (b) "whether and where an overpopulation [of wild horses and burros] exists and whether action should be taken to remove excess animals;" and (c) whether AML "should be achieved by the removal or destruction of excess animals" or through other means, such as "sterilization, or natural controls on population levels."[7] When a wild horse or burro population exceeds AML, BLM may determine that removal of excess animals is necessary.[8]

*Factual Background*

The Callaghan Complex is in Lander County, Nevada, and consists of the Callaghan, South Shoshone, Bald Mountain, Hickison (north of US Route 50) Herd Management Areas, and the North Shoshone Herd Area.[9] The Complex has a cumulative AML range of 323-552 for wild horses.[10] Because the Complex is not managed for wild burros, the AML for burros is effectively zero.[11]

In February 2025, BLM estimated that 4,489 adult wild horses were residing within and around the Complex.[12] Based on this estimate, the associated damage to the rangelands, wild horses with low body condition scores, and public safety concerns, BLM determined that all wild horses over the low AML and all wild burros were excess

---

[5] 43 C.F.R. § 4700.0-6(a).

[6] 16 U.S.C. § 1333(b)(1).

[7] *Id.*; *see id.* § 1332(f) (defining "excess animals" as "wild free-roaming horses or burros . . . [that] must be removed from an area in order to preserve and maintain a thriving natural ecological balance and multiple-use relationship in that area").

[8] *See id.* § 1333(b)(2) ("Where the Secretary determines . . . that an overpopulation exists . . . and that action is necessary to remove excess animals, he shall immediately remove excess animals from the range so as to achieve [AML].").

[9] Environmental Assessment, Callaghan Complex Herd Management Plan / Gather Plan, DOI-BLM-NV-B010-2025-0006-EA at 1 (Feb 13, 2026) (EA), https://eplanning.blm.gov/public_projects/?doc=%2Feb6b7bea-95f2-f011-8406-001dd80ef717%2FDocuments%2FFinalEA_CallaghanComplex.pdf.

[10] *Id.* at 2.

[11] *See id.* at 3.

[12] *Id.*

animals and that these excess animals needed to be removed in order to achieve a thriving natural ecological balance.[13]

Accordingly, BLM prepared an environmental assessment (EA), pursuant to the National Environmental Policy Act (NEPA), to analyze alternatives for "achiev[ing] and maintain[ing] wild horse population sizes within established AML ranges."[14] Based on the EA, BLM issued a Finding of No Significant Impact (FONSI), in which BLM determined that implementation of the proposed action, as described in the EA, will not significantly affect the quality of the human environment.[15] Relying on the EA and FONSI, BLM then issued the Decision, in which BLM approved implementation of the proposed action, under which BLM would, among other things, "[i]mmediately gather and remove excess animals in order to reach low [AML] as expeditiously as possible through an initial gather, and if necessary, a follow-up gather or gathers, in order to reduce the population to within AML range."[16]

WHE timely appealed and petitioned to stay the Decision,[17] and BLM filed a response to the petition.[18]

ANALYSIS

*The Stay Criteria*

An appellant seeking a stay must show that a stay is warranted based on three criteria: (1) the appellant "will likely be irreparably harmed by implementation of the decision pending resolution of the appeal, and the harm will be avoided by granting the stay"; (2) the appellant's irreparable harm "exceeds the harm to the United States and other parties from a stay being granted"; and (3) the appellant is "likely to succeed on

---

[13] *See id.* at 3-4.

[14] *Id.* at 4.

[15] Finding of No Significant Impact, Callaghan Complex Herd Management Plan / Gather Plan, DOI-BLM-NV-B010-2025-0006-EA at 1-2 (Feb 13, 2026), https://eplanning.blm.gov/public_projects/?doc=%2Feb6b7bea-95f2-f011-8406-001dd80ef717%2FDocuments%2FFONSI_CallaghanComplex_Signed.pdf.

[16] Decision Record, Callaghan Complex Herd Management Plan / Gather Plan, DOI-BLM-NV-B010-2025-0006-EA at 1 (Feb. 13, 2026), https://eplanning.blm.gov/public_projects/?doc=%2Feb6b7bea-95f2-f011-8406-001dd80ef717%2FDocuments%2FDecisonRecord_CallaghanComplex_Signed.pdf.

[17] *See* Notice of Appeal, Petition for Stay, and Statement of Standing (filed Mar. 13, 2026) (Petition).

[18] BLM Response to Petition for Stay (filed Mar. 27, 2026).

3

the merits."[19] The appellant has the burden of showing that all three of these criteria are satisfied.[20] If the appellant fails to satisfy one stay criterion, we must deny the petition.[21]

*Appellants Have Not Satisfied the Irreparable Harm Criterion*

In adjudicating Appellants' petition for stay, we focus on the first stay criterion, which requires Appellants to show a likelihood of irreparable harm during the pendency of this appeal, and that this harm will be prevented by staying the Decision.[22] Allegations of harm that are unsupported, vague, or speculative will not satisfy this criterion.[23]

In an effort to satisfy this criterion, Appellants argue that "[r]educing a species' population through government action has often been recognized by courts to cause irreparable harm justifying injunctive relief."[24] In support for this argument, Appellants cite three Federal district court cases.[25] But the cases cited by Appellants involved the intentional killing of animals.[26] Here, the Decision does not authorize the intentional killing of animals, and the record shows the risk of individual animals dying during or after a gather is relatively low.[27] Therefore, the cases cited by Appellants are inapposite and do not show a likelihood of irreparable harm necessary for a stay.

To the extent Appellants are arguing that the removal of wild horses will irreparably harm Appellants' recreational and aesthetic interests in viewing the animals,

---

[19] 43 C.F.R. § 4.405(b)(4)(i)-(iii).

[20] *Id.* § 4.405(b)(5) (stating that "[a]n appellant seeking a stay has the burden to demonstrate that a stay should be granted . . . under all three criteria").

[21] *See Las Vegas Paiute Tribe*, 200 IBLA 172, 179 (2025) (stating that the "[f]ailure to satisfy any of the stay criteria requires us to deny the petition").

[22] *See* 43 C.F.R. § 4.405(b)(4)(i).

[23] *Las Vegas Paiute Tribe*, 200 IBLA at 188.

[24] Petition at 18.

[25] *Id.* (citing *Fund for Animals v. Norton*, 281 F. Supp. 2d 209 (D.D.C. 2003); *Fund for Animals v. Clark*, 27 F. Supp. 2d 8 (D.D.C. 1998); *Fund for Animals v. Espy*, 814 F. Supp. 142 (D.D.C. 1993)).

[26] *See Fund for Animals v. Norton*, 281 F. Supp. 2d at 214-15 (decision granting permit to kill swans); *Fund for Animals v. Clark*, 27 F. Supp. 2d at 10 (decision authorizing an organized hunt to thin a bison herd); *Fund for Animals v. Espy*, 814 F. Supp. at 143 (decision authorizing the capture and ultimate slaughter of pregnant bison).

[27] *See* EA at 66 ("Since 2006, Nevada has gathered over 40,000 animals with a total mortality of 1.1% (of which 0.5% was gather related), which is very low when handling wild animals.").

Appellants do not have an "enforceable right" to view herds of a certain size.[28] In addition, Federal courts have ruled that simply reducing the size of a wild horse herd does not constitute irreparable harm because wild horses will still be available for viewing.[29] Based on these Federal court rulings and the fact that there will be wild horses available for viewing in the Complex once the low AML is reached,[30] Appellants' argument does not show a likelihood of irreparable harm necessary for a stay.

Finally, Appellants seemingly argue that BLM's alleged violations of the NEPA and other environmental laws will lead to environmental harms, which Appellants claim are irreparable.[31] As an initial matter, not all environmental harms are irreparable.[32] In addition, both this Board and Federal courts have held that an alleged violation of NEPA or other environmental statute is insufficient standing alone to establish irreparable harm.[33] And because Appellants have not demonstrated the existence of a separate irreparable harm, Appellants' argument does not show a likelihood of irreparable harm necessary for a stay.

---

[28] *See In Def. of Animals v. U.S. Dep't of the Interior*, 737 F. Supp. 2d 1125, 1138 (E.D. Cal. 2010) ("With respect to Plaintiffs' abilities to still observe the horses and burros, the animals will still be present after the gather. The Court is unaware of any enforceable right to observe a particular number of animals . . . .").

[29] *Friends of Animals v. BLM*, 232 F. Supp. 3d 53, 65 (D.D.C. 2017) (rejecting the argument that reducing the size of a wild horse herd constituted irreparable aesthetic harm); *Colo. Wild Horse & Burro Coal., Inc.*, 130 F. Supp. 3d 205, 219-20 (D.D.C. 2015) (concluding that any added difficulty in viewing wild horses following a gather and removal did not constitute irreparable harm because some horses would remain in the area).

[30] *See* EA at 13 (indicating that 323 wild horses will remain in the Complex once the low AML is reached).

[31] Petition at 18-19.

[32] *See W. Watersheds Project v. BLM*, 195 IBLA 115, 131-32 (2020) (ruling that "environmental harm is not irreparable when the record shows that the harm will be short-term and temporary"); *Lands Council v. McNair*, 537 F.3d 981, 1004 (9th Cir. 2008) (en banc) (recognizing that all environmental harms do not warrant an injunction).

[33] *Manuz*, 192 IBLA 192, 205 (2018) ("[A]bsent sufficient justification for the likelihood of any other immediate and irreparable harm, an alleged NEPA violation 'alone' does not justify a stay." (quoting *Friends of Animals*, 188 IBLA 394, 401 (2016))); *Gwich'in Steering Comm. v. Bernhardt*, 2021 U.S. Dist. LEXIS 1471, *14 (D. Alaska 2021) ("In the context of environmental statutes, procedural violations alone do not establish irreparable harm." (collecting cases)).

IBLA 2026-0112

CONCLUSION

Because Appellants have has not satisfied the irreparable harm criterion, their petition for stay must be denied.[34] Accordingly, we deny Appellants' petition for stay. Given that the Decision is in effect, Appellants may seek judicial review of the Decision in Federal court.[35]

_____

Steven J. Lechner
Deputy Chief Administrative Judge

---

[34] *See supra* notes 20 and 21 and accompanying text (indicating that all three criteria must be satisfied for a stay to issue).
[35] *See* 43 C.F.R. § 4.21(a), (b)(2).

6

# Declaration of Aimee Bolinger Exhibit 3

| State | Herd Management Area (HMA) or Herd Area (HA) | Start Date | End Date | Animals Planned to be Gathered | Animals Planned to be Removed | Animals Planned to be Treated with Fertility Control | Gather Method | Species | Fertility Control | Gather Type | Purpose |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY2026 Tentative Wild Horse and Burro Gather and Fertility Control Schedule as of March 13, 2026 | | | | | | | | | | |
| | **Darting Operations** | | | | | | | | | | |
| CO | Spring Creek Basin HMA | | | | | 18 | | Horse | PZP | Darting | |
| MT | Pryor Mountain HMA | | | | | 80 | | Horse | PZP | Darting | |
| WY | Stewart Creek HMA | | | | | 50 | | Horse | PZP | Darting | |
| WY | McCullough Peaks HMA | | | | | 45 | | Horse | PZP | Darting | |
| ID | Challis HMA | | | | | 15 | | Horse | PZP | Darting | |
| OR | Hog Creek HMA | | | | | 15 | | Horse | GonaCon | Darting | |
| OR | Cold Springs HMA | | | | | 30 | | Horse | GonaCon | Darting | |
| OR | Sand Springs HMA | | | | | 60 | | Horse | GonaCon | Darting | |
| OR | Coyote Lake/Alvord-Tule Springs HMA | | | | | 60 | | Horse | GonaCon | Darting | |
| CO | Sand Wash Basin HMA | | | | | 150 | | Horse | PZP | Darting | |
| CO | Piceance-East Douglas HMA | | | | | 100 | | Horse | GonaCon | Darting | |
| CO | Little Book Cliffs HMA | | | | | 20 | | Horse | PZP & GonaCon | Darting | |
| NV | Pine Nut Mountains HMA | | | | | 50 | | Horse | PZP | Darting | |
| UT | Onaqui Mountain HMA | | | | | 70 | | Horse | PZP & GonaCon | Darting | |
| UT | Cedar Mountain HMA | | | | | 50 | | Horse | PZP | Darting | |
| UT | Range Creek HMA | | | | | 15 | | Horse | GonaCon | Darting | |
| | **Darting Operations Total** | | | **0** | **0** | **828** | | | | | |
| | **Emergency/Nuisance Gathers (1,500)** | | | | | | | | | | |
| | Un-Assigned | | | 376 | 376 | | | | | | |
| NV | Bullfrog HMA | 10/6/2025 | 10/15/2025 | 250 | 250 | | Drive Trap | Burro | | Emegency | Public Safety |
| OR | Pokegama | 10/2/2025 | 9/20/2026 | 30 | 30 | | In-House Bait Trap | Horse | | Emergency | Public Safety |
| CA | Chemehuevi | 10/22/2025 | 2/28/2026 | 150 | 150 | | In-House Bait Trap | Burro | | Emergency | Public Safety |
| AZ | Black Mountain HMA | 11/18/2025 | 4/30/2025 | 150 | 150 | | In-House Bait Trap | Burro | | Nuisance | Public Safety |
| NV | Little Humboldt and Snowstorm Mountain HMAs (Jakes Fire ESR) | 1/30/2026 | 2/6/2026 | 182 | 182 | | Drive Trap | Horse | | Emergency | ESR |
| CA | Clark | 11/20/2025 | 6/30/2026 | 50 | 50 | | In-House Bait Trap | Burro | | Emergency | Public Safety |
| NV | Outside Antelope HMA and Moriah HA | 2/22/2026 | 2/28/2026 | 300 | 300 | | Drive Trap | Horse | | Emergency | Drought |
| CA | Centennial HA | 3/9/2026 | 6/30/2026 | 12 | 12 | | In-House Bait Trap | Burro | | Nuisance | Public Safety |
| | **Emergency/Nuisance Gather Totals** | | | **1,488** | **1,488** | **0** | | | | | |
| | **Proposed Gathers FY26 October 1, 2025 - February 28, 2026** | | | | | | | | | | |
| CA | Centennial | 10/4/2025 | 10/13/2025 | 270 | 270 | | Drive Trap | Horse/Burro | | AML | Progress Toward AML |
| | **Planned Gathers Totals** | | | **270** | **270** | **0** | | | | | |
| | **Proposed Gathers FY26 March 1, 2026 - June 30, 2026** | | | | | | | | | | |
| NV | Spring Mountain Complex (Johnnie, Red Rock, Wheeler Pass, Spring Mountains WHT) | 3/1/2026 | 6/1/2026 | 425 | 425 | | Bait Trap | Burros | | AML | Progress Toward AML |
| NV | Spring Mountain Complex (Johnnie, Red Rock, Wheeler Pass, Spring Mountains WHT) | 3/1/2026 | 6/1/2026 | 425 | 425 | | Bait Trap | Horses | | AML | Progress Toward AML |
| NV | Triple B Complex (Maverick-Medicine and Triple B) | 3/15/2026 | 6/30/2026 | 300 | 300 | | Bait Trap | Horses | | AML | Progress Toward AML |
| NV | Pancake Complex (Pancake HMA, Sandsprings West HMA, and Jakes Wash HA) | 3/15/2026 | 6/30/2026 | 300 | 300 | | Bait Trap | Horses | | AML | Progress Toward AML |
| NV | Antelope Complex (Antelope, Antelope Valley, Goshute, Spruce-Pequop) | 3/15/2026 | 6/1/2026 | 600 | 600 | | Bait Trap | Horses | | AML | Progress Toward AML |
| NV | Caliente Complex (Miller Flat HA, Little Mountain HA, Delamar Mountains HA, Clover Creek HA, Clover Mountain HA, Blue Nose HA, Meadow Valley HA, Applewhite HA) | 3/15/2026 | 6/1/2026 | 550 | 550 | | Bait Trap | Horses | | AML | Progress Toward AML |
| AZ | Black Mountain HMA | 4/1/2026 | 6/30/2026 | 500 | 500 | | Bait Trap | Burros | | AML | Progress Toward AML |
| AZ | Lake Pleasant HMA | 4/1/2026 | 6/30/2026 | 1,500 | 1,500 | | Bait Trap | Burros | | AML | Progress Toward AML |
| NV | Bullfrog HMA | 4/1/2026 | 6/30/2026 | 500 | 500 | | Bait Trap | Burros | | AML | Progress Toward AML |
| NM | Bordo HMA | 5/1/2026 | 8/31/2026 | 26 | 26 | | In-House Bait Trap | Horses | | AML | Achieve AML |
| UT | Canyonlands HMA | 4/1/2026 | 9/20/2026 | 60 | 60 | | In-House Bait Trap | Burros | | AML | Achieve AML |
| | **Planned Gathers Totals** | | | **5,186** | **5,186** | **0** | | | | | |
| | **Proposed Gathers FY26 July 1, 2026 - September 30, 2026** | | | | | | | | | | |
| NV | Callaghan Complex (North Shoshone HA South Shoshone HMA, Bald Mountain, Callaghan HMA) | 7/10/2026 | 8/31/2026 | 2,000 | 2,000 | | Drive Trap | Horse | | AML | Progress Toward AML |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NV | Lake Lahaton HMA | 7/20/2026 | 7/30/2026 | 700 | 700 | | Drive Trap | Horse | | AML | Progress Toward AML |
| CO | Sand Wash Basin HMA | 7/10/2026 | 7/20/2026 | 100 | 100 | | Bait Trap | Horses | | AML | Progress Toward AML |
| ID | Saylor Creek HMA | 7/10/2026 | 7/17/2026 | 150 | 105 | 22 | Drive Trap | Horse | | AML | Achieve AML |
| NV | Moriah HA | 7/27/2026 | 8/13/2026 | 500 | 500 | | Drive Trap | Horse | | AML | Progress Toward AML |
| CO | Piceance-East Douglas HMA, North Piceance HA | 8/1/2026 | 8/31/2026 | 911 | 911 | | Drive Trap | Horse | | AML | Achieve AML |
| CO | West Douglas HA | 8/1/2026 | 8/31/2026 | 100 | 100 | | Drive Trap | Horse | | AML | Achieve AML |
| UT | Bible Springs Complex (Bible Spring HMA, Four Mile HMA, Tilly Creek HMAs and Blawn Wash HA) | 8/1/2026 | 8/22/2026 | 800 | 800 | | Drive Trap | Horse | | AML | Progress Toward AML |
| UT | Confusion HMA | 8/23/2026 | 8/31/2026 | 360 | 360 | | Drive Trap | Horse | | AML | Progress Toward AML |
| CA | Carter Reservoir HMA | 9/1/2026 | 9/30/2026 | 470 | 455 | 15 | Drive Trap | Horse | | AML | Achieve AML |
| CA | Buckhorn HMA | 9/1/2026 | 9/30/2026 | 273 | 214 | 59 | Drive Trap | Horse | | AML | Achieve AML |
| CA | Coppersmith Mountains HMA | 9/1/2026 | 9/30/2026 | 113 | 63 | 50 | Drive Trap | Horse | | AML | Achieve AML |
| CA | Nut Mountain HMA | 9/1/2026 | 9/30/2026 | 78 | 48 | 30 | Drive Trap | Horse | | AML | Achieve AML |
| CA | Bitner HMA | 9/1/2026 | 9/30/2026 | 86 | 71 | 15 | Drive Trap | Horse | | AML | Achieve AML |
| CA | Massacre Lakes HMA | 9/1/2026 | 9/30/2026 | 57 | 32 | | Drive Trap | Horse | | AML | Achieve AML |
| ID | Challis HMA | 9/10/2026 | 9/17/2026 | 285 | 172 | 45 | Drive Trap | Horse | | AML | Achieve AML |
| NM | Carracas Mesa HMA | 9/15/2026 | 9/20/2026 | 17 | 17 | | Drive Trap | Horse | | AML | Achieve AML |
| WY | Fifteenmile HMA | 9/15/2026 | 9/30/2026 | 386 | 286 | | Drive Trap | Horse | | AML | Achieve AML |
| NV | Jackson Mountains HMA | 9/20/2026 | 9/30/2026 | 500 | 500 | | Drive Trap | Horse | | AML | Progress Toward AML |
| **Planned Gathers Totals** | | | | **7,886** | **7,434** | **236** | | | | | |
| **Total Including All Operations** | | | | **14,830** | **14,378** | **1,064** | | | | | |

