BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(California Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, acting Nevada State Director of the Bureau of Land Management, <br><br> Defendants. | CASE NO. 3:26-cv-00423-MMD-CSD <br><br> **DECLARATION OF TAMMI ADAMS ISO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1

I, TAMMI ADAMS, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1.      I am a Plaintiff in this case and a volunteer, member, and NEPA Program Coordinator for Wild Horse Education.

2.      In paragraph 24 of Aimee Bolinger's Declaration (Dkt. 35-1), Ms. Bolinger refers to a communication I had with Sam Ault. Her depiction of my communication is incomplete.

3.       I have had several conversations with Sam Ault over the past year regarding the South Shoshone HMA. In May of 2026, I contacted Mr. Ault regarding a broken, man-made water source for a small area in the South Shoshone HMA. There were no other water resources visibly available to the horse herds in this area, because there were thousands of sheep grazing on the valley floor with many guard dogs as well. The horses were fenced off from any other water resources.  The dogs were aggressively managing their keep and approached our car without hesitation when we tried to venture up a range road to other water resources.  Our effort was blocked by sheep, dogs, fences, and herders who were not happy to see us coming through the HMA. In my e-mail to Mr. Ault, which is attached to Ms. Bolinger's declaration, I did not mention the dogs and sheep; however, this should not have been relevant to BLM's response. The e-mail was intended to get BLM to fix the water source.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   June 30, 2026,                              /s/ Tammi Adams
                                                    Tammi Adams

2