# Exhibit A

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU...

# USPS Tracking®

FAQs >

**Tracking Number:**                                                        Remove X

## 9589071052704364539784

Copy        Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 11:52 am on June 29, 2026 in LAS VEGAS, NV 89101.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### ● Delivered

**Delivered, Left with Individual**

LAS VEGAS, NV 89101
June 29, 2026 11:52 AM

**Out for Delivery**

LAS VEGAS, NV 89101
June 29, 2026 6:10 AM

**Arrived at Post Office**

LAS VEGAS, NV 89106
June 27, 2026 4:32 PM

**Arrived at USPS Facility**

LAS VEGAS, NV 89106
June 27, 2026 2:33 PM

**Departed USPS Facility**

LAS VEGAS NV DISTRIBUTION CENTER



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage $3.84

Total Postage and Fees
$4.14                                06/25/2026

Sent To *Sigal Chattah, U.S Attorney General, NV*
Street and Apt. No., or PO Box No. *501 Las Vegas Boulevard South, Ste 1100*
City, State, ZIP+4® *Las Vegas, NV 89101*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

June 27, 2026 2:33 PM

**Arrived at USPS Facility**

LAS VEGAS NV DISTRIBUTION CENTER
June 27, 2026 2:31 AM

**Departed USPS Facility**

LOS ANGELES CA DISTRIBUTION CENTER
June 27, 2026 1:55 AM

**Arrived at USPS Facility**

LOS ANGELES CA DISTRIBUTION CENTER
June 26, 2026 4:03 AM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
June 25, 2026 8:47 PM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
June 25, 2026 5:03 PM

**Departed Post Office**

VACAVILLE, CA 95687
June 25, 2026 2:53 PM

**USPS in possession of item**

VACAVILLE, CA 95687
June 25, 2026 11:29 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs