AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Nevada

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION, <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, Nevada State Director of the Bureau of Land Management, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:26-cv-01524-NJK <br><br> 3:26-cv-00423-MMD-CSD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Attorney General
Todd Blanche (Acting as)
950 Pennsylvania Ave NW Ste 7141
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brent M. Resh (NV State Bar no. 14940)
BRENT RESH LAW
2401 La Solana Way
Las Vegas, NV 89102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____5/19/2026_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Todd Blanche, United States Attorney General

was received by me on *(date)*    June 26, 2026    .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date:  June 30, 2026                        /s/ Patrick K. Johnson
                                         *Server's signature*

                                   Patrick K. Johnson, Paralegal
                                         *Printed name and title*


                            2748 Adeline St., Ste A, Berkeley, CA 94703
                                         *Server's address*

Additional information regarding attempted service, etc:

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU…

# USPS Tracking®

FAQs >

Tracking Number:

## 9589071052704364539753

Copy     Add to Informed Delivery

Remove X

### Latest Update

Your item was picked up at the post office at 4:30 am on June 26, 2026 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
June 26, 2026 4:30 AM

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
June 25, 2026 11:51 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
June 25, 2026 10:03 AM

**Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
June 19, 2026 12:19 PM

**Arrived at USPS Facility**
SACRAMENTO CA DISTRIBUTION CENTER





June 17, 2026 10:04 PM

**Departed Post Office**

VACAVILLE, CA 95687
June 17, 2026 3:17 PM

**USPS in possession of item**

VACAVILLE, CA 95687
June 17, 2026 11:02 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

See Less⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

6/30/26, 3:15 PM

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU...

# USPS Tracking®

FAQs >

Remove X

Tracking Number:

## 9589071052704364539784

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 11:52 am on June 29, 2026 in LAS VEGAS, NV 89101.

Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**

**Delivered, Left with Individual**

LAS VEGAS, NV 89101
June 29, 2026 11:52 AM

● **Out for Delivery**

LAS VEGAS, NV 89101
June 29, 2026 6:10 AM

● **Arrived at Post Office**

LAS VEGAS, NV 89106
June 27, 2026 4:32 PM

● **Arrived at USPS Facility**

LAS VEGAS, NV 89106
June 27, 2026 2:33 PM

● **Departed USPS Facility**

LAS VEGAS NV DISTRIBUTION CENTER



https://tools.usps.com/tracking/9589071052704364539784..

1/3

June 27, 2026 2:33 PM

**Arrived at USPS Facility**

LAS VEGAS NV DISTRIBUTION CENTER
June 27, 2026 2:31 AM

**Departed USPS Facility**

LOS ANGELES CA DISTRIBUTION CENTER
June 27, 2026 1:55 AM

**Arrived at USPS Facility**

LOS ANGELES CA DISTRIBUTION CENTER
June 26, 2026 4:03 AM

**Departed USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
June 25, 2026 8:47 PM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
June 25, 2026 5:03 PM

**Departed Post Office**

VACAVILLE, CA 95687
June 25, 2026 2:53 PM

**USPS in possession of item**

VACAVILLE, CA 95687
June 25, 2026 11:29 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |
| --- |

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |
| --- |