BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, pro hac vice)
J. RAE LOVKO
(California Bar No. 208855, pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, and TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, acting Nevada State Director of the Bureau of Land Management,

Defendants.

CASE NO. 3:26-cv-00423-MMD-CSD

**ORDER GRANTING JOINT MOTION AND [PROPOSED] ORDER TO APPEAR BY VIDEO FOR OCTOBER 26, 2026, CASE MANAGEMENT CONFERENCE**

Plaintiffs Wild Horse Education, a non-profit corporation; Laura Leigh; and Tammi Adams; Defendants United States Department of Interior, Bureau of Land Management; Bill Groffy; and Justin Abernathy in their official capacities, jointly move the Court to permit the parties to appear by video conferencing for the October 26, 2026, Case Management Conference, in the above-referenced matter. Dkt. 46.

WHEREAS, lead counsel for Plaintiffs is in Berkeley, California, and she will be out of town for professional commitments until late on the evening of October 25, 2026, and will not be able to travel to Reno, Nevada by 9:30 a.m. on October 26, 2026. Co-counsel for Plaintiffs is on extended medical leave and cannot attend the hearing on October 26, 2026.

WHEREAS, counsel for Defendants are located in Denver, Colorado and Washington D.C. and would expend taxpayer dollars to travel to Reno, Nevada. In the interest of saving costs, Defendants join in this motion and do not oppose it.

THEREFORE, Plaintiffs jointly request leave to appear by video conferencing for the October 26, 2026, Case Management Conference set to begin at 9:00 a.m. in Courtroom 2 in Reno, Nevada.

DATED: September 18, 2026, Respectfully Submitted,

*/s/ Jessica L. Blome*
Jessica L. Blome
(Cal. Bar No. 314898, pro hac vice)
Jennifer Rae Lovko
(Cal. Bar No. 208855, pro hac vice
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*/s/ Brent M. Resh*
Brent M. Resh
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way

Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

*Attorneys for Plaintiffs Wild Horse Education, Laura Leigh, and Tammi Adams*

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General

*/s/ Davis A. Backer*
DAVIS A. BACKER
Senior Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Energy & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*/s/ Adam M.Y. Estacio*
ADAM M.Y. ESTACIO
Trial Attorney
Energy & Natural Resources Division
CO Bar No. 59419
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 340-2263
Email: adam.estacio@usdoj.gov

*Attorneys for Defendants*

**ORDER**

The Court, having considered the parties Joint Motion to Appear by Video for the October 26, 2026, Case Management Conference, finds that good cause exists to permit appearance by video conference. The Joint Motion is **GRANTED**. The Clerk will follow up with counsel for the Parties to provide appearance information.

**IT IS SO ORDERED.**

Dated: September 18, 2026

Hon. Craig S. Denney
United States Magistrate Judge