**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILD HORSE EDUCATION, et al.,

Plaintiffs

v.

UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, et al.,

Defendants

Case No.: 3:26-cv-00423-MMD-CSD

**Scheduling Order**

This case concerns Bureau of Land Management's (BLM) Callaghan Complex Herd Management Area Plan and Final Environmental Assessment for the BLM's Gather Plan, and its associated Finding of No Significant Impact and Decision Record, which were issued on February 13, 2026 (collectively, the "Callaghan Plan"). Plaintiffs' Complaint contains three causes of action based on Defendants' alleged violations of the Wild Free-Roaming Horses and Burros Act (WHA), 16 U.S.C. § 1331, et seq., the National Environmental Policy Act (NEPA), 42 U.S.C. § 4321 et seq., the Federal Land Policy and Management Act (FLPMA), 43 U.S.C. § 1732 et seq., and the Administrative Procedure Act (APA), 5 U.S.C. § 551 et seq.

Local Rule 16-1(c) for the District of Nevada provides that cases such as this one—"actions for review on an administrative record"—are to be "governed by an entry or an order establishing a briefing schedule and other appropriate matters." Based on review of the Joint Case Management Report (ECF No. 50), the court finds the parties have agreed to an appropriate schedule for informal resolution or, if necessary, briefing of any disputes regarding the completeness of the administrative record. If the parties resolve any disputes without filing

motions over the completeness or adequacy of the administrative record, then the parties will return to the court with a proposed schedule on the parties' planned cross-motions for summary judgment.

Defendants shall file and serve the certified administrative record (AR) by **December 4, 2026**.

Plaintiffs shall notify Defendants whether they believe the AR is incomplete or requires supplementation with additional materials or whether they believe any exceptions to record review are applicable by **January 15, 2027**.

If the parties cannot resolve any disputes regarding the AR, Plaintiffs will file a motion to complete and/or supplement the AR by **February 5, 2027**.

Defendants' response to any motion to complete and/or supplement the AR is due by **March 5, 2027**.

Plaintiff's reply is due by **March 19, 2027**.

If the parties resolve any dispute related to the AR, they shall confer and submit a proposed scheduling for briefing on anticipated cross-motions for summary judgment to the court. If any disputes related to the AR are resolved, this proposed briefing schedule must be filed on or before **February 5, 2027**. If the parties engage in motion practice over the AR, the parties will submit a proposed schedule to the court within **14 days** of the court's resolution of the motion related to the AR.

**IT IS SO ORDERED**.

Dated: October 21, 2026

Craig S. Denney
United States Magistrate Judge