Disclaimer: this gather schedule is tentative and subject to change based on budget and holding space availability

# Declaration of Aimee Bolinger Exhibit 4

# Herd Area and Herd Management Area Statistics
## as of March 1, 2026

| | Herd Area | | | Herd Management Area | | Estimated Populations | | | |
|---|---|---|---|---|---|---|---|---|---|
| | BLM Acres | Total Acres | Acres Transferred from BLM | BLM Acres | Total Acres | Horses | Burros | Total | High AML |
| AZ | 2,019,027 | 3,643,197 | 0 | 1,498,207 | 2,296,269 | 268 | 13,545 | 13,814 | 1,676 |
| CA | 5,170,931 | 7,021,651 | 1,425,649 | 2,053,082 | 2,533,722 | 3,534 | 4,933 | 8,467 | 2,236 |
| CO | 723,095 | 851,275 | 0 | 365,988 | 404,013 | 1,669 | 0 | 1,669 | 827 |
| ID | 420,783 | 477,300 | 0 | 383,894 | 418,268 | 564 | 0 | 564 | 617 |
| MT | 103,844 | 230,073 | 0 | 27,094 | 35,640 | 195 | 0 | 195 | 120 |
| NV | 19,778,204 | 23,028,911 | 437,436 | 14,032,947 | 15,668,201 | 37,426 | 5,146 | 42,572 | 12,811 |
| NM | 88,655 | 126,530 | 0 | 24,506 | 28,613 | 97 | 0 | 97 | 83 |
| OR | 3,608,660 | 4,312,356 | 130,335 | 2,733,577 | 2,978,751 | 5,994 | 86 | 6,080 | 2,700 |
| UT | 3,224,891 | 3,915,687 | 98,289 | 2,154,458 | 2,451,227 | 4,611 | 232 | 4,843 | 1,956 |
| WY | 8,409,646 | 12,117,800 | 0 | 2,298,934 | 2,709,119 | 7,165 | 0 | 7,165 | 2,566 |
| TOTAL | 43,547,736 | 55,724,780 | 2,091,709 | 25,572,687 | 29,523,823 | 61,523 | 23,943 | 85,466 | 25,592 |

Herd Management Areas (HMA) and Herd Areas (HA) have been placed in separate tables by state.

The population estimation method used on the majority of HMAs is the simultaneous double count method.

Most of the 175 HMAs have been counted with this method. Ground counts are still done on smaller areas where animals are easier to identify.

Populations do not reflect any changes after March 1, 2025 (i.e. foal crops or gathers).

BLM policy is to establish Appropiate Management Levels (AML) as a range with upper and lower levels.

Acres have been calculated using current digitized (GIS) maps using the UTM (Universial Transverse Mercator) projections.

Acreage transferred from BLM to another agency are not deducted from the HA acreage.

HA acreage totals are calculated based on designations made in the early 1970's.

**NEVADA** WILD HORSE AND BURRO AREAS ADMINISTERED BY THE BUREAU OF LAND MANAGEMENT

**as of March 1, 2026**

HERD MANAGEMENT AREAS (HMAs) - AREAS MANAGED FOR WILD HORSES AND BURROS

| | | HERD AREA | | | HERD MANAGEMENT AREA | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HERD MANAGEMENT AREA NAME | Herd Code | BLM Acres | Total Acres | Acres Transferred from BLM | BLM Acres | Total Acres | Horse AML Low End (1) | Horse AML High End (1) | 2026 Estimated Horse Pop (5) | % of AML, Horse (3) | Burro AML Low End | Burro AML High End (1) | 2026 Estimated Burro Pop (5) | % of AML, Burro (3) | Most Recent Population Inventory Mo/Year | Last Gather Mo/Year (4) | Most Recent Year @ AML (2) |
| AMARGOSA VALLEY | NV0511 | 8,124 | 8,819 | 0 | 8,124 | 8,819 | 0 | 0 | 0 | | 0 | 0 | 0 | | May-2019 | Oct-1989 | 2026 |
| ANTELOPE (from NV0490 & NV0495) (7) | NV0401 | 0 | 0 | 0 | 327,385 | 399,761 | 150 | 324 | 1,649 | 509% | 0 | 0 | 0 | | Mar-2024 | Aug-2023 | 2012 |
| ANTELOPE VALLEY (from NV0106) | NV0107 | 414,816 | 417,092 | 0 | 496,167 | 504,714 | 155 | 259 | 1,084 | 419% | 0 | 0 | 0 | | Mar-2024 | Aug-2023 | 2005 |
| ASH MEADOWS | NV0509 | 96,448 | 115,143 | 0 | 96,448 | 115,143 | 0 | 0 | 0 | | 0 | 0 | 0 | | May-2018 | Dec-1993 | 2026 |
| AUGUSTA MOUNTAINS | NV0311 | 311,726 | 315,857 | 0 | 176,208 | 177,570 | 185 | 308 | 379 | 123% | 0 | 0 | 0 | | Jun-2024 | Feb-2024 | 2025 |
| BALD MOUNTAIN | NV0603 | 139,693 | 139,875 | 0 | 139,693 | 139,875 | 129 | 215 | 282 | 131% | 0 | 0 | 0 | | Feb-2025 | Dec-2010 | 2023 |
| BLACK ROCK RANGE (original name Black Rock East) (9) | NV0234 | 91,191 | 93,438 | 0 | 185,478 | 183,520 | 112 | 186 | 195 | 105% | 0 | 0 | 0 | | Nov-2023 | Oct-2023 | 2023 |
| BLUE WING MOUNTAINS | NV0217 | 17,854 | 17,854 | 0 | 17,854 | 17,854 | 22 | 36 | 0 | Below Low AML | 17 | 28 | 9 | Below Low AML | Apr-2025 | Jul-2024 | 2026 |
| BUFFALO HILLS | NV0220 | 125,207 | 131,861 | 0 | 125,207 | 131,861 | 188 | 314 | 236 | Within AML | 0 | 0 | 7 | 700% | Jan-2025 | Nov-2024 | 2026 |
| BULLFROG | NV0629 | 146,701 | 157,180 | 0 | 146,701 | 157,180 | 0 | 0 | 21 | 2100% | 55 | 91 | 1,096 | 1204% | Apr-2024 | Oct-2025 | 2014 |
| CALICO MOUNTAINS | NV0222 | 158,086 | 160,831 | 0 | 158,086 | 160,831 | 200 | 333 | 246 | Within AML | 0 | 0 | 0 | | Nov-2023 | Oct-2023 | 2026 |
| CALLAGHAN (from NV0687 & NV0689) (7) | NV0604 | 0 | 0 | 0 | 152,726 | 156,156 | 134 | 237 | 2,538 | 1071% | 0 | 0 | 0 | | Feb-2025 | Jan-2011 | 2012 |
| CLAN ALPINE | NV0310 | 298,064 | 302,226 | 0 | 298,064 | 302,226 | 612 | 979 | 1,224 | 125% | 0 | 0 | 0 | | Mar-2024 | Nov-2023 | 2023 |
| DESATOYA (from NV0688) | NV0606 | 21,699 | 22,399 | 0 | 157,838 | 161,678 | 127 | 180 | 157 | Within AML | 0 | 0 | 0 | | Mar-2024 | Sep-2023 | 2026 |
| DIAMOND (10) | NV0609 | 169,028 | 211,974 | 0 | 145,341 | 166,632 | 91 | 151 | 158 | 105% | 0 | 0 | 0 | | Mar-2024 | Sep-2020 | 2023 |
| DIAMOND HILLS NORTH | NV0104 | 70,531 | 71,534 | 0 | 70,531 | 71,564 | 22 | 37 | 64 | 173% | 0 | 0 | 0 | | Mar-2024 | Sep-2020 | 2013 |
| DIAMOND HILLS SOUTH (original name Railroad Pass) | NV0412 | 20,288 | 20,283 | 0 | 20,082 | 20,082 | 10 | 22 | 200 | 909% | 0 | 0 | 0 | | Mar-2024 | Sep-2020 | 2021 |
| DOGSKIN MOUNTAINS | NV0302 | 6,497 | 6,523 | 0 | 6,497 | 6,523 | 10 | 15 | 83 | 552% | 0 | 0 | 0 | | Jun-2024 | Jan-2012 | 2004 |
| EAGLE (from NV0404 & NV0521) (7) | NV0414 | 0 | 0 | 0 | 655,188 | 660,610 | 100 | 210 | 2,234 | 1064% | 0 | 0 | 0 | | Apr-2025 | Feb-2021 | 2011 |
| EL DORADO MOUNTAINS | NV0501 | 15,120 | 96,224 | 0 | 15,120 | 16,525 | 0 | 0 | 0 | | 0 | 0 | 0 | | Sep-2019 | Sep-2000 | 2026 |
| FISH CREEK (from NV0698) | NV0612 | 246,786 | 250,966 | 0 | 250,244 | 252,771 | 107 | 180 | 127 | Within AML | 0 | 0 | 0 | | Apr-2024 | Jan-2025 | 2026 |
| FISH LAKE VALLEY** (10) | NV0622 | 64,007 | 67,085 | 0 | 64,007 | 67,085 | 32 | 54 | 626 | 1159% | 0 | 0 | 0 | | Apr-2025 | Aug-2013 | 2013 |
| FLANIGAN | NV0301 | 16,319 | 17,147 | 0 | 16,319 | 17,147 | 80 | 124 | 265 | 214% | 0 | 0 | 0 | | Jun-2024 | Jan-2012 | 2013 |
| FORT SAGE (8) | NV0320 | 1,939 | 1,950 | 0 | 1,939 | 1,950 | 29 | 36 | 132 | 368% | 0 | 0 | 0 | | Jun-2024 | Sep-1998 | 2001 |
| FOX-LAKE RANGE | NV0228 | 172,692 | 177,724 | 0 | 172,692 | 177,724 | 122 | 204 | 134 | Within AML | 0 | 0 | 1 | 100% | Mar-2024 | Dec-2011 | 2026 |
| GARFIELD FLAT | NV0313 | 125,420 | 142,716 | 0 | 125,420 | 142,716 | 83 | 125 | 223 | 178% | 0 | 0 | 0 | | Mar-2025 | Feb-2012 | 2014 |
| GOLD BUTTE | NV0502 | 170,354 | 271,772 | 0 | 170,354 | 178,564 | 0 | 0 | 0 | | 22 | 98 | 1,090 | 1112% | Apr-2022 | Mar-2007 | 2007 |
| GOLD MOUNTAIN | NV0628 | 106,522 | 107,633 | 0 | 106,522 | 107,638 | 0 | 0 | 32 | 3200% | 47 | 78 | 45 | Below Low AML | Apr-2024 | Aug-2013 | 2020 |
| GOLDFIELD | NV0626 | 53,391 | 62,794 | 0 | 52,965 | 62,367 | 0 | 0 | 144 | 14400% | 22 | 37 | 200 | 541% | Apr-2025 | Nov-1996 | 1996 |
| GOSHUTE | NV0108 | 290,923 | 303,171 | 0 | 266,045 | 267,277 | 74 | 123 | 969 | 788% | 0 | 0 | 0 | | Mar-2024 | Aug-2023 | 2011 |
| GRANITE PEAK | NV0303 | 3,981 | 4,001 | 0 | 3,981 | 4,001 | 11 | 18 | 21 | 115% | 0 | 0 | 0 | | Jun-2024 | Jan-2012 | 2020 |
| GRANITE RANGE | NV0221 | 92,016 | 103,804 | 0 | 92,016 | 103,804 | 155 | 258 | 205 | Within AML | 0 | 0 | 0 | | Nov-2023 | Oct-2023 | 2026 |
| HICKISON SUMMIT* | NV0610 | 57,275 | 57,275 | 0 | 57,275 | 57,275 | 0 | 0 | 155 | 15500% | 16 | 45 | 147 | 327% | Apr-2024 | | |
| HORSE MOUNTAIN (10) | NV0308 | 49,572 | 49,779 | 0 | 49,572 | 49,779 | 78 | 118 | 0 | Below Low AML | 0 | 0 | 0 | | Nov-2003 | | 2026 |
| HOT CREEK (10) | NV0616 | 81,725 | 82,230 | 0 | 54,238 | 54,671 | 25 | 41 | 0 | Below Low AML | 0 | 0 | 0 | | Sep-2024 | Feb-2006 | 2026 |
| JACKSON MOUNTAINS | NV0208 | 276,634 | 283,775 | 0 | 276,634 | 283,775 | 130 | 217 | 679 | 313% | 0 | 0 | 0 | | Mar-2024 | Sep-2021 | 2007 |
| JOHNNIE** (from NV0527 & NV0508) (7) | NV0510 | 0 | 0 | 0 | 177,237 | 179,368 | 0 | 0 | 545 | 54500% | 65 | 108 | 582 | 539% | Apr-2023 | Jul-2023 | 2007 |
| KAMMA MOUNTAINS | NV0214 | 54,410 | 57,390 | 0 | 54,410 | 57,390 | 46 | 77 | 84 | 109% | 0 | 0 | 0 | | Apr-2025 | Jul-2024 | 2006 |
| LAHONTAN | NV0306 | 6,937 | 9,578 | 0 | 6,937 | 9,578 | 7 | 10 | 704 | 7038% | 0 | 0 | 0 | | Mar-2024 | Nov-2010 | 2004 |
| LAVA BEDS | NV0215 | 232,940 | 233,000 | 0 | 232,940 | 233,000 | 89 | 148 | 51 | Below Low AML | 10 | 16 | 53 | 331% | Apr-2025 | Jul-2024 | 2026 |
| LITTLE FISH LAKE** (10) | NV0614 | 135,698 | 139,341 | 85,007 | 28,122 | 28,744 | 24 | 39 | 210 | 538% | 0 | 0 | 0 | | Sep-2024 | Feb-2015 | 2006 |
| LITTLE HUMBOLDT | NV0102 | 52,367 | 63,916 | 0 | 15,741 | 17,152 | 48 | 80 | 10 | Below Low AML | 0 | 0 | 0 | | Mar-2025 | Jan-2026 | 2026 |
| LITTLE OWYHEE | NV0200 | 452,518 | 460,284 | 0 | 452,518 | 460,284 | 194 | 298 | 413 | 139% | 0 | 0 | 0 | | Mar-2025 | Nov-2021 | 2021 |
| MARIETTA WILD BURRO RANGE | NV0316 | 64,466 | 66,045 | 0 | 64,466 | 66,045 | 0 | 0 | 10 | 1035% | 78 | 104 | 242 | 233% | Mar-2025 | Aug-2024 | 2001 |
| MAVERICK-MEDICINE (from NV0106) | NV0105 | 247,817 | 251,241 | 0 | 318,760 | 323,562 | 166 | 276 | 595 | 216% | 0 | 0 | 0 | | Feb-2025 | Aug-2025 | 2006 |
| MCGEE MOUNTIAN | NV0210 | 41,160 | 41,160 | 0 | 41,160 | 41,160 | 0 | 0 | 0 | | 25 | 41 | 39 | Within AML | Mar-2024 | Mar-2024 | 2026 |
| MONTEZUMA PEAK (10) | NV0625 | 76,437 | 77,876 | 0 | 76,437 | 77,876 | 2 | 4 | 106 | 2650% | 6 | 10 | 618 | 6180% | Apr-2025 | Aug-2020 | 2001 |

HERD AREAS (HAs) - AREAS NOT MANAGED FOR WILD HORSES AND BURROS

| HERD AREA NAME | HA # | A | B | C | D | E | Low AML | High AML | Pop. | % of AML | Out Low | Out High | Out Pop | Out % | Last Gather Mo/Yr | Most Recent Yr @ AML | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTGOMERY PASS* | NV0317 | 84,500 | 87,339 | 30,922 | 49,023 |  | 64 | 81 | 83 | 102% | 0 | 0 | 0 |  | Apr-2024 | Sep-1998 | 2007 |
| MUDDY MOUNTAINS | NV0503 | 77,196 | 187,798 | 0 | 77,196 | 78,705 | 0 | 0 | 19 | 1900% | 0 | 0 | 145 | 14500% | Apr-2022 | Mar-2007 | 2007 |
| NEVADA WILD HORSE RANGE | NV0524 | 0 | 1,301,637 | 0 | 1,301,637 | 1,301,637 | 300 | 500 | 445 | Within AML | 0 | 0 | 0 |  | May-2023 | Dec-2023 | 2026 |
| NEW PASS-RAVENSWOOD (10) | NV0602 | 284,475 | 285,873 | 0 | 284,475 | 285,878 | 340 | 566 | 2,453 | 433% | 0 | 0 | 0 |  | Sep-2023 | Jan-2011 | 2013 |
| NORTH MONITOR* (10) | NV0611 | 11,277 | 11,512 | 0 | 11,277 | 11,512 | 6 | 8 | 87 | 1088% | 0 | 0 | 0 |  | Apr-2024 | Feb-2006 | 2006 |
| NORTH STILLWATER | NV0229 | 176,800 | 178,927 | 0 | 176,800 | 178,927 | 138 | 205 | 438 | 214% | 0 | 0 | 0 |  | Jun-2024 | Feb-2024 | 2011 |
| OWYHEE | NV0101 | 336,233 | 339,103 | 0 | 336,233 | 339,103 | 205 | 231 | 324 | 140% | 0 | 0 | 0 |  | Mar-2025 | Nov-2021 | 2021 |
| PALMETTO | NV0624 | 115,359 | 118,273 | 0 | 115,359 | 118,273 | 46 | 76 | 23 | Below Low AML | 0 | 0 | 0 |  | Apr-2024 | Aug-1996 | 2026 |
| PANCAKE** (from NV0402 & NV0405) (7) | NV0415 | 0 | 0 | 0 | 845,613 | 849,922 | 240 | 493 | 1,285 | 261% | 0 | 0 | 0 |  | Feb-2025 | Aug-2022 | 2022 |
| PAYMASTER (original name Paymaster-Lone Mountain) | NV0621 | 98,810 | 100,590 | 0 | 96,810 | 100,590 | 23 | 38 | 148 | 389% | 0 | 0 | 118 | 11800% | Apr-2025 | Sep-2010 | 2014 |
| PILOT MOUNTAIN (from NV0315 & NV0690) | NV0314 | 129,703 | 130,499 | 0 | 475,440 | 477,133 | 249 | 415 | 730 | 176% | 0 | 0 | 0 |  | Mar-2025 | Jul-2006 | 2012 |
| PINE NUT MOUNTAINS | NV0305 | 183,479 | 251,792 | 0 | 96,391 | 104,316 | 118 | 179 | 300 | 168% | 0 | 0 | 0 |  | Mar-2025 | Jul-2025 | 2011 |
| RED ROCK** (from NV0525)(original name Red Rock-Bird Springs) (7) | NV0504 | 0 | 0 | 0 | 157,443 | 161,969 | 16 | 27 | 39 | 144% | 29 | 49 | 171 | 349% | May-2024 | May-2007 | 2007 |
| REVEILLE (10) | NV0619 | 387,676 | 389,050 | 0 | 104,500 | 105,499 | 82 | 138 | 94 | Within AML | 0 | 0 | 0 |  | Sep-2024 | Jul-2023 | 2026 |
| ROBERTS MOUNTAIN (10) | NV0607 | 221,922 | 225,906 | 0 | 96,321 | 99,988 | 90 | 150 | 400 | 267% | 0 | 0 | 0 |  | Dec-2023 | Nov-2023 | 2024 |
| ROCK CREEK | NV0103 | 144,907 | 183,500 | 0 | 96,185 | 121,434 | 150 | 250 | 173 | Within AML | 0 | 0 | 0 |  | Mar-2025 | Nov-2021 | 2026 |
| ROCKY HILLS (original name North Simpson Park) | NV0605 | 81,435 | 83,988 | 0 | 81,435 | 83,988 | 90 | 143 | 389 | 272% | 0 | 0 | 0 |  | Dec-2023 | Dec-2010 | 2017 |
| SAND SPRINGS WEST | NV0630 | 168,189 | 168,189 | 0 | 152,277 | 152,277 | 29 | 49 | 185 | 378% | 0 | 0 | 0 |  | Mar-2023 | Jan-2022 | 2006 |
| SAULSBURY** | NV0620 | 142,743 | 144,240 | 0 | 134,508 | 135,081 | 24 | 40 | 359 | 898% | 0 | 0 | 2 | 200% | Sep-2024 | Feb-2012 | 2007 |
| SEVEN MILE** (original name Antelope (HA)) (10) | NV0613 | 103,998 | 104,873 | 7,226 | 96,772 | 97,654 | 30 | 50 | 95 | 190% | 0 | 0 | 0 |  | Apr-2024 | Jul-2006 | 2006 |
| SEVEN TROUGHS | NV0216 | 131,413 | 148,884 | 0 | 131,413 | 148,884 | 94 | 156 | 156 | Within AML | 28 | 46 | 53 | 115% | Apr-2025 | Jul-2024 | 2026 |
| SHAWAVE MOUNTAINS II | NV0235 | 102,837 | 107,081 | 0 | 177,204 | 139,552 | 82 | 136 | 173 | 127% | 0 | 0 | 2 | 200% | Apr-2025 | Jul-2024 | 2006 |
| SILVER KING (from NV0410, NV0522, & NV0523) (7) | NV0416 | 0 | 0 | 0 | 574,962 | 575,460 | 60 | 128 | 595 | 465% | 0 | 0 | 0 |  | Mar-2024 | Feb-2021 | 2021 |
| SILVER PEAK (10) | NV0623 | 239,801 | 242,462 | 0 | 235,801 | 242,462 | 0 | 0 | 59 | 5900% | 4 | 6 | 0 | Below Low AML | Apr-2025 | Oct-2006 | 2007 |
| SNOWSTORM MOUNTAINS | NV0201 | 103,802 | 117,109 | 0 | 103,802 | 117,109 | 90 | 140 | 94 | Within AML | 0 | 0 | 0 |  | Mar-2025 | Jan-2026 | 2026 |
| SOUTH SHOSHONE | NV0601 | 147,923 | 150,917 | 0 | 132,401 | 133,093 | 60 | 100 | 2,430 | 2430% | 0 | 0 | 0 |  | Feb-2025 | Jan-2009 | 2008 |
| SOUTH STILLWATER | NV0309 | 9,773 | 9,773 | 0 | 9,773 | 9,773 | 8 | 16 | 30 | 190% | 0 | 0 | 0 |  | Feb-2023 | Aug-2025 | 2021 |
| SPRUCE-PEQUOP | NV0109 | 312,490 | 328,944 | 0 | 234,975 | 240,744 | 49 | 82 | 1,360 | 1659% | 0 | 0 | 0 |  | Mar-2024 | Aug-2025 | 2005 |
| STONE CABIN** (from NV0699) | NV0618 | 281,913 | 285,854 | 0 | 402,567 | 407,706 | 218 | 364 | 880 | 242% | 5 | 8 | 0 | Below Low AML | Sep-2024 | Oct-2021 | 2015 |
| STONEWALL (10) | NV0627 | 23,780 | 23,887 | 0 | 23,780 | 23,887 | 0 | 0 | 9 | 900% | 0 | 0 | 0 |  | Apr-2024 | Aug-1986 | 2001 |
| TOBIN RANGE | NV0231 | 186,654 | 198,236 | 0 | 186,654 | 198,236 | 25 | 42 | 208 | 495% | 0 | 0 | 0 |  | Jun-2024 | Feb-2024 | 2019 |
| TRIPLE B** (from NV0403, NV0407, & NV0406) (7) | NV0417 | 0 | 0 | 0 | 1,230,579 | 1,232,494 | 250 | 518 | 1,481 | 286% | 0 | 0 | 0 |  | Feb-2025 | Nov-2024 | 2013 |
| WARM SPRINGS CANYON | NV0226 | 91,105 | 91,105 | 0 | 91,105 | 91,710 | 105 | 175 | 131 | Within AML | 14 | 24 | 16 | Within AML | Nov-2024 | Oct-2023 | 2026 |
| WASSUK | NV0312 | 51,626 | 51,743 | 0 | 51,626 | 51,743 | 109 | 165 | 144 | Within AML | 0 | 0 | 0 |  | Nov-2012 | Nov-2012 | 2026 |
| WHEELER PASS** (from NV0525) (7) | NV0507 | 0 | 0 | 0 | 273,898 | 275,575 | 47 | 66 | 300 | 455% | 20 | 35 | 452 | 1291% | Apr-2023 | May-2018 | 2008 |
| WHISTLER MOUNTAIN (from NV0698) (7) | NV0608 | 0 | 0 | 0 | 42,660 | 43,245 | 14 | 24 | 24 | 100% | 0 | 0 | 0 |  | Dec-2023 | Jan-2008 | 2014 |
| **TOTAL** |  | 9,717,198 | 11,722,475 | 123,155 | 14,032,947 | 15,668,201 | 7,134 | 11,987 | 33,286 |  | 463 | 824 | 5,086 |  |  |  |  |

1.  High End AML is reported as the maximum number of animals sustainable on a yearlong basis.

2.  Most Recent Year @ AML is the last time AML was achieved on the HMA.

3.  % of AML. If estimated population is above High AML, this value is the estimated population divided by the High AML (as a percentage of High AML.).
'Below Low AML" means that the estimate is below the low AML. "Within AML" means that the estimate is between Low AML and High AML.

4.  Last Gather Mo/Year is based on 10 or more animals removed during the fiscal year.

5.  Population counts include statistically analyzed aerial survey data, aerial survey direct counts, post gather inferences, and prior year's reported populations.

5.  Population counts include statistically analyzed aerial survey data, aerial survey direct counts, post gather inferences, and prior year's reported populations.

5.  Animals listed as Outside Herd Areas are BLM animals outside of a Herd Area. Other animals (estrays, DODs jurisdiction) are not listed in the totals.

7.  HMAs created from other HAs will not have acres in the HA columns.

8.  Fort Sage AML is established in both CA (29) & NV (36); administered by CA.

9.  Never designated -Managed as interim HMAs within Spring Mountain HA.

10.  No low AML was established. Identified Low AML is based on 60% of AML.

11.  There are over 840 estray (state) horses on the Pah Rah HA.

**HERD AREA**

| HERD AREA NAME | Herd Code | BLM Acres | Total Acres | Acres Transferred from BLM | 2026 Estimated Horse Pop (5) | 2026 Estimated Burro Pop (5) | Most Recent Population Inventory Mo/Year | Last Gather Mo/Year (4) |
|---|---|---|---|---|---|---|---|---|
| ANTELOPE RANGE | NV0211 | 82,071 | 131,581 | 0 | 6 | 6 | Apr-2025 | Jul-2024 |
| APPLEWHITE | NV0518 | 30,646 | 30,963 | 0 | 24 | 0 | Apr-2025 | Apr-2024 |
| AUSTIN (into NV0604) | NV0687 | 84,223 | 85,794 | 0 | 0 | 0 | | |
| AUGUSTA MOUNTAINS | NV0311 | 135,263 | 138,287 | 0 | 0 | 0 | Jun-2024 | Feb-2024 |
| BLACK ROCK RANGE WEST | NV0227 | 94,287 | 96,543 | 0 | 0 | 0 | | Dec-2011 |
| BLOODY RUNS | NV0204 | 44,896 | 74,097 | 0 | 0 | 0 | | Oct-1996 |
| BLUE DIAMOND (in NV0525) (9) | NV0505 | Never designated | 0 | 0 | 0 | 0 | | |
| BLUE NOSE PEAK | NV0514 | 84,627 | 84,783 | 0 | 117 | 0 | Apr-2025 | Apr-2024 |
| BUCK-BALD (into NV0417) | NV0403 | 309,106 | 322,003 | 0 | 0 | 0 | | Aug-2006 |
| BUTLER BASIN* | NV0686 | 10,345 | 10,345 | 0 | 480 | 0 | Apr-2024 | Feb-2006 |
| BUTTE (from NV0406; into NV0417) | NV0407 | 0 | 0 | 0 | 0 | 0 | | Aug-2006 |
| CAVE VALLEY (in NV0410) | NV0493 | 76,376 | 76,415 | 0 | 0 | 0 | | |
| CHERRY CREEK (into NV0417) (original name Cherry Creek-Egan) | NV0406 | 472,429 | 481,287 | 0 | 0 | 0 | Nov-2025 | Nov-2024 |
| CLOVER CREEK | NV0517 | 33,187 | 33,420 | 0 | 19 | 0 | Apr-2025 | Apr-2024 |
| CLOVER MOUNTAINS | NV0516 | 172,733 | 173,083 | 0 | 411 | 0 | Apr-2025 | Apr-2024 |
| DEER LODGE CANYON (into NV0414) | NV0521 | 107,988 | 109,753 | 0 | 0 | 0 | | Mar-2007 |
| DELAMAR MOUNTAINS | NV0515 | 184,377 | 185,843 | 0 | 625 | 0 | Apr-2025 | Apr-2024 |
| DOBBIN SUMMIT*** | NV0615 | 19,190 | 19,309 | 0 | 0 | 0 | | |
| DRY LAKE (into NV0416) | NV0410 | 415,017 | 417,957 | 0 | 0 | 0 | | Dec-2006 |
| DUNLAP (into NV0314) | NV0690 | 218,953 | 219,073 | 0 | 0 | 0 | May-2017 | |
| EAST RANGE | NV0225 | 321,328 | 451,904 | 0 | 89 | 0 | Jun-2024 | Feb-2024 |
| EUGENE MOUNTAINS | NV0207 | 49,215 | 86,093 | 0 | 0 | 0 | Apr-2025 | Jul-2024 |
| FORTIFICATION (into NV0404) | NV0496 | 337,176 | 344,655 | 0 | 0 | 0 | | |
| GABBS VALLEY RANGE (into NV314) | NV0315 | 126,784 | 127,562 | 0 | 0 | 0 | | Nov-1987 |
| GOLDEN GATE (into NV0411) | NV0494 | 96,247 | 97,131 | 0 | 0 | 0 | | |
| GOSHUTE (in NV0401) | NV0495 | 93,086 | 93,103 | 0 | 0 | 0 | | |
| GRASS VALLEY (into NV0604) | NV0689 | 68,503 | 70,361 | 0 | 0 | 0 | | |
| HIGHLAND PEAK (into NV0416) | NV0522 | 135,986 | 137,874 | 0 | 0 | 0 | | Sep-2008 |
| HORSE SPRING | NV0307 | 15,302 | 25,695 | 0 | 0 | 0 | | Jul-2000 |
| HOT SPRINGS MOUNTAINS | NV0203 | 47,873 | 68,179 | 0 | 0 | 0 | | |
| HUMBOLDT | NV0224 | 219,075 | 431,545 | 0 | 226 | 0 | Jun-2024 | Feb-2024 |
| IONE | NV0691 | 168,445 | 168,974 | 0 | 0 | 0 | | |
| JAKES WASH*** | NV0408 | 153,662 | 153,662 | 3,468 | 112 | 0 | Mar-2023 | Jan-2022 |
| KOBEH VALLEY (into NV0608 & NV0612) | NV0698 | 91,084 | 93,613 | 0 | 0 | 0 | Dec-2023 | Oct-2023 |
| KRUM HILLS | NV0206 | 38,107 | 64,192 | 0 | 0 | 0 | | Dec-1985 |
| LAST CHANCE (into NV0510) | NV0527 | 138,036 | 161,986 | 3,687 | 0 | 0 | | |
| LITTLE MOUNTAIN | NV0519 | 53,088 | 53,253 | 0 | 69 | 0 | Apr-2025 | Apr-2024 |
| LOWER PARADISE VALLEY | NV0233 | 16,130 | 44,896 | 0 | 0 | 0 | | |
| LUCKY STRIKE (in NV0525) (9) | NV0526 | Never designated | 0 | 0 | 0 | 0 | | |
| MAVRICK-BUTTE (into NV0403) | NV0491 | 513,667 | 517,007 | 0 | 0 | 0 | | |
| MEADOW VALLEY MOUNTAINS | NV0513 | 95,975 | 97,443 | 0 | 143 | 0 | Apr-2025 | Dec-2020 |
| MILLER FLAT | NV0520 | 91,756 | 92,124 | 0 | 96 | 0 | Apr-2025 | Apr-2024 |
| MONTE CRISTO (into NV0415) | NV0402 | 372,780 | 378,570 | 0 | 0 | 0 | | Jan-2006 |
| MORIAH*** | NV0413 | 43,370 | 43,405 | 0 | 608 | 0 | Mar-2024 | Oct-2023 |
| MORMON MOUNTAINS | NV0512 | 136,793 | 136,987 | 0 | 0 | 0 | Mar-2022 | Jan-1998 |
| MOUNT AIRY | NV0695 | 64,812 | 67,575 | 0 | 74 | 0 | Sep-2023 | Feb-2011 |
| MOUNT POTOSI (in NV0525) (9) | NV0506 | Never designated | | 0 | 0 | 0 | | |
| MOUNT STERLING (into NV0510) | NV0508 | 79,336 | 80,679 | 33,806 | 0 | 0 | | Mar-1999 |
| MURPHYS WASH | NV0452 | 98,120 | 175,926 | 0 | 0 | 0 | | |
| NIGHTENGALE MOUNTAINS | NV0219 | 74,367 | 76,439 | 0 | 0 | 0 | Oct-2019 | Nov-2005 |

| Name | HMA # | BLM Acres | HERD AREA Total Acres | Acres Transferred from BLM | Horse High End AML (1) | Burro High End AML (1) | Date (1) | Date (2) |
|---|---|---|---|---|---|---|---|---|
| NORTH CHERRY CREEK (in NV0105 & NV0107) | NV0106 | 152,294 | 158,161 | 0 | 0 | 0 | | Dec-1996 |
| NORTH SHOSHONE | NV0697 | 103,937 | 175,130 | 0 | 0 | 0 | Feb-2025 | |
| OSGOOD MOUNTAINS | NV0202 | 83,997 | 142,122 | 0 | 0 | 0 | Jun-2021 | Oct-2018 |
| OUTSIDE OF HERD AREAS (6) | NV000Z | | | | 0 | 0 | | Sep-2016 |
| PAH RAH MOUNTAINS (11) | NV0304 | 11,067 | 23,522 | 0 | 0 | 0 | | Aug-1985 |
| PARK MOUNTAIN | NV0694 | 34,010 | 34,065 | 6,623 | 172 | 0 | Apr-2018 | |
| PATTERSON-EAGLE (into NV0404) | NV0492 | 332,059 | 342,499 | 0 | 0 | 0 | | |
| POWELL MOUNTAIN* | NV0318 | 27,248 | 30,423 | 27,248 | 0 | 0 | | |
| QUINN*** | NV0696 | 103,960 | 105,703 | 0 | 0 | 0 | | |
| RATTLESNAKE (into NV0416) | NV0523 | 71,432 | 71,432 | 0 | 0 | 0 | | |
| SAND SPRINGS EAST (into NV0415) | NV0405 | 480,437 | 480,983 | 0 | 0 | 0 | | Jan-2006 |
| SCHELL CREEK (into NV0401) | NV0490 | 299,432 | 306,653 | 0 | 0 | 0 | | |
| SEAMAN RANGE | NV0411 | 263,105 | 264,104 | 0 | 35 | 0 | Mar-2024 | Dec-2019 |
| SELENITE RANGE | NV0212 | 123,496 | 125,306 | 0 | 26 | 30 | Apr-2025 | Jul-2024 |
| SLUMBERING HILLS | NV0205 | 46,055 | 46,455 | 0 | 0 | 0 | | |
| SMITH CREEK (into NV0606) | NV0688 | 136,139 | 139,279 | 0 | 0 | 0 | | |
| SONOMA RANGE | NV0223 | 150,095 | 212,587 | 0 | 0 | 0 | Jun-2024 | Feb-2024 |
| SOUTH PANCAKE | NV0692 | 75,109 | 75,109 | 0 | 0 | 0 | | |
| SOUTH SLUMBERING HILLS | NV0230 | 21,341 | 30,096 | 0 | 0 | 0 | | Dec-1985 |
| SPRING MOUNTAIN (in NV0504 & NV0507) | NV0525 | 773,583 | 795,515 | 217,497 | 0 | 0 | | |
| TOANO | NV0110 | 43,811 | 67,680 | 0 | 0 | 0 | | Oct-1993 |
| TRINITY RANGE | NV0232 | 105,621 | 161,456 | 0 | 3 | 10 | Apr-2025 | Jul-2024 |
| TRUCKEE RANGE | NV0213 | 91,974 | 171,213 | 0 | 16 | 14 | Apr-2025 | Jul-2024 |
| TULE RIDGE/MAHOGANY FLAT | NV0319 | 4,160 | 4,404 | 0 | 0 | 0 | | |
| UPPER HOT CREEK | NV0693 | 92,200 | 93,262 | 21,952 | 232 | 0 | Apr-2017 | |
| WHITE RIVER | NV0409 | 118,627 | 118,627 | 0 | 187 | 0 | Mar-2024 | Dec-2019 |
| WILLOW CREEK (in NV0618) | NV0699 | 98,252 | 99,246 | 0 | 0 | 0 | Jan-2023 | |
| WILSON CREEK (from into NV0414) | NV0404 | 0 | 0 | 0 | 0 | 0 | | Feb-2007 |
| MONITOR (All claimed - not mapped) | NV0617 | | | | 370 | 0 | Sep-2022 | Feb-2006 |
| TOTAL | | 10,061,006 | 11,306,436 | 314,281 | 4,140 | 60 | | |

### HERD AREA / HERD MANAGEMENT AREA

| | | HERD AREA | | HERD MANAGEMENT AREA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | BLM Acres | Total Acres | Acres Transferred from BLM | BLM Acres | Total Acres | Horse High End AML (1) | Estimated Horse Pop (5) | Burro High End AML (1) | Estimated Burro Pop (5) |
| NEVADA SUMMARY | 19,778,204 | 23,028,911 | 437,436 | 14,032,947 | 15,668,201 | 11,987 | 37,426 | 824 | 5,146 |

**NEVADA SUMMARY**

| | |
|---|---|
| # of HMAs where WH&B AML is Established: | 83 |
| # of HMAs where WH&B AML is Estimated: | 0 |
| # of HMAs at AML: | 20 |
| # of HMAs with Zero AML: | 4 |

\* Only BLM acres displayed/Managed by USFS.     5

\*\* Only BLM acres displayed/Managed by BLM.     10

\*\*\* Only BLM acres displayed/Not managed.     4

# WILD HORSE AND BURRO HERD AREAS AND HERD MANAGEMENT AREAS ADMINISTRATED BY BLM

**as of March 1, 2026**

**SUMMARY OF BLM ACRES**

| | |
|---|---|
| BLM HMA ACRES | 25,572,687 |
| BLM HA ACRES | 43,547,736 |

**SUMMARY OF MANAGEMENT STATUS**

| | Total HMAs | Total HAs | HMAs at AML |
|---|---|---|---|
| ARIZONA | 7 | 11 | 0 |
| CALIFORNIA | 21 | 38 | 4 |
| COLORADO | 4 | 8 | 2 |
| IDAHO | 6 | 9 | 4 |
| MONTANA | 1 | 7 | 0 |
| NEVADA | 83 | 161 | 20 |
| NEW MEXICO | 2 | 4 | 0 |
| OREGON | 18 | 38 | 5 |
| UTAH | 19 | 29 | 2 |
| WYOMING | 14 | 46 | 6 |
| **TOTAL** | 175 | 351 | 43 |

**SUMMARY OF ANIMAL POPULATIONS**

| | Horse High End AML | Estimated Horse Pop | Burro High End AML | Estimated Burro Pop |
|---|---|---|---|---|
| BLM WH&B TOTAL | 22,673 | 61,523 | 2,919 | 23,943 |

| | |
|---|---|
| FY 2026 BLM WH&B POPULATION | 85,466 |
| BLM WH&B APPROPRIATE MANAGEMENT LEVEL | 25,592 |
| FY 2026 BLM EXCESS WH&B | 59,874 |

# Declaration of Aimee Bolinger Exhibit 5

# M E M O R A N D U M

To:     Aimee Bolinger (BLM)
CC:     Ruth Thompson, Paul Griffin, Hollè Waddell (BLM)
From:   Michelle Crabb (BLM) WHB Program Population Biologist
Date:   06/03/2025
RE:     Statistical analysis for 2025 survey of horse abundance in Bald Mountain, Callaghan, and South Shoshone Herd Management Areas, NV

**Summary Table**

| Survey Areas and Dates | Start date | End date | Area name | Area ID |
|---|---|---|---|---|
| | 2/22/2025 | 2/22/2025 | Hickison Summit HMA (north portion only) | NV0610 |
| | 2/22/2025 | 2/23/2025 | Bald Mountain HMA | NV0603 |
| | 2/23/2025 | 2/24/2025 | Callaghan HMA | NV0604 |
| | 2/24/2025 | 2/26/2025 | South Shoshone HMA | NV0601 |
| Survey Type | Simultaneous double-observer | | | |
| Aviation Details | Pilot: Bryan Ostlund, Air Shasta, Helicopter: 407, #N484AS | | | |
| Agency Personnel | Observers: Aimee Bolinger, Shawna Richardson, Michelle Crabb (BLM) Helicopter manager: Shannon Myers (BLM) | | | |

**Summary Narrative**

In February 2025 the Bureau of Land Management (BLM) personnel conducted simultaneous double-observer aerial surveys of the wild horse abundance in Bald Mountain, Callaghan, Hickison (North section only), and South Shoshone Herd Management Areas (HMAs), NV (Figure 1). Surveys were conducted using methods recommended by BLM policy (BLM 2010) and the National Academy of Sciences (NRC 2013) with detailed methods described in Griffin et al. (2020). Data were analyzed using methods in Ekernas and Lubow (2019) to estimate sighting probabilities for horses, with sighting probabilities then used to correct the raw counts for systematic biases (undercounts) that are known to occur in aerial surveys (Lubow and Ransom 2016), and to provide confidence intervals (which are measures of uncertainty) associated with the abundance estimates. Estimated wild horse abundance in each area is listed in Table 1, below.

CAL_05749

**Table 1.** Estimated abundance (Estimate No. Horses) is for the number of horses in the surveyed areas at the time of survey. 90% confidence intervals are shown in terms of the lower limit (LCL) and upper limit (UCL). The coefficient of variation (CV) is a measure of precision; it is the standard error as a percentage of the estimated population. Number of horses seen (No. Horses Seen) leads to the estimated percentage of horses that were present in the surveyed area, but that were not recorded by any observer (Estimated % Missed). The estimated number of horses associated with each HMA but located outside the HMA boundaries (Est. No. Horses Outside HMA) is already included in the total estimate for that HMA.

| Area | Age Class | Estimated No. Horses | LCL[a] | UCL | Std Err | CV | No. Horses Seen | Estimated % Missed | Estimated No. Groups | Estimated Group Size | Foals Per 100 Adults[b] | Est. No. Horses Outside HMA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bald Mountain HMA | Total | 253 | 226 | 381 | 48.9 | 19.3% | 197 | 22.1% | 55 | 4.6 | 2.8 | 40 |
|  | Foals | 7 | 5 | 11 | 2.9 | 40.9% | 5 |  |  |  |  |  |
|  | Adults | 246 | 218 | 377 | 49.1 | 20.0% | 192 |  |  |  |  |  |
| Callaghan HMA | Total | 2,217 | 1,924 | 3,402 | 476.2 | 21.5% | 1,554 | 29.9% | 331 | 6.7 | 0.5 | 749 |
|  | Foals | 10 | 10 | 11 | 0.7 | 6.8% | 10 |  |  |  |  |  |
|  | Adults | 2,207 | 1,915 | 3,391 | 476.2 | 21.6% | 1,544 |  |  |  |  |  |
| Hickison Summit HMA (north portion only) | Total | 12 | 11 | 15 | 1.9 | 15.8% | 11 | 8.3% | 3 | 4 | 9.1 | 0 |
|  | Foals | 1 | 1 | 1 | 0 | 0.7% | 1 |  |  |  |  |  |
|  | Adults | 11 | 10 | 14 | 1.9 | 17.3% | 10 |  |  |  |  |  |
| South Shoshone HMA | Total | 2,060 | 2,000 | 2,405 | 159.4 | 7.7% | 1,792 | 13.0% | 185 | 11.1 | 1.7 | 744 |
|  | Foals | 35 | 28 | 50 | 7.1 | 20.3% | 28 |  |  |  |  |  |
|  | Adults | 2,025 | 1,964 | 2,366 | 154.7 | 7.6% | 1,764 |  |  |  |  |  |
| Survey Total | Total | 4,542 | 4,184 | 6,675 | 840.9 | 18.5% | 3,554 | 21.8% | 574 | 7.9 | 1.2 | 1,533 |
|  | Foals | 53 | 45 | 82 | 14.0 | 26.5% | 44 |  |  |  |  |  |
|  | Adults | 4,489 | 4,136 | 6,612 | 829.5 | 18.5% | 3,510 |  |  |  |  |  |

[a] The lower 90% confidence limit is based on bootstrap simulation results or the number of horses seen, whichever is higher.
[b] The estimated ratio of Foals to adults reflects what was observed during this February survey and does not represent the full cohort of foals for this year.

**CAL_05750**

**Abundance Results**

The estimated total horse abundance within the surveyed areas is reported in Table 1. Observers recorded 430 horse groups, of which 327 horse groups had data recorded properly 'on protocol' and that could be used to compute statistical estimates of sighting probability. Of the 430 groups seen, 416 observations were used to calculate the abundance estimates. Any horse groups that were seen on two separate occasions (i.e., double counted), or that were identified as domestic and privately owned, were not used to calculate abundance; however, such groups can be used to parameterize sighting probability if they were recorded on protocol. Coefficient of variation (Table 1) values of less than 10% indicate high precision resulting from high detection probabilities; values between 10-20% indicate medium precision resulting from lower detection probabilities; and values greater than 20% indicate low precision resulting from very low detection probabilities.

The mean estimated size of detected horse groups, after correcting for missed groups, was 7.9 horses/group across the surveyed area, with a median of 6.0 horses/group. There were an estimated 1.2 foals per 100 adult horses at the time of these surveys (Table 1). Surveys flown before July are unlikely to include all foals born this year, while surveys flown during or after July would not include foals that were born this year but died before the survey.

**Sighting Probability Results**

The combined front saw 81.7% of the horse groups (84.8% of the horses) seen by any observer, whereas the back seat observers saw 68.8% of all horse groups (72.6% of horses) seen (Table 2). At least one observer (front or back) missed 49.5% of horse groups seen by the other. These results demonstrate that simple raw counts do not fully reflect the true abundance without statistical corrections for missed groups, made possible by the double observer method and reported here. Direct counts from aerial surveys underestimate true abundance because some animals are missed by all observers; this analysis corrects for that bias (Lubow and Ransom 2016). The analysis method used for the surveyed areas was based on simultaneous double-observer data collected during these surveys.

The sample size of observations following protocol was 327 horse groups. Survey datasets with sample sizes of 41-100 groups are moderate and can estimate effects of many but likely not all potential sightability covariates; and sample sizes >100 groups are large and can account for most sightability covariates.

All models used in the double-observer analysis contained an estimated intercept common to all observers. Informed by *a priori* reasoning and preliminary analyses showing overwhelming support, I also included additional parameters in all models for effect of: (1) distance of horses from the flight path; (2) simple background; (3); complex background; (4) observations by front-seat observer on the pilot's side; (5) backseat observers; (6) individual backseat observers. I evaluated 3 possible effects on sighting probability by fitting models for all possible combinations with and without the following additional effects, resulting in 8 alternative models. The 3 effects examined were: (1) horse group size; (2) high lighting conditions; and (3) group

CAL_05751

activity. During preliminary analyses, tree vegetation composition, percent vegetation cover, and percent vegetation cover plus percent vegetation cover squared had weak support and opposite directionality from expected and were removed. I did not consider effects on detection probability of ruggedness or snow due to insufficient variation in the values of these covariates. Covariates and their relative effect on sighting probability are shown in Table 3.

There was moderate support for an effect of group size (52.9% of AICc model weight), and weak support for the effect of group activity (26.1%), and high lighting conditions (26.0%). As expected, visibility was higher for horse groups that were larger, moving, and on a simple background, and lower for groups further from the transect, on a complex background. (Table 3). visibility was lower for groups in high lighting conditions, although the effort was small.

Groups that were recorded on the centerline, directly under the aircraft, were not available to backseat observers. For these groups, backseat observers' sighting probability was therefore set to 0. Sighting probability for groups visible on both sides of the aircraft was computed based on the assumption that both backseat observers could have independently seen them, thereby increasing total detection probability for these groups relative to groups available to only one side of the helicopter.

Estimated overall sighting probabilities, $\hat{p}$, for the combined observers ranged across horse from 0.12-1.00. Sighting probability was <0.9 for 151 (35%), <0.8 for 88 (20%), <0.7 for 66 (15%), and <0.5 for 49 (11%) of observed groups. In aggregate across all observed groups, the overall "correction factor" that was added on to the total number of wild horses *seen* was 27.8%. That is to say: 3,554 horses were seen, and adding another 27.8% of that number seen equals the total estimate of 4,542 horses (Table 1). A different but mathematically equivalent interpretation is listed in Table 1 in the "Estimated % Missed" column, which shows that, overall, 28.1% of the horses that were estimated to be present during the survey were *never seen* by any of the observers (Table 1).

**Assumptions and Caveats**

Results from this double observer analysis are a conservative estimate of abundance. True abundance values are likely to be higher, not lower, than abundance estimates in Table 1 because of several potential sources of bias listed below. Results should always be interpreted with a clear understanding of the assumptions and implications.

1. The results obtained from these surveys are estimates of the horses present in the surveyed area at the time of the survey and should not be used to make inferences beyond this context. Abundance values reported here may vary from the annual March 1 population estimates for the HMA; aerial survey data are just one component of all the available information that BLM uses to make March 1 population estimates. Aerial surveys only provide information about the area surveyed at the time of the survey, and do not account for births, deaths, movements, or any management removals that may have taken place afterwards.

2. Simultaneous double-observer analyses cannot account for undocumented animal movement between, within, or outside of the surveyed area. Fences and topographic barriers can provide

CAL_05752

deterrents to animal movement, but even these barriers may not present continuous, unbroken, or impenetrable barriers. It is possible that the surveys did not extend as far beyond a boundary as horses might move. Consequently, there is the possibility that temporary emigration from the surveyed area may have contributed to some animals that are normally resident having not being present at the time of survey. In principle, if the level of such movement were high, then the number of animals found within the survey area at another time could differ substantially. If there were any wild horses that are part of a local herd but were outside the surveyed areas, then Table 1 underestimates true abundance.

3. The validity of the analysis rests on the assumption that all groups of animals are flown over once during a survey period, and thus have exactly one chance to be counted by the front and back seat observers, or that groups flown over more than once are identified and considered only once in the analysis. Animal movements during a survey can potentially bias results if those movements result in unintentional over- or under-counting of horses. Groups counted more than once would constitute 'double counting,' which would lead to estimates that are biased higher than the true number of groups present. Groups that were never available to be seen (for example due to temporary emigration out of the study area or undetected movement from an unsurveyed area to an already-surveyed area) can lead to estimates that are negatively biased compared to the true abundance.

Survey SOPs (Griffin et al. 2020) call for observers to identify and record 'marker' animals (with unusual coloration) on paper, and variation in group sizes helps reduce the risk of double counting during aerial surveys. Observers are also to take photographs of many observed groups and use those photos after landing to identify any groups that might have been inadvertently recorded twice. Unfortunately, there is no effective way to correct for the converse problem of horses fleeing and thus never having the opportunity for being detected. Because observers can account for horse movements leading to double counting, but cannot account for movement causing horses to never be observed, animal movements can contribute to the estimated abundance (Table 1) potentially being lower than true abundance.

4. The simultaneous double-observer method assumes that all horse groups with identical sighting covariate values have equal sighting probability. If there is additional variability in sighting probability not accounted for in the sighting models, such heterogeneity could lead to a negative bias (underestimate) of abundance. In other words, under most conditions the double-observer method underestimates abundance.

5. The analysis assumes that the number of animals in each group is counted accurately. Standard Operating Procedures (Griffin et al. 2020) specify that all groups with more than 20 animals are photographed and photos scrutinized after the flight to correct counts. Smaller groups, particularly ones with poor sighting conditions such as heavy tree cover, could also be undercounted. Any such undercounting would lead to biased estimates of abundance.

CAL_05753

**Evaluation of Survey and Recommendations**

It appears that survey protocols were followed well and with enough consistency among HMAs/HAs to enable useful pooling of data for more precise estimates of sighting probability. The number of crew members was limited given the length of the survey, which is commendable, and helpful for obtaining precise estimates. Observers appear to have been well trained and visibility conditions were very good to excellent for the five survey days. The observer with lowest estimated detection probabilities may be able to increase those by eliminating reference to paper maps in flight and maximizing attention to the search process. Flight speeds were reasonable throughout the survey.

The survey (Figure 1) covered all parts of the Bald Mountain, Callaghan, and South Shoshone HMAs and the northern part of Hickison Summit HMA, NV Areas outside the HMA boundaries particularly around Callaghan HMA were also surveyed. Even where the survey covered areas outside of the HMAs/HAs, horses were sometimes observed at the edge of the extended survey area. There are no obvious natural deterrents to horse movements that would contain them within the boundaries of the surveyed area, fencing in the area may provide restriction to movement, although fencing, where present, is not an impenetrable barrier to horse movement. Consequently, it is difficult to be sure there were no additional horses outside of the HMAs, and HAs in areas not surveyed, and results should be understood to represent the horses present only in the areas surveyed, which may not represent all horses that occasionally occupy the area. Careful consideration should always be given to where horses were located near the edge of the areas surveyed when planning whether to extend the survey area further in future surveys to ensure covering all areas potentially occupied by horses associated with the areas, or to confirm that the current survey boundaries do cover the full extent of horses' range in this area.

**Table 2**. Tally of raw counts of horses and horse groups by observer (front, back, and both) for the Bald Mountain, Callaghan, and South Shoshone HMAs, and the northern part of Hickison Summit HMA NV, surveyed in February 2025.

| Observer | Groups seen[a] (raw count) | Horses seen[a] (raw count) | Actual sighting rate[b] (groups) | Actual sighting rate[b] (horses) |
|---|---|---|---|---|
| Front | 267 | 2,065 | 81.7% | 84.8% |
| Back | 225 | 1,768 | 68.8% | 72.6% |
| Both | 165 | 1,399 | 50.5% | 57.5% |
| Combined | 327 | 2,434 | | |

[a] Includes only groups and horses where protocol was followed.
[b] Percentage of all groups seen that were seen by each observer.

CAL_05754

**Table 3**. Effect of observers and sighting condition covariates on estimated sighting probability of horse groups for both front and rear observers during the February 2025 survey of the Bald Mountain, Callaghan, and South Shoshone HMAs, and the northern part of Hickison Summit HMA, NV. Baseline case (bold) for horses presents the predicted sighting probability for a group of 6 horses (the median group size observed), that are <1/4 mile from the transect, not in high light, not moving, on a moderate background, not on the pilot side, and with the average back-seat observer. Other example cases vary a covariate or observer, one effect at time, as indicated in the left-most column, to illustrate the relative magnitude of each effect. Sighting probabilities for each row should be compared to the baseline (first row) to see the effect of the change in each observer or condition. Baseline values are shown in bold wherever they occur. Sighting probabilities are weighted averages across all 8 models considered (Burnham and Anderson 2002).

| | Sighting probability | | |
| --- | --- | --- | --- |
| | Front Observer[a] | Back Observer[b] | Combined Observers |
| Baseline | **84.2%** | **75.2%** | 96.1% |
| Effect of Group size (N=1) | 83.5% | 74.1% | 95.7% |
| Effect of Group size (N=10) | 84.8% | 76.0% | 96.4% |
| Effect of Distance = 0.375 | 76.6% | 64.9% | 91.8% |
| Effect of High Light | 84.1% | 75.0% | 96.0% |
| Effect of Moving | 84.4% | 75.4% | 96.2% |
| Effect of Simple Background | 94.3% | 90.4% | 99.5% |
| Effect of Complex Background | 35.1% | 23.5% | 50.4% |
| Effect of Front Pilot Side | 62.0% | **75.2%** | 90.6% |
| Effect of Back Observer SR | **84.2%** | 52.5% | 92.5% |
| Effect of Back=Front | **84.2%** | 84.2% | 97.5% |

[a] Sighting probability for the front observers acting as a team, regardless of which of the front observers saw the horses first.
[b] Sighting probabilities for back observers for horse groups that are potentially visible on the same side of the aircraft as the observer. Sighting probability in the back is 0 for groups on the opposite side or centerline.

CAL_05755

**Literature Cited**

Bureau of Land Management. 2010. Wild horse and burro population inventory and estimation: Bureau of Land Management Instructional Memorandum No. 2010-057. 4 p.

Burnham, K., and D. R. Anderson. 2002. Model Selection and Multimodel Inference: A Practical Information-Theoretic Approach. Springer-Verlag, New York, New York.

Crabb, M. 2023. Statistical analysis for 2023 wild horse survey in Eagle, Mount Elinore, and Chokecherry HMAs, NV/UT. BLM HQ-260 internal survey analysis memo.

Ekernas, L. S., and B. C. Lubow. 2019. R script to analyze wild horse and burro double-observer aerial surveys. USGS Software Release.

Griffin, P. C., L.S. Ekernas, K.A. Schoenecker, and B. C. Lubow. 2020. Standard Operating Procedures for wild horse and burro double-observer aerial surveys. U.S. Geological Survey Techniques and Methods, book 2, chap. A16, 76 p., https://doi.org/10.3133/tm2A16.

Lubow, B. C., and J. I. Ransom. 2016. Practical bias correction in aerial surveys of large mammals: validation of hybrid double-observer with sightability method against known abundance of feral horse (Equus caballus) populations. PLoS-ONE 11(5):e0154902. doi:10.1371/journal.pone.0154902.

National Research Council. 2013. Using Science to Improve the BLM Wild Horse and Burro Program. The National Academies Press. Washington, D.C.

CAL_05756

**Figure 1**. Map of 2025 Bald Mountain, Callaghan, and South Shoshone HMAs and the northern part of Hickison Summit HMA, survey tracks flown (black lines), approximate locations of observed horse groups (black and white circles), HMA boundaries (blue), HA boundaries (purple), and fence lines (light green).



CAL_05757

# Declaration of Aimee Bolinger Exhibit 6

# U.S. Drought Monitor
## Nevada

## June 9, 2026
### *(Released Thursday, Jun. 11, 2026)*
### Valid 8 a.m. EDT



*Drought Conditions (Percent Area)*

|  | None | D0-D4 | D1-D4 | D2-D4 | D3-D4 | D4 |
|---|---|---|---|---|---|---|
| **Current** | 0.00 | 100.00 | 80.72 | 43.47 | 15.03 | 1.82 |
| **Last Week** *06-02-2026* | 0.00 | 100.00 | 80.72 | 43.47 | 15.03 | 1.82 |
| **3 Months Ago** *03-10-2026* | 26.07 | 73.93 | 26.63 | 2.09 | 0.00 | 0.00 |
| **Start of Calendar Year** *01-06-2026* | 58.52 | 41.48 | 23.33 | 2.77 | 0.24 | 0.00 |
| **Start of Water Year** *09-30-2025* | 3.41 | 96.59 | 78.44 | 44.48 | 8.30 | 0.00 |
| **One Year Ago** *06-10-2025* | 31.45 | 68.55 | 47.58 | 33.84 | 10.29 | 0.00 |

### *Intensity:*

| | None | | D2 Severe Drought |
| --- | --- | --- | --- |
| | D0 Abnormally Dry | | D3 Extreme Drought |
| | D1 Moderate Drought | | D4 Exceptional Drought |

*The Drought Monitor focuses on broad-scale conditions.*
*Local conditions may vary. For more information on the*
*Drought Monitor, go to https://droughtmonitor.unl.edu/About.aspx*

### *Author:*
Brian Fuchs
National Drought Mitigation Center






## droughtmonitor.unl.edu

# Declaration of Aimee Bolinger Exhibit 7



# Declaration of Aimee Bolinger
# Exhibit 8

Outlook

**RE: [EXTERNAL] Emergency water situation on Shoshone**

**From** Ault, Samuel D <sault@blm.gov>

**Date** Mon 5/11/2026 12:39 PM

**To** tmadams7263@yahoo.com <tmadams7263@yahoo.com>

**Cc** Noyes, Benjamin F <bnoyes@blm.gov>; Bogue, Janell M <janell.bogue@sol.doi.gov>; Peppers, Rachelle V <rpeppers@blm.gov>; Bolinger, Aimee L <abolinger@blm.gov>

Ms. Adams,

Thank you for bringing this to our attention. We will send someone out to assess the situation.

Samuel Ault
Acting Field Manager
Mount Lewis Field Office
(775) 635-4058

**From:** Tammi Adams <tmadams7263@yahoo.com>
**Sent:** Friday, May 8, 2026 9:14 PM
**To:** Ault, Samuel D <sault@blm.gov>
**Subject:** [EXTERNAL] Emergency water situation on Shoshone

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hello Mr Ault,

Tammi Adams here. We spoke last year about this time regarding the Shoshone herds, and I am reaching out again regarding the dire water situation on the Shoshone HMA.

I have been out on the range several times this week and last night noticed that the horses were congregating around the only water source they should have available to them right now, especially considering this terrible drought we are experiencing.

Their only water source this year is the one that was a silver tank, with a tire in it I think, and it is not functioning. No water whatsoever.  We have photos of the foals that are being beaten up in the foray for water.

Today I saw the same situation going on and it was this morning.

The entrance road is just south of the gravel road to the mine on the east side. It's just one entrance south of the Mt Spring Mine's road, you know the one.. the MiSWACO, run by Schlumberger.


This is an emergency situation and please see that it is addressed tomorrow, Saturday. Newborn foals are being brutally kicked and bit. This is exactly the kind of management planning that should have been addressed in their HMAP, which it was not.

We need to get water hauled out there ASAP especially considering the weather this weekend...and if necessary, Wild Horse Education will pay for it.

Please let me know what is to be done,  This needs to be done before the roundup, PLEASE I BEG YOU.

Thank you,

Tammi Adams, WHE
763-242-2125
Yahoo Mail: Search, Organize, Conquer

# Declaration of Aimee Bolinger Exhibit 9

Journal of Equine Veterinary Science 86 (2020) 102893



Contents lists available at ScienceDirect

# Journal of Equine Veterinary Science

journal homepage: www.j-evs.com



Original Research

# Mortality and Operational Attributes Relative to Feral Horse and Burro Capture Techniques Based on Publicly Available Data From 2010-2019



## John Derek Scasta[*]

*Department of Ecosystem Science and Management, University of Wyoming, Laramie, WY*

### ARTICLE INFO

*Article history:*
Received 11 September 2019
Received in revised form
26 November 2019
Accepted 15 December 2019
Available online 20 December 2019

*Keywords:*
Ethics
Donkey
Free-roaming
Injury
Welfare

### ABSTRACT

Management of excessive feral horse (*Equus ferus caballus*) and burro (*Equus asinus*) populations in the United States and globally has been a controversial subject for decades. I reviewed all available US federal feral horse and burro daily gather reports from 2010 to 2019 to extract equine species, technique (bait trapping or helicopter gathering), reason (emergency or other), number gathered, number of mortalities, and mortality attributes (acute or chronic/pre-existing condition, specific cause). I found 70 reports (bait trapping burros n = 10, bait trapping horses n = 24, helicopter gathering horses n = 21) from 9 states (AZ, CA, CO, ID, MT, NV, OR, UT, WY) representing 28,821 horses and 2,005 burros. For bait trapping, 100 animals died (4 burros, 96 horses) with 16 acute causes (1 burro, 15 horses) and 84 chronic/pre-existing causes (3 burros, 81 horses). For helicopter gathering, 268 horses died with 62 acute causes and 206 chronic/pre-existing causes. Mortality ratios did not differ by capture technique (*P* > .05) for broken necks, emaciation, acute causes, or chronic/pre-existing causes. The most common mortality-causing problems were structural deformations, club foot, blindness, and emaciation. The more horses gathered per day resulted in a greater proportion of chronic/pre-existing mortalities for both trapping techniques, but only an increase of acute mortalities for helicopter gathering. The slope suggests 1 acute mortality for every 300 horses gathered. The capture mortality rate across all gathers [1.1% (368 mortalities out of 30,826 horses and burros captured)] is below a general threshold of 2% suggested for wildlife studies.

© 2020 Elsevier Inc. All rights reserved.

## 1. Introduction

Management of excessive feral horses (*Equus ferus caballus*) and burros (*Equus asinus*) in the United States has been a controversial and costly subject for many decades [1]. Population growth of these two equine species has been increasing dramatically over the last ten years with the current on-range population estimates of 88,090 animals (71,892 horses and 16,198 burros) which is greater than the federally mandated appropriate management level of 26,690 total horses and burros by a factor of >3× [2,3]. A common approach to feral horse and burro population management is gathering and removing horses from rangelands which is guided by the 1971 Wild Free-Roaming Horse and Burro Act (WFRHBA) [4] and subsequent amendments including in the 1976 Federal Land and Policy Management Act [5] and 1978 Public Rangelands Improvement Act [6]. Many of the feral horses and burros in the United States reside on public rangelands administered by the Bureau of Land Management (BLM) within the Department of the Interior; however, >46,000 horses and burros reside in "off-range" temporary holding and >90,000 free-roaming horses and burros also occur on Native American reservations [2,3].

The associated authority for equine gathering procedures are established for BLM Wild Horse and Burro Specialists and contracting partners by the 1971 WFRHBA as amended and are used regularly [4–6]. The standard operating procedures (SOPs) for gathering equids have been refined to optimize animal safety and include the use of helicopters and bait/water trapping [7]. In

*Animal welfare/ethical statement:* This is a third-party assessment of federally approved horse and burro gathers which are under the purview of the Bureau of Land Management (BLM).

*Conflict of interest statement:* The author has not received any funding for this particular mortality analyses and all research, analyses, and writing were conducted independent of BLM input. However, the author has received funding from BLM for unrelated research using GPS/VHF collars on feral horses and has been an observer of bait trapping and helicopter gathering in Wyoming, USA, only for the purposes of being on-site to place collars on horses.

\* Corresponding author at: John Derek Scasta, Department of Ecosystem Science and Management, University of Wyoming, 1000 E. University Ave, Laramie, WY 82071.

*E-mail address:* jscasta@uwyo.edu.

https://doi.org/10.1016/j.jevs.2019.102893
0737-0806/© 2020 Elsevier Inc. All rights reserved.

**CAL_18351**

2                                    J.D. Scasta / Journal of Equine Veterinary Science 86 (2020) 102893

addition, reporting requirements for BLM Wild Horse and Burro Specialists are mandated [8]. Bait and water trapping techniques (henceforth "bait trapping") have been around for millennia and use discrete water (in the summer) and feed (both in the summer or winter if forage is limiting) placed in a corral with a gate that can be closed remotely (Fig. 1A). In other countries, bait trapping horses is a common population management technique, such as Australia's Kosciuszko National Park (Fig. 1B) [9].

Helicopter gathering ("helicopter drive trapping" in some BLM documents; mustering in other regions of the world) is commonly used in extensive landscapes for gathering livestock and for capturing wildlife species [7,10,11] (Fig. 1C). Helicopter gathers use a helicopter to locate and then herd animals toward a set of corrals. For horses specifically, a ground crew is often used along with a domestic horse that leads horses into the corrals. Corrals often have wings comprised of light-weight material that is visible to animals to help funnel them to the corrals. In other countries, helicopter gathering is regularly used, such as for New Zealand's Kaimanawa horses (Fig. 1D) [12]. For both bait trapping and helicopter gathering, traps and temporary holding sites are placed as close to animal locations as possible to reduce the likelihood of injury and stress to the animals [7].

Regardless of technique, the physical handling of any large animal, including wildlife and livestock, brings certain risks for both the animals and their handlers [13]. For animals, such risks include acute injuries incurred during the gathering process or chronic and/or pre-existing conditions that either manifest during the gathering process or that are a welfare concern to supervising veterinarians, agency staff, contractors, and the public [14]. However, stationary bait trapping techniques differ from helicopter gathering techniques in terms of relative labor demands, time constraints, weather limitations, and physical stimulation and stress imposed on ungulates [15]. There is some evidence that helicopter gathering may affect feral horse reproduction [16] although other studies have shown no effect [17]. In addition, because horses and burros may incur new injuries or exacerbate old injuries or conditions during the gathering process, veterinary oversight beyond the mandate for helicopter gathers only may be necessary to optimize animal safety and welfare [7].

Thus, there exists many complex questions attributed to (1) the increase of feral horse and burro populations over the last decade, (2) the need to optimize animal safety during gather procedures, and (3) the need for a more in-depth understanding of daily capture rates of different capture techniques. I therefore analyzed publicly available data for US BLM—authorized horse and burro gathers nationally. I specifically addressed explicit research questions about mortalities relative to gather type, equine species, and operational attributes, specifically the number of animals gathered per day. This information will be of use to other countries seeking to adopt or revise capture techniques, will enhance US BLM horse and burro gathers for BLM staff planning and conducting gathers, and will inform veterinarians overseeing horse and burro health during gathers.

## 2. Materials and Techniques

### 2.1. Source of Data

From September 1 to November 25 of 2019, I reviewed all publicly available BLM feral horse and burro gather reports for all the western US states using daily gather reports [18]. These reports are the result of a 2010 mandated reporting requirement for BLM Horse and Burro Specialists [8]. Reports were reviewed and data were systematically extracted and organized into a database that included the equine species of focus for a gather (horse or burro), type of capture technique (bait trapping or helicopter gathering), reason for the gather (emergency or other), number of animals gathered, number of daily mortalities, and mortality attributes (acute or chronic/pre-existing condition, specific cause). By assessing daily gather reports, I then calculated proportions of mortality relative to the total number of animals gathered and relative to type of capture technique and the proportion of mortality attributes. These calculations were stratified for three capture technique and equine species combinations available in the data: bait trapping burros, bait trapping horses, and helicopter gathering horses. In addition, I calculated the number of animals gathered per successful gather day relative to capture technique and species.



**Fig. 1.** Demonstration of international use of equine capture techniques. (A) Bait trapping in Wyoming, USA, during the winter, (B) bait traps in Australia's Kosciuszko National Park, (C) helicopter gather in Wyoming, USA, and (D) helicopter gather (muster) of Kaimanawa horses in New Zealand. Photo credit for all photos to J.D. Scasta.

CAL_18352

*J.D. Scasta / Journal of Equine Veterinary Science 86 (2020) 102893*                                                                                                3

### 2.2. Statistical Analyses

I examined three explicit research questions. First, is bait trapping or helicopter gathering safer for horses and burros in terms of acute and/or chronic—pre-existing mortality causes? To accomplish this and for the appropriate analysis, I stratified equine mortalities at the individual gather level by equine species and cause (acute or chronic/pre-existing), calculated the proportion of equine mortalities relative to the total numbers of animals gathered, and transformed the proportions using an arcsine transformation to meet assumptions of normality. I then ran analysis of variance models with either acute mortality or chronic/pre-existing mortality as a response variable and capture technique (bait trapping or helicopter gather) and then equine species as main fixed effects. I then conducted pairwise comparisons between the three capture techniques and equine species combinations.

The second research questions was, is bait trapping or helicopter gather more effective in terms of daily capture success? For the number of animals gathered per successful gather day, I analyzed the mean number of animals gathered per day as the response variable and capture technique as the main fixed effect, and then similar to the aforementioned analyses, I conducted pairwise comparisons between the three capture techniques and equine species combinations [19]. Because ~92% of mortalities (337 of 367) occurred on days equines were gathered, as opposed to days when they were only shipped or unsuccessful trap days, I then calculated the mean daily acute and chronic/pre-existing mortalities and plotted those relative to the mean number of equines gathered per day (only for days with at least 1 equine gathered) and used linear least squares regression stratified by capture technique to determine strength and significance of relationships.

The third research question was, what are the most frequent medical conditions leading to equine mortalities? I thus summarized reported medical condition and cause of mortality or need for euthanasia for horses and burros relative to capture technique (bait trapping or helicopter) and acute or chronic/pre-existing status of the condition for 32 different identified medical conditions. Given the variability in detail and medical records provided, some of the reported categories are not mutually exclusive, and thus the presentation here reflects that level of variability rather than inclusivity or exclusivity. Finally, I also calculated mortality ratios for broken necks (a specific acute cause of mortality), emaciation (a specific chronic cause of mortality), acute mortalities, and chronic/pre-existing mortalities for horses relative to capture technique and then compared relative risk and mortality ratios between techniques using an independent samples *t*-test, effect size (Cohen's d), and 95% confidence intervals [19,20].

### 3. Results

#### 3.1. Horse and Burro Gather Report Summary

I found 70 reports (bait trapping burros n = 10, bait trapping horses n = 24, helicopter gathering horses n = 21) from 9 states (AZ, CA, CO, ID, MT, NV, OR, UT, WY) representing 28,821 horses and 2,005 burros (Tables 1 and 2). Reports represented 1,006 unique daily gather activity summaries with 760 of the daily reports being successful gather days, where at least one horse or burro was gathered. No gather reports were available for New Mexico. In a few instances, gather reports were omitted because of confounding factors making it difficult to interpret data, particularly those gathers that were explicitly for administering contraception treatments for research purposes. The 70 gather reports with suitable data in total represented 30,826 total equids (2,005 burros captured with bait trapping, 5,564 horses captured with bait trapping, and

**Table 1**
Details about the bait trapping studies with publicly available gather reports including state, equine species, year, and name of gather.

| State | Species | Year | Name of Gather |
|-------|---------|------|----------------|
| AZ | Burro | 2017 | Planet Ranch *Nuisance* |
|    | Burro | 2019 | Big Sandy *Nuisance* |
|    | Burro | 2019 | Black Mountain *Nuisance* |
| CA | Burro | 2018 | Outside Chemehuevi |
|    | Burro | 2018 | Piute Mountain |
| NV | Burro | 2017 | Johnnie |
|    | Burro | 2017 | Marietta |
|    | Burro | 2018 | Bullfrog |
|    | Burro | 2019 | Bullfrog |
|    | Burro | 2019 | Seven Troughs |
| CO | Horse | 2016 | Sand Wash Basin |
|    | Horse | 2018 | Little Books |
| MT | Horse | 2015 | Pryor Mountain |
| NV | Horse | 2016 | Goshute *Emergency* |
|    | Horse | 2016 | Maverick-Medicine *Emergency* |
|    | Horse | 2016 | Pancake *Emergency* |
|    | Horse | 2016 | Stone Cabin |
|    | Horse | 2016 | Wood Hills *Emergency* |
|    | Horse | 2017 | Antelope Valley Private Land |
|    | Horse | 2018 | Antelope Valley and Goshute *Emergency* |
|    | Horse | 2018 | Antelope Valley Deer Spring *Emergency* |
|    | Horse | 2018 | Outside Goshute |
|    | Horse | 2018 | Pancake |
|    | Horse | 2018 | Spruce-Pequop *Emergency* |
|    | Horse | 2018 | Wild Horse Range *Emergency* |
|    | Horse | 2019 | Antelope Valley |
|    | Horse | 2019 | Caliente Complex *Nuisance* |
|    | Horse | 2019 | Red Rock *Emergency* |
| OR | Horse | 2016 | South Steens |
|    | Horse | 2018 | South Steens |
| UT | Horse | 2018 | Cedar Mountain *Emergency* |
|    | Horse | 2018 | Range Creek |
| WY | Horse | 2013 | McCullough Peaks |
|    | Horse | 2017 | Adobe Town |

23,257 horses captured with helicopter gathering) (Table 3). Of those reports, 34 used bait trapping (Table 1) and 36 used helicopter gathering (Table 2). For burros, bait trapping techniques were the only technique used (never helicopter gathers of burros), but both bait/water trapping and helicopter gathering procedures were used for horses (Tables 1 and 2).

#### 3.2. Total Mortalities Reported

Across all gather reports, 368 mortalities were reported, 364 horses and 4 burros, representing 1.26% of horses and <1% of burros (Table 3). Acute causes of mortality were noted for 77 horse mortalities and 1 burro mortality. Chronic/pre-existing causes of mortality were noted for 287 horse mortalities and 3 burro mortalities (Table 3).

#### 3.3. Trap Techniques and Mortalities

Relative to capture technique, there were 148 daily gather reports for bait trapping burros, 402 daily gather reports for bait trapping horses, and 456 daily gather reports for helicopter gathering horses (Table 1). This accounted for 2,005 burros and 5,564 horses gathered with bait trapping and 23,257 horses gathered with helicopters. A total of 100 animals died during bait trapping (4 burros, 96 horses) with 16 acute mortality causes (1 burro, 15 horses) and 84 chronic/pre-existing causes (3 burros, 81 horses) (Table 3). A total of 268 horses died during helicopter trapping with 62 acute mortality causes and 206 chronic/pre-existing mortality causes (Table 3). The proportion of mortalities relative to the total number of animals gathered for acute mortality causes was 0.0005

CAL_18353

4    *J.D. Scasta / Journal of Equine Veterinary Science 86 (2020) 102893*

**Table 2**
Details about the horse helicopter gathers with publicly available gather reports including state, year, and name of gather.

| State | Year | Name of Gather |
|-------|------|----------------|
| CO | 2015 | West Douglas |
| | 2017 | Cathedral Creek |
| ID | 2015 | Soda Fire *Emergency* |
| | 2019 | Challis |
| NV | 2015 | Fish Creek |
| | 2015 | Humboldt |
| | 2015 | Little Fish Lake |
| | 2016 | Eagle and Silver King |
| | 2016 | Owyhee |
| | 2017 | Fox and Lake Range *Emergency* |
| | 2017 | Reveille |
| | 2018 | Eagle *Emergency* |
| | 2018 | Owyhee Complex *Emergency* |
| | 2018 | Silver King |
| | 2018 | Triple B Complex |
| | 2019 | Fish Creek |
| | 2019 | Triple B Complex |
| OR | 2015 | Kiger and Riddle Mountain |
| | 2018 | Cold Springs |
| | 2018 | Warm Springs |
| UT | 2017 | Cedar Mountain |
| | 2017 | Frisco |
| | 2018 | Bible Springs |
| | 2018 | Muddy Creek |
| | 2019 | Onaqui |
| | 2019 | Range Creek |
| WY | 2010 | Adobe Town, Salt Wells |
| | 2011 | Antelope Hills—Great Divide Basin |
| | 2011 | Antelope Hills—Red Desert Complex |
| | 2011 | Little Colorado and White Mountain |
| | 2012 | North Lander Complex Conant Creek |
| | 2013 | Adobe Town, Salt Wells |
| | 2014 | Checkerboard |
| | 2017 | Adobe Town, Salt Wells, Great Divide Basin |
| | 2018 | Red Desert Complex |
| | 2019 | Fifteen Mile |



**Fig. 2.** Proportion of equine mortalities relative to equine capture technique and acute or chronic/pre-existing medical condition. Proportion data were transformed using an arcsine transformation to meet assumptions of normality and analyzed with analysis of variance (ANOVA) models with either acute mortality or chronic/pre-existing mortality as a response variable and capture technique type (bait trapping or helicopter gather) and then equine species as main fixed effects. Pairwise comparisons between the three technique and equine species combinations were assessed and are considered significantly different with different letters (a, b) at $P < .05$. Data from 70 publicly available gather reports (bait trapping burros n = 10, bait trapping horses n = 24, helicopter gathering horses n = 21) from 9 US states (AZ, CA, CO, ID, MT, NV, OR, UT, WY) representing 28,821 horses and 2,005 burros from 2010 to 2019.

(±0.0005, standard error) for bait trapped burros, 0.0041 (±0.0015) for bait trapped horses, and 0.0028 (±0.0005) for helicopter gathered horses and did not differ for capture technique ($F = 1.181, P = .281$) but did differ for equine species ($F = 5.437, P = .023$; Fig. 2). The proportion of mortalities relative to the total number of animals gathered for chronic mortality causes was 0.0019 (±0.0012, standard error) for bait trapped burros, 0.0127 (±0.0050) for bait trapped horses, and 0.0073 (±0.0013) for helicopter gathered horses and did not differ for capture technique ($F = 0.340, P = .562$) but did differ for equine species ($F = 4.956, P = .029$; Fig. 2).

### 3.4. Horse Medical Conditions and Need for Euthanasia

Table 4 shows all reported medical conditions and causes of mortality (both natural and euthanasia) for horses and burros relative to capture technique (bait trapping or helicopter) and acute or chronic/pre-existing status of the condition. Regardless of gathering procedure, the most common health problems and mortality cause identified was structural deformations for 58 horses which in our assessment, included developmental abnormalities and improperly healed bone breaks that resulted in deformed limbs, joints, or other features. The second-most common, which is a more specified form of structural deformation, was club foot for 42 horses. The third-most common was blindness for 44 horses. In some cases, specific details about a missing eye or eye injury were provided. The fourth-most common was emaciation and poor body condition for 33 horses and 1 burro. Horses identified as being emaciated often also had other noted problems including being old and tooth wear (although these were not always mentioned). When emaciation was assessed relative to total animals caught per capture technique, mortality ratios were 0.0033 (±0.0025) and 0.0009 (±.0004) for bait and helicopter, respectively, but did not significantly differ [$P = .254$, Cohen's d = 0.304, 95% CI (−0.217, 0.822)] (Table 5). The fifth-most common was broken legs for 29 horses and 2 burros. The sixth-most common was unknown for 28 horses. Broken necks were noted for 21 horses and 1 burro. Broken neck mortality ratios were 0.0026 (±0.0014) and 0.0006 (±0.0003) for bait and helicopter respectively, but did not differ significantly [$P = .112$, Cohen's d = 0.425, 95% CI (−0.099, 0.945)] (Table 5). Broken legs and broken backs occurred in both capture

**Table 3**
Summary data for 70 horse and burro gathers in the United States from 2010 to 2019 based on capture technique, equid species gathered, total gather days reported, total animals gathered, and total animals mortalities relative to acute or chronic/pre-existing conditions.

| Capture Technique Equine Species | Gather Days | Total Animals Gathered | Total Animal Mortalities | [a]Acute Mortalities | [b]Chronic/Pre-Existing Mortalities |
|---|---|---|---|---|---|
| **Bait trapping** | | | | | |
| Burro | 148 | 2,005 | 4 | 1 | 3 |
| Horse | 402 | 5,564 | 96 | 15 | 81 |
| **Helicopter gathering** | | | | | |
| Horse | 456 | 23,257 | 268 | 62 | 206 |
| Total | 1,006 | 30,826 | 368 | 78 | 290 |

[a] Acute mortality considered when an animal dies or is euthanized due to acute injuries or medical conditions brought about by the gather and removal process including associated activities of capturing, sorting, and holding; includes undiagnosed mortalities.

[b] Chronic/pre-existing mortality considered when an animal dies or is euthanized for reasons related to chronic or pre-existing conditions such as poor body condition, lameness, serious physical defects, etc. Includes animals euthanized for conditions not brought about by the gather activity.

CAL_18354

*J.D. Scasta / Journal of Equine Veterinary Science 86 (2020) 102893*

5

**Table 4**
Reported medical condition and cause of mortality or need for euthanasia for horses and burros relative to capture technique (bait trapping or helicopter) and acute or chronic/pre-existing status of the condition.

| Diagnoses/Condition/Cause | Bait Trapping | | Helicopter | | Total |
|---|---|---|---|---|---|
| | Acute | Chronic | Acute | Chronic | |
| Aortic aneurysm | | | 1 | | 1 |
| Blind | | 15 | | 29 | 44 |
| Broken back | | 2 | | 6 | 8 |
| Broken leg | 4 | 11 | 11 | 5 | 31 |
| Broken neck | 10 | | 12 | | 22 |
| Burn injuries | | | | 2 | 2 |
| Capture myopathy | | | 2 | | 2 |
| Cardiac arrest | | | 1 | | 1 |
| Club foot | | 23 | | 19 | 42 |
| Colic | | 1 | 1 | | 2 |
| Dehydration | | 2 | | | 2 |
| Emaciated | | 15 | | 19 | 34 |
| Head injury/fractured skull | | | 4 | 1 | 5 |
| Hernia | | | | 3 | 3 |
| Hip dislocation | | | | 1 | 1 |
| Infection | | | | 1 | 1 |
| Laceration | | | 3 | | 3 |
| Lameness | | 3 | | 21 | 24 |
| Neurologic disorder | 1 | | | | 1 |
| New fatal injuries | | | 11 | | 11 |
| Parasite infestation | | | | 6 | 6 |
| Pneumonia | | 1 | | 5 | 6 |
| Pre-existing condition | | 1 | | 7 | 8 |
| Pre-existing wounds | | | | 7 | 7 |
| Seizure | | | 1 | | 1 |
| Strain | | | 5 | | 5 |
| Structural deformation | | 7 | | 51 | 58 |
| Tooth loss | | 1 | | 4 | 5 |
| Toxicity | | | 1 | | 1 |
| Tumors | | | | 2 | 2 |
| Unknown | 1 | 2 | 9 | 16 | 28 |
| Weak | | | | 1 | 1 |
| **Total** | **16** | **84** | **62** | **206** | **368** |
| **Euthanasia** | 6 | 81 | 30 | 187 | 304 |
| **Natural** | 7 | 1 | 27 | 4 | 39 |
| **Unknown** | 3 | 2 | 5 | 15 | 25 |

Data derived from 70 horse and burro gathers in the United States from 2010 to 2019 using publicly available gather data as administered by the Bureau of Land Management.

technique with broken backs only noted as chronic/pre-existing. Other less-frequent health conditions included aortic aneurysm (1), burn injuries (2), capture myopathy (2), cardiac arrest (1), colic (2), dehydration (2), head injury/fractured skull (5), hernia (3), hip dislocation (1), infection (1), laceration (3), lameness (24 horses [no burros] reported and details include arthritis, fetlocks, laminitis, etc., [21]), neurologic disorder (1), new fatal injuries undefined (11), parasite infestation (6), pneumonia (6), pre-existing condition (8),

pre-existing wounds (7), seizure (1), strain (5), tooth loss and wear (5), toxicity (1), tumors (2), and weakness (1) (Table 4).

Acute mortalities occurred in 10 of 24 bait trap gathers of horses and 23 of 36 helicopter gathers of horses (Table 5). Acute mortalities occurred in 15 of 5,564 horses caught with bait trapping and 62 of 23,257 horses caught with helicopter trapping (Table 5). For horse acute mortalities, the bait mortality ratio was 0.0041 ($\pm$0.0015) and the helicopter mortality ratio was 0.0028 ($\pm$0.0013), with a relative risk of 1.5. When analyzed, horse acute mortality ratios did not differ significantly [$P = .388$, Cohen's d = 0.229, 95% CI ($-0.290$ to 0.746)] (Table 5).

Chronic mortalities occurred in 13 of 24 bait trap gathers of horses and 26 of 36 helicopter gathers of horses (Table 5). Acute mortalities occurred in 81 of 5,564 horses caught with bait trapping and 206 of 23,257 horses caught with helicopter trapping (Table 5). For horse chronic mortalities, the bait mortality ratio was 0.0127 ($\pm$0.0050) and the helicopter mortality ratio was 0.0073 ($\pm$0.0013), with a relative risk of 1.7. When analyzed, horse acute mortality ratios did not differ significantly [$P = .220$, Cohen's d = 0.326, 95% CI ($-0.195$ to 0.845)] (Table 5).

### 3.5. Number Gathered Daily Relative to Capture Technique

For capture technique, the mean number of animals gathered per successful gather day was 20 ($\pm$6) for bait trapping burros, 19 ($\pm$3) for bait trapping horses, and 58 ($\pm$5) for helicopter gathering horses; significantly higher for helicopter gathering ($P < .001$; Fig. 3). The range of mean number of animals gathered per successful gather day was 7–63 for bait trapping burros, 4 to 67 for bait trapping horses, and 15 to 131 for helicopter gathering horses.

### 3.6. Mortalities Relative to Number Gathered per Day

When the average number of equids gathered per day was used to predict the mean daily mortalities only for days equids were actually gathered, relationships differed by equine species and capture technique. For bait trapping burros, the more burros trapped in a day had no significant or correlative effect on acute ($r^2 = 0.03$, $P = .656$) or chronic mortalities ($r^2 = 0.11$, $P = .341$) (Fig. 4A). For bait trapping horses, the more horses gathered per day had no significant or correlative effect on acute mortalities ($r^2 = 0.13$, $P = .083$); however, chronic mortalities increased ($r^2 = 0.36$, $P = .002$) (Fig. 4B). For helicopter gathering horses, the more horses gathered per day resulted in increased acute ($r^2 = 0.24$, $P = .003$) and chronic mortalities ($r^2 = 0.22$, $P = .004$) (Fig. 4C). When the slope ($m = 0.0035$) for the linear equation predicting increasing acute mortalities is examined, the increase of 1 additional acute mortality

**Table 5**
Mortality ratios for both capture techniques and relative risk for horse bait trapping relative to horse helicopter trapping for broken necks, emaciated condition, acute mortalities, chronic/pre-existing mortalities, and total mortalities.

| Metric | Broken Neck | Emaciated | Acute Mortalities | Chronic Mortalities |
|---|---|---|---|---|
| Bait gather occurrence (of 24 gathers) | 7 of 24 | 4 of 24 | 10 of 24 | 13 of 24 |
| Helicopter gather occurrence (of 36 gathers) | 8 of 36 | 8 of 36 | 23 of 36 | 26 of 36 |
| Bait horse occurrence (of 5,564 horses) | 9 of 5,564 | 14 of 5,564 | 15 of 5,564 | 81 of 5,564 |
| Helicopter horse occurrence (of 23,257 horses) | 12 of 23,257 | 19 of 23,257 | 62 of 23,257 | 206 of 23,257 |
| Bait mortality ratio ($\pm$ standard error) | 0.0026 ($\pm$0.0014) | 0.0033 ($\pm$0.0025) | 0.0041 ($\pm$0.0015) | 0.0127 ($\pm$0.0050) |
| Helicopter mortality ratio ($\pm$ standard error) | 0.0006 ($\pm$0.0003) | 0.0009 ($\pm$0.0004) | 0.0028 ($\pm$0.0013) | 0.0073 ($\pm$0.0013) |
| Relative risk (bait/helicopter) | 4.2 | 3.6 | 1.5 | 1.7 |
| $P$-value ($\alpha = 0.05$) | .112 | .254 | .388 | .220 |
| Effect size (Cohen's d) | 0.425 | 0.304 | 0.229 | 0.326 |
| 95% Confidence intervals (lower, upper) | $-0.099$, 0.945 | $-0.217$, 0.822 | $-0.290$, 0.746 | $-0.195$, 0.845 |

Data from 60 publicly available gather reports (bait trapping horses n = 24, helicopter gathering horses n = 21) from 9 US states (AZ, CA, CO, ID, MT, NV, OR, UT, WY) representing 28,821 horses from 2010 to 2019.

CAL_18355



**Fig. 3.** Number of horses and burros gathered per day across 10 burro bait trap gathers, 24 horse bait trap gathers, and 36 horse helicopter gathers from 2010 to 2019 as administered by the Bureau of Land Management. Numbers are derived for days reporting at least 1 animal gathered as some daily reports were days where trapping efforts were made but no animals were caught. Pairwise comparisons between the three technique and equine species combinations were assessed and are considered significantly different with different letters (a, b) at $P < .05$. Data from 70 publicly available gather reports (bait trapping burros n = 10, bait trapping horses n = 24, helicopter gathering horses n = 21) from 9 US states (AZ, CA, CO, ID, MT, NV, OR, UT, WY) representing 28,821 horses and 2,005 burros from 2010 to 2019.

daily could be expected with gathering an additional 300 horses per day.

## 4. Discussion

### 4.1. Gathering Equids Reveals Many Chronic/Pre-existing Medical Conditions

The process of gathering equids, regardless of capture technique, reveals many chronic and pre-existing medical conditions from which feral horses and burros may be suffering. Structural deformities were the most common medical condition and included a wide range of conditions including deformities from developmental origins, improperly healed broken bones, etc. Specific structural deformities were diagnosed in some cases such as club foot which was the second-most prevalent issue. A limitation of this study is that often there were very limited details regarding the diagnoses of mortality making it difficult to understand more specific death causes. Regardless, research on feet of wild horses in New Zealand also revealed a frequent occurrence of foot abnormalities and undesirable foot morphometric traits [22]. Such feet problems can lead to subchondral bone sclerosis particularly in horses with severe articular cartilage damage with severity increasing as horses aged in the same population of New Zealand wild horses [23]. Reintroduction of Przewalski's horses (*Equus ferus przewalskii*) includes a selection criterion of captive breeding stock that addresses horse hooves [21]. Furthermore, lameness was noted in more than ten horses, and while causality for lameness was difficult to ascertain from the reports, it was often associated with feet and lower legs (i.e., fetlocks). Problems of the eyes, particularly blindness in one or both eyes, were the third-most common medical condition. Although blindness has not been studied much in wild horses, trauma can be a cause of blindness in horses generally and can be attributed to both perforation injury and blunt trauma injury leading to optic nerve atrophy [24].

### 4.2. Emergency Gathers Have Greater Frequency of Chronic/Pre-existing Medical Conditions

The greater relative occurrence for associated chronic/pre-existing mortalities may likely be skewed as a function of the greater proportion of emergency gathers. Specifically in this data set, emergency gathers of horses represented 42% of the bait trap gathers (10 of 24) but only 11% (4 of 36) of helicopter gathers. A plausible argument could be made that the prompt for emergency gathers is often inadequate forage and/or water and thus horses and burros that subsequently have lower body condition and other problems such as reduced immunity, etc. This notion is supported by relative proportion of emaciated horses for the different capture techniques (Table 5). Thus, prudence in capturing and shipping emaciated animals should be part of the welfare consideration integrated into wild horse and burro management similar to other wild herbivore management programs [25].

### 4.3. Helicopter Gathering Does Not Present Any Greater Risk of Mortalities

Helicopter gathering may be as safe, if not safer than bait trapping—a conclusion that seems counterintuitive given the perception that helicopter gathering may be perceived as a more dangerous and physically demanding technique particularly given the agitated escape behavior wild equids display in response to helicopters [12,26]. The notion of no greater risk for helicopter gathering may be supported by the proportionally lower incidence of broken necks and lack of statistical differences specifically and the similar proportion of acute mortalities generally when compared with bait trapping. Greater emphasis on SOPs for (1) gather operations generally [7], (2) daily gather reporting specifically [8], and (3) for helicopter pilots certification [27] may all have collectively enhanced gather implementation. In addition, in 2010, a private horse protection group worked with BLM to develop an Independent Designated Observer Pilot Program with independent observers (IOs), where equine specialists not affiliated with BLM observed 3 gathers in 3 states of a total of 352 horses [28]. The IOs observed four mortalities and multiple injuries and concluded that contractors and BLM staff were skilled at avoiding excessive stress on captured animals but also gave recommendations to improve facility design, handling of the horses, sorting techniques, transport practices, etc. [28]. Specifically, a focused emphasis on the design of gathers to optimize the care and welfare of horses and the precision with which pilots are handling horses and burros from the air may be outcomes of such high-level administrative direction and participatory involvement. In addition, helicopter gathering has a greater daily capture rate and may optimize animal handling times.

### 4.4. Need to Better Understand Unknown Mortality Causes and Capture Myopathy of Horses

Interestingly, capture myopathy was only noted for the death of 2 horses. The unknown causes of death in horses, coupled with the documented deaths attributed to strain/stress, seizure, and cardiac arrest (Table 4), in this study could be attributed to capture myopathy [13]. Capture myopathy is a noninfectious metabolic disease that is most commonly associated with pursuit, capture, restraint, and transportation of animals and the induced stress that can lead to death either during or after capture efforts [29]. Unfortunately, capture myopathy has been persistently difficult to diagnose and includes several different clinical syndromes including capture shock syndrome, ataxic myoglobinuric syndrome, ruptured muscle syndrome, and delayed peracute syndrome [13]. Owing to the absence of more detailed medical data

CAL_18356

J.D. Scasta / Journal of Equine Veterinary Science 86 (2020) 102893

7



**Fig. 4.** Comparison of mean daily mortalities relative to mean number of equines gathered per day for (A) bait trapping burros, (B) bait trapping horses, and (C) helicopter gathering horses. Data from 70 publicly available gather reports (bait trapping burros n = 10, bait trapping horses n = 24, helicopter gathering horses n = 21) from 9 US states (AZ, CA, CO, ID, MT, NV, OR, UT, WY) representing 28,821 horses and 2,005 burros from 2010 to 2019. Significant trendlines graphed as solid lines for acute mortalities and dashed lines for chronic mortalities.

necessary to confirm diagnoses, more thorough investigations of unknown death causes are needed, particularly for helicopter gathers [30].

*4.5. Comparison of Equid Mortality Rates to Other Wildlife Species and Capture Techniques*

The total capture mortality rate across all gathers in this study [1.1% (368 mortalities of 30,826 horses and burros captured)], or for specific horse capture techniques (bait mean = 1.7% ± 0.5% SE; helicopter mean = 1.0% ± 0.1% SE), can be compared with capture-related mortality rates published for other wildlife species. For 5 wildlife species chemically immobilized in Scandinavia, the mean mortality rate was 2.3% and ranged from 0.7% to 3.9% [31]. For

white-tailed deer caught with 4 different physical trapping techniques, capture-related mortality rates ranged from 2.0% to 20.7% [32]. For caribou calves darted from a helicopter, capture-related mortality rates ranged from 0.5% to 4.1% [33]. Thus, given the capture-related mortality rates from these studies, and the recommendation that >2% capture mortality is unacceptable [31], it seems that BLM horse and burro welfare is generally being optimized to a level acceptable across other animal handling disciplines [31]. It is important to note however that for several individual gathers, mortality rates exceeded 2% mortality. Two gathers were emergency gathers that had mortality rates >3.5% and >10.5% (2018 Wild Horse Range Emergency gather and 2016 Goshute Emergency gather, both in Nevada). In addition, one helicopter gather had a mortality rate >3.5% due to a prevalence of genetically related

CAL_18357

8                                    *J.D. Scasta / Journal of Equine Veterinary Science 86 (2020) 102893*

structural deformations and lameness (2018 Warm Springs gather in Oregon, specifically "*angular limb deformities (ALD), conditions were indicated by club feet, severely overgrown hoof walls, collapsed heals, limb deformity, arthritic joints, toes pointed out at the fetlock, and lameness*"). Thus, a distinguishing feature of the US federal horse and burro management is the intervention when forage and water is limiting and/or when horses are suffering from other health problems, which is fundamentally different than capturing healthy animals for wildlife research. This emphasizes the continued need for quality equine veterinary care and the importance of having detailed medical history and veterinarian diagnoses and/or necropsies to move beyond lay terms and general attributions of mortalities.

## 5. Conclusions

This study assesses feral equine capture techniques in the United States, which is an important tool for when horse and burro overpopulation threatens the "thriving natural ecological balance" of rangelands [32,33]. My objective analyses of publicly available BLM equine gather data over 70 gathers, 9 states, 30,826 horses and burros, and a 10-year period has allowed for quantitative analyses that suggests helicopter gathering presents no additional risk for acute mortalities than bait trapping. Moreover, helicopter trapping can capture more horses per day. I also have provided details that both veterinarians and federal horse managers can use proactively when preparing for and supervising gathers; specifically, being aware of structural deformities, feet problems, blindness, and a greater prevalence of emaciated horses or acute mortality manifestations relative to capture technique and reason for a gather. In addition, emergency gathers may have a greater risk of mortalities attributed to handling weaker and sicker horses. My results should be considered in the context of repeatedly gathering mares for other treatments and could also guide animal welfare frameworks for US horses and burros [34–37].

## References

[1] Garrott RA, Oli MK. A critical crossroad for BLM's wild horse program. Science 2013;341:847–8.
[2] Scasta JD, Hennig J, Beck JL. Framing contemporary US wild horse and burro management processes in a dynamic ecological, sociological, and political environment. Hum Wildl Interact 2018;12:31–45.
[3] BLM. Program data, Bureau of Land management. Department of Interior; 2019. https://www.blm.gov/programs/wild-horse-and-burro/about-the-program/program-data. [Accessed 3 November 2019].
[4] Public Law 92-195. The wild free-roaming horses and burros Act of 1971. Washington, DC: Authenticated U.S. Government information. United States Government Printing Office; 1971.
[5] Public Law 94-579. The federal Land policy and management Act of 1976 as amended. Washington, DC: Authenticated U.S. Government information. United States Government Printing Office; 1976.
[6] Public Law 95-514. Public rangelands improvement Act of 1978. 43 USC 1901. Washington, DC: Authenticated U.S. Government information. United States Government Printing Office; 1978.
[7] BLM. Appendix D Standard operating procedures for wild horse gathers. Bureau of Land Management, Department of Interior; 2019. https://eplanning.blm.gov/epl-front-office/projects/nepa/100793/148759/182713/Standard_Operating_Procedures_for_Wild_Horse_Gathers.pdf. [Accessed 1 January 2020].
[8] BLM. Wild horse and burro gather daily reporting policy. Bureau of Land Management, Department of Interior; 2010. https://www.blm.gov/policy/im-2010-162. [Accessed 3 November 2019].
[9] Driscoll DA, Worboys GL, Allan H, Banks SC, Beeton NJ, Cherubin RC, et al. Impacts of feral horses in the Australian Alps and evidence-based solutions. Ecol Manag Restor 2019;20:63–72.
[10] Hawley AWL, Peden DG. Effects of ration, season, and animal handling on composition of bison and cattle blood. J Wildl Dis 1982;18:321–38.
[11] Phillips C. Welfare and cattle behavior. In: Cockcroft PD, editor. Bovine medicine. Hoboken, NJ: John Wiley & Sons, Inc; 2015.
[12] Linklater WL, Cameron EZ. Escape behavior of feral horses during a helicopter count. Wildl Res 2002;29:221–4.
[13] West G, Heard D, Caulkett N. Zoo animal and wildlife immobilization and Anesthesia. 2nd ed. Hoboken, NJ: John Wiley & Sons, Inc; 2014.
[14] Peterson MN, Lopez RR, Frank PA, Peterson MJ, Silvy NJ. Evaluating capture methods for urban white-tailed deer. Wildl Soc Bull 2003;31:1176–87.
[15] White GC, Bartmann RM. Drop nets versus helicopter net guns for capturing mule deer fawns. Wildl Soc Bull 1994;22:248–52.
[16] Ashley MC, Holcombe DW. Effect of stress induced by gathers and removals on reproductive success of feral horses. Wildl Soc Bull 2001;29:248–54.
[17] Hansen KV, Mosley JC. Effects of roundups on behavior and reproduction of feral horses. Rangel Ecol Manag 2000;53:479–82.
[18] BLM. Wild horse and burro gather and removal reports. Bureau of Land Management, Department of Interior; 2019. https://www.blm.gov/programs/wild-horse-and-burro/herd-management/gathers-and-removals. [Accessed 3 November 2019].
[19] JASP Team. JASP Version 0.11.1 software. University of Amsterdam; 2019.
[20] Loneragan GH, Dargatz DA, Morley PS, Smith MA. Trends in mortality ratios among cattle in US feedlots. J Am Vet Med A 2001;219:1122–7.
[21] Budras KD, Scheibe K, Patan B, Streich WJ, Kim K. Laminitis in Przewalski horses kept in a semireserve. J Vet Sci 2001;2:1–7.
[22] Hampson BA, Ramsey G, Macintosh AMH, Mills PC, De Laat MA, Pollitt CC. Morphometry and abnormalities of the feet of Kaimanawa feral horses in New Zealand. Aust Vet J 2010;88:124–31.
[23] Cantley CE, Firth EC, Delahunt JW, Pfeiffer DU, Thompson KG. Naturally occurring osteoarthritis in the metacarpophalangeal joints of wild horses. Equine Vet J 1999;31:73–81.
[24] Martin L, Kaswan R, Chapman W. Four cases of traumatic optic nerve blindness in the horse. Equine Vet J 1986;18:133–7.
[25] Hampton JO, Jones B, Perry AL, Miller CJ, Hart Q. Integrating animal welfare into wild herbivore management lessons from the Australian Feral Camel Management Project. Rangel J 2016;38:163–71.
[26] Walzer C, Kaczensky P, Ganbaatar O, Lengger J, Enkhsaikhan N, Lkhagvasuren D. Capture and anaesthesia of wild Mongolian Equids – the Przewalski's horse (Equus ferus przewalskii) and Khulan (E. hemionus). Mong J Biol Sci 2006;4:19–29.
[27] BLM. Wild horse and burro program aviation handbook. Bureau of Land Management, Department of Interior; 2009. https://www.blm.gov/sites/blm.gov/files/uploads/Media_Library_BLM_Policy_H-4740-1.pdf. [Accessed 1 January 2020].
[28] Greene E, Heleski C, Ralston S, Stull C. Academic assessment of equine welfare during the gather process of the Bureau of Land Management's wild horse and burro program. J Equine Vet Sci 2011;31:352–3.
[29] Breed D, Meyer LCR, Steyl JCA, Goddard A, Burroughs R, Kohn TA. Conserving wildlife in a changing world: understanding capture myopathy – a malignant outcome of stress during capture and translocation. Conserv Physiol 2019;7:1–21.
[30] Hofmeyer JM, Louw GN, Du Preez JS. Incipient capture myopathy as revealed by blood chemistry of chased zebras. Madoqua 1973;1:45–50.
[31] Arnemo JM, Ahlqvist P, Andersen R, Bernsten F, Ericsson G, Odden J, et al. Risk of capture-related mortality in large free-ranging mammals: experiences from Scandinavia. Wildl Bio 2006;12:109–14.
[32] Haulton SM, Porter WF, Rudolph BA. Evaluating 4 methods to capture white-tailed deer. Wildl Soc Bull 2001;29:255–64.
[33] Valkenburg P, Tobey RW, Kirk D. Velocity of tranquilizer darts and capture mortality of caribou calves. Wildl Soc Bull 1999;27:894–6.
[34] NRC. Using science to improve the BLM wild horse and burro program: a way forward. Washington, DC: National Research Council, National Academies Press; 2013.
[35] Smith MA. Impacts of feral horses grazing on rangelands: an overview. J Equine Vet Sci 1986;6:236–8.
[36] Hampton JO, Robertson H, Adams PJ, Hyndman TH, Collins TC. An animal welfare assessment framework for helicopter darting: a case study with a newly developed technique for feral horses. Wildl Res 2016;43:429–37.
[37] Hampton JO, Edwards GP, Cowled BD, Forsyth DM, Hyndman TH, Perry AL, et al. Assessment of animal welfare for helicopter shooting of feral horses. Wildl Res 2017;44:97–105.

CAL_18358